**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

| | |
|---|---|
| MALCOLM R. HUTCHINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAUL R. HUTCHINS and CAPITAL GAINS, LLC, a South Carolina Limited Company,<br><br>    Defendants. | Civil Action No. 9:24-cv-01174-DCN<br><br>**Reply to Defendants' Counterclaims** |

Plaintiff replies to Defendants' counterclaims as set forth below. Any allegation in the counterclaims not specifically admitted herein is denied and strict proof thereof is demanded.

1.    Paragraphs 1 – 45 do not constitute counterclaims and do not require a response.

2.    Paragraphs 46 and 47 are admitted.

3.    Paragraph 48 is admitted upon information and belief.

4.    Paragraphs 49 – 53 are admitted.

5.    Paragraphs 54 – 55 are denied.

6.    Paragraph 56 is denied. Malcom amicably divorced in 2001; he remarried in 2001 and has been married for the last 24 years. Moreover, the reference to a supposed "investigation" is an apparent intentional or uninformed reference to a routine state Medicaid audit that did not generate any follow up inquiries or requests.

7.    Paragraph 57 is denied as stated. The agreement between Malcom and Paul was that they would equally share all expenses, revenues, and profits from each property.

NPDocuments:63018544.1

8.      Paragraph 58 is denied based upon lack of knowledge or information sufficient to form a belief as to the truth of the allegations.  Moreover, Paul told Malcom that Malcom's "name was on the LLC."

9.      Paragraph 59 is denied as stated.  The listed properties were acquired pursuant to the agreement between Malcom and Paul that that they would equally share all expenses, revenues, and profits from each property.

10.      Paragraph 60 is denied.

11.      Paragraph 61 is denied as stated.  As with the other properties, 3 Firethorn Way was purchased pursuant to the agreement Malcom and Paul that they would equally share in all expenses, revenues, and profits from each property.  The construction loan on 3 Firethorn Way was paid off using the proceeds (profits) of the sale of two other lots on Hilton Head.

12.      Paragraphs 62 – 63 are denied based upon lack of knowledge or information sufficient to form a belief as to the truth of the allegations.  Moreover, Paul told Malcom that Malcom's "name was on the LLC."

13.      Paragraphs 64 – 66 are denied.

14.      Paragraph 67 is admitted except for the "Despite this" preface.

15.      Answering paragraph 68, the above paragraphs are incorporated by reference.

16.      Paragraph 69 is admitted upon the qualification that all parties are seeking a declaratory judgment.

17.      Paragraphs 70 – 72 are admitted.

18.      Paragraph 73 is admitted and mirrors the relief sought by Plaintiff.

19.      Paragraph 74 is admitted only to the extent it alleges the parties are entitled to a declaration by the Court determining the status, rights, and obligations of the parties.

2

## Affirmative Defenses

1.      The counterclaim fails to state a claim against Plaintiff upon which relief can be granted and should be dismissed pursuant to Rule 12(b)(6), FRCP.

2.      The claims and relief sought in the counterclaim are barred by Defendants' unclean hands.

3.      Defendants should be required to provide Plaintiff with a complete and detailed accounting of all financial transactions associated with the all the properties as a condition precedent to Defendants' right to proceed with the claims asserted in their counterclaim.

4.      Plaintiff reserves the right to allege additional defenses (including affirmative defenses) and additional facts and circumstances in support of those defenses as the facts become available.

WHEREFORE, Plaintiff prays for the relief sought in Plaintiff's complaint and for such other and further relief as the Court deems just and proper.

*s/David J. Parrish*
David J. Parrish (Fed Id No. 6261)
Maynard Nexsen PC
205 King Street, Suite 400
Charleston, South Carolina 29401
Telephone: (843) 720-1771
Email: dparrish@maynardnexsen.com
**Attorneys for Plaintiff Malcolm R. Hutchins**

May 16, 2024

NPDocuments:63018544.1