**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

| | |
|---|---|
| MALCOLM R. HUTCHINS,<br><br>               Plaintiff,<br><br>        v.<br><br>PAUL R. HUTCHINS and CAPITAL GAINS, LLC, a South Carolina Limited Liability Company,<br><br>               Defendants. | Civil Action No.: 9:24-cv-01174-DCN<br><br>**AFFIDAVIT<br>OF<br>MALCOLM R. HUTCHINS**<br><br>(Verifying Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment) |

PERSONALLY APPEARED before me **Malcolm R. Hutchins**, who being first duly sworn, deposes and says as follows:

1.     I am the Plaintiff in this lawsuit.

2.     I am over the age of twenty-one, and this Affidavit is based on my personal knowledge of the facts and information set forth in this Affidavit.

3.     I have read Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment (the "Memorandum") that is being filed with the court contemporaneously with this Affidavit.

4.     The factual statements in the Memorandum are true and accurate, and I hereby verify and affirm those statements as if they were set forth verbatim in this Affidavit.

5.     Attached as Exhibit A to this Affidavit are true and accurate copies of text email exchanges between Paul and me regarding our home at 3 Firethorn Way on Hilton Head Island. Those documents are identified as Bates MH-_00001 to 695.

6.     In addition to the document in Exhibit A, there are lots of other older emails and texts between Paul and me in prior years dating back to 2002 regarding our prior investment

1

properties. But at that time I was using my old emails addresses hogs83@cox.com or hogs83@cox.net. I stopped using those email accounts and Cox internet service years ago, and I can no longer access those accounts or retrieve the old emails from those old accounts. On the other hand, Paul has been using the same email address for years and should have copies of all of the email exchanges.

7.    Bates MH_000694 – 695 in Exhibit A is a copy of a March 2025 email exchange between me and my bank in which I requested copies of all the checks that I sent to Paul overs the years beginning in 2002 for payment of my half of the expenses and costs associated with our acquisition and carry of our various rental properties. As reflected in the reply email from my bank, my bank is unable to retrieve checks or records dating back more than seven years. On the other hand, Paul should have copies of all those checks and records reflecting his receipt of my payments.

FURTHER AFFIANT SAYETH NOT.

**SIGNATURE AND NOTARY APPEARS ON NEXT PAGE**

_____
**Malcom R. Hutchins**

SWORN and subscribed to before me
this _____ day of _____, 20___.

_____(L.S.)
Print Name:_____
Notary Public for _____
My commission expires: _____, 20___

2

texts between Paul and me in prior years dating back to 2002 regarding our prior investment properties. But at that time I was using my old emails addresses hogs83@cox.com or hogs83@cox.net. I stopped using those email accounts and Cox internet service years ago, and I can no longer access those accounts or retrieve the old emails from those old accounts. On the other hand, Paul has been using the same email address for years and should have copies of all of the email exchanges.

7.       Bates MH_000694 – 695 in Exhibit A is a copy of a March 2025 email exchange between me and my bank in which I requested copies of all the checks that I sent to Paul overs the years beginning in 2002 for payment of my half of the expenses and costs associated with our acquisition and carry of our various rental properties. As reflected in the reply email from my bank, my bank is unable to retrieve checks or records dating back more than seven years. On the other hand, Paul should have copies of all those checks and records reflecting his receipt of my payments.

FURTHER AFFIANT SAYETH NOT.


_____

**Malcom R. Hutchins**


SWORN and subscribed to before me this ___6th___ day of __august__, 20_25_

_____ (L.S.)

Print Name: _Taylor Knapp_

Notary Public for ___Arkansas - Cleburne county___

My commission expires: _6 | 5 | 20_30_

TAYLOR KNAPP
Notary Public-Arkansas
Cleburne County
My Commission Expires 06-05-2030
Commission # 12710959

2