**Malcolm R. Hutchins vs. Paul R. Hutchins and Capital Gains, LLC, a South Carolina Limited Liability Company.**

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT A – part 1 of 3 TEXT AND EMAIL EXCHANGES BETWEEN PLAINTIFF AND DEFENDANT PAUL. R. HUTCHINS, BATES STAMPED MH_000001-MH_000695

Messages - Paul Hutchins

iMessage
5/25/16, 9:13 PM



Our 31st anniversary

Who's that with you

Paul !!!

Happy anniversary !!! You'll look great

He looks mighty handsome!

Hahahaha

Your one lucky woman you are

What ?! No..,,,!

Yes, very fortunate to have such a good and handsome man...very fortunate indeed

Rick is texting

Idiot ! I thought so !!!

Hahahaha! Paul does look handsome  and he is a catch after all !

I'm glad you guys are happy

You damn right he's a catch...all those Hutchins men are

Yep !!!! Great stock !

MH_000001

Messages - Paul Hutchins



Oh goodness

7/26/17, 2:17 PM

Paul went back at 1:52. Either he had his time wrong or his Dr. Either way , he is in surgery now !

Thanks

Surgery over . One stone was stuck " like a cork in a bottle". Broke up that one and  4 more , put in stint . Still has one very large one " that isn't going anywhere "

8/13/17, 8:45 PM

I can come change tire for you, roadside assistance usually takes a while to respond

Read 8/13/17

Text message
9/20/18, 8:26 AM

61...happy birthday

9/20/18, 11:04 AM

Thought you in HH

iMessage
3/17/19, 5:24 PM

Auburn won the tournament

Beat Tenn by 20

MH_000002

Messages - Paul Hutchins



4

**How many cars**

**What is floor made of**

Concrete with epoxy finish

**How much was that epoxy**

**That is what I am putting in my new house**

Don't remember exactly...wasn't that much

3/17/19, 7:37 PM

**Arkansas in nit**

Who they playing?

**Providence**

3/18/19, 11:52 AM

**Gafford wont play in NIT...declares for NBA draft**

They can lose without him

MH_000003

Messages - Paul Hutchins

3/18/19, 4:33 PM



Garage holds 6 cars.  Joey said epoxy is about $2.50/ft

k

How many sq ft in that garage

2400

3/20/19, 4:22 AM

The weather should be really nice while there. How about renting a convertible?

What time you leave Dallas?

8:40....

We leave 10:20

I'll be in Savannah between 2 and 2;30



3/20/19, 7:37 AM

In Dallas?

Just landed...taxing to gate now

Free movies and WiFi!

Messages - Paul Hutchins

We leave in an hour

Gonna get some breakfast and we leave at 10:20

I had to rent an SUV because we have to haul a bunch of stuff to the house

How about the convertible, it'll be fun I'll pay

Shit, we can make a couple trips or use Joey truck

It's already prepaid

Can't we make a change at counter?

I'll ask

The weather gonna be great

I'll ask them

I'll pay for it

Cool River has a pretty good breakfast

We will be in term c

Find a place?



Your mammy about to get breakfast

Man...is she dressed up

She is

We are taking off





3/20/19, 12:17 PM

Just landed

About an hour away

Alright

3/23/19, 3:53 PM

Joeys here

Messages - Paul Hutchins

Text message
3/25/19, 8:21 PM

Send me a message I need to check something on my phone

The Vacation Company is going to give us a used stainless steel refrigerator for the garage

iMessage
3/25/19, 9:35 PM

The house across street is listed on VRBO. I guess this is in addition to company renting it also. Can we do that as well

They will list it everywhere

The Vacation Company is going to give us a used stainless steel refrigerator for the garage

That is nice of them

Did they volunteer that

They did

That house across street rents for about 750/night

Even in July?

It just says average 754/night

It's not very nice

3/27/19, 8:26 AM

They are working on the pool

k

MH_000007

Messages - Paul Hutchins

3/27/19, 5:29 PM



I saw it earlier. They got done fairly early

Soil way not done

Spillway and water tomorrow

I thought the inside should have been more blue so to give the water a Bahamian look

It will be blue when the water gets in there

I asked the same question. The pebble Tec makes the water turn blue for some reason

It's the same thing you saw at the other house we looked at

3/28/19, 12:32 PM

Look at the pool now

MH_000008

Messages - Paul Hutchins

3/30/19, 3:19 PM



4/1/19, 6:52 PM



k

Messages - Paul Hutchins

4/4/19, 5:38 PM







Messages - Paul Hutchins



Nice

4/4/19, 9:37 PM

Looks very clean

It is. It only had 11,000 mooing it. Guy bought it new from the dealer I got it from. He lives there in Conway. I don't think it has ever been off road

Doesn't look like it

Gary Wallace posted his Jeep for sale on Facebook

He buys one then fixes it a little, just cosmetic and tires, drives it dome then sells. He'll buy snother

He wants 9500 for it

It's that white one

Ehat yesr/miles

What yeat

Year

1999 I think

Miles?

Didn't say

MH_000011

Messages - Paul Hutchins



I wouldn't be interested in it because it's an automatic

Too much snyway. I think it hsd over 150000 when he got it

1999 from my huy only 5k

Guy

That's more reasonable

4/5/19, 7:45 AM

Any word on that Jeep?

Nope. Havent heard from him

I dont remember his name

Recent calls on my phone only go back one week

You can go online in your ATT account and see all the calls

Ok i will

I'll drive it out there next week if it's ready

k

4/5/19, 5:44 PM

I'll probably just drive out there next week

4/5/19, 10:27 PM

Hog red v white game @ 3 tomorrow on espnu

We might win that one

Should be competitive

I'll try and watch it

MH_000012

Messages - Paul Hutchins

4/6/19, 7:52 PM



Your mammy in the wine

Funny

4/7/19, 3:12 PM

New coach from nevada

Really...already?

Yep

Sandra will have my phone tonight and tomorrow because im going to lr and im getting her new phonevat apple store so if you need me text her number

Ok

Messages - Paul Hutchins

4/10/19, 9:52 PM



4/12/19, 2:28 PM



Looks good

Do they still have my tab open?

No...I checked

Gotcha

MH_000014

Messages - Paul Hutchins

4/12/19, 7:46 PM



4/13/19, 12:19 PM

Just got a new booking for 2nd week of June

Good. Is it discount rate?

Raining there?

It's sunny and 81 here. I can't see what the rate was

4/16/19, 2:12 PM

We got a booking for this Saturday. We're up to $25,000 in rentals now

4/20/19, 3:25 PM



MH_000015

Messages - Paul Hutchins

4/22/19, 11:57 AM

Just added another week

May 5-12

Good

Looks like renters are on the move

Van is mot in friveway

Yeah... they left a couple of hours ago.  Haven't heated hot tub yet

They were in the garage mist of the night

Text message
4/25/19, 3:26 PM

Through with interviews?

iMessage
4/25/19, 4:01 PM

Yeah.  On the way back.  Just landed in Chicago

4/27/19, 7:33 PM

Hogs 6 vols 18 in rankings.

Hogs won last night. Leading now 4-0 top of 5th playing at Baum in Fay

It's not on here

You can probably get online then airdrop

I'll try that

I do that when i cant get on firectv

4/28/19, 7:12 PM

Nice comeback

Good win

I watched it

Me too

Messages - Paul Hutchins

4/29/19, 2:31 PM

Got their check today for Thanksgiving week. We're at $46,991 in income booked so far.

Good

4/30/19, 9:04 AM

I left Dru at the Vacation Company a message to ask him about it. Marriott service is designed to compete against Airbnb because Airbnb bought a hotel company to compete against Marriot. The Vacation Company partners with Airbnb so it looks like Marriott would be a competitor. Nevertheless, I'll ask him about it.

I think the Marriott platform will be similar to airbb. They will just get a booking fee allowing vacation company another platform to get renters. Just like vrbo or others

I'll ask him about it

Looks like Marriott is going after very large international homes

The high end stuff

Pilot program in europe, they have not launched program in us yet. Their rentals range 200 to 10,000 per night

4/30/19, 4:42 PM

Replacing stair lights

I see them working

5/2/19, 6:56 PM



MH_000017

Messages - Paul Hutchins

Much different than five years ago!

That's pretty good

Shooting for 800

850 is the highest

Well Im quite sure i wont get there!

5/5/19, 6:06 PM

They are cooking on the grill

Oh. You spying again

Yeah

They Turn the hot tub on and they are out there

5/6/19, 11:40 AM

Just got another week in November

5/6/19, 2:26 PM

We have a whale sighting in our pool

Oh no!

We got another week in November

5/7/19, 8:05 PM

New stair lights look good

5/9/19, 8:07 PM

Hogs just hit grand slam....11-2.

12-4 now

12-2

I'm watching it

5/10/19, 1:18 PM

Got another week in June

MH_000018

Messages – Paul Hutchins

5/11/19, 1:08 PM

Hogs on Espn2

Ok. Raining here so will probably watch

5/11/19, 8:56 PM



That's funny

5/12/19, 10:16 AM



Messages - Paul Hutchins

5/12/19, 6:49 PM





5/15/19, 4:39 PM

Just got a week in September

good, it is starting to fill up a bit

do you get a notice when it books or do you just check the schedule online

I just check it

We got an offer for 350k on that other lot today

MH_000020

Messages - Paul Hutchins

5/17/19, 5:05 PM

Just got a week in October

Great

5/17/19, 9:12 PM

Shaqtin a fool is on 216

k

5/18/19, 3:31 PM



5/22/19, 6:15 PM

Hog are 5th
Georgia is 6th

k

5/24/19, 7:31 PM

Hogs eliminated?

5/26/19, 2:51 PM

About to take off for Dallas.  We have new renters today

Great

I'll call you when I land

Messages - Paul Hutchins

5/27/19, 11:28 AM

Razorbacks earns number 5 national seed, field set for Fayetteville Regional
 https://www.nwahomepage.com/news/razorbacks-earns-number-5-national-seed-field-set-for-fayetteville-regional/2031496271
(Via KNWA News)

That's about where they should be

Yep



That should be about right

5/28/19, 6:21 PM

What did you decide?

MH_000022

Messages - Paul Hutchins

5/28/19, 8:14 PM



Same for both eyes

5/28/19, 9:38 PM

How often she throwing away

I don't know

I'm asking



Also does she sleep in them

Ok

5/29/19, 8:32 AM

Katherine does not sleep in them and throws them away after about two weeks.

5/29/19, 2:10 PM

Is there a dry county up there?

Is calico dry?

no, izard county is wet. you will be coming through stone county and I'm not sure about it. there is liquor store in norfork about 15 minutes from calico going towards mountain home

Should I stop at Little rock and get us something to drink

if you want to

not far to  norfork

OK. I'm almost to Conway now anyway

i don't drink much anymore so get what you like

Ok

there is some ultras there i saw that someone left last time

Ok

6/1/19, 12:40 PM





MH_000024

Messages - Paul Hutchins







MH_000025

Messages - Paul Hutchins



6/2/19, 6:31 PM

Hogs play at 8 o'clock

7 central

I think it's 8 o'clock our time

Hogs are on ESPNU tonight

6/4/19, 10:07 PM

We got July 4th week today

6/5/19, 5:51 AM

Great

6/8/19, 11:39 AM

End of 1st:  Hogs 4...Miss 1

Great. I am in meetings in Orlando. Hope hogs win

I'll keep you posted

Who is pitching for hogs

Campbell

Did he get drafted?

I haven't heard

You give Campbell 4 runs you're probably not going to lose

End of 2nd:  6-1

Great! It will be important to win this first game

9-1

End of 4th

Terrific

That's a pretty sorry pitcher Miss has

MH_000026

Messages - Paul Hutchins

Hogs will probably win this game

Pitching change in 6th for Miss:  10-1

Good

This is the fourth pitcher. They're using a lot of pitchers

Another pitching change:  11-1....bases loaded

Thats good they are going thru alot of them

They will probably cocede game shortly and not use any more pitchers

Bottom of 7th

Final:  11-2

Great game what time tomorrow

2:00.  Campbell pitched 8 1/3.  He was great

Good that means we got pitchers left

Only used 2

Didn't use Cronin

6/8/19, 5:58 PM



MH_000027

Messages - Paul Hutchins







Messages - Paul Hutchins







MH_000029

Messages - Paul Hutchins

That's funny

As long as i use their product im sure they dont care

They invited 500 worldwide to this event to launch a new contact lens

I'm sure they don't care

Me too

I dont care...thats whats important

I wouldn't care if they did care

Im largest user of their product in arkansas

Contact lenses

Its what i gave katherine

How does she like them

She really likes it

Ill order a year supply

Ok...It's helping her dry eyes

Yep. Thats what i said

6/8/19, 9:44 PM

Did yall go out

Not really

Gotcha

He has something lined up in Fort Worth

I see

I bet he does. Probably 60-70 with a check about to come in the mail

That's pretty much what it sounded like

New set of tenets checked in tonight

MH_000030

Messages - Paul Hutchins

> You know, I'm just kinda tired of the chasing. It used to be fun and on many nights challenging but anymore now I am happy with Sandra and just enjoy being out without the hunt. Just me I guess but I'm really happy with where I am in my life

Yeah. It's not like it used to be anyway

> Getting older but enjoying it

6/9/19, 4:04 PM

> Is weather bad there

It was really bad earlier, but it's moved out now

> I am sitting on plane. Been waiting 45 minutes cause of weather here. Now they say DFW has closed to all inbound traffic. Wont have update for at least one hour. What time is last flight to xna?

Cindy is stuck in San Antonio as well

> Last xna flight?

I'm looking

Where are you?

> Orlando

> Just announced we will tske off at 5:52

There is a 10:15 flight

That's the only one left today

> Great ill get home at midnight

Arrived at 11:30 PM

Hogs are behind 8 to 5 in the top of the sixth

> Just got text from aa that my flight from dfw is at 8:15

That flight must be sold out because it's not showing up

Are you on American?

> Yeah, it may be my original flight that got delayed

Messages - Paul Hutchins

Yes

6/9/19, 9:05 PM

Been sitting on tarmac for 90 minutes after hour delay in leaving. I may not make last flight out because there are about 25 planes waiting for gates to open up. I dont know if i can get home tinight

Wow

Last flight is at 10:15

They have stopped all inbound traffic at dfw

Cindy is not leaving until 11:30 now

Her original flight was at 3 o'clock

I wont make it i dont think. Im arriving at term c and i think the other flight at term e

They might hold it

No fights coming in here until they get this cleared up

Will aa give me free voucher for next flight?

You mean a free ticket next time you fly?

I doubt it

It's weather related

Me too. Everyone on here hollering anout it

Yep

No liability for weather

I bet this effects alot of flights since this is aa hub

My 7:15 flight shows it's on time

Hogs lost 13-5

Messages - Paul Hutchins

We had 70mph wind here

Are you getting closer?

Nope. Captain just announced that he has no news

I think they can only kerp us out here snother hour

3 hours is max

Then what?

I dont know but thats whst internet says. It was some regulation passed a few years ago

Pilot just announced there are greater than ten plsnes shead of us wsitung for gste

I guess they will oflosd us on bus

Probably

I dont know why they dont just do that now

What are you gonna do then?

I dont know. Im dure ill miss that last flight tho

You gonna get a hotel room?

I guess

May not can find one very close because im sure there are many people in this situation

You can come here if you want

You might end up renting a car anyway

My guess is those flights tomorrow will be full

You might go online and reserve a car

Who you reccommend

They're all about the same.

I use Avis a lot

MH_000033

Messages - Paul Hutchins

k

Cheapest car at avis is 130.00

Damn

For less than 24 hrs

Try budget

Keep it 2 days

Why?

Lower rate

I think they ding me for returning at different place

One way rentals are high

Forgot about that

But you don't have much choice

Just rented compact st avis...165.00 all in

That more than the glight cost to xna

Was full size that much more?

Yep. It wss over 200

Are you still on the plane?

Small car better on fuel

Yep

What are they telling you now?

I hope abis font want return ticket

When are you getting off the plane?

Ee just started moving. Probably 25-20 minutes

Are you coming over here?

MH_000034

Messages - Paul Hutchins



Maybe

I'll turn the air conditioner on upstairs

You sint got to fo that

Ill sleep in bed with you and cindy

Cindy wont be here by then

I'll leave the front door unlocked

k

Should have been home three hours ago

It's happened to me before

Can't be helped

Nope. You ought to heat how all these passengers suddenly became transportation law experts

I bet

Never seen so many people all of a sudden become diabetic

That's funny

Need to get off plane to get their insilin

I guess they all want to sue

Yep

6/9/19, 11:40 PM

Attachment stored in iCloud: IMG_0156.MOV (Video)

Damn

Sunday night

Unreal

The other counters are like that too

MH_000035



At least you're not in the back of that line

Not anymore

Glad i reserved one

Yeah

6/14/19, 8:00 PM

Put "steak" on...went to get beer from frig..."steak" done. Time to eat!

We got another week in July today

4 weeks booked in July

Great. Full. That good. High dollar weeks too

Exactly

5 of the next 6 weeks are booked

Should we begin offering discount of some kind if people go ahead and rebook for following year?

I wouldn't. Not necessary

$$$

How many weeks total mow?

15 I think

Average of what...5000.00/wk?

At least

Prob closer to 6

Probably 50-55k coming to us after expenses

Sounds about right

7500 cleaning

12% to vacation compony

Probably 600/mo utilities

Messages - Paul Hutchins

Something like that

Maybe net closer to 65-70k

Should be a good first year...and we'll get some more weeks

Gtrat

Great

I think we're going to do pretty good with this

Well if not can always sell

True

How is pat

Haven't heard lately

I guess I should call and make an inquiry

Maybe

6/15/19, 7:09 PM

Top of 4. No score

Hogs are home team

Hogs up. No score

Bottom 5 still no score

Bottom 6 no score

Bottom 7 no score. Hogs about to bat

Too close

Defense

Man on third no outs

One out

Top of 9 no score

MH_000037

Messages - Paul Hutchins

Damn

No outs just hit batter scroggins pitching now

Closer

1 nothing 2 outs top of nine

Looks like they got to our bullpen

Okay. Here we go! Bottom of 9 down one run

Not good

Game over.

No runs

Hard to believe

"

1-0

Poor hitting I guess

Good pitching both sides

6/16/19, 10:05 AM

Hogs play at 1:00 tomorrow

6/17/19, 1:47 PM

Top of 3rd....hogs up 3-0

I forgot about them

Hogs or visitors

Bottom of third

I got it on now

Ok

You talk them sum bitches bout job yet

MH_000038

Messages - Paul Hutchins

3:00

6/24/19, 10:34 PM

Send contacts to:

990 Woodstream Drive
Prosper, TX. 75078

6/26/19, 6:01 PM

Tenant update:  got dressed up and went to dinner

Good. Wont be using our kitchen/dining facilities. This is working out!

Insurance company totaled Cindy's car...damage was hardly noticeable

Terrible. You can probably nuy it back from them for a fraction of what they pay uou

They offered me 6k if I keep it...11k if they keep it.  Replacement to get another one like it is 16k.  So I'm arguing with them

How much to fix

Not sure.  Have to call them tomorrow.  The problem will be that it's going to have a salvage title associated with it now, so I'll never be able sell or trade it

6/29/19, 7:46 AM

https://www.indeed.com/jobs?q=optometry%
20consulting&l&radius=25&vjk=6946f07d2df8acc7

Look at the Vice President of Professional Relations at VSP

6/29/19, 1:14 PM

Gary just texted me and ssid lisa parnell had a stroke and died yesterday

Oh no

Damn

MH_000039

Messages - Paul Hutchins

6/29/19, 8:38 PM

Saw this on face book
you know Lisa Parnell. Has suffered a brain stem stroke and has moved to her home in heaven. She was like many of us and lived from paycheck to paycheck on her small disability checks. She had no burial nothing. Let's make her happy and donate to help her have a burial and funeral that she would be proud of.   If you need specifics. Contact Melissa Shepherd Malone or myself.

Got this from Gary

Sad

7/2/19, 3:28 PM

Contacts have not arrived yet

7/4/19, 9:02 AM

https://thompsonfuneralhome.net/obituary/1474

Doesn't look very much like her

7/11/19, 4:35 PM

He's pacing again today

Weird

7/16/19, 8:54 PM



Funny

MH_000040

Messages - Paul Hutchins

Do you remember thst episode

I do

It is where he is on top of courthouse and the light bulbs fall and escapees think it is machine gun

And that gun falls off the roof too

Yep

7/19/19, 7:48 AM

Former Razorback football player Mitch Petrus has died
https://www.nwahomepage.com/news/former-razorback-mitch-petrus-has-died/
(Via KNWA News)

Never heard of him

Played under knutt

7/19/19, 1:16 PM



MH_000041

Messages – Paul Hutchins



7/20/19, 6:01 PM

New meat just checked in

7/21/19, 9:25 AM



How did you get thst

7/22/19, 12:25 PM

There's a whale in our pool

MH_000042

Messages - Paul Hutchins

7/23/19, 5:46 PM



Look at that name

Bich Ho

That is a patient

That's funny

7/23/19, 10:04 PM

If you Google Northwest Arkansas architectural design, a few designers will come up

Ok thx

We paid $2.50 per heated square foot in Hilton Head

You might consider talking to him anyway

I think i will. Send contact info please

Mark E. Brummer
President
Shore Line Design, Inc.
P.O. Box 22472
Hilton Head Island, S.C. 29925

(843) 816 6022

7/24/19, 9:32 PM

We got another week in August today.  Rented through Aug 17th

MH_000043

Messages - Paul Hutchins



Good

That's 9 consecutive weeks

Good

Goodnight

Have to be up at 4

That was meant for Cindy

Ok

7/27/19, 7:40 AM

Installing the gutter covers this morning

Good

7/29/19, 4:08 PM

I received Cindy's contacts today. Thanks!

welcome

8/3/19, 8:29 PM

Someone just came out house

Where did they go?

They walk towards the beach

Ok

8/5/19, 12:18 PM

Any word on situation?

Don't have the letter yet but spoke with Aaron

I guess they will get letter from online

They are charging them 300 pet deposit plus additional cleaning

Not 500

I'm going to ask for 500

MH_000044

Messages - Paul Hutchins

How did they come up with 300

That's their standard fee

Ok. I thought it was 500

But this is a large dog

I'm going to continue to demand the letter

Sure. Do they not have?

I asked for it again but haven't gotten it

Well. VC should be the ones asking

They are

I'm not in contact with the renters

Did they tell renters they will pay extra

Not sure

But that's what they decided to do

What started this was them saying they would not pay

Right

So apparently VC does not believe them about dog being ESA or they would not chsrge extra fee

They don't

They think they lied

So now I'm going after the renters for fraud

Wait till they leave to do that

I will

You have the certificate

The bs one?

Yes

MH_000045

Messages - Paul Hutchins

Yeah....It's the one I sent to you

Ok that can be sent to prosecutor office

Right

I just emailed Rhonda at the Vacation Company

Requested an update

what did you say?

That's going to put our rental income at about 10,000 for this week

8800 to us

less cleaning

Right

~8300

Not bad

if they don't fuck it up

I talked to Aaron.  They're going to inspect it really close

Yard maintenance is out there right now

8/6/19, 6:59 PM

https://apple.news/AQaAfiZi-QrWO7Zg296q93g

8/7/19, 8:04 AM

Patti died this morning

Expected

Doctors had timeline right

3 months to the day

I guess they will cremate today

Probably no memorisl service

MH_000046

Shelby didn't say anything about a memorial service.  She had no relatives there and only a few friends.

Hung out with Shelby and Joey mostly

Yeah, cremate this afternoon followed by open house!

Probably

8/10/19, 9:53 AM

https://apple.news/AoVLkJJkXTTCEA98Aqv66Rw

8/10/19, 7:07 PM



Looks good wish I was there



MH_000047

Messages - Paul Hutchins

She looks exvited!

She's not eating

Why

Said she wasn't hungry

She should eat a piece if fish

Cowboys playing tonight

I tried to get her to but she wouldn't have it

8/10/19, 10:29 PM

https://www.nytimes.com/2019/08/09/us/politics/joe-biden-poor-kids.html

8/13/19, 10:23 AM

July 11-18, 2020 just got booked.  $8567

Next year! Wow

I know

Wonder if it is a repeat customer

I can't tell

I would say probably

Not a repeat customer

sure booking early

Right now we're at 81k through Dec 31st

15 weeks

that is about 64,000 after fees and cleaning but not including utilities, ground work

next year it will be 71,500 if all stays same

Should be a lot more next year

yep, i am especially excited about the change in cleaning policy

MH_000048

Messages - Paul Hutchins

That is a significant increase in our net

8/13/19, 12:52 PM

thanks for agreeing to help me out on the money thing

No problem....glad we held some back

8/14/19, 3:30 PM

Just got another week in October

Gre$t

8/18/19, 3:25 PM

The girls want to check out house at HH. Do think last week in Oct would be safe bet for no renters

We should probably wait until the end of September to see how October pans out

8/19/19, 5:55 PM

Got another week in September today

$3000

Great

Not that much...but it was an empty week

8/19/19, 8:53 PM

Right now we are at $87,441 for the year

8/19/19, 9:56 PM

That good

With a little luck, we could hit 100

8/24/19, 7:12 PM

We got the 4th week in June today

Oooooh

Messages - Paul Hutchins

8/24/19, 9:57 PM

$8000 and $7500 so far in 2020

Great

Enough to pay taxes...hopefully

Text message
8/31/19, 6:40 PM

We are watching rest of game call you later

iMessage
9/4/19, 8:22 PM

What year did you graduate from SCO?

1992

9/5/19, 9:56 AM

Happy Birthday

Thanks

9/7/19, 4:43 PM



I used to watch that show

9/7/19, 9:07 PM

They need to fire Morris

Yep

Sorry game plan

Just like last year. Can't decide on a quarterback

So you don't really have one

I never thought he was a good fit

Just not prepared

Messages - Paul Hutchins

I can't believe we're still trying to run the football

No discipline. Penalties

Unorganized

That's coaching

All the things you don't want in a team or coach

There you go

No guarantees against Colorado state next week

12 conference losses in a row

9/9/19, 10:43 AM

15k net for August

that not bad

Plus we get that deep clean for free

did we have every week in august or three

3

9/11/19, 1:08 PM

They have his credit card for $1500 today

Hit

did they tell you

Yeah. They're giving us $300 for the pet deposit and $1200 credit for the cleaning

well, that helps with the mandatory deep clean, the pet deposit just gravy

i would like to know tenant response when he finds his cc hit for 1500

He was already told.

i don't think vacation company has heard the last from this guy

They pretty much told him his time was up to provide the documentation

Messages - Paul Hutchins

9/14/19, 3:08 PM

Starker looks great

9/14/19, 5:24 PM

Defense is horrible

Weak

Yeah.  My guess is you're about to see weak right here

9/15/19, 12:32 PM

We got a week in May yesterday

Next year gonna be a goodun

I believe it will.  3 weeks booked so far

9/16/19, 12:35 PM

Got another week in June today

4 weeks

Great

9/19/19, 12:01 PM

Did you get those checks?

Yes thank you

Good

MH_000052

Messages - Paul Hutchins

9/21/19, 5:08 PM



4235 west airport freeway Irving

Ok

First one was incorrect

Ok

Here

Ok

9/21/19, 10:09 PM

That is really sad

https://www.saturdaydownsouth.com/arkansas-football/3-touchdown-favorite-arkansas-being-embarrassed-at-home-by-san-jose-state-at-halftime/

Before tonight sj state has only won 4 of its last 27 games

Morris should be fired

They're giving Starkel shit for wearing that Justin Bieber T shirt

I saw that

9/22/19, 1:35 PM

San Jose State got $1.5 million last night

MH_000053

Messages - Paul Hutchins

Not enough

We just got here

How is it?





Nice. Here is pics from our room

Wow...very nice

Chad Morris said this morning that it was a disappointing loss and the hogs didn't play very well

No shit!

Messages - Paul Hutchins

9/24/19, 6:54 PM

Any issues with the hurricane?

No not right now

9/26/19, 7:11 PM

You in Peru?

9/26/19, 11:51 PM

Just got here. At airport until 6am then military flight for 3 hours

Long day

Left at 7 this morning

What time is it there?

11:54

I'm still in San Francisco

Shit

Saw a few queers but no shit

I bet you saw some queers

Yurachek said he was staying with Morris

Yeah I heard that. We will see what he says next week

9/27/19, 10:18 AM

How was is it over there?

9/28/19, 1:11 PM

Just got internet connection

Long long trip. Very primitive conditions here. Lima not bad but I am in middle of rainforest now

It is a town but primitive

Hogs up 21-17

MH_000055

Messages - Paul Hutchins

I can I may

Imagine

> Up? Wow. Someone has been keeping me posted. Gonna try to watch now I got WiFi

Hicks is QB now

Hogs up 24-21

Starkel threw interception at the goal line and got replaced

A&M. 28-24

28-27

31-27.   3:52 left

Lost 31-27

9/28/19, 3:29 PM

Send me a picture

9/28/19, 7:04 PM

> Ok just got wife working again. Very sketchy



> Amazon

Cool

MH_000056

Messages - Paul Hutchins

9/28/19, 9:23 PM



Where is that?  Reminds me of India

Main road in this shit hole

Nasty

Yep



Street view

How's the hotel?

Not bad. Think about Super 8 with pool mixed with a gas station bathroom

Messages - Paul Hutchins



Sounds like a 5 star for yhAt area

It is. Internet very sketchy in Peru

3rd world country

For sure

Had to come outside in one spot to send text...won't work inside building

Kinda sad.  Hogs had chance to win game at the end.  Just couldn't quite pull it off

Is it hot there?

Not too hot but extremely humid

When you coming back?

10/7

Long time

Who is qb now? Still don't know?

Hicks.  Starkel hurt his throwing arm trying to make a TD saving tackle after he threw a pick at the goal line

How sad is that? Finally get in red zone and poof ball going the other way

The throw hit O'Grady on the shoulder pad and bounced up in the air

We could have won that game

Outgained them in total yards

Texas A&M is ranked

23rd

Getting close

Played much better

Moral win

2-3, about what we expected

MH_000058

Messages - Paul Hutchins

Yeah

Lower expectations

It's been 9 years since we beat A&M

Wont win again this year

Nope..lost today

10/4/19, 7:57 AM

Just got Christmas week booked

10/4/19, 5:25 PM

Great. Just wrapping up clinic for day and week. Free night in Peru!

Sounds like a good time

How was it?

10/4/19, 7:59 PM

Busy. 3800 people in 5.5 days. Dispensing glasses tomorrow

10/8/19, 4:20 PM



looks good...he buying those too?

Yep

So far

Messages - Paul Hutchins

10/8/19, 6:35 PM

At dinner.  Call you later

Ok

10/10/19, 9:17 AM

I see you

10/10/19, 2:29 PM



10/12/19, 9:54 PM

Hogs continue to find ways to lose

10/14/19, 8:01 PM

Attachment stored in iCloud: IMG_0243.mov (Video)

Cool.  Where was that?

Elk

Where were you?

Just outside Cherokee

How was it up there today?

Attachment stored in iCloud: IMG_0616.MOV (Video)

MH_000060

Messages - Paul Hutchins

Just up road from other one

Damn.  They are everywhere.  Are the leaves turning?

Just starting



10/18/19, 3:30 PM

They scored nine touchdowns and went for two every time and made it

The game ended what about three minutes left in the first half

10/19/19, 11:09 AM

We fumbled..aub to

10/19/19, 3:05 PM

Stands are about 60% full

10/24/19, 4:51 PM

Just rented 4 nights for 1878

10/25/19, 11:00 AM

We just booked the 2nd week of October 2020

Good

Gonna be a good year

Looks like it

MH_000061

Messages - Paul Hutchins

5 weeks so far

10/26/19, 7:41 PM

How fucked up is that

Normal

I'd fire that whole bunch

It's a joke

Me tooo

3 interceptions?

And a fumble

He gonna set school record for most interceptions

And that's the best we have

Yep sad

10/28/19, 12:54 PM

We're at $93,660 for the year so far

Sounds good

$32,959 so far for next year

That is outstanding

Good start

10/30/19, 8:32 PM

Got another week in July today

How many weeks total now foe 2020

6

How much money

Around 40k

MH_000062

Messages - Paul Hutchins

Great

11/2/19, 3:01 PM

Stadium half full

Hogs look confused on both-sides of the ball

Yep. That's them

Look awful

Their running back already has 142 yds

Lots of booing

11/3/19, 7:34 PM

Got another week in July...7 weeks now

Fantastic

Gonna be a good year

Damn right

11/4/19, 8:13 AM

7 weeks...47K

11/4/19, 12:49 PM

https://www.nwahomepage.com/sports/pig-trail-nation/cj-ogrady-ends-career-at-arkansas-with-three-games-remaining/

CJ O'Grady ends career at Arkansas with three games remaining

(Via KNWA News)

not surprised

https://www.nwahomepage.com/sports/pig-trail-nation/john-stephen-jones-kj-jefferson-top-arkansas-depth-chart-at-qb/

John Stephen Jones, KJ Jefferson top Arkansas' Depth Chart at QB

(Via KNWA News)

About time

Messages - Paul Hutchins

11/8/19, 2:06 PM

I forwarded you a copy of the letter our attorney wrote to that attorney from the property behind us. Our attorney pretty much shut him down.

11/10/19, 10:51 AM

https://www.nwahomepage.com/sports/pig-trail-nation/arkansas-coaching-hot-board/

Arkansas' Coaching Hot Board

(Via KNWA News)

https://www.nwahomepage.com/sports/pig-trail-nation/chad-morris-out-at-arkansas-after-a-4-18-record/

Chad Morris Out at Arkansas After a 4-18 record

(Via KNWA News)

11/10/19, 4:08 PM

https://www.nwahomepage.com/news/knwa/former-current-razorbacks-react-to-chad-morris-firing/

Former, current Razorbacks react to Chad Morris firing

(Via KNWA News)

11/14/19, 8:33 PM



Funny

MH_000064

Messages - Paul Hutchins

11/15/19, 3:03 PM

Got another week in May today

Great

11/17/19, 9:33 AM

Just posted on Zillow.  Sent you a link

How much

499

I just landed in Fort Lauderdale

Cool

11/17/19, 7:07 PM

75 views on our listing

Great. Maybe it will sell soon

11/17/19, 8:19 PM

We're going to be out of money at the end of the month.  I paid the taxes on FIRETHORN today.

How much was tax

4300

11/18/19, 10:39 AM

$52,380 so far for next year

That is good

Xmas week is $4291

That not bad for end of year boost

Well, maybe everything will work out

I guess you know what you're doing

Funny

MH_000065

Messages - Paul Hutchins

Text message
11/18/19, 11:17 AM

Attachment stored in iCloud:
IMG_0723.MOV (Video)



iMessage
11/18/19, 11:20 AM

I'd be slipping out that door

Thinking about it...that why I sat in back

Looks like you had a nice lunch

Yeah, you know how they do

Dinner cruise tonight

That might be nice with an open bar

Yep. These are some drinking motherfuckers.  If there wasn't open bar at all these events no one would go

I imagine the liquor bill is probably equal to or greater than the food bill

Much more I'm sure

11/18/19, 12:52 PM

LSU favored by 44

Thought it would be more than that...that's a testament to Barry Lunny Jr

I wouldnt take 44

Might take 60

60 sounds about right

Take LSU and give up 60

For sure give upbpoints

MH_000066

Messages - Paul Hutchins

11/19/19, 8:20 AM

We just got the last week of December/New Years.  $3581

8k for December

An other $2650 in the coffers

Puts us around 97k for the year

That place is gonna be amazing

11/19/19, 6:59 PM

Hogs on at 7:00

Just got to Atlanta...won't be home till about 11

Hogs up 25-10

Who plating

Texas Southern

28-12

Hogs look better tonite

Chaney is back

Probably 18-20 win team

11/20/19, 3:37 PM

https://www.nwahomepage.com/news/knwa/dna-test-shows-hunter-biden-is-the-father-in-arkansas-paternity-case/

DNA test shows Hunter Biden is the father in Arkansas paternity case (Via KNWA News)

11/21/19, 4:40 PM

Got another week in July today

Unbelievable

9 weeks now

Messages - Paul Hutchins

Those rental guys are worth every penny they make from us

They're doing a nice job

We wanted 20 weeks and we are almost half there already

Right

11/23/19, 8:34 PM

How do you false start on a punt?

Amazing

Damn

Wait to you see what just happened

Damn

Right up the middle.

Familiar sight. Red shirt giving chase

Defense is just horrible

They gave 610 yds of offense in 3 quarters

Not as bad as I expected

Someone on our team is going to get hurt

Hopefully it will be a starter on defense

New QB in

I would not go in if I was him

I wouldn't have gone to Baton Rouge

Who is that?

Never heard of him.  Probably played last night

I don't know. Maybe Jim Lindsey grandson

Did you see where marked tree made the playoffs at 2-7

Messages - Paul Hutchins

No shit

It is one of those deals where there is not enough teams  guy

LSU is averaging 18.2 yds per carry

Good lord

We are 2.2

Damn

Onside kick worked

Higher than I thought with all them sacks

Making a game of it

Not gonna cover

Hogs cover

lol

Yeah, LSU had bad night. May drop to 2

11/24/19, 6:09 PM

https://www.youtube.com/watch?v=ZlRz2puBFBl

11/26/19, 4:42 PM

10 weeks now.  Every day in July is booked.  Revenue now at $72,255 for 2020.

Not bad Paul

July 4th week was almost 9k

MH_000069

Messages - Paul Hutchins

11/28/19, 6:47 PM



LOL

11/29/19, 12:36 PM

I'm predicting Hogs 17-13

24-17 Missouri

11/29/19, 1:48 PM

I'm watching it by air drop from phone

Good

11/29/19, 4:10 PM

Lots of dropped passes by our receivers

you could not put a worse defensive together if you tried

Ugly

Missed tackles and poor coverage

That did it

Very poor play

We have to be the worst team in the FBS

12/6/19, 9:08 PM





This is great

12/8/19, 6:28 PM

Sam Pittman new coach

More of the same

I don't know about him

I think he was here with Bielema

12/10/19, 12:14 PM

10 weeks again

Messages - Paul Hutchins

Good

$ 73,916

Not bad. Probably go to 120k next year. Maybe net 80k

ThT would be my guess

12/13/19, 5:03 PM

He emailed me back saying 400 was his bottom line

12/15/19, 2:05 PM

Hutchins1979 new Amazon password

ThNks

12/16/19, 12:55 PM

Hogs would be be ranked 49th if it went that far.

12/17/19, 8:18 AM

11 weeks...$80,416

12/20/19, 2:14 PM

Got the check for the pool heat today $675. The check I don't have is yours.

Well you should be getting soon. $50,000

Ok

Running low

Tenants tomorrow got spa heat

$225

MH_000072

Messages - Paul Hutchins

12/23/19, 9:22 AM



Funny

12/23/19, 5:21 PM

Can you call me in a Z-Pak at CVS?
972-347-6375

https://www.nwahomepage.com/sports/pig-trail-nation/briles-picked-to-run-razorbacks-offense/

Briles Picked To Run Razorbacks' Offense

(Via KNWA News)

12/25/19, 7:00 AM

https://apple.news/A8faJKcQjRomMRerYObjq-Q

Paul, lets do this!

MH_000073

Messages - Paul Hutchins

12/25/19, 7:07 PM



Looks great

Looks familiar

Very

12/27/19, 8:54 AM

Okay. Mom will see you tomorrow afternoon.

That won't work

?

I'll call mom

Seriously?! Katherine is here with the flu , my mom just got out of the hospital and can't move , we have 40 people coming at New Years and ada wants to pop in tomorrow for 3 days ? With less than a days notice ? I told Paul to go see her alone , he could see Rick , stay 3 days , do projects for her , he refused .

So sorry to here this about your Mom.. That's a lot to handle.  Yeah Rick would enjoy spending time with Paul .

12/27/19, 4:31 PM

Your check bounced

It's been returned

Messages - Paul Hutchins

12/29/19, 7:12 PM

Big win

12/31/19, 8:14 PM

Channel 557 has Caddyshack. Maybe funny for your golfing friends

12/31/19, 10:05 PM

They are all drunk

Funny. Record some of them without them knowing and send it to me

1/1/20, 7:37 PM

https://apple.news/A2j442wXIS_aJoIcpt2ZI9Q

Good advertising

Probably what got thst last week you told me snout

About

Hard to know

1/3/20, 3:43 PM

Hi . We are at Ada's. Want to meet somewhere for dinner ?

Are we meeting for dinner?

Working call in a bit

Heyyy. I'm not really feeling well. I think Rick would like too.

Ok

Sorry you are feeling bad

I set ima up a FB account

Oma

1/3/20, 8:24 PM

Thanks for the pressure cooker. We have never had one. I'm curious to see how to make yogurt.

MH_000075

Messages - Paul Hutchins

You're welcome.



What time y'all leaving tomorrow

We make great stew in it

We are leaving g about 3

Am or pm

Pm , lol

How are you feeling ?

Sandra will probably make a stew next week

Rick !

Yes

The stew is delicious

1/8/20, 5:55 PM

Got another week today. $91,902

Good

That puts us about where we finished 2019

Pretty close

1/8/20, 8:30 PM

I notice some of the players these days are starting to wear shorter shorts like the old days

Hogs are fouling a lot

Lack of a big man is really hurting us

MH_000076

Messages – Paul Hutchins

1/10/20, 8:35 PM



Proud father filming his son...

Funny

1/11/20, 7:03 PM

Good road win

Score?

They were behind by 11

76-72

Good win

1/18/20, 9:07 AM



1/19/20, 6:56 PM

14 weeks...$99k

Good

1/20/20, 7:16 AM

https://apple.news/AnZloQ1w9RuuKGyXiAZBhfg

MH_000077

Messages - Paul Hutchins

We should do this it would be fun

1/20/20, 6:39 PM

At Hard Rock...too loud in here

Gotcha

1/24/20, 7:50 AM

another week in August...105k

6000 for the week?

$4741

Okay. I thought we were at 99

That's good. Maybe we get to 120

I looked at the wrong week. It was 6,079

If we get Xmas, thanksgiving again and pickup another week somewhere we should be close to 120

That's right.  I'll be really surprised if we don't.

May get to 125

That is not counting spa/pool heat profit

Right

That's probably another 3000 or so

Should make 80k+

That's not a bad return while that property appreciates in value

Yep

Worth 2M now?

Something like that

1/26/20, 10:35 PM

Any response from fella at HH

Messages - Paul Hutchins

He asked me if the lot was still for sale. I responded yes. Haven't heard anything else

Gotcha. Probably working something up

Probably.  But I've told him twice we wouldn't accept any less than 475

Maybe that what he gonna do. May want some kind of financing or deal of some kind a bit out of ordinary

Hard to know

Text message
1/30/20, 10:57 AM



Nice

iMessage
2/1/20, 7:10 PM

Hogs won

Beat bama 80-78

2/5/20, 3:15 PM

Vacation Company fired Aaron

Why

Some bullshit saying he wasn't a good fit for the company

No shit. Who told you

MH_000079

Messages - Paul Hutchins

Got an email

And a text

We can discuss in person or over the phone, if you like. I can assure you that we gave him as much of an opportunity as possible, but in the end, he was just not a good fit for the company.

What do you make of it

Hard to know

He always did a great job for us

I thought so

2/8/20, 2:38 PM

How about 425,000
Almost 100,000 more than he paid for the last one

If you eventually sell you will prob have to pay a realtor commission
We're trying to be fair based on comps and acknowledgment that the market has gone up some

It's almost 100,000 more to you commission free

We're not trying to steal it on the contrary we're trying to be very fair

No...I'm having discussions with others

Ok
Well. I do believe based on comps it's extremely fair. It's been listed for awhile have you had higher cash offers over 425,000? We were hoping you would feel it's fair. I think everyone just looks for fairness in the negotiation process. He will keep 425,000 out there cash close 2 weeks for 24 hrs. Let us know if you change your mind or have a reasonable counter. Thank you!

You're not close. I advise you to go to the other property.

MH_000080

Messages - Paul Hutchins

2/11/20, 7:57 PM



Thanks

Hogs getting embarrassed

2/12/20, 1:24 PM

This is the menu we had last time:

Appetizers:

Shrimp Cocktail
Deviled Eggs
Chicken on a stick

Salad:

Garden Salad with tomatoes, onions, cucumbers, carrots, etc.

Main Course:

Beef Tenderloin (with plain horseradish)
Baked potatoes
Assorted vegetables

Dessert:

Chocolate layer cake
Blue Bell ice cream

2/26/20, 7:58 AM

Take a look at the link I just emailed you

MH_000081

Messages - Paul Hutchins

Nice Jeep but he is asking too much

He said he would come down

It has the blue book value at bottom

It's probably worth around 17k

Very low mileage..kept in a garage

I may go look at it

Is it close to you

30 miles or so

I doubt there would be any mechanical issues

Probably not

That's what worries me the most on a used Jeep...off-roading and mechanical issues

I don't think that was has been used off road

Hardly been driven at all

Grocery getter

Based on mileage...Kelly blue book range is 17,203-19,200

2/26/20, 7:19 PM

https://www.autotrader.com/cars-for-sale/vehicledetails.xhtml?listingId=538393644&LNX=PSEMAILLEAD

3/2/20, 2:35 PM

Need amazon code

872534 is your Amazon OTP. Do not share it with anyone.

Thanks

MH_000082

Messages - Paul Hutchins

3/9/20, 11:06 AM

I just moved 200k into the market

Good. I think I will not sell anything but just let it ride

I really had too much cash.  I was probably too defensive anyway

Good time to buy

3/11/20, 9:26 PM

Futures down 1400

Is this gonna be another depression

Never seen anything like it

I may sell tomorrow and see what happens.

I'm gonna stay put

https://apple.news/AJ4vEexBUSIKEe-pB2jvurA

3/12/20, 4:28 PM

NCAA and SEC tournament is canceled

3/13/20, 8:26 PM

Thanks for doing that. I think it is the right thing to do. We will be okay.

I think it's the right thing to do as well.  Glad you brought it up.

No worries. Watching Mad Nen. Can't believe I never knew of this show. It's great'

It's a good one

Sure is!

3/14/20, 9:51 PM

Got a new week in April...$109,536

Good

3/19/20, 4:13 PM

Lost a week in July

MH_000083

Messages - Paul Hutchins

Shit!

3/19/20, 9:50 PM

September 26-October 3 girls and friends would like to use house at HH. Sandra and I may go also and certainly you and family are welcome as well. They all want to see place and enjoy the area.

Ok

3/21/20, 9:06 AM



3/21/20, 7:15 PM

Just got 17 days from 3/28 to 4/17 for $11,500

Great!

$114k now

Better than before the one that can't

We still have that 8k week in July available

We will be over 120k because of thanksgiving and Christmas weeks

We'll be over 130

Good!

Unless the virus causes cancellations

3/23/20, 8:22 PM

https://youtu.be/RtOiUmo2UEE

MH_000084

Messages - Paul Hutchins

3/24/20, 9:06 AM

> Due to the COVID-19 pandemic, we have decided to implement our pandemic alert protocol. Therefore, all entrance into our home will be on an emergency or essential basis only. We must discontinue your cleaning service at this time but may wish to resume services as the pandemic resolves. This situation continues to be fluid and we are monitoring the global data as it is reported and will keep you advised of conditions at our household and the need for your services going forward. We appreciate your understanding during this unprecedented time.

3/26/20, 6:40 PM

Lost a week in June today.....$88k now

> Oh well

Not much we can do

3/27/20, 7:59 PM



MH_000085

Messages - Paul Hutchins



Looks good

It's in great shape

Doors hard to get off

Easy

3/29/20, 11:15 PM



That's about right

4/1/20, 11:16 AM

Disasterloan.sba.gov/ela/declarations

Messages - Paul Hutchins

4/2/20, 11:32 AM

https://apple.news/AjiLlFgrET7eovQanAuSxsA

I don't qualify for those payments

Mom does!

She'll get a check

She doesn't have to do anything...it will just show up. Tell her so she will know. Tell her we got this for her, lot of time and work involved but we did it.

That's funny

4/7/20, 11:29 AM



Funny

We lost another week in June today

We only have one week right now in June

Expected

Yep

Messages – Paul Hutchins

4/15/20, 9:44 AM



Then you shouldn't be going through all that BS that Brandi is asking for

I didn't have to with my bank

Don't know but shows they do loan in house

Should've taken 1-2 days if they are an approved lender

Simple underwriting

And, I have other business with them!

4/29/20, 6:02 AM

Changed Amazon password to "MrhMrh1979"

Ok

5/4/20, 1:12 PM







MH_000089

Messages - Paul Hutchins

https://www.kait8.com/2020/04/29/marked-tree-family-pleads-help-finding-murder-suspect/



5/5/20, 12:53 PM



5/7/20, 7:11 PM



Nice

Raining, gotta chicken on grill



Messages - Paul Hutchins

Your chicken is smoking

Shameless on Netflix is good

I'll check it out. Succession on prime is good

5/8/20, 10:51 AM



Funny

5/14/20, 8:48 PM

She: My name is Carmen cause I like cars & men. What's your name?

Me: Beerpussy



Funny

MH_000091

Messages - Paul Hutchins

5/19/20, 9:03 PM



I have VSP

You just got to get them to run your benefit. I will send you coupon

$220 allowance on frames...premium progressive lenses are $80-90

VSP and Cigna are both out of network at LensCrafters

It is up to the dr if they are in network or not with Cigna. Has nothing to do with LC

It's what's on LensCrafters web site

https://www.lenscrafters.com/lc-us/insurance-plans

Dr is independent

Find dr name and go to their website

Messages - Paul Hutchins

5/20/20, 5:29 PM





Messages - Paul Hutchins

5/21/20, 9:33 AM

On a call

Accident

5/23/20, 6:53 PM

Check out the pool

How many are there

Looks like 10

Bushes on side need trimming by stairs

I'll tell the landscaper

Did you see

Yeah

We need to start charging by the pound

Funny

Did you see those fat fucks?

No. I ain't been watching

Looks like they bought the spa heat

Water started out at 90

All profit

Yeah

5/23/20, 8:45 PM

Will Hulu allow me to log in in your account?

It should

Do you have the password

Thought we would try it

Messages - Paul Hutchins

Nope

Login and password needed

Paulrhutchins@outlook.com
Hutchp45@

Thank you. If it messes you up tell me

Should be fine

5/24/20, 7:10 AM

Iconic Arkansas head coach & Naismith Hall of Famer Eddie Sutton has died
 https://www.nwahomepage.com/sports/pig-trail-nation/iconic-arkansas-head-coach-naismith-hall-of-famer-eddie-sutton-has-died/
(Via KNWA News)

5/24/20, 8:47 AM

Didn't realize he was that sick

We got the last week in June. Now at $122,500

Sounds good. Still have July 4 week

We do

5/24/20, 2:48 PM



MH_000095

Messages - Paul Hutchins

5/28/20, 11:47 AM

Can you get me Paul's vision insurance info so we can pull his authorization.  Also will likely need the last 4 of his social.

VSP. 6534

What is your new email

Paulrhutchins@outlook.com

5/30/20, 8:40 PM

Looks like they trimmed the bushes today

Great

Looks better

Sandra lil bit and me at cabin

I texted him again today and he responded

6/1/20, 3:09 PM

From Adam:

I am reconnecting with our group. Would definitely be cash offer and quick close. Will get back to you later today or tomorrow.

Good

Wonder what their interest would be for us supplying lot, they supply house?

You mean take an interest in their property in lieu of cash?

6/2/20, 2:47 PM

I just got an invoice for $200 from Invision Eye care.

Messages - Paul Hutchins

6/12/20, 7:37 PM



Looks good



6/17/20, 3:01 PM

We just got the last week in August rented.  $133,530

Text message
6/17/20, 4:55 PM

 Good

iMessage
6/18/20, 4:10 PM



MH_000097

Messages - Paul Hutchins

Wow...it's really cleaned up

You betcha

View from hammock

Nice

6/21/20, 9:48 AM

We add already have a week in June next year

Last weeks renters reserved the same week next year

6/22/20, 11:21 AM

I could have 3 or 4 coming to HH

What do you mean?

Sandra's sister might like to join us

You, Sandra, and her sister?

Yes

You met her

What about the daughter?

6/23/20, 4:28 PM



Looking good

Messages - Paul Hutchins

6/23/20, 8:37 PM

September 12-19th just got booked for $4700. We're now at $138k. We need to pick another week now.

We now have 20 weeks this year so far

6/24/20, 5:51 AM

We don't need to pick another week. 19-26 still works

6/24/20, 7:04 AM

That's right

6/24/20, 10:11 AM

https://nypost.com/2020/06/23/oregon-county-issues-face-mask-order-exempting-non-white-people/

6/24/20, 7:56 PM



Send it bigger

Can't...it will get bigger when you open it

Ok

Click on the image first....then play it

Ok

6/25/20, 7:28 AM

You think that video is true?

Looks like it

MH_000099

Messages - Paul Hutchins

6/25/20, 6:25 PM



Looks good

It is good

7/1/20, 9:51 AM

https://apple.news/AuyletPQ4Rvqq4pcNOtOG9A

7/4/20, 4:10 PM

https://apple.news/AHyleks1jSS-QWg6wuGH5sQ

https://mobile.twitter.com/pgatour/status/1279160342908674048?ref_url=https%3a%2f%2ftwitter.com%2f

7/9/20, 12:40 AM

http://celticcustomhomes.com/

MH_000100

Messages - Paul Hutchins

7/9/20, 8:41 PM





7/12/20, 4:19 PM

16 deerwood

7/13/20, 5:14 PM

So sorry to hear about your brother.  Can't imagine losing sibling

7/15/20, 3:22 PM

He suffered a lot

7/15/20, 8:08 PM

Got a week in Sept.  back to $137k

Messages - Paul Hutchins

Before or after we go

The week before

So you can't go early now

Not unless we change weeks

Let's not do that. Too much confusion

Yeah

7/15/20, 9:19 PM

https://www.findagrave.com/memorial/38432361/nellie-h_-lubbers

That's her

7/17/20, 9:56 AM

dont forget to block off 9/26-10/3 so Bethany and friends can go to HH

7/19/20, 9:02 AM



Messages - Paul Hutchins







MH_000103

Messages - Paul Hutchins

Looks really good.  They did a nice job

Did you graduate with Robert Boxley?

He was a year or two behind me

He died

How

The article did not say

He was 58

He was always nice

Yeah. I remember him

7/19/20, 6:44 PM



Page 104 of 344

MH_000104

Messages - Paul Hutchins



Lots different

7/20/20, 10:50 PM

We're getting $450 more for last months spa heat

Great

Did they argue about it

Not after I sent them the evidence.  2 weeks x $225

They didn't say that tenant did not order

They did at first, but I told them that really wasn't our concern.  Our only issue was that it was used and we needed to be paid

Gotcha. Maybe they watch closer next time

The put some corrective action in place with that property manager.  It was his fuck up

7/23/20, 9:28 AM

23k so far for next year

Great

3 weeks

7/29/20, 12:01 PM

Rented the house today for $1200

MH_000105

Messages - Paul Hutchins

Great

I think so

Need to get that van

Yep

They start August 1

7/29/20, 7:20 PM





Messages - Paul Hutchins



He did good job

Looks like it

Matches the paint pretty well

Sure does

7/29/20, 9:05 PM



Messages - Paul Hutchins



Purple lights?

*Attachment stored in iCloud: IMG_1181.MOV (Video)*

8/2/20, 8:25 AM

Cindy thinks she has a UTI and would like some Cefdinir 300 mg or something comparable.  CVS pharmacy is 972-347-6375

Need DOB

12/71957



Long ago

Rx is called in. Keflex twice a day

Messages - Paul Hutchins

Thanks!

No worries

8/2/20, 3:37 PM



8/5/20, 3:42 PM



8/8/20, 8:33 AM

Bethany has a number of unclaimed monies in claimitar.com

You do too

I'm not sure if I still have money out there or not. I just got check for $3,700.00 from state as I applied for the money

Messages - Paul Hutchins

Ok...was just checking it

Do you have any

1 so far

For what

Rudi has one too.  You need to claim it

Upromise

What is that

Savings plan of some kind

Can't tell what Rudy had

Don't know if they will let me get Rudy's

You are the registered heir

It's Rudi

Select that option

I am?

Yes

Appointed you during that lawsuit

Gotcha

I'll check it out. It's fairly easy process

Small amount probably

Yep. Mine was larger because it is business related

It's under Robert Hutchins

Ok

8/11/20, 2:11 PM

4 weeks now next year....$29,433

MH_000110

Messages - Paul Hutchins

8/11/20, 4:11 PM

There's something black floating in our pool

It will have to be drained and sanitized

8/11/20, 7:09 PM

We just picked up two more weeks. Last week of August and the first week of September. $145k now.

keeps getting better. how much for those two weeks

One person took both weeks...8900

good deal

For who?

everyone

Our target for a really good year was 130

8/12/20, 8:36 PM



At cabin tonight

Messages - Paul Hutchins



View from back yard

8/14/20, 10:08 AM

https://www.lindsey.com/listings/residential/1150427/15789-cow-face-road-lowell-ar

8/17/20, 8:50 PM



Wow...blast from past. Look how mean I look. Lots of hair too!

Hard to believe that group won anything

For sure. Wonder what other teams looked like

You look pissed off

Messages - Paul Hutchins

I think coach said look aggressive

No one smiling

Sounds about right

Yeah, can't do anything on field but can look mean in pics

8/22/20, 8:40 AM

Send me the brand of your winch when you get a chance

Smitty

Smitty bumper added we'll?

Just winch name I don't remember bumper there is a lot out there

Ok

I just searched bumpers for jeeps and many come up

I'll look around

8/22/20, 7:48 PM



Messages - Paul Hutchins







MH_000114

Messages - Paul Hutchins





I like the first pic

Can't be it got that clean

Which one is that

It looks pretty good

MH_000115

Messages - Paul Hutchins



Nice ... they did a good job

8/23/20, 7:16 PM

Was it good time

Yeah...that was fun

8/24/20, 8:13 AM

How about sept 10-13 to go fishing?

8/25/20, 3:33 PM

Do you think I should come get that bumper now or is it safe to wait a couple of weeks?

Safe

8/26/20, 9:21 PM

You in LR?

Benton

Hurricane may hit your area as category 1 or tropical storm

When

Tomorrow...top 3 hurricane ever to hit US

It's only cat 4

MH_000116

Messages - Paul Hutchins

They just said cat 5 when it makes landfall

Surely we won't get anything other than rain this far off coast

CNN just said it will be cat 1 or tropical storm as far north as LR

Odd

175 mph winds at landfall

What happened to the other one

They said it will change the coastlines

Disappeared

Did come ashore

Went to Houston but faded fast

It was a trop storm

Why do they think this one will be so bad

Very low pressure at the eye

Very organized

Just keep an eye out...prob tornados too

Gotcha

8/27/20, 3:38 PM



Text message
8/27/20, 10:36 PM

Proud to be WHITE American

iMessage
8/27/20, 11:06 PM

Very true

MH_000117

Messages - Paul Hutchins

8/28/20, 7:14 PM

*Attachment stored in iCloud: IMG_1250.MOV (Video)*

Looks great



The landscaping is a lot different.  Looks much better.  Nice to have a Drive that's not wet or muddy too

You betcha

I'll be here 3-4 days every week going forward. Soon to open office in Mountain Home. It's perfect, only 25 minutes away. I'll be here every weekend

That's good

I will essentially be living at river

8/29/20, 7:50 PM



Looks good

MH_000118

Messages - Paul Hutchins

8/30/20, 2:30 PM



8/30/20, 9:05 PM

Sold that property on the mountain tonite

Good. Get the price you want

200k

Didn't take long

Realtor said it was worth 195

Zillow...no realtor fees

Good

Messages - Paul Hutchins

9/3/20, 5:22 PM



Looks good

9/5/20, 9:27 AM

Happy #60

thank you

9/5/20, 6:01 PM



What are those things on the right?

Stuffed mushrooms?

MH_000120

Messages - Paul Hutchins

> Stuffed mushrooms on right
> Pepper poppers on left, bacon wrapped of course

9/5/20, 10:12 PM



9/6/20, 3:50 PM

Smittybilt 97695 XRC 9.5K GEN3 Winch Steel Series

https://www.amazon.com/dp/B07B3VBQV7/ref=cm_sw_r_sms_api_i_STuvFbVFPTMV9

9/6/20, 5:30 PM

Klinton Talmadge
Leisure Golf Sales Manager
Sea Pines Resort
Phone: 843-842-1864
Email: mailto:ktalmadge@seapines.com

> Thanks

https://juliannaskitchen.tumblr.com

MH_000121

Messages - Paul Hutchins

9/7/20, 5:58 PM



Gravel bar behind cabin

Is it too low?

No. Perfect

9/7/20, 8:15 PM



Saved his life tonight

What happened?

9/8/20, 12:41 PM

Any news on my glasses?

Messages - Paul Hutchins

9/9/20, 8:02 AM

https://apple.news/A3EStRJXNQu6DB1A3PZi0pw

9/10/20, 3:52 PM

You might pick up some beer if we don't already have some

9/13/20, 7:31 AM

Look around there before you leave and see if you see my gray credit card laying around any place

9/13/20, 8:33 AM

Ok

9/14/20, 8:56 AM

Did you order Cindy's contacts? If not, it's no big deal. I can get them from 800 contacts.

I'll check

Send Rx again for lookup



wrong doc



Cindy Hutchins Rx 2020.pdf

Messages - Paul Hutchins

Alcon optix hydroglide for astigmatism--?

9/15/20, 8:31 PM

Got another week in July.  38k now

> Good. That means that we already have enough to pay all expenses for next year. Taxes, utilities, etc. all new bookings will be profit

Right

9/18/20, 6:11 PM

[Vacation Company]: Control your rental and your stay using this link.

http://vr.behome247.com/guests

9/18/20, 9:18 PM



> True

9/19/20, 1:09 PM

843-415-5845

9/19/20, 4:17 PM

I turned it on from here

> Great

Messages - Paul Hutchins



Nice

You betcha

9/20/20, 6:59 AM

Pool is 78 degrees.  I turned on the heat pump

Thanks

9/20/20, 8:34 AM

You might check the breaker box and see if there's a separate breaker for the heater

Is Gary out there?

Ok. It is not heating. No he comes later today

Call Ben

Check the breaker too

Ik

Ok

9/20/20, 3:00 PM

Happy Birthday!

Messages - Paul Hutchins

9/20/20, 7:11 PM



Looks good

9/21/20, 5:42 PM



Messages - Paul Hutchins





9/21/20, 7:47 PM



Messages - Paul Hutchins

Looks good

9/22/20, 9:25 PM

Just copied you on an email to Ben.  Ask him to unlock the owners closet when he comes over.

Ok

9/23/20, 9:14 AM

Electrician will be there today or tomorrow. Ben will come by and take a look at the remote and TV

Ok

9/25/20, 12:37 PM

Is pool heat in?

On

9/25/20, 3:12 PM

843-415-5001

Thank you

9/25/20, 4:16 PM

I asked Joey about it. He knows it is a problem. He gonna fix. Thanks

Hot tub is great with music

Did you heat the pool?

Not sure. Didn't seem to warm much

Takes a long time

9/25/20, 6:04 PM

http://vr.behome247.com/guests

Bethany's link

9/28/20, 8:45 AM

Reminder to check on Cindys contacts and my glasses

Messages - Paul Hutchins

10/2/20, 6:23 PM



10/3/20, 9:58 AM



Messages - Paul Hutchins



True Americans



MH_000130

Messages - Paul Hutchins

10/3/20, 4:10 PM



What you gonna do with that

Looks good

Brown sugar, cayenne pepper, and maple syrup

Appetizers

Looks good

10/3/20, 10:01 PM

Finally

Almost fucked it by taking a knee...couldn't even get that right

I guess cause this group never done it before

Woods got a personal foul called after the play was over

Yep. Stopped clock after taking knee. QB fault for extending play unnecessarily

That's why the had 25 sec left

No need to extend it.  Just take a knee

Stupid

Yep

Messages - Paul Hutchins

Threw everyone off. Just looked fucking awkward

We only had 275 yds of offense

They had 400

It was the turn overs that kept us in it. We had good defensive plan

Very unusual

4 turnovers

10/4/20, 12:55 PM

We just got the week of Christmas. $4400.

That's good. That is about $3300 to us after expenses. Just extra money.

10/4/20, 4:29 PM

I appreciate you letting us use the house. We had a great week! Love the house and Hilton head.

Got this from Bethany boyfriend

That's nice

He nice guy

10/4/20, 7:44 PM

https://apple.news/AdFnntZMkTJKizWoXxFs58A

My "brotherly advice" I gave you earlier was that I was paring back to more cash and not being so invested in the stock market. The risk of a serious decline is far greater than any upside. If you stay in, it really doesn't matter what you're invested in....20 year track record or not.

Thank you

SDY is a SPDR ETF that closely tracks the S&P. It currently trades at 93 and has a 52 wk high of 103 and was down to 67 back in March. It's closely tied to the S&P, so it's no different than buying any of those soft funds that track the market. The yield is attractive but the market risk is not. It's has the same risk that any other mutual fund has that tracks the market.

Thank you

Messages - Paul Hutchins

10/4/20, 10:36 PM

Sorry if I sounded rude.  Just think you need to be careful

Ok. No worries. I truly appreciate your insight. I have much red pug or your thoughts

10/5/20, 11:47 AM

Respect...damn auto fill!

I knew what you meant

10/6/20, 6:53 PM

https://apple.news/AHVNe8fnUQjCvOfo7AulAHQ

https://apple.news/ASXGKZ8mjStaFlyIPzLl8mQ

10/6/20, 9:09 PM

Have you ever watched Schitts Creek?

Yep. Watched all of it. Funny

The dad and don on their are really father son in real life

I just started it.  Funny as hell

Yeah it even gets better the further you go

10/9/20, 10:18 PM

6 weeks now next year.  46k

What week got booked

Last week in June

That good

Weekly average is $7733

10/10/20, 3:39 PM

Not looking good

Franks making poor decisions

MH_000133

Messages - Paul Hutchins

That's why he at Arkansas. Can't get punt team straight either. You would think as much as they play they could get lined up right!

Especially that punt team

Looks like we're not tackling either

Too many penalties also

When was last time Arkansas scored on

Just a one score game that's it

Not bad. Much better than we had.



Don't know what that is but looks good!

Woodford reserve

I like this quick offense

Hogs on the move

Four down territory

I like the quickness. Never had that before

Smith is having a good day

Time out on an extra point

MH_000134

Messages - Paul Hutchins

I mean the quick play calling. No huddle. Some teams do it but they take to long at line of scrimmage but hogs go quick

This is why I don't like going for two. If they kick the extra point the last time they be kicking for tie now

Very low percentage going for two

Would you complain if you were told this would be score at this point? I would not.

Fucked up extra points is gonna cost you this game



Now we are two scores behind

The only way we can win this game now is if we get a turnover

That looks good. You got a put some hamburger in there?

Got ham hocks in there. More grease, more flavor

Ham is good too

Onions, stewed tomatoes, rotel

Pork chops on egg a bit later

Cornbread also

Now we may be only be down by 3

Fucked again!

Messages - Paul Hutchins

Nine older women at our house this week

They must be 50

Wow! Hope they enjoy. That seems young to me!

Would you take this if you were told last week this would happen?

Hard to believe

We need a turn over

Yep. Or a stop.

Gotta get a first down

Need 2

I have all three of their time out left

I think hogs win this one

Screen pass

It will be on our defense

I say fumble!

Of course you do

Those missed extra points killed us

10/12/20, 8:50 AM

Don't forget Moms Birthday today

Thank you

MH_000136

Messages - Paul Hutchins

Text message
10/15/20, 4:16 PM



iMessage
10/15/20, 4:18 PM

Looks good. Cold there?

Looks a bit cloudy

60...hazy

Thats mot bad. Warmer than we were ther

10/22/20, 12:48 PM



Wish i was there!!!

Messages - Paul Hutchins

Love that place

Lots of people here

They took down the volleyball courts

Time of year maybe. I don't remember if they were up when i was there

That pic sure looks good tho

And only $10...what a bargain!

10.25 with tip

How you gonna best that. Of course, i run a tab and tip at end. Usually dont tip as much that way!

10/22/20, 6:51 PM

Debate at 9 your time

Trump needs a better showing

He will be good. Last election all polls showed Hilary ahead, didnt work out for her.

10/24/20, 9:32 AM



Sunny and 80

Clouds 43

MH_000138

Messages - Paul Hutchins

10/24/20, 5:19 PM

How many points did you get?

23

Close

10/26/20, 9:38 PM

Some medical devices may be sold over-the-counter (OTC) to general consumers, while others are professional-use and prescription only (Rx) devices that may only be sold to licensed healthcare practitioners. On Amazon, only sellers participating in the Professional Health Care Program are permitted to sell Rx medical devices.

Note: We are currently not accepting new applications for the Professional Health Care Program.

10/26/20, 10:53 PM

Okay, i wonder if Amazon may make exception since we would be only one offering that product. Also, may be able to tag onto someone who already selling as professional health care so they can offer new product.

10/28/20, 12:32 PM

Don't forget about mom

K

10/29/20, 7:41 PM

Got another week.  All of June now rented.  7 weeks—$54K

10/30/20, 10:13 AM

Great

10/31/20, 10:02 PM

Spread was covered

Yeah.

Game was worse than score shows

11/4/20, 12:29 PM

I think Biden will win with 281 electoral votes. He only needs 278

MH_000139

Messages - Paul Hutchins

270

Typo

Vegas gas Trump winner

Biden just won Wisconsin

Trump already ask for recount

He's going to ask for recounts everywhere

They have more ballots than registered voters

11/4/20, 7:05 PM

It is okay with me if you are democrat now

Should not hang up on me though!

Trump about to lose Georgia

I'm not a democrat. Trump has fucked up the Rep party

That okay. I dont care about election as i do about us paul

11/10/20, 7:46 AM

I was wrong yesterday about the storage temperature.  It's -103*

Fahrenheit

Still cold

11/14/20, 7:03 PM

About to get ugly

Their quarterback is alot better than ours



MH_000140

Messages - Paul Hutchins



Our quarterback didn't see a man wide-open. Their quarterback did and threw a touchdown to him

That os why he is ay Arkansas now

We have too many penalties

Td

73 yds

Damn

Tied

21-13

Gotta go in sams to get my lil friend food

21-14

11/18/20, 6:04 PM

We actually did pick up another week today. We're up to 60,000 now for next year

Touche

11/19/20, 11:53 AM

Nice! Thank you

11/21/20, 7:31 AM

Game is in Fayetteville at 11

You going?

No

I may watch it

11/21/20, 11:16 AM

Two possessions for two minutes

Messages - Paul Hutchins

Looks like the defense is going to have to score

They will

That looked familiar

Lsu 20 hogs 10 halftime

20–14

Yeah 14

Lsu gets ball first second half

Not bad considering how terrible that defense played

Too many subs playing

Boyd out eith the Covid-19

We go through a set of downs quicker than anything I've ever seen

Arkansas has not had a drive any longer than 4 plays

50 yrd pass on 1. Now td Arkansas takes lead

I'm home now

Just in time

No golf?

Back was bothering me

No td

Probably won't overturn

Official standing right there looking at it

Yeah thsts gonna be a slap in the face

Officials are trying to fuck us

11/29/20, 1:15 PM

Denver is playing at 3:00 and doesn't have a QB on the roster.

Messages – Paul Hutchins

Playing saints

11/29/20, 6:25 PM

Denver's QB went 1 for 9 for 13 yards with 2 interceptions

Game over?

31-3

Yes

Sad

11/30/20, 7:00 PM

https://support.apple.com/en-us/HT211078

L

K

12/1/20, 7:24 PM

From Mark about Randy:

Not good. Collapse right lung and WBC elevated indicative of infection. Next 2 days are critical. I'm really heart broken 😞

12/1/20, 8:46 PM




Funny pic

MH_000143

Messages - Paul Hutchins

12/2/20, 6:51 PM



I know you probably dont care much but this is response from Paige's advisor on her Master's thesis. Paul I am proud of her. She is teaching in Friscoe!

Hogs on sec network tonight at 8

12/5/20, 11:43 AM

Hogs score TD but miss extra point. 10-6

20-13 misso

Damn

29-20 ark ball miss just penalized for targeting

1:34 left in half

How did the get to 29?

Fake fg. First down on 5

Td

27-20 Arkansas

Wow

20sec left

MH_000144

Messages - Paul Hutchins

Since so many games canceled sec network will show Arkansas basketball game tonight at 5

Halftime

Game is at 4:00

ok

that will be perfect time, just after fb game

Yep

12/5/20, 2:53 PM

43 seconds left and couldn't stop them

Terrible loss

12/5/20, 5:48 PM



Looks good

MH_000145

Messages - Paul Hutchins



Looks better

12/7/20, 9:31 PM

We got NY week.  $63,497 now

That sounds good

How much was that week

3600

That on next year

Yeah

12/8/20, 8:07 PM

Pros should not miss 40 yrd fg

12/9/20, 7:39 PM

Can't find game, what channel

ESPN

The app

On Apple TV

Yeah



12/9/20, 9:40 PM

$4800 in pool heat income so far this year

Not bad. What you think cost of operation

About 1000

That is fuel cost

Yes

Do you remember how much additional cost to add heat to pool, installation and equipment

It was around 5k

So wee almost at break even

Next year that will be all profit

We're at $132k net for the year

Net. Is that after all expenses including vacation company 12%

Yeah but not counting utilities, internet, yard, etc.  That's about 6k

So it is basically 88% of gross

85%

I thought they get 12%

They do.  The other 3% is the other expenses

What else is there other than utilities and yard/pool

Internet. TV...propane...

Some cleaning

Ok. I though you said utilities earlier which I thing phone, internet as being utilities

It's all about 3%

Gotcha

Messages - Paul Hutchins

After everything we should Net sound $112k

Well that is different than what you said in earlier text. Now I'm confused. You said 132 Net but that doesn't make sense

132k gross makes more sense

132 Net from vacation company less our paid expenses (utilities, etc) and less real estate taxes of 13k

Ok

So that means 150k gross

$150,229 so far plus one more week

Gotcha. Hopefully we will have that or better next year

This was a good year

Net 8.6% ROI

About 75% of every dollar rental is profit

12/12/20, 1:19 PM

Here is a guy that don't play much at Alabama

12/13/20, 1:41 PM

Malzahn just got fired

chad morris was the reason

That didn't help

did he get beat yesterday

he had a hell of a buyout

Auburn best miss st 24-10

well then that decision was made weeks ago

Messages - Paul Hutchins

Looks like a big snow

Supposed to snow up till 9 tonight



12/15/20, 6:57 AM

10 weeks now next year.  $72,134

That good

12/17/20, 7:26 PM





12/19/20, 8:43 AM

Bielema to Illinois 🏈

12/21/20, 4:32 PM

*Attachment stored in iCloud: DeptofHealthVacine12_21_20.pdf (Attachment)*

See. I can get shot if I choose!

12/23/20, 10:57 AM



12/24/20, 6:01 PM



Does that look like a Shih Tzu to you?

No it looks more like a boxer

Exactly

Messages - Paul Hutchins

They submitted an emotional support dog doc for a shih tzu

From Ben:  The guest checking in tomorrow has an emotion support shih-tzu and we have the paperwork for it

Well they may have one but that ain't it

I'll leave Ben alone tonite and tomorrow but will text him on Saturday

Yeah just send him the pic

Those renters that have dogs lie every time

Oh my fucking god, they're putting down Bernie Sanders 😭



Bernie getting vaccinated

12/26/20, 5:19 PM



MH_000151

Messages - Paul Hutchins



Gravel bar behind cabin



12/27/20, 8:20 PM

Ben:

Because my wife has a pet allergy, and we will be traveling back to our property soon, we will need to ensure that our home is properly cleaned and sanitized due to the occupation of a dog in our property this week.

This extra cleaning should be performed because pet allergens can collect on furniture and other surfaces. These allergens will not lose their strength for a long time. Sometimes these allergens may remain at high levels for several months and cling to walls, furniture, and other surfaces.

Additionally, because my property is being advertised as "no pets", other renters may have the expectation that no pet allergens are present as well.

Please ensure that my property is properly cleaned and disinfected and that any additional cleaning fees are charged to the renter.

Thanks,

Paul

12/29/20, 2:25 PM

Hogs bowl game canceled

Messages - Paul Hutchins

COVID?

Yes...TCU has alot of it

12/29/20, 3:39 PM

Another week of pool heat this week...700

Good

1/2/21, 11:02 AM

Snowing here

Playing golf here

It is 66 at hh

Hogs down by 2 half way thru first half

Free throws coming so may be tied in a bit

Tied

1/4/21, 4:54 PM

Got the 1st week in April—$5,360.   Total now is $77,494.

Great

1/5/21, 7:26 PM

Good you remembered marks BD.  I'll call him tomorrow.  Throat too sore to talk

Need meds?

No

1/6/21, 6:59 PM

How did it go

What?

1/10/21, 8:38 AM

$83k now

Messages - Paul Hutchins

Good news

1/17/21, 2:19 PM

Picked up last week in March...92k now

Good

1/17/21, 5:10 PM



Hell yeah, burn that propane. Make sure you open the door when it gets too hot

1/20/21, 3:05 PM



Looks good

Nice here today

1/25/21, 7:00 PM

Got the first week of August.  $101k now.

Great

8700 for that week

MH_000154

Messages - Paul Hutchins

1/26/21, 4:09 PM

July 17-24 we got $9267

That good week

Highest one yet

1/30/21, 10:55 PM

Send me your YouTube tv info again I'm gonna try it out

YouTube TV
Sign in:  paulrhutchins@outlook.com
PW:  Hutchp45@

If that pw doesn't work—text me

Download the app

Ok thanks. This won't mess you up will it

Follow the directions

I got app on my Apple TV

It's YouTubtv

Not YouTube

Yes I got the app

Hang on.. I think I have to give you a separate code

You gonna get a verification code

On the tv screen it says sign in with google account

Check your email now

Don't sign in...use the email

Looks like you joined

So I don't need to sign into YouTube tv?

No...follow the directions in the email

MH_000155

Messages - Paul Hutchins

Ok

I see it on my phone but how do I get it on tv if I don't sign into something

What did the email tell you?

It did not give me instructions but told me I was now in that family group and just showed me the things you subscribe to. When I tap on YouTubtv it starts app on my phone but doesn't do anything to tv

Tv still telling me to go to YouTubtv app on computer and sign in

Give me a minute I may have it figured out

It says you are getting a verification code

You have to create your own separate login

Ok so when it ask me for account am I supposed to put paulrhutvhins@outlook.com or my email

Yours

Gotcha

Ok I got it now

What did you end up going?

Doing

Gonna give it a whirl and see if I can convince Sandra to let Directv go

Using my email

Ok...there's movies on there too

Alright. Thanks I'm gonna play with it

Ok

2/7/21, 7:24 AM

Added 10 days in March. $108k

It'll get to 150

Messages - Paul Hutchins

It should

2/7/21, 8:40 AM

We got $700/day for those 10 days in March

That not bad

We're a little ahead of this time last year

and last year was a good year

155 gross

2/10/21, 10:36 AM

We got $875 in pool/spa heat for that week of Jan 1

That good

2/14/21, 4:06 PM



Looks cold

12

Text message
2/15/21, 4:24 PM

Lost power again.. phone doesn't work well inside without internet

Gotcha. Hope it gets better for you

MH_000157

Messages - Paul Hutchins

Supposed to get 3-5 more inches tomorrow night and -3

iMessage
2/16/21, 7:28 AM



Pretty cold

That's in Fayetteville

-2 here

No power

-6 in Calico

55 here in the house

Top of my pool is covered with ice

Maybe you'll get power soon

MH_000158

Messages - Paul Hutchins



I'm really stupid for being here

Should've gone back last week

Yeah cause you both can work from any

I'm going back on the 25th. As soon as I get my second shot I'm going to leave

We don't have a renter until March 13

Text message
2/16/21, 6:49 PM

No service

18 min to go. 45-30

Fla must not be that good

16 to go, 47-39

Damn

They caught up

Yep they had good little in there

Run

Watching it on my phone

Until power goes out again

MH_000159

Messages - Paul Hutchins

You should still be able to watch on phone without power

Have to have the internet. Good win for the hogs

Missouri got beat

Hogs win Saturday then should move up

We should beat a&m

Yep

Right now we're in 2nd alone

If game is played, they got the COVID down there

I heard them say we've moved up to a 7 seed with a win tonite

Yeah I saw that

Musselman is a good coach. He's always making adjustments

Yeah he into till the last second

MH_000160

Messages - Paul Hutchins

Yeah...rollover

Down the side of a mountain

Drugs...guarantee

Glad no innocent hurt

7:00 this morning

Multiple leg injuries in surgery now

Had to be speed related

Yeah, drugs too. 7:15? He was in his way home from previous night not just going out

Right

Where he live

He lives in Florida. But the wreck happened in Rancho Palos Verdes California

Looks like he was driving one of those Genesis corporate vehicles from the golf tournament

Traveling high rate of speed, car rolled several times

I'd be surprised if he didn't have a head injury

2/28/21, 7:21 PM

That 200+k is the gross? What has actually been collected from the vacation company and private renters?

Subtract 12% and fees from the gross.  We only had that one private renter for 3500

We had a link in the pool equipment—it's a warranty claim though

Might have to cover $85 labor though

I guess was trying to figure out about what percent of the gross is profit. You know there is utility cost, insurance, taxes, etc.

Gross is revenue less 12%

MH_000161

Messages - Paul Hutchins

2/28/21, 10:12 PM

They took it.  $6936 with pool heat

That's good

50% deposit upfront

So it is 6136 free cleaning

What?

6136 after cleaning

6936-485=6451

6451 less that little dab run pool and some utility cost

Pool heat most likely 250 plus utilities

We'll bet around 6000

Net

Tax free

That good

That's about the profit for the whole year at that ocean breeze we had

If you had a good year!

I just booked a round trip flight to Hh for 175

Why so cheap

Don't know

Non stop

Direct into Hilton head

3/4/21, 5:07 PM

Picked up the 2nd week of August today for $8658.  Total is $116,599

3/4/21, 9:53 PM

Hogs have moved up to a 3 seed according to Lunardi

MH_000162

Messages - Paul Hutchins

> Well that sounds good. Just couple weeks ago we thought they may be 8 or 9

3/9/21, 3:37 PM

> https://apple.news/ACMXL53sUSaG2iYDL7hao3Q

3/14/21, 8:44 AM

Picked up a week in May for $4410.  Total now $121k

> Good

3/15/21, 9:05 PM

Now 125k

For some reason they raised one of the weeks in July to $9267

And they raised the fees on a few other weeks as well

> So did we get another week or is this just fee increase

Fee increase

> That is a lot of increase. Do you know why? I don't understand how they can do that to someone that has already booked

3/19/21, 12:35 PM

> Down by 3
> Down 1
> Up by 1
> Up by3
> 17-0 run
> Half

3/19/21, 2:01 PM

> Hogs win by 17

3/20/21, 12:25 PM

Hogs play at 5:10 tomorrow

MH_000163

Messages - Paul Hutchins

3/20/21, 6:24 PM



That's it

3/21/21, 8:13 PM

On feb 16–we beat Fla by 11

May get lucky and something happens to Baylor. Syracuse upset WVA today also

Looks like we get oral Robert

When we play again

Best case scenario...sat

Time?

TBD

I just saw this is only second time 15 got to final 16

It's rare

Lots of upsets.  I think the lack of fans and the way the tournament is structured is having an effect

We best ORU by 11 in December

I didn't realize we played them

Missouri beat them also

> They are in summit league. Looks like they got into ncaa by winning their conference tournament. They were 17-10 regular season and lost any time they played anyone decent during year. I think OSU and Florida just overlooked them

Probably

3/22/21, 11:40 AM

Got the third weekend of August for $8284. The total is now approximately 140,000

Week not weekend

> Sounds good

3/24/21, 5:51 PM

Got a week in May.  Now $144K

3/25/21, 9:05 AM

> Moving up

3/27/21, 7:31 PM

Hogs are in trouble

> Nope. Watch second half!

They are bigger

> Are you worried?

Yep

3/27/21, 10:41 PM

I was wrong about Vanover...he played 4 minutes against Colgate

> I don't believe he will be in team next year

Sad that he takes up a scholarship

> Yep

3/28/21, 8:34 AM

8:57 tomorrow night

MH_000165

Messages - Paul Hutchins

Got it

3/28/21, 5:00 PM

Hogs sweep ms

3/28/21, 6:08 PM

Yeah ...ms state was really good too

they have a great pitcher that will go first round

Alabama plays in about 15 minutes

who they got

UCLA

11 seed



3/29/21, 8:58 PM

We would play Houston



Win or lose, this is great for recruiting

MH_000166

Messages - Paul Hutchins

Yep

Lack of a big man is killing us

3/29/21, 11:13 PM

The line was 8 and they won by 9.  Amazing how those oddsmakers get it right most of the time

Musselman needs to go

He'll probably take the Texas job

Arkansas will pay him whatever it takes to keep him

3/31/21, 9:38 AM

Chad Morris going to head coach Allen HS here in Dallas

About right. He belongs at that level or lower. Just look at what Jeff long brought in here...sad

4/1/21, 8:57 AM

Call you in a few minutes

Alright



Messages - Paul Hutchins



12-7-57

4/1/21, 8:24 PM

I got that called in and I put two refills on it

Thanks

4/2/21, 7:10 PM

Got a week in October...$148 now

Is that counting the cash week for thanksgiving?

Yes

That not bad right?

almost as much as last year

That should generate over 100k profit

That not bad

Not bad

4/3/21, 6:40 PM

Pool and and spa heat this week again

Good

MH_000168

Messages - Paul Hutchins

4/5/21, 10:41 PM

Doesnt look so bad getting beat by Baylor now

They are very good

UCLA should have played Baylor

4/6/21, 12:29 PM

Final coaches poll... hogs 6

Baseball ?

Basketball final poll for year

Baseball 1

4/11/21, 12:22 PM

https://www.cars.com/vehicledetail/detail/841409737/overview/

4/11/21, 6:03 PM

Hogs win 18-14

They tried to fuck it up

14-14 last I checked

Ole miss ranked 2 or 3 de pending on the poll. They good team

4/12/21, 9:17 AM

It was sold Saturday

Gotcha

Very few around here

4/13/21, 9:00 AM

Govplanet.com

Hogs #1 in ALL baseball polls!

MH_000169

Messages - Paul Hutchins

4/14/21, 1:17 PM



4/14/21, 4:12 PM

Got it!

Just keep rubbing it in



Just had them done

Nice guest

Looks fresh

Messages - Paul Hutchins



Nice. Good company

Yeah...nice folks over there


4/14/21, 5:54 PM



Messages - Paul Hutchins



4/16/21, 7:03 PM



I honestly don't know how we have gotten by without this item for so long, just lucky I guess!

Looks good

4/16/21, 8:40 PM

Don't see much activity!

Not in there yet

Ok, I was monitoring cameras for activity

I'll let you know

Messages - Paul Hutchins

> Gotcha. I'll be waiting!

5 min

I'm in now

> Ok

4/18/21, 8:37 AM

> https://apple.news/AC1flONwHSUS2p0glziDwWA

4/18/21, 10:40 PM

$153k now

> Did we get another week today

Yes...that week in May that was missing

> 5k week?

Yes

> Gonna beat last year

Looks like it

4/20/21, 1:09 PM



> Sandra just sent this to me

Hard to believe. That's exactly why I don't want to live there. Winters are too long.

> This is a fluke

> Tomorrow it will be close to 60

Thank goodness

> Yep, yesterday nice also. Just something that happens.

Messages - Paul Hutchins

4/21/21, 6:39 PM

I have worked hard today looking things up and this is roughly what I have come up with

Wedding Expenses
- ○     Venue-$20,000–includes cakex2, some floral arrangements, tables/chairs, some serving ware, planner/coordinating/ceremony and reception place/tent
- ○     Photography $5,600
- ○     Videographer—$1500
- ○     Ceremony musicians
- ○     Reception DJ $1,200
- ✓     Florals-table/ceremony/bridal party bouquet/groomsman/flower girl etc
- ✓     Decor
- ✓     Wedding cake/grooms cake
- ✓     Catering
- ○     Transportation $500
- ○     Guest Favors
- ○     Invitations $1000
- ○     Save the date/cards/postage $500
- ○     Preacher $300
- ○     Guest book $100
- ○     Programs $500
- ○     Hair/makeup $600
- ○     Dress/vail/jewelry $2000
- ○     Rehearsal dinner
- ✓     Tables/chairs
- ○     Bridal party/ring barer/flower girl expenses $500
- ✓     Signage
- ○     Groomsmen expenses
- ✓     Serving ware/silverware/plates/table clothes
- ✓     Coordinator
- ○     Alcohol $3,000
- ○     Reception favors-drink ware/welcome bags $500
- ○     Send off sparklers/bells/car $500
- ○     Other $2000

Estimating $30-40,000 without knowing more exact details and cost of exact vendors until specifics are booked.

I don't see flowers or food on there

I think that is part of venue assuming buffet

4/22/21, 6:30 PM

I am gonna send you a couple websites to visit that may help you stay within a reasonable budget. There are some excellent ideas there.

MH_000174

Messages - Paul Hutchins



Not for, for Bethany.

Good idea

I hope

4/22/21, 9:10 PM

Did you watch it

Yeah

They good

Loops is pretty good

Kopps

Double header tomorrow due to weather moving in

4/23/21, 5:42 PM

Hogs lost first game today 6-2

4/23/21, 7:17 PM

Hate that. Been busy did not get to listen to it

Ahead 2-1

Second game should be going now

Top of 5th

Hogs should win series. SC ranked 11

We'll see

4/23/21, 8:50 PM

Hogs win! 5-1

Won every series so far. First series loss for SC this year. Baseball team is good!

First series loss for SC at home!!!

MH_000175

Messages - Paul Hutchins

4/26/21, 4:55 PM



4/26/21, 10:11 PM

Got another week in October.  $157,500 now

Hope not the week we plan on going

No

Does that amount include thanksgiving week when he paying outside vacation company?

Yes

One more week and it will be over 160k!

We will get Labor Day week and Christmas week for sure

How much was this last booking for?

And we have weeks in August that will probably get as well

4500

May do 170k this year. Wouldn't that be something?

Very possible

No COVID-19 rentals to boost it like last year either!

This is great investment that will pay rewards for years

I think so

I just blocked off the week of October 9 through the 16th

We need to decide who is going to go

How many you want to go

Mom will be there from Saturday to Wednesday. Probably want to play golf Wednesday Thursday maybe Friday

Messages - Paul Hutchins

So you want the others out there whole week or arrive when mom leaves?

Mom leaves...they come

That will be for the best

Gotcha.

Have others arrive either Tuesday evening or Wednesday

Right

Should we try to have them there for the dinner, chef night?

I don't think so

Ok

I don't think mom would really like that

Your right. That could go off the rails

Fast

Can you imagine her telling the chef, "oh, that's too spicy", or " can you cut that into smaller pieces, I didn't ask for all that"

Yes I can

Her and Sandra went to lunch one day and she complained to wait staff that lettuce in salad was in too large of pieces

I heard about that

It's all good with me

Think about who we should invite

Ok. How many you want to limit it to and do you have guys from Dallas that you want there?

Probably nobody from Dallas except Dan and Pam.  Dan plays golf.

And what does Pam do?

Dietician

MH_000177

Messages - Paul Hutchins



While Dan plays golf?

Is that couple that was there recently?

Yes

How many people are with comfortable in having that is question one

6 couples I guess

2 more

Or maybe 1 more

Ok . You will probably want Gary and mark and maybe one more.

Ok

I'll work on it

Mark wanted to go last time but COVID kept him away

I'll talk to mark tomorrow

Katherine will be there for some of it

Probably for moms part

Good

5/1/21, 3:24 PM

8-2 top 5th lay going to bull pen

Lsu

No outs

Great

Home run 9-2

No outs

10-2

11

MH_000178

12 still top 5

12-2 bottom 5

Reliever in for hogs now

Wow

13

5/3/21, 3:07 PM

Just picked up the week between Christmas and New Year's. 164k now

How much for that week? 6k?

5/5/21, 2:57 PM

Do you want to have dinner with mom tonight?

Going to calico

I see

5/6/21, 4:24 PM

Basil Hayden dark rye
Crown

5/10/21, 3:52 PM

Added a week in September.   $168,500 now

5/13/21, 9:59 AM

We got $2025 in pool heat for April.

5/13/21, 12:28 PM

Another week in September—$173,500 now

Great

We should get Labor Day week too

We'll hit 180

MH_000179

Messages - Paul Hutchins

5/13/21, 2:02 PM



Can you order these for Cindys left eye?

5/13/21, 5:44 PM

Yep

5/15/21, 10:41 PM

Got the last week of August.  Over 180k now

Surely that is about topped out

7100 for that week.  We'll get Labor Day week

Could hit 190

5/17/21, 2:52 PM

Another week in September. 185K now.

5/23/21, 8:11 AM

Can you call me in a broad spectrum antibiotic.  I have some bronchitis.  CVS ..972-347-6375.  BD is 9/20/57

I will just a bit later this morning

Ok

No hurry

MH_000180

Messages - Paul Hutchins

5/23/21, 10:48 AM

It's done

5/23/21, 1:31 PM

Thank you

No worries

5/23/21, 10:44 PM

Tomorrow watch Beverly hillbillies season 1 episode 29. Watch it all the way through. Gotta be one of best episodes ever.

Ok

5/24/21, 9:38 PM

Cindy got the contacts today.  Thanks

Good

5/25/21, 10:35 AM

No need to reorder but Cindy got the wrong eye.  She'll get a trial pair

Did we order incorrectly

We should have ordered the box information that was sent



6/4/21, 5:50 PM

Hogs win 13-8

Messages - Paul Hutchins

Good

Text message
6/5/21, 7:22 PM



New deck chairs. Notice they are bar stool high so easy to look over deck seating to see trivet

River

iMessage
6/5/21, 8:51 PM

Score?

3-0

Hogs

Good...call you in a bit

2nd inning

Top 3rd coming up

Score?

3-0 hogs top 4 2 out

Hogs home team

Ok

Messages - Paul Hutchins

> Bottom 4z hogs 3-0

> Hogs will walk through this regional

> Paul, this is a great team

> We just chased Nebraska starting pitcher

Good

> We have 2 outs and men on the corners

> Still 3-0 hogs bottom 4

> Going to top of 5 Arkansas up 3-0

> Bottom 5 hogs 3-0

> Three up three down with Nebraska

> Pitching for hogs is good

> Bottom 5 1 out hogs up 3-0. Another new

> Hogs good Paul

Nebraska getting low on pitchers

> Hogs win 5-1

Yeah....kopps threw alot of pitches though

> More than I expected but you got to trust van horn

> Hogs got great baseball team!

Yeah

6/6/21, 8:45 PM

> That was big

That was ugly

Now the fun starts

> Yeah you know these coming in now can't be much good

MH_000183

Messages - Paul Hutchins

Was the just playing short stop

Yeah

Hogs aren't hitting

No and thought they would against that ss

Here is one of our quarterbacks from couple years ago

That's right

4 hits and 3 errors won't work.

Not good. Probably worst game they played this year

Battles swung at ball 4

6/7/21, 6:24 PM

Same thing as last night

Hitting has disappeared

Weak

If slavens strikes out here I would pull him

I'd do it now

Slavens has lost it

They can't hit

I think hogs win but it will be ugly

All these strikeouts

Have faith!!

His dad is general manager of royals

He

HR

Messages - Paul Hutchins

Tied

Vegas has hogs winning at almost 3-1 odds

That is you have to bet $287 to win $100

I bet it's not 3-1 right now

Kopps has 115 strikeouts and 15 walks

Incredible

He is a freak

He throws strikes

Rarely gets behind in the count

When hogs win tonight, I bet you Van Horn gives Kopps a blow job, if he did already before game started

He may even let him take a run at his daughter.

Renters got the spa heat today

Water temp was already at 90

No shit, that's only 99% profit this time of year

They can only raise it 11 degrees

Well, what can you expect for 250 bucks.

Tell them the bargain is when they get the pool heat!

Everyone is trying to hit a home run

I would have pulled slavens last game until he showed me he can hit again in batting practice. He is just a wasted out and was leading hitter before injury. Anyone can play first base, we need hitter in there or at least someone who can take a walk

Agreed

Kopps is so much better than his closest rival it is ridiculous

MH_000185

Messages - Paul Hutchins

6/8/21, 9:09 AM

John McDonnell died

Sad

Great coach

82

Was he sick?

Alhzheimer

Alzheimer's

6/8/21, 8:28 PM

LSU plays Tenn

6/9/21, 6:48 PM



Messages - Paul Hutchins



Can you order these daily contacts for Cindy?

6/10/21, 11:26 AM

yes i will forward to sandra

6/10/21, 12:56 PM

Thanks

30 pack or 90 pack

90

6/11/21, 7:06 PM

Hogs are hitting again

Yep, everyone but slavens. I think I would see if Welch could play first base

Slavens hasn't had a hit since he returned…this is his 3rd game

I know. Anyone can play first

I would put Welch there

Got some chicken on grill at cabin, Hogs winning…gonna be a good night!

Also, plenty beer in frig.

Sounds good

Messages - Paul Hutchins

No run rule?

Nope

Down 1-0 in first inning

The guy batting now, his dad is general manager of th KC Royals

Yeah

I bet NCS wishes there is run rule



I guess it's not happening

I think this is embarrassing for the NCAA selection committee.

They weren't supposed to be here

Your own, before the game started, and even after first two innings, they they would win

Embarrassing now

This complete domination offense and defense

We should take out all starters T this point

Good news is we don't use kopps

Messages - Paul Hutchins

6/12/21, 6:32 PM

6/13/21, 12:24 PM

Looks like we are the home team tonight

Good

Hopefully we won't have to bat in ninth

Do you know who starting pitcher?

No

6/13/21, 2:13 PM

I think Kopps is starting

Makes sense

He's good for 7

I hope

6/13/21, 6:28 PM

Hitting has just dried up

Seems like

Bases loaded twice and couldn't score

Automatic out

They just as well not go to Omaha if Slavens is gonna play. I'd rather have the pitcher batting

He can't hit.  Tries to hit a home run on every swing

If we lose, it won't be Kopps's fault

Too many pitches

118

MH_000189

Messages - Paul Hutchins



Yep

And no hitting

Done

I put the blame on slavens. He should have taken himself out if van horn wasn't going to

Slavens and Franklin were sorry

Vanhorn fucked up by leaving Slavens in the lineup and keeping kopps on the mound too long

For sure

Lost 2 one run games.

Slaven 1-11

Franklin 0–13

23 ours between those 2

Outs

Did not play well

6/14/21, 3:38 PM

800 in pool heat this month

May

Got the first week in June booked for next year

Repeat renter

He paid 7086 for this year…same week next year is 7980

Ooo! Good

Rates are going up for next year

6/15/21, 3:00 PM

that is a big increase

My phone died, so I can only see texts on my Mac

Gonna get new one?

I have one coming tomorrow

6/16/21, 9:40 PM

https://www.kait8.com/2021/06/14/two-police-officers-hospitalized-following-incident/

6/17/21, 9:56 PM



Not a bad view!

Just keeps getting better

https://www.kait8.com/2021/06/14/two-police-officers-hospitalized-following-incident/

Just resent Harley

Hatley

You're right. It does look a lot like Rick

Read it

Hard to believe

Messages - Paul Hutchins

6/18/21, 7:40 AM

Another repeat renter in June of next year. 8K

Keeps getting better every year

Looks like rates have increased about 10% next year

Good

Half of June next year is already rented

6/26/21, 7:33 PM





Messages - Paul Hutchins





Looks good out here

6/27/21, 7:20 PM



Messages - Paul Hutchins



That's a dog  alright

That's not just a dog. There's a dog in the pool

6/27/21, 9:18 PM

XN7PF-FVXYF-RWV2K-YP4CH-7QTHV

6/28/21, 3:49 PM

Tenets are paying for the cleaning and giving us $600 more

7/2/21, 11:46 PM

Another week next June

7/3/21, 11:21 AM

Good morning Paul, cleaning is in full swing at 3 Firethorn Way. Housekeeping is doing an extra thorough job and I have High Tide  doing the upholstery and carpet. Skimmer net was not damaged, yay!house looks fine just needs to be cleaned, no unusual where in tear

Good

7/7/21, 10:19 PM

Look at the cameras

ok

storm coming thru

Part of that hurricane

Messages - Paul Hutchins

7/8/21, 8:10 PM

https://www.wjcl.com/article/georgia-south-carolina-tropical-storm-elsa-storm-damage-tropical-storm-watch-tropical-storm-warning-hurricane-severe-weather-hurricane-elsa-1625744748/36966714

7/10/21, 7:42 AM

July 4 week next year went for $9730

Not bad

Seems like a lot to me

7/12/21, 8:29 PM

Look at all that crap in the pool

7/19/21, 7:24 AM

Unvaccinated people risk the most serious virus of their lives, expert says

https://www.cnn.com/2021/07/19/health/us-coronavirus-monday/index.html

7/28/21, 5:47 PM



Temp just right. Smoke level about right.

Pork butt?

Yep

MH_000195

Messages - Paul Hutchins

Slow cooking

I actually dropped temp back to 240

Birds loving feeder!

I love it here

It's nice

BTW…I put a new battery in your mower

On

What was wrong with the old one?

It was one year ago today we were working on the house

Well, it just stopped working. I hear that sometimes that happens with old battery.

Don't worry about cost, I will just add to storage fee

Yeah. Just deduct it from the rental fee

Deduct? You must mean add to storage fee

7/28/21, 9:31 PM

Looking at Olympic swimming, these gals got no titties.

I just commented to Cindy about how big their shoulders are

No body fat

7/29/21, 1:21 PM

If you're not going to be there, I'm not going to come.  That would just be a waste of time

I can be there any day next week. Perhaps I can have the plat also

I'll have to wait and see.  Cindys surgery is coming up

Gotcha

MH_000196

Messages - Paul Hutchins

8/2/21, 11:38 AM

*Attachment stored in iCloud:
Tee Thymes.pdf (Attachment)*

Cost is $100 per person=$600+$130 for server=$730.  Includes basic dinner--couple of appetizers, salad, entree, and dessert.  Could be a little more depending on menu.

Sounds good

Do we know who going yet

Paul, Cindy, Rick, Sandra, Katherine, Mom

Mark can't go

Gotcha

We need to let her know as soon as we can....or I can continue to look for someone else

8/4/21, 9:29 PM

We have 6 weeks now in June/July next year for $58,817

That's actually for 7 weeks be they threw NYs week into next year

That is 8400/wk

The New Years week was 5687

Avg 8400/wk

9730 were the July weeks

That good. Really helps no cleaning fee

June weeks were 7980

Sounds good

Better than this year

It is? That is really good cause this year has been better than last

Those July weeks this year were around 8600

MH_000197

Messages - Paul Hutchins

That more than 10% increase

I had to raise the coverage on the flood insurance this year. Cost is around $2400

How much increase in premium

About 500

8/6/21, 1:35 PM



Can you order these for Katherine?

Yep

How many

I'll ask

2 boxes

4402 Duval St.
Apt. B
Austin TX 78751

Or a 6 mo supply

I don't know how many are in a box

Just arrived in Fayetteville

Messages – Paul Hutchins

8/10/21, 7:25 AM

They are already in that pool

Damn!

Better than being in house

They just love the fucking pool

Damnedest thing I've ever seen




Here's a photo of a current Cowboys cheerleader with two cheerleaders from their last Super Bowl team

is that true

Yes

8/10/21, 12:38 PM

Did you order Katherine's contacts?

I sent to Sandra she does the ordering I will ask her

Thanks

8/11/21, 12:41 PM

They love that pool!

Messages - Paul Hutchins



8/16/21, 6:48 PM

Sprinkle is with the Cowboys now

8/18/21, 8:53 PM

You go to "hawgsports.com
Login ID is, visioncares
Password is Vision17
I think you will enjoy this content. There are message boards and also some recruiting/behind the scenes content. If you do not like it, don't use it. I signed up for a year and wanted to share it with you.

Thanks...I'll take a look at it

Hope you enjoy!

MH_000200

Messages - Paul Hutchins

8/19/21, 4:40 PM



If I saw that foot and was told they stepped on a land mine, I would believe it.

Yeah, it kind of Surprised me a little

8/19/21, 10:54 PM

https://apple.news/AdNDKshTlQAO5JtjfSovl4w

I didn't see Marked Tree on there

Yeah, I know. Makes study lake credibility. Beaufort, close to HH, is there. Surprised that made it but not HH. Property taxes maybe. Also, Eureka Springs on there.

Lack not lake

I wouldn't put eureka in that list

I would not either

Not sure about criteria although we do like going to eureka for Saturday or Sunday afternoon late lunch

Sandra will be going through there tomorrow morning as she travels to calico

We get our shot #2 tomorrow

Good

Messages - Paul Hutchins

Fully vaccinated ready for variant!

Isn't that the truth

8/27/21, 6:10 PM

What is a-hole phone number. That is John, right?

Yeah…why?

Gonna call him

John Kelly.vcf

8/27/21, 7:50 PM

Congrats on the hole in one, even though par 3

9/4/21, 1:07 PM

We fumbled KO return but got it back. First play we got sacked. The season has started!

4 and 4. Punting team seeing its first action 90 seconds into the season.

QB ran 30 yards TD hogs up 7

I'm watching it on my phone

Ok

These announcers suck. I don't think they at the game. I think they are calling game remotely. Flag on return looked like block in the back to me.

Idiot

Arkansas gonna fuck around and get asked to leave the SEC

They look very disorganized, and not prepared to play

Stupid penalties already

Even if Arkansas wins, this has already been a disappointment and embarrassing for Pittman

MH_000202

Messages - Paul Hutchins

I'm not sure we're going to win

Pittman was pissed

He should be. I'm sure he's embarrassed

I don't know who our backup QB is, but I'd start him in the second half

I would too. His name is Malik don't know last name. He is supposed to be really fast runner. Which will be necessary as he will need to scramble once pocket breaks down.

9/4/21, 4:15 PM

He looks slow

That Damn hold was stupid

How about he just blocks him....

A lot of happy people just now

At least they covered

Yep

9/4/21, 9:11 PM

Georgia looks good against Clemson. They gonna were us out

9/5/21, 9:08 AM

Happy Birthday

Thanks

9/5/21, 11:04 AM

88k now for 2022

That good

Messages - Paul Hutchins

9/5/21, 4:33 PM







Messages - Paul Hutchins

This is View of bluffs down stream from swing.

Beautiful

Yeah and the swing is in shade 95% of day

9/7/21, 7:53 PM

Renters bought spa heat this week

What? Damn, how cold is it out there?

Right now it's 90

Shit. Good for us!

It will cost $20 to make $250

Only raising temp 12deg

Idiots...they're in it now

What was temp before they got the heat package

Hard to believe Cindy never been to cabin

You, along with K should come

And Cindy I meant

K wants to go fishing

MH_000205

Messages - Paul Hutchins

Get her to come on

Cindy too or maybe friends of K

It's getting really good this time of year. Not too hot

We'll have to schedule it.  I'm going to reinstate my American home shield

I would

Make those fuckers pay for it

You can pay almost three years of premium for the cost of this one repair

I won't be here that long

The plan is transferable

Buyers will probably want it anyway

Probably

They love that damn pool

I don't get it

They in it now.

Yeah..a bunch of them

I see them. Spa heat but not pool heat yet they in pool not spa

Water is probably too hot in the pool

Need to offer package where it cost half the price of spa/pool heat to keep it turned off!

Only available in summer months

Somebody may do it

That beach is 100 yards away yet they want to be in the pool with no view of the beach

I know, good have gone to Hilton in Nebraska

Can they change light color in pool?

MH_000206

Messages - Paul Hutchins

Yes

I can do it from here to

That would freak them out

You may scare them

9/7/21, 9:45 PM

99k now for 2022

Damn. Another good week got rented. Amazing isn't it.

9/11/21, 10:08 PM



9/12/21, 2:14 PM



Messages - Paul Hutchins



9/12/21, 8:38 PM



On Jenkins Facebook



Kelly sent that to me. He is silly

Messages - Paul Hutchins

9/13/21, 6:10 PM



Looks good

I'm gonna try



Now that I recognize

Messages - Paul Hutchins



Looks good

9/15/21, 7:51 PM



Fish cookin inside tonight.

Only cooking the smaller ones. The big ones you caught won't fit in skillet!

Damn that looks good

Indoor fish

Eating it now

Messages - Paul Hutchins

9/17/21, 7:23 PM



Ran over Directv dish with keep!

Just plowed over it. I will dig up and remove. Just fun to mow it down!

Jeep

9/19/21, 7:58 PM

113k now for 2022

Good.

9/20/21, 9:39 AM

Happy Birthday 🎂🎉🎁🎈

9/20/21, 3:58 PM

Creek turnpike

9/20/21, 5:12 PM

Text OKC old address please

3429 nw 25th

Thanks not far away gonna explore

I'll send pics

MH_000211

Messages - Paul Hutchins

9/20/21, 9:51 PM







Messages - Paul Hutchins







MH_000213

Messages - Paul Hutchins





9/22/21, 5:23 PM



Messages - Paul Hutchins



I'll take pic of invitation and send later

Check email

9/22/21, 7:03 PM

Weddin start at 5:30

Ok

We got spa heat this week

9/23/21, 5:10 PM

Prediction: Arkansas 38 A&M 33

Hogs 24-17

Historically, this has been a much higher scoring game

9/24/21, 9:22 PM

Line back up to 5

It was 4.5 right?

Yeah

I guess people realize our starting QB is not hurt and expected to play!

Messages - Paul Hutchins



9/25/21, 8:11 AM

Lee Cordova said A&M is the best team in the country

Cordova

Corso

He don't know

Stupid

He should have retired long ago

I can't stand him

9/25/21, 2:05 PM

Georgia had 5 TDs in first quarter!

Penalties

Yep

Nice

Pass led him just enough

Yep

He ran 50 after he caught it. 85 yard td pass what kJ gets.

That's what he's supposed to do

Last couple weeks he was throwing those passes short and receiver had to wait on ball

First play. I like that

Impressive how we are pushing there o line

Hogs can still go through a set of downs faster than any team in college football

Not gonna be able to keep AM from scoring but just don't need to get behind. Probably 17-7 at half

That was a bad offensive series

MH_000216

Messages - Paul Hutchins

Yep

Penalties kill us

Stupid

What a catch

Should have taken points

Yeah

We there though

Hogs get the ball 2nd half

Shit. Penalty caused that

We have 308 yds

I think we would all take this score at halftime

Quick scores. We don't have much time of possession

Not fond of announcers

I have never liked their coach. Gave hogs no credit

We look slow now

It'll come back. Barry will make some change

Would you take 20-10 with 8 minutes left, even with Jefferson out

You bet

Did you hear that fucker. He said bad job on Arkansas for not fielding that punt but said absolutely nothing about stopping AM and forcing the punt

Messages - Paul Hutchins

9/25/21, 8:16 PM







MH_000218

Messages - Paul Hutchins

9/26/21, 2:32 PM

Hogs #8

9/26/21, 10:05 PM

College game day at Athens next week

Good

Georgia 18 point favorite

9/27/21, 10:38 PM

120k now

Which week was rented

Last week in April

5000?

6102

Good



9/28/21, 6:12 PM

6:45 at Ocean

You already did it ?

No

Aren't you doing it?

Messages - Paul Hutchins

Yes. Just thought you may have done it since you were specific on time

Flexible on time

But that's the preference

Gotcha

9/30/21, 11:10 PM

Pool and spa heat this week

Great, straight profit! Probably won't cost much to heat just now

How much is that?

It's midnight and it's 78 out there.  $750

Yeah, they may be in the spa 3-4 times max

Does the pool stay heated when they get that

Yes....whenever the pump is running

Well just as long as it is warm whenever they decide to jump in. They paying so gotta keep pool warm, right?

I turned the heat pump on.  $18,326 for September

Is that better or worse than last year september

$10,383 last September

How's the room?

I am at Marriott in LR. Went down street to eat and get a drink. Ticket came and drink appears as vodka 7.00, orange juice $1.00. Just thought odd

Substantial increase from last year

Are you at statehouse Marriott?

Yep

Downtown across from capital hotel. Nice here. I won't have to buy towels for quite some time!

MH_000220

Messages - Paul Hutchins

It is a shame Bethany last name not gonna be Marriott or I could say I had towels monogrammed!

Funny

10/1/21, 7:16 PM

Have you nailed your part yet?

About to leave

At the hotel

10/2/21, 6:24 AM



Georgia 16.5 pt favorite now

10/2/21, 7:32 AM

What time is breakfast ?

I sent you text this morning

I see it

Messages - Paul Hutchins



What the he'll is that?

John Kelly just sent that to me

Looks like the guy who sold me the suit!

How did he get my suit pic

He saw it on my phone and asked me for it

Funny.

He said he was going to do something like that

Game day in Athens

Yes

10/2/21, 9:11 AM

Sorry I did not know how this was set up. Was not explained to me

We're in the restaurant downstairs

Alright

10/2/21, 3:04 PM

Hey , it's really loud in here . Can you text me ?

10/2/21, 5:00 PM

How far are you

Messages - Paul Hutchins

10/3/21, 12:35 PM

16th

Where we were

Yeah

10/3/21, 2:29 PM

False start on Jeremy sprinkle, former hog!

I heard that. I'm listening to it in the car

I've home about hour

Been

10/3/21, 5:55 PM

Hogs 13th…not 16th

Only dropped 5 spots

That not bad

Ole miss 5 pt fav

What they ranked

17

That makes no sense

Home field?

10/8/21, 6:50 AM

1957*

Wait until the maids leave before you go in

10/8/21, 4:52 PM

Mark Kombrink.vcf

Messages - Paul Hutchins



His name is Brad

10/8/21, 7:36 PM

2:08

Ryan called me on the 16th and asked me about that tablet

L

L

K

10/9/21, 9:35 AM

What did that guy in the red truck want?

That was Bo. He was getting some old toys that people had left over time. He said he would get some Bikes also. I asked him about tablet and he said he would get with Brad. He not sure if AV people supplied it or vacation company.

I don't know Bo

Well that was his name

Everything else ok there?

Looks like a nice day

Yes

It is

Text message
10/9/21, 12:09 PM

Score?

iMessage
10/9/21, 12:12 PM

14-14

Where you

Just landed

Savanna

MH_000224

Messages - Paul Hutchins

Yeah

Texas beating OU bad

They had 28 in 1st qtr

28-14 now

10/12/21, 5:37 PM



10/15/21, 8:14 PM



Who is that?

Some guy at the tiki hut...thought it was you at first

I kept looking at it cause I thought it was me too!

10/19/21, 10:26 AM

catalog out for remainder of season for shoulder surgery

Damn...best player on the team

Yep

10/25/21, 7:34 PM

John and Jim sent the flag

Gotcha. Needed it cause ends of other getting raveled

They probably noticed it

Thanks for new flag. Ole Glory flying high again! Hope you fellas doing well. Looking forward to our next fishing adventure. This next time I may have something extra special planned. I truly enjoy you guys being here. What a pleasure. Thank you.

Sent this

Sounds good

I like them



I've seen that

One your friends just sent

Who is that?

Jim

11/6/21, 3:33 PM

That's 4

That was a really big penalty

Turnover!!!!

Yep. Holding one of worst you can get

Messages - Paul Hutchins

Intercepted the ball at the 45 and head to punt from the 10

I'm behind you, don't tell me!

I guess calico internet slow

Sounds like it

11/7/21, 3:33 PM

11/9/21, 7:39 PM

Hogs are not very good

They had close preseason games

Def not #16

Didn't take long to get back in it

I see that big tall red headed guy is still on the bench

Hogs 25 in football playoff poll

Good win against an inferior opponent

I thought they were 23

Yes...25

I may have looked at it wrong. First time ever in poll since it came out

That's telling

Do you ever look at the hang illustrated link I sent you. It is paid content

Even though OU is ranked 4th in AP, they are only 8th in playoff poll

Yeah I guess those guys like Oregon and Ohio state

Cincinnati is liked well seems like

Messages - Paul Hutchins



11/10/21, 5:29 PM

https://apple.news/AXnz2WkOjTx2qRjD32AeiGQ

11/14/21, 7:23 PM

GARY PACK DISCO.vcf

This is Jeep Guy.

Ok

11/15/21, 9:42 AM

https://texoma.craigslist.org/cto/d/pottsboro-2012-jeep-wrangler/7397384093.html

Looks good

How is price?

Looks like closing arguments are next

i thought they said that would be today. each side gets 2.5 hrs.

Lots of charges

yeah, jury not gonna remember all of that. they probably already got their minds made up

From what little I saw and heard, his conduct was reckless but not intentional

11/20/21, 5:46 PM

Hogs got burned deep 4 times

They played great I thought

11/21/21, 3:26 PM

Hogs #25

I'm surprised they dropped

Maybe they'll move up a bit after beating Missouri next week

Messages - Paul Hutchins

I'm surprise they're still in the top 25. They're the only team in there with four losses.

11/23/21, 8:49 PM

That's about as sorry shooting I've ever seen from them seems. Especially 3.

Pretty bad

Look out of sync

I don't see any leadership on this team.

They look slow and sloppy

Very low score

Shooting bad

Hogs can't win a game in the 50s

Lykes, the short one, transferred from university of Miami. He from D.C.

Doesn't look like the same team

Don't look good at all

11/23/21, 10:36 PM

Great game

Yep. Should move up as 12 got beat

11/24/21, 12:49 PM

All found guilty arbery trial

Good

11/24/21, 8:42 PM

144k now

Sounds good

MH_000229

Messages - Paul Hutchins

> May get to 200k next year

11/25/21, 8:22 AM

https://www.jibjab.com/view/make/birds_the_word_cast_5/a877735d-9a49-4238-93f1-6e3abe239879

11/26/21, 3:33 PM

What the hell is going on?

> ?

Playing like crap

> Starting slow

11/26/21, 5:39 PM

> Looks like a good second half so far. Defense playing well. Haven't given up TD yet

11/27/21, 5:08 PM

Bama losing

11/27/21, 6:18 PM

> OT

11/30/21, 8:58 PM

150 now

> Getting better all the time. Vacation Company got the recipe!

12/9/21, 5:28 PM

> I'm on phone with insurance clearinghouse

12/11/21, 2:26 PM

They're taking terrible shots

12/11/21, 4:20 PM

> They did not play well

I finally caught up with