**Malcolm R. Hutchins vs. Paul R. Hutchins and Capital Gains, LLC, a South Carolina Limited Liability Company.**

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT A – part 2 of 3 TEXT AND EMAIL EXCHANGES BETWEEN PLAINTIFF AND DEFENDANT PAUL. R. HUTCHINS, BATES STAMPED MH_000001-MH_000695

Messages - Paul Hutchins

Them

What dates did you get for me and Sandra at HH?

Whatever you want.  It's pretty open in Jan

How about 15-22 and if no one there we may go early

Nobody will be there in January

Ok

12/13/21, 8:57 PM

My wife just stopped and said, "You weren't even listening, were you?

I thought to myself... "That's a pretty strange way to start off a conversation."

Funny but unfortunately most of time true

12/18/21, 7:44 PM

Ugly

Are you watching game?

No...just play by play

Score?

40-32

Hogs losing?

Yes

MH_000231

Messages - Paul Hutchins

Don't know what's wrong with them

No defense

Too many 3s

46-36

62-50. Hogs have 14 turnovers

They gonna lose

Terrible

Hogs lose 89-81

Horrible

Free throws were the difference.  Hogs had 20 fouls

And 15 turnovers

They are not good

Glad it wasn't on tv

Fans will turn on them quickly

Elon is in their conference

Ugliest loss in years

That's like getting beat by the Citadel

MH_000232

Messages - Paul Hutchins

12/31/21, 4:50 PM



Fire pit at cabin

1/4/22, 3:07 PM



1/4/22, 5:07 PM

https://apple.news/AauDPSwPESFeqPDz9t2mKSg

1/4/22, 7:31 PM

SEC network

Got it. Had to re-add to guide

MH_000233

Messages - Paul Hutchins

1/4/22, 8:53 PM

Hogs not as good as last year

Not projected to go to ncaa tournament

Struggling against Vanderbilt who is not very good

6 of 12 free throws….50% will get you beat

Gonna be long season

They are not good

1/8/22, 5:23 PM





Looks good

MH_000234

Messages - Paul Hutchins

Very good

Is an old fashion

Yes

Hogs lost again

I watched it

Me too

Too many turnovers and missed shots

Sloppy basketball

1/11/22, 6:27 PM

Vanderbilt ahead of Kentucky

1/13/22, 11:39 AM

Do you mind if I use some of the house money like I did a couple years ago and pay it back over the next few months?

1/13/22, 8:50 PM

What do you have in mind?

Similar to last time. I need to fund a retirement account so as to avoid penalty.

How much?  How long?

50,000 for about 6 months

When do you need it?

By 1/31

Our CD doesn't mature until March

I have some cash though

I can sell some investments in other accounts to cover it. Just wanted avoid the capital gains tax. It's okay if it don't work. I'll make do. Thanks.

MH_000235

Messages - Paul Hutchins

Now is probably a good time to be selling some stuff anyway

Thanks

If you decide you want some, just let me know

Well I prefer not sell but will if I need to. Don't want your personal money just thought may could use some from house account but if that don't work I will work out something else. Thanks.

Are you sure the deadline is 1/31…..seems like an odd date for that

Pretty sure. It probably should have been funded by12/31 but there is a grace period. It is a pension plan and the rules/guidelines are a bit different on those. I employ a company in Chicago that keeps it all in compliance. They do all the ERISA compliance and filings. It's ok. I'll get it figured out. Thanks.

1/15/22, 6:54 PM



MH_000236

Messages - Paul Hutchins





Text me the name of my condition

pingueculitis

843-686-6525

Hilton head pharmacy

Oops

Never mind

843-842-0550
Kroger Pharmacy

Hang on before you call

Messages - Paul Hutchins

What's the name of the drug?

FML that is abbreviation for flourometholone

843-842-0550
Kroger Pharmacy

Call them

Temperature at patriots v bills is 5

NFL record

Damn

Done

Thanks

No worries

1/16/22, 11:55 AM

Hi Brad:

A few issues; some not resolved from last October when I was out here:
1. Cleaning: cobwebs in multiple places including hanging from the ceiling fan in the living room (clearly visible), the vent hood above the stove hasn't been cleaned in months-grease and dust buildup, top of refrigerator is nasty with lots of dirt. Not sure what you're cleaning people and inspectors are doing but if I was a guest here, I wouldn't be happy.
2. Broken glass on end table with sharp piece exposed—clearly visible. I can arrange to have this replaced while I'm out here, but this kind of neglect is problematic.
3. Shade chain in upstairs master is broken. Mentioned this in October, still not repaired
4. Outside railing is broken and needs repair. Mentioned this in October, still not repaired.
5. Vacation Company sign over garage. You agreed to relocate this sign and fill the holes back in October. Sign is still there.
6. Tablet was stolen and hasn't been replaced. Mentioned this in October—do guests not need this?
7. Video monitor for camera doesn't work any longer. I will replace this, but it should not have gone unnoticed.

MH_000238

Messages - Paul Hutchins



> See what he says and if neglect continues then it would be time to try a different management group.

1/16/22, 5:14 PM

> Poscashflow@aol.com
> Hutchp45@

> Try that

I will after game thanks



1/16/22, 8:42 PM

> Same password but login is paulrhutchins@outlook.com

Ok

Thank you.

MH_000239

Messages - Paul Hutchins

1/17/22, 5:47 PM



1/19/22, 4:08 PM



1/24/22, 7:09 PM

I saw you👀

Hot in here

Looks nice

2/6/22, 8:52 PM

https://twitter.com/PGATOUR/status/1490084195875667969

Messages - Paul Hutchins

2/8/22, 6:19 PM



Hogs up by one with 12 to go in first

Up by 5 now

Up by 10 with 8 to go in first

Great

Lot of offense fouls Called on both

Hogs up by 10 with 6 to go in first

Up by 12 4 to go first

At least we're competitive

Up 28-25 at half. Hogs went 8 minutes without a basket. Still up by 3. Encouraging!

Looks like we're behind now

Up by 2

Down by 1

Hogs up by 1

Up by 2

13 min to go

Tied

Up by 1

11:42 to go hogs up 1 with the ball

Keep me posted

K

49-46

Hogs up by 3 with 10:48 to go

MH_000241

Messages - Paul Hutchins

Commercial break

51-46 hogs

53-51 hogs

Tied 55

Hogs shooting 1 ft

56-55 hogs

59-57 hogs

5 to go

Wow

Tied at 59 with 3:50 to go

Vegas had it right. Very close

Tied at 64 with 50 secs

66 tie

Overtime

Tied at 66

Auburn had 3 point lead with less than a minute

69-68 hogs

71-70 hogs

1:50 left

1:20 to go hogs up 73-70

Auburn best player just fouled out

Hogs 75-70

Less than a minute

52 secs left

MH_000242

Messages - Paul Hutchins



Hogs 75-70

75-70 hogs 37 secs left

Hogs shooting ft

76-70

Hogs up 76-73 with 28 secs to go and hogs have ball after commercial

Here we go

Another auburn player fouled out

Hogs up 78-73 with 27 secs

78-76 with 18 secs

Hogs ball

Hogs up 79-76 with 14 to go hogs ball

80-76 hogs 12 to ho

80-76 hogs win

Fans storm court

Wow......

That will move us up

Terrific slam dunk at buzzer

2/8/22, 9:35 PM

https://247sports.com/LongFormArticle/Arkansas-basketball-draws-praise-for-massive-overtime-upset-of-No-1-Auburn-182540171/

173 now

Rental?

Yeah

Good. Gonna be better than 2022

2021

MH_000243

Messages - Paul Hutchins

Wasn't 2021 210k

196

2/14/22, 7:12 PM

Hogs are 23rd

I saw that

2/26/22, 3:25 PM

What time is game today?

Hogs win 75-73

Damn, must not have played well only winning by 2.

Hogs may move up if auburn can beat Tennessee

3/2/22, 10:26 PM

What a finish

Yep. Never a doubt

Auburn won by 13 in overtime

I heard

Hogs won this game at the free throw line

Notae was a distraction for them I guess

You'll see when you watch it. They double teamed him and it worked

About to watch

We were very lucky to escape

Better lucky than good as the saying goes

They missed a layup at the end

We are playing for 3,4 or 5 seed in ncaa

Lunardi said we are a solid 4. Probably won't move higher unless we win the SEC tournament

MH_000244

Messages - Paul Hutchins

Other than ego, not sure if much difference between 3 or 4

It's just the top or bottom of the bracket

With 18 seconds left, LSU had a 69.6% probability to win the game

3/5/22, 10:04 AM

I am on an all day CE seminar and am recording game. So don't text me anything about game. Thanks

3/14/22, 5:22 PM

Another week in August for 9k.  186k now.

Great. Probably no pool heat though.

Gotta create marketing plan for than pool heat when it is 100 degrees outside.

Go for it

Wonder how that could be sold

3/14/22, 7:34 PM

Think we should try to get a fall trip for golf in HH with Gary and Shiny?

3/14/22, 10:36 PM

Are you playing golf again?

No

3/17/22, 4:44 PM



MH_000245

Messages - Paul Hutchins

3/17/22, 8:50 PM

They don't look like a high school team to me

I said the gym they played in looked like high school



3/18/22, 8:39 PM

Alabama and Kentucky have both lost. And now LSU is losing. Not a good look for the SEC

Yeah I know. I'm watching lsu game. They had only 19 at halftime

What the fuck?

Illinois only won by one point they are a four seed and only led the game in the last 30 secs. Behind the whole time

Odd

Really good teams are struggling

LSU down by 8

They didn't play this sorry against us

No. But that coaching issue just happened and the program future is unknown

What is that lit up in yard at hh

Messages - Paul Hutchins

A couple of those bicycles that pull those baby carriers behind them.  I guess it's for the guests that check in tomorrow

Laying in front yard?

Parked there

I see. Your resolution must be better than mine if you can make that out

I saw then during daylight

Oh. Well that makes a bit of difference

LSU down by 1 with 2 left

I'm watching it

Do you think the interim coach thinks he's getting the head coach job?

I doubt he will

Do you think he thinks he will

No

May not get anyone else to take it

Down they go

Yeah. That was lucky and not very smart shot

6 SEC teams got in….3 lost in first round

Odd Kentucky out first game

They lost first game in SEC tournament too

3/19/22, 8:32 PM

Hogs got lucky. This second round game is about like having two first round games

Played 13, now 12

Gotta be one of worst games I have ever seen

I feel sorry for the winner of this game

Messages - Paul Hutchins

Gonzaga is next

Hogs shooting 27%

Just bad outing for both teams

That was a great pass!

Hogs have only scored 18 points this half

Not very much scoring be either team

Very low like high school game

Terrible performance. Hogs will win but it will be ugly

Is Ted Cruz their coach?

Hogs eon that game at the free throw line.  Shot 28%.  Only made 14 baskets

Yep. Ugly game. Good teams find ways to win though!

If you are Kentucky or Tennessee you would love to be where we are!

3/20/22, 5:13 PM

193k now

3/20/22, 7:00 PM

Getting better every year

Auburn is getting bait. Wouldn't it be funny if Arkansas was the only team to make it to the 16

Yep

3/20/22, 9:13 PM

Auburn lost

I'm watching

32 secs left over here

Hogs only team to advance from SEC

Wisconsin, 3 seed lost

Messages - Paul Hutchins

11 beat them

3/26/22, 7:13 PM

Not sure why CBS would give up rights to the games tonight



World famous baked beans to go with my grilled chicken for game meal!

Looking good so far

Is something wrong with my television or is that Griffin from Duke vet black, like tar!

That black

4/1/22, 4:16 PM

In CME

Ok

4/6/22, 11:50 AM

https://www.si.com/college/2022/04/05/ncaa-basketball-rankings-early-top-25-arkansas-kentucky

https://247sports.com/LongFormArticle/College-basketball-rankings-Way-Too-Early-Top-23-for-2023-185731882/

4/7/22, 7:32 PM

At dinner....call you later

MH_000249

Messages - Paul Hutchins

No worries. Lil colored boy playing golf again in Georgia!

Not sure you got news in Mexico

I watched a little of it

He doing good?

I don't intend to bother you at dinner

When you coming home? Mom wants to know!

Hope you having fantastic time…you deserve it as much as you work



Nice. Should I be invited next time. I'm a hellave a guy!

Y'all have fun. Maybe your friend would like to trout fish

MH_000250

Messages - Paul Hutchins

4/8/22, 8:20 AM



Up early this my

Morning

Headed to the airport

Be safe

4/9/22, 5:29 PM

What temp you take the pork butt off egg so it pulls off bone?

195

Thanks. Almost there. Seems outside gets dark

Cover the top w foil

Gotcha. I am at 189 now

4/11/22, 6:33 PM

Lost ya

4/17/22, 10:43 PM

I'm going to change the reservation to spend Saturday night in LR

I don't think we will stay Saturday because we will need to get back for Dash

MH_000251

Messages - Paul Hutchins

4/25/22, 12:53 AM

https://apple.news/AHEQRKWKzQQ2u5bZTQ3YmwA

5/7/22, 10:06 AM

We are staying tonight in LR.

We are at that Marriott across the street from the Kapa hotel

Are you there now?

No we left Prosser about 30 minutes ago

Gotcha. Call when you get here

Ok

Where are you staying?

Holiday Inn on Chenal.

Ok

5/8/22, 8:25 AM

We just left

Us too

5/8/22, 6:43 PM

301,700 is Zillow estimate on mom's house

Wow. I really find it hard to believe

All real estate has been going up a lot

Don't know how accurate Zillow estimates are but that what it has

5/8/22, 8:33 PM

What do you know about Vuity?

MH_000252

Messages - Paul Hutchins



It is nothing new it is pilocarpine which is a med used for certain types of glaucoma. It constricts the pupil and increases depth of focus a bit because of the tension put on the ciliary muscle which increases the thickness of the lens. It has been around for years but has recently been approved by FDA for presbyopia relief. It would be only mildly effective at our age and comes with uncomfortable side effects: very limited vision at low light levels and headaches. This is because of the tension created by the muscle contraction.

I thought it was too good to be true

I can get you script if you want to try it

Nah

I'll just keep wearing these fucking glasses

Yep

Me too

5/11/22, 3:12 PM

What's your social security number?

Mom is opening an account here

430319388

Need it for beneficiary info

Thanks

No worries

Call you later. In bad spot

Ok

5/12/22, 9:19 AM

Will you send me private chef information from HH that we used. Met someone that may want to use them. Thanks

Ok

MH_000253

Messages - Paul Hutchins

5/13/22, 8:42 PM



Teresa DeSimone.vcf

5/18/22, 9:10 PM



Ledly Jennings.vcf

5/21/22, 9:37 AM

Lesley texted me. Pool and spa heat this week.

He good guy

I'll try and find him

He would like that

6/6/22, 8:30 AM

https://apple.news/A1wO4LLNXT8KsFrqSwSeuFQ

6/6/22, 3:16 PM

What year did dad and Rudi die

1997 N 2001

Thanks

Why do you need that info?

6/6/22, 6:24 PM

Rudi—2003

K

6/6/22, 10:14 PM

Nice win. Bullpen came through

MH_000254

Messages - Paul Hutchins

> Freshman pitcher to close

> Best team won

They have to go to North Carolina now

> Yep

> ACC usually pretty good in baseball

At least they got there

Ok state were a bunch of punks

> I think 4 sec teams are in

> AM, hogs, ole miss, auburn

> And Tennessee

> 5

Did tenn not win?

Yeah

That freshman pitcher was really good

> I like him

6/9/22, 7:47 PM

> Earlier we talked and I said I felt we were blessed to have what we do. You said it is because of work. I agree it is due to work but Paul, I also believe that the Good Lord helped us to get there.

You're entitled to that belief. I have no evidence to support that.

Are you watching these hearings

> No

> We just believe differently.

I do believe though that I was blessed with intelligence to do what I do

> Ok. That is good

Messages - Paul Hutchins

6/11/22, 7:33 AM

Hogs play at 10am

Yeah

6/16/22, 9:52 PM

Do you remember where we were 40 years ago?

Norfork

Norfolk

Va

Va beach

Running the shower

Remember the gals across the street

I do

Whole deal was miscommunication and fiasco

Jim Webb

Well...she really didn't want us there.  Who is Jim Webb?

Wasn't that the Boys Club guy

Webb Gould was his name

Well, I was close. Only been 40 yrs

Funny

She has a sad last half of her life

Yeah

AC out at cabin. Turned in to AHS. They spending much on me this month

Fan on outdoor unit not turning

Probably a capacitor

Messages - Paul Hutchins

Might want to check the breaker

6/21/22, 7:44 AM

Got a week in June next year—$10,481

$2500 increase over this year

That's a 30% increase.

Same % increase from last year

If entire year will be that way then it will do over 250k

We have 2 weeks so far, and that's what it looks like

Amazing

These weeks are becoming more valuable, so if Bethany changes those dates be sure and let me know

It's a wedding it won't change

How many people will Bethany have at the house?  Do you know?

Don't know

8ish with 3 kids

Ok

6/29/22, 4:06 PM

3 paid weeks so far next year.  $28,336

7/4/22, 7:51 PM

Everyone had a great time.  Thanks for arranging all of that.  Don't forget to send me Venmo info.

7/4/22, 8:53 PM

We had good time as well.

7/9/22, 4:19 PM

38k now for next year

One more week was 10k!

Messages - Paul Hutchins

A little over

That is insane. Who paying that kind of price?

38,478 for 4 weeks

And one of those weeks was an April

That's more than a year at that first condo we had

Something Breeze I think

Isn't that funny

Ocean breeze

Yeah

Ocean Breeze. That it

That should be enough after paying commission to cover all expenses for next year. Everything else will be profit going forward

Less commission

Pretty much

It may hit 250k next year

250

225 probably

225 is realistic. We're going to do 204 this year

Did you ever think we would make over 200,000?

Not the first year I did not. It only did 150 or so right?

Something like that

What year was first time renters came

2019

Halt year

How much that year

MH_000258

Messages - Paul Hutchins

I don't remember

So this is third full year of renting

Yes

It seems to be at capacity. Vacation Company doing good job

Better than most

Other property managers charge 20 to 25%

They seem pretty good

7/14/22, 2:03 PM



True

It's bad

7/18/22, 5:43 PM

Looks like our renters had an enjoyable day on the links today

Why you say?

I saw them take their clubs out of their car

7/19/22, 7:52 AM

5 weeks for 49,460

MH_000259

Messages - Paul Hutchins

7/22/22, 6:51 AM

Got a week in Sep——$210 now

What week in September

9/3–
9/10

Remember Sandra and me will be there the next week.

It's blocked off

How much was that week

6k

How many total weeks this year

30

That's a lot

We already have five weeks for next year around 50,000.

It is doing well it seems

May get to 250 next year

Very possible

7/29/22, 4:52 PM



MH_000260

Messages – Paul Hutchins

Funny

8/1/22, 9:05 PM



8/3/22, 8:31 AM

*Attachment stored in iCloud:*
*offer 3603 NW Mountainview.pdf (Attachment)*

8/4/22, 9:49 AM



Check out that headline

Can you get the full article?

No. It is a Wall Street Journal article and it requires a subscription

Messages - Paul Hutchins

8/7/22, 2:11 PM







Messages - Paul Hutchins

Insanity

I'm supposed to follow his advice in an emergency!

I can't believe AA puts up with that

I gotta send to AA

Just don't know who to send to

8/8/22, 5:15 PM

How is Bethany?



8/17/22, 3:35 PM

https://www.dotloop.com/my/loop/218089927/file/964577672

What is this?

MH_000263

Messages - Paul Hutchins

8/22/22, 12:06 PM



Ran into a friend of ours in Santa Fe

8/22/22, 2:38 PM

How odd

Was walking by and just noticed Gary and Donna at a table

8/23/22, 9:12 PM



Hotel parking a bit full but found a space by door. I'll park here tonight. I was cut by barbed wire during Basic Combat trading at Fort Polk!

MH_000264

Messages - Paul Hutchins

8/23/22, 10:26 PM



Just relaxed having a (few) drinks. Well deserved. Have fun.

8/24/22, 7:35 AM

Just emailed you a video.  Have a look

8/28/22, 12:04 PM

469-296-1060

Wrong one

Hang on

972-347-9043

Done

Thanks

If anything changes tomorrow and you decide you're not going, let me know and I'll come up there

8/29/22, 12:15 PM

Back any better?

Yes…improving

Be sure to take entire dose pack. Gotta taper the steroid or you can get rebound effect where it gets worse.

MH_000265

Messages - Paul Hutchins

Ok

Steroids are tricky sometimes

I've taken it once before. I'll scale it down as per the directions

Gotcha

Its helping a lot though

Good deal

8/30/22, 8:19 AM

The excess flood is provided by Lloyds

Good

Better rate

They won't write the first 250

I added another 250 to the coverage

8/31/22, 5:27 PM



9/3/22, 4:49 PM

That was not a good defensive series

9/5/22, 9:17 AM

Happy birthday! 🎂

MH_000266

Messages - Paul Hutchins

9/5/22, 10:41 AM

Thanks

9/6/22, 10:00 PM

That week Bethany is out there next year goes for over $9k…

We just booked $9186 that next week

That's good

What do you think about getting her a hotel rather than lose a week like that

She has friends coming and am sure they would like to enjoy the house

That's gonna cost us $10k

We could get them a condo

Let's talk about this tomorrow

9/9/22, 11:44 AM



Posts are gonna look like this, only a little lower and closer together. What do you think?

9/9/22, 3:46 PM



Mario.vcf

MH_000267

Messages - Paul Hutchins

Ok

He's going to hold off until you get out there

Ok

9/10/22, 6:36 AM

The guests just left

Good. We are at hotel in Forsyth about 3 hrs away

The garage code is 2020 and the door code is 1957*

Ok. Thank you

The codes for both door locks on the owners closets is 1957

Gotcha.

9/10/22, 11:04 AM

Try Beach House

All caps

Beach House is one word

Vacomp33
8446866100

If the first one doesn't work

Got it thanks

9/10/22, 5:21 PM

Petrino comes to town next week

Yep. Jokes already started on radio

Are you watching Texas AM

No. Just getting back from Kroger

Appalachian State about to take the lead late in 4th Qtr

At aunt chiladas to take something home.

MH_000268

Messages - Paul Hutchins

I hope they win

Bama only beat Texas by 1

Island very busy!

Stays busy

Yep. Most penalties Nick has ever had on any team

Hate they won

Hogs had a lot but that is expected

Bama may drop and Georgia move up

Probably

AM down now

Heard on radio

I'm watching it

ND got beat

They were ten so we may move up

Beat by unranked team

They were 10

9/11/22, 12:42 PM



MH_000269

Messages - Paul Hutchins

Here the guy who took Ben's place.

Ok

9/11/22, 3:52 PM

Hogs move up to 10th

Wow

9/11/22, 7:29 PM





Sent the email...you are copied

Messages - Paul Hutchins



9/12/22, 10:30 AM



Messages - Paul Hutchins

9/12/22, 4:47 PM



Messages - Paul Hutchins



9/12/22, 8:39 PM





Messages - Paul Hutchins





Reads well. We will get it resolved in the morning.

MH_000274

Messages - Paul Hutchins

9/13/22, 8:32 AM





9/13/22, 12:47 PM

6 Marshland Rd is the address


Ok

Messages - Paul Hutchins

9/14/22, 10:54 AM



Messages - Paul Hutchins







MH_000277

Messages - Paul Hutchins





MH_000278

Messages - Paul Hutchins







Messages - Paul Hutchins







MH_000280





Messages - Paul Hutchins

MH_000281

Messages - Paul Hutchins







MH_000282

Messages - Paul Hutchins







MH_000283

Messages - Paul Hutchins

9/14/22, 3:55 PM

Does flashing red light mean spa heat on

Yes. It's on right now

Current spa temperature is 84°

Ok

I have a sit on 101°. I can turn it higher if you want a hotter

No that good

That's probably as hot as you're going to want it

Yep

9/15/22, 9:53 AM



Messages - Paul Hutchins



9/15/22, 9:23 PM



Beau.vcf

9/16/22, 12:28 PM

$2000 to paint, estimate.



Page 286 of 344







MH_000286

Messages – Paul Hutchins



9/16/22, 5:29 PM



I don't like it

9/18/22, 4:33 PM

A&M is 23rd

They are a 2 point favorite

Odd. But good I think

9/20/22, 7:56 AM

Happy Birthday Paul!

Thanks…can't believe I'm eligible for Medicare

MH_000287

Messages - Paul Hutchins

Funny

You gonna get it

I have part a but don't need it

9/21/22, 10:31 PM

$222k now for this year and $77k now for next year

9/24/22, 7:12 PM

The one time our defender is behind the receiver it is in the end zone!

They looked confused on that play

I think Arkansas much better team and should win by 17 to 21.

I think Pittman will hold some things back in anticipation of Bama

My thoughts.

We will see. A&M is no slouch

I love that 4th down call

Me too

That's ugly

Not concerned. Freak play

No need for him to do that

Arkansas much better team. Just fluke play

Stupid mistakes get you beat

Yep

No need for any of that

Hogs will win by 17-21

9/24/22, 9:21 PM

Sad finish. Very disappointed

MH_000288

Messages - Paul Hutchins

Stupid mistakes get you beat every time

Only scored 9 pts in 3 quarters

I mean 7 pts

Yep

We'll probably drop somewhere between 20 and 25

Yep

KJ fucked this one up

College kicker should make that kick

Shouldn't be in that position

There's no guarantee that would have won it anyway

New renters get there

What happened to Mario? Lights not fixed!

Stairs or landscape

All are off

He had had almost two eeeks

Weeks

Should not be though

It's the breaker

Needs to be turned on

The wiring outside trips the breaker. He was suppose to fix.

He said he did but he couldn't turn the breaker back on

Why?

I'm texting with him now. I just ask him the same question

MH_000289

Messages – Paul Hutchins

I can come back Monday morning and replace timer because I think that what causing the trouble
Because I did set this up previously

9/25/22, 9:30 PM

Guests added spa heat today

9/26/22, 4:47 PM





Messages – Paul Hutchins

9/26/22, 5:50 PM





9/26/22, 7:26 PM

Lights are back on

Great

9/27/22, 1:38 PM

I'll call you back in a few minutes



Messages – Paul Hutchins





9/27/22, 7:37 PM

Looks so much better when outside lights are working

Thank you for letting me be more a part of the place. I appreciate that Paul.

You ARE part of it

Thanks

I guess I have felt more a part of it in the last couple weeks than before. Probably just me.

Messages - Paul Hutchins





That chain looks good but with a short run like we have the hardware between post is too much. It looks good in the pic but that is longer run. I looked at a house that had similar post and chain with connections between post and it did not look good. Too mechanical looking. That chain looks good if it could be done with the round post in second pic…. just my thoughts



Messages - Paul Hutchins

> https://www.google.com/search?client=safari&hl=en-us&sxsrf=
> ALiCzsbtx-vZxNHPdUXOwiMwDyCOVh_A6w:1664330763258&q=pier+
> pist+with+heavy+chain&tbm=isch&sa=
> X&ved=2ahUKEwie0Lqfs7b6AhVHnWoFHZeSDp4Q0pQJegQIBRAB&b-
> iw=414&bih=715&dpr=2#imgrc=TP3yeOIPeGol4M

> Pic of chain



9/28/22, 12:11 PM

HH is now under a hurricane watch.  Wind gusts tomorrow up to 70mph

> Wow

> Gonna get a hit

The worst is tomorrow night/Friday

MH_000294

Messages - Paul Hutchins

9/28/22, 6:24 PM

Now wind gust are estimated to be 75 on HH

I think it will get stronger as it picks up energy over warm south Atlantic. Probably 100+ at HH

Are you sure we don't need the windows protected with those panels?

Not sure why we have them

I don't think so

9/29/22, 2:50 PM

Guests are still there

10/3/22, 8:06 AM

On a call…free in an hour

10/5/22, 10:06 AM



Messages - Paul Hutchins



That's it!

I found some



They have 100 feet of this in stock @ $24.53/foot. The One you liked they only have 31 feet in stock at $39.87 per foot. They would need to order additional chain. They are checking on delivery times and cost since prices have gone up.

Beau is measuring now to see how much we need

Messages - Paul Hutchins

10/5/22, 12:35 PM





I like that rope option, don't you?

Messages - Paul Hutchins

10/5/22, 6:13 PM



10/7/22, 3:57 PM



Messages - Paul Hutchins

10/15/22, 10:56 AM



That looks good

I like it

Me too

10/15/22, 5:00 PM

Damn…that was a quick TD

195 for pork butt?

Yeah…somewhere between 195 and 210

Ok

Have fun…gonna turn up heat

It's all preference.   I usually take it off at 195 and let it rest for 20 min

Gotcha

Hogs up by ten

4qtr. Hogs have ball

TD hogs

52-35

Messages - Paul Hutchins

Looks like they're gonn win

Good win

Looks like they played pretty well

10/16/22, 6:50 PM

*Attachment stored in iCloud: affidavit.paul.pdf (Attachment)*

also sent to email

10/18/22, 5:40 PM

Charles Cotten
O2/16/1954
300mg —1x per day

10/18/22, 7:56 PM

How was dinner

Excellent…Charles wanted me to make sure to convey his thanks for the prescription.

Alright. No worries. Glad y'all enjoyed dinner.

10/19/22, 10:09 AM



Looks good

MH_000300

Messages - Paul Hutchins

10/21/22, 5:48 PM







Messages - Paul Hutchins

Fire at the cabin!

11/1/22, 3:18 PM

Call me

11/2/22, 1:31 PM

https://na2.documents.adobe.com/public/esign?tsid=
CBFCIBAA3AAABLblqZhDbBJFC-
bTcWshSGNHj6vHPuyLtmzMRYw0bAwdtfnZZhY4I_SOWO6lBCY0G60-
O_3rg8exofs4eAiLQyfivWIITO&

11/4/22, 4:16 PM





Nice

MH_000302

Messages - Paul Hutchins

Drive safely

Thanks

Get the Boots 👢 ?

So very thoughtful

Yes

So very sweet

She has none at Calco

She deserves it

😉

And more

Oops

🥰

Thanks

She is easy to do things for.

Ashe is sooo good to me

Loved "She is easy to do things for. "

She

Liked "Ashe is sooo good to me"

Messages - Paul Hutchins

11/4/22, 9:50 PM

Thank you for loving my lil friend this afternoon . He is most special and important to me. We are best pals and friends. He has had me for 12 years now and we are just best friends. I know Paul does not like him or understand how much we mean to each other. I hate that because I love Paul but it hurts me that he does not like my lil pal. Anyway, I appreciate you loving him. That means the world to me Cindy. He is such a good little guy and so special to me.

Loved "Thank you for loving my lil friend this afternoon . He is most special and important to me. We are best pals and friends. He has had me for 12 years now and we are just best friends. I know Paul does not like him or understand how much we mean to each other. I hate that because I love Paul but it hurts me that he does not like my lil pal. Anyway, I appreciate you loving him. That means the world to me Cindy. He is such a good little guy and so special to me."



Him sleeping next to me. Thunder scares him.

11/5/22, 9:50 AM

Aw!

Text message
11/5/22, 5:21 PM

That was very ugly

iMessage
11/5/22, 5:30 PM

We are not very good

MH_000304

Messages - Paul Hutchins



Nope

Good pic

Bad loss

Very bad

Terrible. It actually hurts me that a game you and Cindy chose to attend ended this way. I am embarrassed

I guess Liberty is for real

They dominated our line on both sides of the ball

Yep.

Mom loves that chair

We gotta lotta improvements to make... secondary especially

You did good Paul. Bless your heart!

Lol

Glad she enjoys

11/7/22, 7:01 PM

I'm connected!

Me too

Messages - Paul Hutchins

They don't look like a top 10 team to me

Don't know not watching now. Surely he just trying things

8 pt lead at half

They were ahead for awhile

Good

11/11/22, 2:02 PM

From John Kelly:

I received my new eye glasses prescription. What is involved in replacing the lens in my existing glasses ? Appreciate your help.

Send to me I can get at cost

Do you need the frames?

Yes. Gotta send to lab

Text me your address and I'll have him mail those

PO Box 57 calico rock 72519

11/12/22, 1:12 PM

Offense is terrible

Wasn't good last week either

Hornsby just don't have experience

New QB coming in

Good

That didn't take long

No offense

Defense is playing good enough to win

LSU does not look like top 10 team

This game is about to get away from us

Messages - Paul Hutchins

Yep

That was stupid for him to catch that. He should've let it go

Should have put him in 2nd qtr

Yeah or started him

11/15/22, 9:50 PM

MAGA…Trump 2024!

He has no chance

I think he will win Paul

He won't get past the primaries

Asa Hutchinson says he gonna run

He's a much better candidate

Not really. No experience

Trump had none

Career politician

Trump business man

MAGA…Get on board!

Did you watch his speech tonite?

Yep. We had rally at cabin. Calico for Trump!

He had no energy.  Very subdued.  Looked old

He gonna carry Calico… all 467 votes!

Who gonna be his VP?

You should text him and ask him to be the precinct captain for Izard county

What does that pay?

You could probably get some free MAGA hats

MH_000307

Messages - Paul Hutchins

Cabinet post?

Do you really think he has a chance?  Seriously?

Yep. I think people tired of politicians. Economy, interest rates, housing, stock market, borders… yep I think people will not care about the other shit. They are ALL criminals. So give me a criminal that will MAGA! I think that is how people will look at it.

Most of the bad that happened to Trump was due to Pelosi. She tormented him from day one! Without her he would be perceived little differently than any other president. Well, now she is gone. I think he could be much more effective than he was last time.

He was good last time. Rough speaking but good policies

The fact that he challenged the election results and supported an insurrection is going to kill him in the primaries

Well, he started a great conversation about how votes are counted. Probably needed to happen. The capitol issue is different story but I'm sure his people will have a spin for it, all of the always do

11/18/22, 7:31 AM

https://twitter.com/razorbackmbb/status/1593072753749286913

Impressive

11/19/22, 8:20 AM

I got Kelly's glasses yesterday.

Did you see the body cam video on Slusher's arrest?

No

Those cops way overreacted

Not surprised

Slushy really didn't do anything that anybody else wouldn't have done

11/19/22, 5:23 PM

At about what stage of cooking do you find meat start to pull back off bone?

When the internal temperature gets to about 200°

MH_000308

Messages - Paul Hutchins

Check it out 190

How is it ?

Going good

11/19/22, 8:08 PM

Hogs must be playing well

They are. You watching

No

You should

At dinner

Best game of year!

11/19/22, 10:18 PM

That's a really good win for us

It sure is.

11/27/22, 7:39 PM



Nice

Messages - Paul Hutchins

11/28/22, 10:40 AM

972-347-9043. CVS Pharmacy

09/20/1957. Birthdate

I need a Z-Pak

Ok

Chest congestion

11/28/22, 12:54 PM

Done

Thanks

No worries

11/28/22, 5:23 PM

Auburn hired Hugh Freeze

No surprise there

No

I'm sure he'll get a big buyout



Messages - Paul Hutchins

11/28/22, 8:53 PM

Hard fought win against an inferior opponent

At least they didn't lose

They're athletic

Fun to watch

Yeah

11/29/22, 8:02 AM

We just got July 4th week

11/29/22, 9:11 PM

Just called to check how you feeling . Don't call back, just rest, we talk tomorrow.

12/1/22, 7:13 PM

Watch HLN. Murder at Harbor Town.

12/1/22, 10:25 PM

Nick Smith and Anthony black are fourth and 11th in the NBA mock draft that's upcoming

Sounds right. They good

I guess they're gone next year

Those fuckers will make millions

12/2/22, 3:38 PM



12/4/22, 8:14 AM

We are projected to play Kansas in the liberty bowl

That may not be bad

Did you hear that KJ decided to return?

Messages - Paul Hutchins

Yes. Really no choice in my mind

Too many good quarterbacks this year for him to compete against in the NFL

He might not even been a first round pick

What did you decide on driveway post?

Joeys guy is wrapping up some other projects and is supposed to get back to us this week

Gotcha

Are you fully healed

Pretty much

12/6/22, 3:51 PM

Tip at 6

Ok

12/10/22, 8:33 AM

https://www.autotrader.com/cars-for-sale/vehicledetails.xhtml?listingId=663762132&listingTypes=Used&startYear=2017&makeCode1=JEEP&modelCode1=WRANGLER&utm_source=email&utm_medium=email_transactional_crm&utm_campaign=at_na_na_vdp_lead_ctr_na_na&utm_content=body_na_vdp-cc_na_na_VDPCCEML_vdp&lnx=VDPCCEML

12/12/22, 4:51 PM



Messages - Paul Hutchins

12/13/22, 2:19 PM

Suspended without pay

Not gonna be good

He's done

JK got his glasses

Yep

Just mailed yesterday

Does he like them

Don't know

12/13/22, 4:02 PM

They're excellent, really appreciate you guys.

Great.

It will cost him 1/3 of what retail would be. That's good

I'm sure he'll appreciate that.   The main thing is he got what he needed.

Yep…and less money!

12/21/22, 6:43 PM

Hogs are on at 8:00 central

Yep I heard that

MH_000313

Messages - Paul Hutchins

12/22/22, 5:18 PM



12/25/22, 6:33 PM

https://apple.news/AdDOTL2UDSTKdGAB0fznmtg

12/28/22, 2:39 PM

https://hitthatline.com/

Use this to listen to game and pregame in now

12/28/22, 5:07 PM

That looked good!

Hog defense still sucks

Yeah

Can't tackle

12/28/22, 8:18 PM

Typical Razorback fashion!

Was up by 25

They're just not very good

Nope. Neither is Kansas

I switched to basketball

MH_000314

Messages - Paul Hutchins

1/1/23, 7:13 AM

https://www.islandpacket.com/news/local/article269991197.html

Won't affect us much

No looks like 250$ for permit is all. Not sure if they will require anything for drive way

They won't

They are gonna generate nearly 2M$ annually from that fee alone

1/4/23, 9:52 PM

Did you see that Texas A&M hired Bobby Petrino as offensive coordinator?

Yeah. Saw last week they were going to

He will be head coach in sec again soon probably

Maybe here

You never know

1/7/23, 10:20 PM

Sent to Beau:

Looks like we have the same inspector that isn't worth a damn. Humidifiers are off and the garbage can in the kitchen is off it's track, inoperable, and just laying loose in the cabinet.

2 more items: in the master bath, the glass shower door does not close fully as allowing water to spray on the bathroom floor. Also, water is pouring over the top of the rain shower head. I know you're out of town, but this has got to stop. I'm tired of coming here and finding a laundry list of either dirty or malfunctioning items. I've given the company my full support and permission to pay for any items that need repair, yet every time I come here, I find repairs that need to be made. Who do I need to talk to at the company?

Sad that you had to send that but they have to get new inspector out there

That pull out garbage rack is broken and needs to be repaired. Pretty obvious

Shower door won't even close all the way

MH_000315

Messages - Paul Hutchins

Obvious

Wonder who broke the trash drawer?

We've had renters here the last 2 weeks

They should have caught that and charged renter for repair

It's wear and tear but the point is to fix it

Yep. Looks bad

I'd be pissed if I paid to rent

Yep they gotta do something different

Gonna get bad rep.

Humidifiers we're off and full of water because the filter was dirty

Took me 2 min to clean them

Well Beau knows how to fix that so that should not happen

1/11/23, 7:24 AM

https://www.islandpacket.com/news/business/real-estate-news/article270951862.html

I can't read the article because I don't have a subscription, but I'm not surprised. I'm picking up the new 2023 pass today.

That would be several thousand dollars per day

Over 10k per day

3.7M annually and they say it will go up to 10/day sometime this year

There's just not that much in there to see

Commercial vehicles 15/day going to 20

I would think they would get a yearly pass

Most probably due or some companies may refuse service in sea pines

It's pretty ridiculous

MH_000316

Messages - Paul Hutchins



1/13/23, 3:36 AM

https://www.newyorker.com/humor/daily-shouts/george-santos-applies-for-a-new-job

1/17/23, 7:21 AM

https://www.islandpacket.com/news/business/article271094067.html

1/18/23, 6:16 PM

If you want a good suit…you gotta go to Mt. Pilot.

Hogs tonight 8 cst

1/18/23, 8:11 PM

Ok

1/19/23, 9:44 PM

https://www.nwahomepage.com/sports/pig-trail-nation/hogs-expected-to-hire-dan-enos/

1/21/23, 7:27 AM

https://247sports.com/college/arkansas/Article/Dan-Enos-Arkansas-contract-revealed-203354151/

I don't think that's excessive

1/21/23, 12:46 PM

Hogs seem a little more intense

Doing better seems although miss is pretty bad

Their best scorer is on the bench too

Good

Hurt

Good

Messages - Paul Hutchins

1/22/23, 4:37 PM





Nice

1/30/23, 9:41 PM

Did you know Bill Stanley died?

No.

Still in MT?

Yeah…he died a couple of months ago

Okay

He was a loud mouth

Messages - Paul Hutchins

I never liked him

Always made me nervous

1/31/23, 6:43 PM

How about I swap jeeps when I am there? Seems reasonable since the jeep at HH will seldom be driven and then mostly local with very few miles logged each year. That would help me.

I really don't want to be driving a Jeep with over 200k miles on it while I'm out there.  Why don't you just get rid of the one you have and get another one.  I looked a long time to find a good Jeep that we could leave out there.   I could have easily bought one with a lot of miles on it, but didn't want to do that.  Just get another one.

Okay. I could have said same thing I guess when first jeep was purchased  but I understand now.

I guess the few weeks you there justifies that.

I bought the first one

Yep. No worries.

Can you not find another one?

I can. This whole thing seems to be a bit one sided. How about we get all the accounting issues out? Send me the documents that show ownership. Also, send me tax returns from the properties from beginning. I will have my accountant review. I think is good business.

You're right.  It has been one sided.  I found the properties, the financing had to be in my name because of your credit, I had to manage the building of the house, buying all the furniture, finding the property management company and managing all the operations including paying all the bills, taxes, insurance, etc. as well as making sure it stays rented.  What is that you are wanting that you are not getting?  Do you want a distribution of our account?   I can send you half the money (less an amount to operate while we have no revenue) along with the accounting records.

In fact, that's exactly what I'm going to do

And if you want to just sell the property and end this, I'm fine with that too

MH_000319

Messages - Paul Hutchins

1/31/23, 9:06 PM

Seems as though you have been busy! Paul, you chose to take on those responsibilities and I appreciate that you did. However, I performed similar duties with property in Bentonville. You worked closely with Joey on building and I was seldom asked for input. If you remember I asked you about a year ago if you would like for me to handle administration of property and you did not want that. I asked to relieve you of the burdens but you said no. BTW, do you think that I would have made a $5,000 expenditure on chairs without asking you first? I'm sure it was needed based on your judgment but you did not ask my opinion, you told me it happened. If my asking for full accountability of these properties over the years bothers you, I apologize for the hurt feelings. I have always been available to help with obtaining management company. Furnishing home/decorating I think came from Shelby's recommendation. Again, I have offered to take care of daily operations but I feel you think I am unable to do so. While your memory may be short, please know that it was my idea to purchase the two lots, side by side, on North Forest Beach. That is, to offer one price for both lots. All this may be ignored. Let me ask you, when you set up the LLC for HH house, did you include my name on it like you said? Just asking because it seems I am an outsider.

My feelings are not hurt. This obvious is no longer working. Let's just sell the property and get out of it. I'll call a realtor tomorrow and get some comps.

I'll make a distribution as well

Well , all this sounds a bit extreme but I am sure I have no say in the matter.

You don't seem too happy with it, so it's probably best.

We can probably have a deal by the end of March

2/6/23, 3:56 PM

Paul, miss talking with you. Hope we can work out everything.

I'm not sure what you mean when you say "work out everything".

Well it seems all goes well until I ask for any accounting or information. I don't feel it unreasonable to ask. Just ask yourself, would you not ask the same questions if it was reversed? No matter. I don't want money to separate us Paul. I just want to be told the truth.

MH_000320

Messages - Paul Hutchins

I've told you everything about the income and expenses. I'm not hiding anything. I have all the expenses on an Excel spreadsheet. We have talked almost daily about the rentals and expenses since that property became rentable 3 years ago. We discussed distributions several times and your position has always been that we should just keep it in an account until we find something else to buy. I have no opinion either way. If you want the money I'll send it to you along with all the records I have.

Very terse Paul!

2/7/23, 7:00 AM

As soon as we get the taxes completed, I'll send you a check to zero-out the account and attach my Excel spreadsheet.

2/7/23, 8:34 AM

Well I do need the money but would like to see how the bus's is doin. Thanks.

I meant to say I do NOT need the money but would like to see how the business is doing.

I've told you all along but if you need a piece of paper I'll send it

2/7/23, 5:42 PM

Just interested in how it is all working but certainly not to the point where I lose my brother!

2/11/23, 7:53 AM

Hope you having good time. House looks good. Do you happen to know what happened to my dog sign? Looks like someone stole it. Looks like have to mount everything to wall with screws. Oh well. Something else to do I guess.

3/10/23, 8:16 PM

How you like that. Hogs got out scored by 19 in second half. Announcer said one of the largest comebacks in SEC tournament history.

3/15/23, 7:52 PM

Do you know the name of the private chef we used at HH?

4/9/23, 7:02 PM

Hey Paul. Hope all is well. Call me when you get a minute and can talk please. No problems. Just haven't talked in weeks.

MH_000321

Messages - Paul Hutchins

4/24/23, 7:59 PM

Hey Paul . Hope you are well. I think it is sad you won't talk to me any longer just because I asked about our HH house. Have I now lost my second brother? Come on, let's talk and forget about the house.

5/8/23, 9:26 PM

You texted you would send accounting of house in February. I am yet to receive.

5/9/23, 11:21 AM

Send to Bethany:
001957 is the entry code.. touch your finger on the blue square, then enter your code and throw the deadbolt

Thank you Paul.

5/13/23, 9:16 AM

The post in driveway look good

Would you turn on pool heat for them please. Thank you.

Did the owner closet lock code change?. I thought it is 1957. I put some things in there for Bethany.

1957

Thanks. She got in one in house but was having trouble with one in garage.

Is there a reason Bethany can not drive the Jeep?

My impression was that it was out there for family to use. Am I wrong?

5/13/23, 12:36 PM

Please don't let your issues with me affect Bethany and her stay in HH. She has been looking forward to going for several months.

5/13/23, 2:37 PM

Where is sea pines pass? Also what did you change code to for closet in garage? Paul, there is no need for you to treat me this way.

How would you feel if I did this to Kathery?

Katherine

Messages - Paul Hutchins

> Why the severely with the door code. Just as much mine as yours.

> You must really be hiding something the way you shut down when I asked for accounting. Now this.

You probably should go back and reread some of those texts you sent me

> What day would you like for me to start from?

5/13/23, 6:45 PM

> Paul there is a tent I put in the downstairs closet. They need this. There are small children there including my grandson. They need this for when at beach. No one will bother or drive your jeep. Please give Bethany the code to the door.

Tell them to put the cover back on the Jeep.  9901

>

Tell them to plug the camera back in

Tell them to plug the camera back in

The camera is still off

You never told me Bethany was bringing 15 guests out there.  You also never told me there would be 2 large dogs there.  As you know, this is not a pet friendly property.  Now they have turned off the cameras.  A most embarrassing situation is going to occur out there if they don't get the security back on.

> Paul, why would I need to clear her guest list with you? The house can well accommodate her friends. This is a family member. You are out of of line on this but I am certain you already know. Bethany is grown and she chooses not to have you monitor them while there. You have already created embarrassment for us all. Why do you think you should monitor them? I don't feel it necessary.

Up to you… just giving you a heads up

> What are you trying to threaten me with now?

Security cameras are their for liability purposes

Messages - Paul Hutchins

I'm willing to assume the risk. I have attorney there on premises and these are grown folks. Stop the harassment and bullshit. This is mine as much as yours, regardless of how you feel. I'm sure it will soon be explained to you.

How so?

I'll tell you this. You have really showed your true colors today and over the las few months. Please leave these people alone and let them enjoy the week that they gave look forward to for months. Just leave them alone, please. I know you probably gonna y turn off pool heat and that kind of thing to punish me but just let them enjoy the week and we will work out our issues soon. Just let my daughter have this week Paul. Good Lord. Never thought we would be here.

You didn't answer my question

Just ask yourself, what would you do if these roles were reversed? You should be proud of what we worked for and now have. We both can remember the first condo and also seeing nice houses there that we hoped one we might have. Pail, we got it now. We worked hard for this. Why do you hate when family enjoys it? Makes no sense to me. We should be proud of what we got and excited family can use. The rent is a bonus. Gotta enjoy stuff Paul. For years you've even made me feel uncomfortable that I wanted to stay there. It is not always about the rent. I think you feel this is your property and even I am a guest. That is how you have made Sandra and I Feel. We can discuss our issues next week but please let Bethany and her friends, that they are so excited about staying, let them have their week. I will pay the rent! I think it best if we do not talk again for a few days as Sandra tells me I say things I will regret when upset. Love you Paul, wish. all was different

This is an investment property...and that's all it is.

5/14/23, 10:52 AM

Would you please turn on the pool/spa heat for them. I will pay the cost. Thank you.

I never turned it off

5/15/23, 10:19 AM

Paul, Bethany really was depending on having the jeep to use. I told her it was there to use. They had friends that flew there and they did not reserve rental car. Now every where they go they will have to make two trips to get everyone transported. If there is anyway possible you will allow them use of that jeep all will appreciate. If insurance is an issue then I will pay to get it reinstated however Bethany verified this morning that her and husband are covered to drive that vehicle. They will be the only ones driving. Thank you.

MH_000324

Messages - Paul Hutchins

Rental cars are available at the airport

Learn to say no

What is the issue with the jeep? Thought it was bought for family use. Is it only for your family?

Forget. I don't know why I'm even asking you. Just out of courtesy I guess. It is mine also, they gonna drive it. Sorry if you upset about it.

That Jeep was bought by me. It is in my name.

But you already know that

There is no key there

Ever since I wouldn't agree to swap Jeeps with you, you have become very disrespectful

Something is going on with you. You even made Mom cry when I was out there.

5/15/23, 4:21 PM

You do that big shot…do it and see what happens to you next. Leave me alone and stop texting me.

8/2/23, 11:02 AM

I asked Beau months ago to reserve that week and he did so.

Why would I need you to secure a week for me, I can call Beau. Do you clear it with men every time you go out there?

Well, that needs to change. I should be able to schedule just as you do

I can't. Jenna was going and has already turned in vacation time for that week and due to the type work she does she won't be able to change because of coverage issues. You had no right to cancel that Paul.

You bitch because you say you have to take care of everything but then when I handle this on my own you do this. You knew that I booked that and if you did not you damn sure could have asked before you stole the week back. You did that to hurt me and you surely know it. If you did not want to talk to me then you could have asked beau. No you knew exactly what you were doing.

Yes, that is all you should have done also

MH_000325

Messages - Paul Hutchins

> What makes you feel that you should control everything concerning that house?

8/2/23, 1:05 PM

> I'm fed up with you. This will soon be a legal issue.

That's fine.

> Just remember this is what you said

I don't know what legal issue you intend to raise or what you want.

> That house is half mine. You will soon see the legal issues that will be raised Paul. You act like that it is yours alone.

My advice to you then would be to speak with a good real estate attorney

> You think just because your name on title that it yours alone. You're gonna have a hard time explaining all the funds I contributed over the years and all the text and emails concerning the real estate purchases. I never expected this from you or I would have insisted on a change years ago.

> Your retirement account myst really be hurting.

Like I said...get some advice from a good real estate attorney

> I already have. I don't take things like this lightly.

8/2/23, 8:08 PM

> I hope you feel good about yourself.  You stole this week from Jenna. I don't care about the bullshit you tell me. You know what you did. I am ashamed of you Paul would never expected this from you. Never! You and me will never talk or have relationship again. I just don't see a path there.

8/4/23, 12:57 PM

> Paul, why are you doing this to me?

> What has happened to you?

I'm not doing anything to you.  I'm not going to be manipulated or taken advantage of by you or anyone else.

MH_000326

Messages - Paul Hutchins

> How do you think you have been taken advantage of Paul. Makes no sense to me.

> You think you're taken advantage of because I asked for an accounting of house account? I'm sure that you would not have gone this long without it if it was reversed.

We haven't had a relationship for years.  The only time you ever call me is when you're in the car and it's convenient.  You haven't come to Dallas to visit me but once in 25 years…when you wanted to show me that Maserati.  You were within a few miles of me several times last year and bypassed me to get home quicker.  You have a more meaningful relationship with your "little friend".

> Wow! You are right. I guess we get so involved with our lives the most important things get overlooked sometimes. I apologize for that Paul.

8/6/23, 2:54 PM

> hey paul, lets take then money from the rent for the week that i had set aside for jenna and give it to her to help her get another place for that week. she will still be out quite a bit but i will explain to her it was a mistake. i think that would be the fair thing to do since that week was set aside for her months ago. on a different note, how about i get us tickets to the arkansas- texas a&m game and go? thanks

You can give your daughter money if you want, but it's not coming from me.

> Paul that was gonna be a no revenue week anyway because I had it set aside for her. It is not a loss.

> How would you want Katherine to be treated

8/6/23, 5:20 PM

> Sadly Paul, your greed has ruined not only our HH house business but also our friendship as well.

You have a distorted view of reality

> If you were tired of dealing with the house you should have said something to me. I told you long ago that i would do it but I guess you feel no one else can. Don't know. Something has changed in a bad direction with you.

What are you talking about?

> You said a few months ago that you take care of everything. What you talking about

Messages - Paul Hutchins

I know you did lot of work. If you remember I told you to take a fee for it if you wanted to.

I'm not debating this with you anymore

Just like when first jeep was bought to take there. You liked it so much I told you to keep it for yourself. Why now have I become your enemy Paul?

Do you truly not miss talking with daily? I miss it.

Guess we are just different

Hey, did you have this planned years ago? Is that why you didn't want my name on anything?

The text Cindy sent to Sandra was just BS. Saying I was a risk.

I see now. Gotcha

Good

No worries. You can pay me my half and I will be out of your life.

Half of what?

My interest in house and the account used in association with it.

How much did you invest?

Same as you

Like I said. Do you have a distorted view of reality.

No

You think you put more money in than me?

You never said so when you were asking for my share

I always sent amount shown of the spreadsheet

Remember all the regime fees we had to pay. Paul, what has happened to you?

You have made this a legal issue. You need to go find a good real estate attorney who can explain to you what your position is

MH_000328

Messages - Paul Hutchins

Are you trying to steal my half of this house?

I'm not stealing anything

Is that who my brother has become?

So in your mind right now I have nothing to do with the HH house? Are you kidding me? Paul! Really?

Does the money mean that much to you? Good Lord! You would lose your only brother over this?

Over what?

Look, I know you got your feathers ruffled when I asked for the accounting but if I knew it would lead to this I wouldn't have mentioned it.

Over you trying to steal my half of our 30 years of buying and selling property that's what. You know.

Our?

What did you do?

Really paul? Seriously?

Yes, seriously

Tell me what you did

I provided funds just as you did. When house was being constructed I gave my suggestions on design. I maned the properties in Bville when we had those. I gave my input on every property we bought. Are you okay paul?

Sounds like what a realtor does

Sounds to me like what an investor does

Do you expect me to just give you my investment in this from the last 30 yrs?

Go back and look at all our communication and checks over the years

Why are you trying to do this to me Paul? Why?

I'm not doing anything to you. I've suggested you get legal counsel several times who can explain this to you.

Messages - Paul Hutchins

So you think that because you put things in your name or the LLC that you are not responsible to me for my investment. Okay. I was hoping we could resolve but seems you are hard headed an out this. Truly sad.

Sandra warned me about this but I told that you would never do something like this.

I suggest you read text from January 31! And that not the only one that shows my ownership. Let's do o what you suggested then. There are many communications where you acknowledge my ownership Paul. Good luck.

Go get legal counsel

If that's what you think you need to do

Thank you for your advice but honestly I don't think I will trust you any longer. You probably understand.

I do.

And you are a high risk as well

More than you probably realize

I don't know what you are hiding but when I asked for accounting you sure changed. I'm sorry that this has happened to us Paul. I will just let the courts straighten it out. This will be the last you hear from me. Please don't respond. Good bye Paul.

This will never see a courtroom.  Get some advice!

After that, we can talk.

I would explain it all to you, but you don't trust me or you probably wouldn't believe me anyway. So go get some advice.

8/9/23, 4:22 PM

Leave my family alone. No one wants to hear you lies.

8/10/23, 6:34 AM

Would you like to talk on the phone this morning?

Would you like to talk on the phone this morning?

9/20/23, 8:04 AM

Happy birthday

MH_000330

Messages - Paul Hutchins

12/23/23, 11:27 AM

I'm sorry our relationship is where it is. I'd really like to work through our issues snd put this behind us.

Me also

I'm very hurt Paul

I am as well

Perhaps can talk or meet next week and work through the issues

Yep

12/23/23, 9:47 PM

Just to let you know the report on mom is not positive

Which report is that?

Neurologist

The CAT report I read said her diagnosis was intraparenchymal hemorrhage caused by hypertension. Was there anything new?

No

60% mortality rate

Hemorrhagic stroke. Severe. Her age. Probably never regain any function on left side due to the massive bleed. Also, swollowing is becoming issue. Risk of pneumonia.

She will not ever be able to sit or stand again

You don't think physical therapy would help?

Will more than likely need feeding tube in next 72 hrs

No. I am 99% sure that will not help. Brain damage…no signal getting to muscles.

I look at the imaging…massive brain bleed

Yeah. I saw it. Really sad

Looked like half her brain was affected

Messages - Paul Hutchins

> Blood will reabsorb but tissue damage already done

Think she'll get out of the hospital?

> I told them today feeding tube okay to give her time to recover swallowing function but no intubation.

> Maybe if she does not develop secondary infection or pneumonia

> If she does it will be to rehab facility. She will not want that

> Rehab facility is at the buy home

> Nursing home…just different wing

She already told me not to put her in a nursing home

> Well. She has told me that many times. I will pay for private nurse at home but she will be in a hospital bed and never get up

> Gotta think about it Paul because they will probably discharge her next week

That quick?

> Sure. Hospital. Not convalescent home. No active disease. Trauma is done. Recovery now.

Won't she go to rehab from there?

> Probably but that will be at a nursing home facility

> Just rehab wing

Did that physical therapist show up today?

> She will not be able to get out of bed for much rehab. What will happen is therapy will come to room to manually move limbs to help prevent muscle atrophy and contracture

> I think they came yesterday

> Did not come today

I wish I had called Ann sooner to check on her. Might not have been this bad.

> No. It would have been

Messages - Paul Hutchins



Damage is done immediately either this type stroke

With

So sad for her

Yep.

12/24/23, 10:25 AM

How is she this morning?

Seems a bit better. Alert. No movement on left side. Swallowing better but still can have water. She ate some applesauce this morning and will get some purée food, potatoes, meat, etc., for lunch. She will be moving out of ICU today to another room.

Can't have water

Will probably be discharged next week to an acute care facility for rehab then will have to go home and will need private care givers.

Is that acute care facility a nursing home?

Could be at a home but would be in rehab section. There may be a separate facility.

We are moving now to room 5315

Ok

Is she saying anything significant?

No. She alert. Wants water

We just moved to 5315

Can she not move her left side at all?

No

12/24/23, 1:24 PM

How is she?

Same

Sleeping

Page 333 of 344

MH_000333

Messages - Paul Hutchins

Think she'll regain some of that left side?

No

She will have some involuntary movement I think but not deliberate movement because of Beau damage

Brain

I think the involuntarily response comes from spinal cord not brain so you may see a toe twitch but she not consciously doing it

Just my opinion

Is she aware of her paralysis?

Since the damage is above cord then those nerves may spontaneously fire

Yes and no

If you say move your left foot it will not move but she thinks it does

Yeah...that's the way it was the other day

Throat paralysis seems to have improved

I just I fr and will be back again tomorrow

If she gets to where she can eat and drink that will make a big difference

Yes

Feeding tube may be option if swallowing does not improve however she is doing better today

Good

I told them dnr

Probably the best

We gotta get all moms stuff into a trust otherwise if Medicaid ever gets involved they will get it

Ok...I'll talk to a lawyer next week then

We can set up a meeting

MH_000334

Messages - Paul Hutchins



K

Todd Whately

Elder law

In Fayetteville?

Rogers

Ok

He the guru in the area

I'll call him on Tuesday and set something up

K

Mom's nurse just called me and let me know that lunch went well, liquids,applesauce. She is resting well.

Great

What's her number?

That should make her feel better

5315

Is there a phone number up there?

That I don't know

Ok

Did not see phone in room

Did you get the number to the nurses station?

No

WASHINGTON REGI.vcf

MH_000335

Messages - Paul Hutchins



You will probably have to ask for nurse station on floor 5x Josh is her nurse

Same one she had in ICU?

Just 5 no x. I'm driving

Yes

Ok

Thanks

No worries

He is off tomorrow

Ok

12/24/23, 3:53 PM

I am glad we are communicating but we have much to clear up

12/24/23, 8:26 PM

Just checked in with the nurse. She's doing ok and resting

Good

12/25/23, 5:37 PM

Mom is asking when you are coming

Tomorrow afternoon

How is she?

Seems very alert.

Getting stronger

No left movement though

Can she swallow?

About the same

Messages - Paul Hutchins

12/26/23, 7:13 PM

> Please leave a key to mom's house for me.

When are you coming back?

> A day or two

> Just let me know where you stash key

You don't need to come back until Friday

They are already talking about discharge

Hard for me to imagine that though

> All about rehabilitation at this point. Paul, if she can just eat and drink water that will be a monumental step for her. She will never walk, stand, sit or do anything else without help

She's improved a little since I was here, but nothing significant

> More alert

That's about it

> Reality is this: she can go to acute rehabilitation facility for a couple weeks to help with swallowing function but she will NEVER be mobile on her own again. We need to think about her being home with in home care.

Not sure how practical that is. We are both 5 hours away from her.

> I promised her years ago I would not put her in nursing home and I won't.

That means she'll be alone with a nurse most of the time

> She will be at home

With no family around

That would be great if one of us lived here

D o you really want to leave her alone like that?

I haven't thought through it though

MH_000337

Messages - Paul Hutchins



I'm really surprised she's even leaving here

Rehabilitation

There is no way she can be a participant in that

Besides…she's in constant pain with her back and shoulder

I don't know…just bad all the way w

Around

Yep

Let me know where you are leaving key please.

Ok

BTW, different topic. Since you suggested that HH issue can be resolved between us, I sent email to my SC attorney and asked to forestall his efforts until we have opportunity to resolve.

You got an attorney?

Really?

Yes. Your suggestion. And I did.

I'm not doing anything to you. I've suggested you get legal counsel several times who can explain this to you.

Your message to me several months ago

Nothing wrong with that

No worries.

We can let the legal folks handle if you wish. But I did consult with counsel. Sad it got to that point but, I am okay with everything.

MH_000338

Messages - Paul Hutchins



12/27/23, 8:28 AM

Please don't forget to let me know where you put key

I'll be here until Friday.  I'll let you know before I leave

Thank you

Don't forget to contact Todd Whatley

12/27/23, 10:59 AM

Give me a call when you get free

Dr thinks feeding tube surgery is high risk.  Would rather not do that

12/27/23, 12:41 PM

I know it is hard Paul. I have cried also

12/30/23, 4:32 AM

Mom is gone

12/30/23, 7:44 AM

Just got message

12/30/23, 10:17 AM

No need to come today.

Burial is Tuesday

MH_000339

Messages - Paul Hutchins

12/30/23, 4:17 PM

Let's wait a little bit before we start going through all her things if that is okay with you

We can wait a few weeks...there's no hurry

12/30/23, 6:26 PM

K

1/1/24, 12:19 PM

Burial is tomorrow at 3:00. They said the process would only take 10-15 minutes. Leaving for Texas immediately afterward

Okay. Thank you. Are you just wearing casual clothes

Yeah. Jeans is all I brought. It will be cold out, but it's a pretty short process to take the coffin out of the hearse and place it on the grave. As soon as they do that, I'm leaving.

Gotcha

1/2/24, 1:44 PM

We don't need to ever talk again. HH and Mom' things will go through legal channels

If property is mortgaged on a recourse basis, the debt basis is allocated to the partner(s) who guarantees the debt since they are deemed to shoulder the economic burden.

Just have your attorney send me the letter

Paul you tell yourself whatever you wish but you and me both know we were equal in this. Goodbye

My offer to work this out still stands... your choice

Unless you see this as equal then no

Messages - Paul Hutchins



Here you go big shot. Trust has terminated. You constantly lie. That is why I will have my attorneys deal with you.

You and Cindy stop stealing

The trust says her assets will be equally divided. I'll escrow for the dishes

It was mom's wish that Katherine have that but I'll pay you for the dishes

As the trustee, everything will be equally divided. I suggest we leave all the furniture in place so the house will show better when it's listed for sale.

You not the trustee any longer.

Trust terminated in her death

Look at the will

I don't want to make this a big thing. There's not that much to any of it.

They are ready

On my way. Was told 3

Messages - Paul Hutchins

1/2/24, 7:46 PM

I'm happy to know where all stands with you. PI saw return all the things, including china back to mom's house. Nothing in her will giving dishes or anything else to anyone in your family. If the things that you inappropriately took are not returned then I will petition court to have you removed as representative as you are untrustworthy and not fit. Further, we have other litigation that will soon be pending that further disqualifies you. Probate needs to be open on the will. Please keep your thieving wife out of my mom's house.

Get a good lawyer….you'll need one when the state comes after you.

Fuck you!

You should worry about you!   I'm coming for you!

Yeah yeah….all this is silly and unnecessary.

Soon I don't think you will be so amused!

Stop texting me please. You are now blocked

Good

3/16/24, 4:17 PM

Give me a call when you have a minute

Let's stop being hateful to each other.  I care about you.    Let's see if we can find some common ground together.

3/17/24, 9:17 AM

Guess I'm blocked

Tried calling you but went to voicemail.  Unblock me and let's talk.

If you're mad about Mom's estate, I opened a probate as you asked. The items I removed are in safekeeping.  You just need to identify what you would like to have.  Have you forgotten that we gave you 2 vehicles when Cindy's brother died?

I will try to talk later.

Ok

Going to church…be back after 12

MH_000342

Messages - Paul Hutchins

3/17/24, 10:08 PM

You doing ok?

> Yep. Just busy day. May can discuss tomorrow.

Ok….i want to get our relationship back on track. The real estate and mom's things are business issues that can be resolved.

> It's all part of it and what you have tried to do to me at HH has caused all this Paul.

We can discuss it. We just have different opinions. Have you gotten your half of mom's CDs yet?

> Nope

Do you know where they are?

> Yes

Ok

I meant what I said in that voicemail I left you.

> Ty. I agree should not have gotten here but for greed.

We probably only have 20 years or so left

Maybe less for me

> You right

MH_000343

Messages - Paul Hutchins

3/19/24, 8:20 PM

I have given issue much thought. In my opinion, we had no issue until I asked for accounting of HH account. That is when all went off the rails. Just look back at how the tenor of your messages changed. Mine changed also but only in response to yours. Paul, you know that we have always been equal partners in our property. Neither of us has ever said differently. I always trusted you as my brother to have your and my best interest at heart. I trusted you Paul! My brother I trusted so when you told me I was included on LLC years ago I believed you. Please look back at all our text and emails up till January 2023 and you will see how all changed. I'm not sure what you have going on but I have a forgiving heart. However, I want to know what made you do what you have done. I am entitled to half the HH property and account and unless you realize this we have no common ground or opportunity for reconciliation. Do what you know is right Paul. As far as mom's estate goes. I have asked my attorney to not go forward with action. We can discuss those assets later. Also, I hoped that I could my mom's car for Matthew as his vehicle has transmission issues and he needs reliable transportation.

3/20/24, 8:13 PM

I realize now your voice message and recent texts were insincere. Please do not contact Sandra or me going forward. All communication will go through attorney. This is for HH and mom's estate. Enjoy your life.

Delivered

3/22/24, 12:41 PM

Sorry…just saw this

3/25/24, 7:42 AM

So rather than discuss the issues like brothers, your solution was to go file a federal lawsuit.

MH_000344

Message

| | |
|---|---|
| From: | Malcolm Hutchins [visioncareservice@gmail.com] |
| Sent: | 7/31/2024 3:14:44 AM |
| To: | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| Subject: | Fwd: 3 Firethorn Way--Damage and Cleaning Issues |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: 3 Firethorn Way--Damage and Cleaning Issues**
**Date:** September 12, 2022 at 9:33:03 PM CDT
**To:** tiffany@vacationcompany.com
**Cc:** pete@vacationcompany.com, Malcolm Hutchins <visioncareservice@gmail.com>

Hi Tiffany:

Attached you will find pictures of sheetrock damage in the upstairs living area. I've also attached a picture of broken knobs on the entertainment center in the upstairs living area as well. The damage to the sheetrock is located in a couple of areas and is clearly visible. Also attached is a picture of a ceiling fan in one of the bedrooms that is covered in dirt as well as a picture of the columns around the pool covered in dirt and algae.

The damage to the wall and the entertainment center was caused by a tenant as was the landscape light outside. The wall upstairs will need to be repaired and repainted. The repairs for this damage are the responsibility of the tenant.

The property is an embarrassment. I would be embarrassed to have any of my friends stay there much less a tenant paying in excess of 10k per week. Pete is coming over tomorrow morning to address these issues.

This is not the first time we have stayed at our property and have had issues. When I was there last April there were also a number of issues that had to be addressed.

I understand renters can cause damage and there are maintenance issues from time to time that need to be addressed. The problem here is that you are NOT identifying the issues and are not resolving these problems as they occur.

The issues we have highlighted need to be repaired as soon as possible, preferable this week before another guest arrives.

MH_000345

On Sep 3, 2022, at 10:10 AM, tiffany@vacationcompany.com wrote:

Paul,

I did a quick walk through at the house and there were no damages.

**Tiffany Woollacott**
**Broker In Charge**




Hilton Head Luxury Homes & Villa Rentals

✉ tiffany@vacationcompany.com

📞 843-686-6100

📍 50 Palmetto Bay Rd, Hilton Head Island, SC 29928

🔗 **vacationcompany.com**



---

**From:** Tiffany Woollacott <tiffany@vacationcompany.com>
**Sent:** Thursday, September 1, 2022 7:58 PM
**To:** Paul Hutchins <capitalgains@me.com>
**Subject:** Re:

Paul

I get it and trust me I've been doing property management since 1985. Nothing surprises me anymore although it should. I will go by this Saturday and do a walk through and let you know the status of the house compared to last Saturday,

Take care!

Tiffany

MH_000346

On Thu, Sep 1, 2022 at 7:54 PM Paul Hutchins <capitalgains@me.com> wrote:

I suppose I need to temper my expectations a bit

> On Sep 1, 2022, at 6:51 PM, Tiffany Woollacott <tiffany@vacationcompany.com> wrote:
>
> Paul
>
> No worries just wanted to make sure that we have the correct one for owner statements, and correspondence. etc.  It has been a long summer and about to come to a close so hopefully no more guests who test our patience.
>
> On Thu, Sep 1, 2022 at 7:49 PM Paul Hutchins <capitalgains@me.com> wrote:
>
>> If you like. I have several email addresses. The one you have on file is good enough though.
>>
>>> On Sep 1, 2022, at 6:48 PM, Tiffany Woollacott <tiffany@vacationcompany.com> wrote:
>>>
>>> Got it.  Do I need to update your email address?
>>>
>>> Tiffany
>>>
>>> On Thu, Sep 1, 2022 at 7:46 PM Paul Hutchins <capitalgains@me.com> wrote:
>>>
>>>> More of an FYI.  I'm having my landscaping guys put up some barriers in that side.  While those vehicles are not actually parked in the landscape, there's no way they can get in and out of the vehicle without trampling through those bushes and the pine straw.  I'm going to remedy that.
>>>>
>>>>> On Sep 1, 2022, at 6:41 PM, Tiffany Woollacott <tiffany@vacationcompany.com> wrote:

MH_000347

Paul

Unless I'm missing something it would appear they are not on the landscaping. Is this photo just an fyi? Also is this a new email address for you that I need to update?

Tiffany

On Thu, Sep 1, 2022 at 5:34 PM Paul Hutchins <capitalgains@me.com> wrote:

--
Tiffany Woollacott
The Vacation Company
50 Palmetto Bay Road
Hilton Head, SC 29928
843 686 6100
www.vacationcompany.com

--
Tiffany Woollacott
The Vacation Company
50 Palmetto Bay Road
Hilton Head, SC 29928
843 686 6100
www.vacationcompany.com

--
Tiffany Woollacott
The Vacation Company
50 Palmetto Bay Road
Hilton Head, SC 29928
843 686 6100
www.vacationcompany.com

MH_000348

--
Tiffany Woollacott
The Vacation Company
50 Palmetto Bay Road
Hilton Head, SC 29928
843 686 6100
www.vacationcompany.com

MH_000349



MH_000350

9:24-cv-01174-MGB    Date Filed 08/08/25    Entry Number 29-2    Page 122 of 234



MH_000351



MH_000352



MH_000353



MH_000354

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:13:58 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 3 Firethorn Way |

Begin forwarded message:

**From:** Malcolm Hutchins <visioncareservice@gmail.com>
**Subject: Re: 3 Firethorn Way**
**Date:** September 11, 2022 at 8:35:47 PM CDT
**To:** Paul Hutchins <paulrhutchins@outlook.com>

Sounds good.

> On Sep 11, 2022, at 9:25 PM, Paul Hutchins <paulrhutchins@outlook.com> wrote:

Hi Pete:

My brother, Rick Hutchins, is at our property this week and has discovered a number of items that have been overlooked and are in need of attention:

1.  There are a number of blinds in the house that have pulls that are broken. This needs to be repaired this week.
2.  There is loosened trim around the fireplace which poses a tripping danger or could cause someone to cut their feet. This needs to be repaired this week.
3.  There are a number of doors/windows that are not cleaned.
4.  There is sand in the outside shower that needs to be cleaned.
5:  There are a number of places where touch-up paint is needed including the outside stair lights. This should be scheduled within the next 2 weeks.
6.  Door stops need to be repaired/replaced before holes are punched in the doors. This needs to be repaired this week.
7.  The grill outside is in a state of disrepair, is dirty, rusty, needs to be cleaned and is not functional. The grill is dangerous to operate. This is particularly disturbing as Vacation Company purchased and charged me for replacement parts (see my June statement for the charges) for the repair. Apparently, the repair never got made.
8.  The prior guests parked in the landscape next to the driveway and ran over one of the landscape lights. I have sent several notices with pictures to the office about these tenants parking in the landscape. This light is no longer working and needs to be repaired/replaced at the tenant's cost.

My brother and I are extremely disappointed that we have to address these issues. Your cleaning people and those inspecting the property have performed miserably. Please contact my brother at the property and address these issues

MH_000355

tomorrow.

Thanks,

Paul Hutchins


<IMG_3192.jpeg>

MH_000356

Message

| | |
|---|---|
| From: | Malcolm Hutchins [visioncareservice@gmail.com] |
| Sent: | 7/31/2024 3:06:08 AM |
| To: | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| Subject: | Fwd: 32 N Forest Beach |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: 32 N Forest Beach**
**Date:** November 17, 2019 at 9:31:32 AM CST
**To:** "hogs83@cox.net" <hogs83@cox.net>, Malcolm Hutchins <visioncareservice@gmail.com>

https://www.trulia.com/property/3100877759-32-N-Forest-Beach-Dr-Hilton-Head-Island-SC-29928?cid=eml%7Ctrs%7Ccon_rlt_sharepropfriend_fr%7Ccon_rlt_sharepropfriend_fr&eurl=www.trulia.com%2Fproperty%2F3100877759-32-N-Forest-Beach-Dr-Hilton-Head-Island-SC-29928

MH_000357

< Hilton Head Island                    **trulia**                                    ☰



## 32 N Forest Beach Dr
Hilton Head Island, SC 29928   Forest Beach

◢ 4,353 sqft

## Homes for Sale Near 32 N Forest Beach Dr






**$229,000**
133 Arrow Rd #298,
Hilton Head Island, SC 29928

**$199,000**
133 Arrow Rd #327,
Hilton Head Island, SC 29928

**$199,000** ↓
133 Arrow Rd #283,
Hilton Head Island, SC 29928

**$369,000**
133 Arrow Rd #349,
Hilton Head Island, SC 29928

## Local Information

| Map | Schools | Shop & Eat |



🚗 — mins to Commute Destination

## Description

MH_000358

< Hilton Head Island                    **trulia**                    ☰

Priced aggressively...4th row ocean lot with abundance of tropical foliage and palm trees is perfect for a beach house of up to 4500 sq.ft. Situated in the perfect spot to showcase a beach house in this upscale neighborhood. It is not unusual for this location to make as much as $150,000/yr in rental income. Short bike ride to all that Coligny shopping and dining has to offer in downtown Hilton Head.

A great price for a 4th row ocean lot in this eclectic and fun neighborhood. Steps to the most beautiful beach on Hilton Head and a short bike ride to all that the Coligny shopping and dining area has to offer in downtown Hilton Head! Here is your opportunity to buy a piece of land on the edge of this great continent that was valued around $1M a few years ago! Get your foot in the neighborhood before the proposed renovation of the Coligny town center is commenced.

## Home Highlights

| | | |
|---|---|---|
| Ⓟ | Parking | **No Info** |
| 🏠 | Outdoor | **No Info** |
| 🌡 | A/C | **Heating only** |
| 🏠 | HOA | **None** |
| 📐 | Price/Sqft | **No Info** |

## Home Details for 32 N Forest Beach Dr

### 🛏 Interior Features

**Heating & Cooling**

• Heating: Heat Pump                    • Heating Fuel: Heat Pump

**Levels, Entrance, & Accessibility**

• Stories: 2

**Interior Details**

• Number of Rooms: 11

See All

• Simplisafe-**24/7 whole home security**

## Price History for 32 N Forest Beach Dr

| Date | Price | Event | Source | |
|---|---|---|---|---|
| 08/28/2017 | $599,000 | ListingRemoved | Agent Provided | |
| 11/13/2012 | $599,000 | Listed For Sale | Agent Provided | |
| 08/10/2011 | $350,000 | Sold | N/A | ⌄ |
| 03/17/2006 | $1,850,000 | Sold | N/A | ⌄ |
| 11/02/2005 | $540,000 | Sold | N/A | ⌄ |

## Property Taxes and Assessment

| Year | 2023 |
|---|---|
| Tax | $25,471 |

MH_000359

 Hilton Head Island                    trulia                                    ☰

Home facts updated by county records

## Price Trends
For homes in 29928

🏠 **$772,541**
Median home value

Price trends provided by third party data sources.

## Comparable Sales for 32 N Forest Beach Dr

**Brought to you by** Spectrum▶



| Address | Distance | Property Type | Sold Price | Sold Date | Bed | Bath | Sqft |
|---------|----------|---------------|------------|-----------|-----|------|------|
| 6 Berkshire Ct, Hilton Head Island, S( | 2.31 | Lot/Land | $290,000 | 05/17/24 | | - | 1 |

Home facts updated by county records

## Assigned Schools

These are the assigned schools for 32 N Forest Beach Dr.



### Hilton Head Island Early Childhood Center

PK-K • Public • 323 Students
Beaufort County School District

**N/A**
GreatSchools Rating

★★★★★
Parent Rating Average

This school has capture my son interest. He loves his teachers and soroundings. I couldn't be happier. Thank you all!.. and great job :)

👤 Parent Review
   10y ago

2 Reviews



### Hilton Head Island School For The Creative Arts

PK-5 • Public • 594 Students
Beaufort County School District

**3/10**
GreatSchools Rating

★★★★★
Parent Rating Average

My children and I have had nothing but fantastic experiences at HHI SCA. The teachers have been wonderful, open, easy to communicate with, loving, etc. All things a parent hopes for in a teacher. The administration is also very easily accessible, and eager to help your child have the best experience they can. My children have continued to thrive at this school.
👤 Parent Review
   9y ago

5 Reviews

### Hilt
### Bac

1-5 • P
Beauf(

We
is c
imr
imp
cul
Chi
we
wh
ent
prii

›

rev
"gi

< Hilton Head Island                    **trulia**                    ☰

GreatSchools ratings are based on test scores and additional metrics when available.

Check with the applicable school district prior to making a decision based on these schools. Learn more.

## Neighborhood Overview

Neighborhood stats provided by third party data sources.

## LGBTQ Local Legal Protections

See All

## Additional Cost

MH_000361

❮ Hilton Head Island                              **trulia**                                    ☰

Protect every room, door, and window with 24/7 home security.

**Visit Website**

## FLOOD INSURANCE

**Rebound from flood loss.**
This hurricane season, recover faster with flood insurance.

**Learn More**

 F

## Homes for Rent Near 32 N Forest Beach Dr






**$7,250/mo**
🛏 3bd 🛁 2ba 📐 2,000 sqft
78 Offshore,
Hilton Head Island, SC 29928

**$2,550/mo**
🛏 2bd 🛁 2ba 📐 864 sqft
Address Not Disclosed,
Hilton Head Island, SC 29928

**$2,950/mo**
🛏 2bd 🛁 2ba 📐 1,000 sqft
23 S Forest Beach Dr,
Hilton Head, SC 29928

**$3,200/mo**
🛏 3bd 🛁 2ba 📐 1,470 sqft
380 Marshland Rd #J12,
Hilton Head Island, SC 29926

## Off Market Homes Near 32 N Forest Beach Dr






**$1,314,000**
🛏 4bd 🛁 3ba 📐 1,909 sqft
1 Sea Spray Ln,
Hilton Head, SC 29928

**$740,000**
🛏 2bd 🛁 3ba 📐 1,358 sqft
90 Helmsman Way #205B,
Hilton Head Island, SC 29928

**$915,000**
🛏 3bd 🛁 4ba 📐 1,710 sqft
22 Lighthouse Rd #495,
Hilton Head Island, SC 29928

**$760,000**
🛏 4bd 🛁 3ba 📐 2,466 sqft
20 Otter Rd,
Hilton Head Island, SC 29928

< Hilton Head Island                    **trulia**                                ≡

32 N Forest Beach Dr, Hilton Head Island, SC 29928 is a 4,353 sqft lot/land built in 2021. 32 N Forest Beach Dr is located in Forest Beach, Hilton Head Island. This property is not currently available for sale. 32 N Forest Beach Dr was last sold on Aug 10, 2011 for $350,000.

Sold > SC > Hilton Head Island > 29928 > 32 N Forest Beach Dr

## Nearby Real Estate

Open Houses Near Me
Land for Sale Near Me
Townhomes for Sale Near Me
**See All**

## Nearby Zip Codes

29910 Homes for Sale
31404 Homes for Sale
29907 Homes for Sale
**See All**

## 29928 Neighborhoods

Wexford
Shipyard
Forest Beach
**See All**

## 29928 Property Types

Mobile/Manufactured Homes
Single Family Homes
Condos
**See All**

## Real Estate Guides

Newest Rentals in Hilton Head Island, SC
Newest Homes for Sale in South Carolina
Newest Rentals in South Carolina

Commute times provided by **INRIX** and Transitland. Commute times are based on typical traffic conditions, not actual traffic, and will not include activities such as a crash or construction in the commute time calculation.

Trulia is a registered Trademark of Zillow, Inc. Zillow, Inc. holds real estate brokerage licenses in all 50 states and D.C. and Zillow (Canada) Inc. holds real estate brokerage licenses in multiple provinces.
§ 442-H New York Standard Operating Procedures
New York Fair Housing Notice
TREC: Information about brokerage services, Consumer protection notice
California DRE #1522444
**Contact Zillow, Inc Brokerage**

Trulia Corporate • About Zillow Group • Fair Housing Guide • Careers • Newsroom • Investor Relations • Advertising Terms • Privacy • Terms of Use • Listings Quality Policy • Subscription Terms • Help • Privacy Portal • Cookie Preference • **Do Not Sell or Share My Personal Information** →

Zillow Group is committed to ensuring digital accessibility for individuals with disabilities. We are continuously working to improve the accessibility of our web experience for everyone, and we welcome feedback and accommodation requests. If you wish to report an issue or seek an accommodation, please let us know.

MH_000363

< Hilton Head Island                    **trulia**                                    ≡

MH_000364

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:08:03 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 32 North Forest Beach Drive - Purchase agreement |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: 32 North Forest Beach Drive - Purchase agreement**
**Date:** June 2, 2020 at 10:49:08 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Adam Ross <adamrross99@gmail.com>
**Date:** June 2, 2020 at 9:56:27 PM CDT
**To:** Paul Hutchins <PosCashFlow@aol.com>, joe@teamzmortgage.com
**Subject: 32 North Forest Beach Drive - Purchase agreement**

hi Paul - Joe Zamoiski (copied here) is going to be the purchaser of the lot at 32 North Forest Beach in Hilton Head. Cash deal at $450,000, closing as soon as practical.

I will call Cathy Olivetti's office in the morning to get an updated agreement sent to both of you guys for signature and get the process rolling.

Thanks Paul.

Adam Ross
513-460-5538

MH_000365

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:05:25 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 33 Firethorn - |

Begin forwarded message:

**From:** Paul Hutchins <PaulRHutchins@outlook.com>
**Subject: Fwd: 33 Firethorn -**
**Date:** August 5, 2019 at 5:52:27 PM CDT
**To:** "visioncareservice@gmail.com" <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Mark Kombrink <mark@vacationcompany.com>
**Date:** August 5, 2019 at 5:46:40 PM CDT
**To:** Paul Hutchins <paulrhutchins@outlook.com>
**Cc:** Beth <beth@vacationcompany.com>, Tiffany Woollacott <tiffany@vacationcompany.com>, Bob <bob@vacationcompany.com>, Rhonda Bolthouse <rhonda@vacationcompany.com>, Aaron Falcone <aaron@vacationcompany.com>
**Subject: Re: 33 Firethorn -**

Sorry everyone, this was stuck in my outbox and it just went out when I reconnected to wifi. Sounds like we are all settled on this. Aaron and I will follow up on items on our end and close the loop Saturday.

Mark

On Aug 5, 2019, at 5:07 PM, Mark Kombrink <mark@vacationcompany.com> wrote:

Paul -

Per our discussion, we will no longer be engaging the guest regarding an ESA letter. However, we will collect a $300 non-refundable pet deposit and perform a deep/seasonal clean at no expense to you. Aaron and I will personally inspect every inch of your home for evidence of any damage on Saturday and provide a detailed list, if necessary, of any pet related damage to the home that the guest will be financially responsible for. Furthermore, this

MH_000366

is not the type of guest we want to work with in the future, so they will be added to our list of guests who are no longer allowed to book with Vacation Company.

Thank you for your patience and cooperation as we move past this unfortunate chain of events.

Mark

MH_000367

Message
_____

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:04:31 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 33 Firethorn Follow Up |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: 33 Firethorn Follow Up**
**Date:** October 27, 2018 at 6:20:39 PM CDT
**To:** visioncareservice@gmail.com

Begin forwarded message:

**From:** <dru@vacationcompany.com>
**Date:** October 27, 2018 at 1:25:44 PM CDT
**To:** "'Paul Hutchins'" <poscashflow@aol.com>
**Subject: RE: 33 Firethorn Follow Up**

Paul:
Sorry for the delay, here is the link. Let me know if you have any questions.

https://www.vacationcompany.com/hilton-head-rentals/33-firethorn

Kindest Regards,

## Dru Brown
### Director of Sales and Marketing
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Direct: 843.384.1061
Office: 843.686.6100
Email: Dru@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"


VACATION COMPANY
Hilton Head Luxury Homes & Villa Rentals

**From:** Paul Hutchins <poscashflow@aol.com>
**Sent:** Wednesday, October 24, 2018 6:12 PM
**To:** dru@vacationcompany.com
**Cc:** Beth Henzler <beth@vacationcompany.com>
**Subject:** Re: 33 Firethorn Follow Up

MH_000368

Do you have a link to the listing?

On Oct 11, 2018, at 2:50 PM, <dru@vacationcompany.com>
<dru@vacationcompany.com> wrote:

Paul:
If we could ask a few other questions that would help us in your listing:

- First floor porch, covered or screened?
- Lower porch by pool, screened? Will it have any other amenities like ping pong?
- Elevator – is there one for the home?

Kindest Regards,

## Dru Brown
### Director of Sales and Marketing
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Direct: 843.384.1061
Office: 843.686.6100
Email: Dru@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"
<image001.png>

MH_000369



# 404
## PAGE NOT FOUND

GO HOME     GET IN TOUCH     START A SEARCH     VIEW ALL PROPERTIES



Search By Property Name

## Quick Links

Owner Login

Guest Login

Our Policies

About Us

You Have **1** Incomplete Booking     View Unit     Book Your Vacation

1/2

MH_000370



All Properties

## Contact Us

The Vacation Company
50 Palmetto Bay Road
Hilton Head, SC 29928

Local Phone: 843.686.6100

*Click Here To Email Us*

### E-Newsletter Signup

Email Address

SUBSCRIBE

Copyright © 2024 The Vacation Company. All Rights Reserved.

Website Design by InterCoastal Net Designs

You Have **1** Incomplete Booking    View Unit    Book Your Vacation    ✕

2/2

MH_000371

Message
_____

**From:** Malcolm Hutchins [visioncareservice@gmail.com]
**Sent:** 7/31/2024 3:04:53 AM
**To:** David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5]
**Subject:** Fwd: 33 Firethorn Lane
**Attachments:** Hutchins - 33 Firethorn Lane.pdf

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: 33 Firethorn Lane**
**Date:** November 11, 2018 at 7:31:55 AM CST
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Here is the invoice for the furniture. We've already paid $15,000. We need to fund an additional $5448.99 for the deposit amount. The balance of $20K will be due upon delivery.

Begin forwarded message:

**From:** Cindy Bowman <cindyb@fdhhi.com>
**Subject: FW: 33 Firethorn Lane**
**Date:** November 10, 2018 at 1:24:36 PM CST
**To:** "paulrhutchins@outlook.com" <paulrhutchins@outlook.com>

Paul, Hi it's Cindy B.-Furniture Direct I should have sent this weeks ago. This is a copy of you Furniture order for 33 Firethorne Lane. Can you call me when you have time I was short $5,448.99 on the Deposit Amt. If I'm not in when you call will you ask for Cindy Steele She if the bookkeeper. Just need to get your Credit card Information. Thanks so Much Cindy

**From:** Dennis Dove
**Sent:** Thursday, November 01, 2018 12:59 PM
**To:** Cindy Bowman
**Subject:** 33 Firethorn Lane

Dennis Dove
President
mailto:dennis@furnituredirecthhi.com



P. O. Box 7746

MH_000372

12 Archer Road
Hilton Head Island, SC   29928
http://www.furnituredirecthhi.com

MH_000373

| Furniture Direct, Inc. | | | November 1, 2018 | | |
|---|---|---|---|---|---|
| P. O. Box 7746 | | | | | |
| 12 Archer Road | | | | | |
| Hilton Head Is.,  SC 29938 | | | | | |
| (843) 785-4400 | | | | | |
| | | | | | |
| Prepared: | | | **PROPOSAL** | | |
| **Mr. Paul Hutchins** | | | **33 Firethorne Lane** | | |
| 900 Wood Stream Drive | | | | | |
| Prosper,  TX   75078 | | | | | |
| 217-500-7575 | | | | | |
| paulrhutchins@outlook.com | | | | | |
| | | | | | |
| **STOCK#** | **QTY** | | **DESCRIPTION** | **PRICE@** | **TOTAL** |
| **FURNITURE:** | | | | | |
| *ENTRY:* | | | | | |
| JL-FUR130017 | 1 | | "Verona" Lattice Accent Chest | 397.00 | 397.00 |
| | | | | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 |
| | | | **Total Living Room:** | | $397.00 |
| | | | | | |
| *LIVING ROOM:* | | | | | |
| K512PPE | 1 | | Sofa - Pompeii Pewter t/Hyder Stone | 1409.00 | 1409.00 |
| C131CAB | 2 | | Chairs - Cabo Granite | 689.00 | 1378.00 |
| SW121CAB | 1 | | Swivel Chair - Cabo Granite | 717.00 | 717.00 |
| PR-SW121CAB | 1 | | Swivel Chair - Cabo Granite | 358.50 | 358.50 |
| | | | Dirft/Firm Lux | 0.00 | 0.00 |
| UN-558820 | 1 | | "Carlton" Sq Cocktail Table | 657.00 | 657.00 |
| UN-558825 | 2 | | "Carlton" End Table | 557.00 | 1114.00 |
| | | | | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 |
| | | | **Total Living Room:** | | $5,633.50 |
| | | | | | |
| | | | | | |
| *DINING ROOM:* | | | | | |
| RV-59358 | 1 | | "Myra" Rect Dining Tbl Ped - Wht | 337.00 | 337.00 |
| RV-59551 | 1 | | "Myra" Rect Dining TblTop - Wht/Nat | 560.00 | 560.00 |
| RV-59347 | 8 | | "Myra" X-Back Side Chair - Wht | 134.00 | 1072.00 |
| RV-59556 | 1 | | "Myra" Server - Wht/Nat | 789.00 | 789.00 |
| JLFUR1010037 | 6 | KIT | "Belfast" Saddle Cntr Stool-Linen | 139.00 | 834.00 |
| | | | **Total Dining Area:** | | $3,592.00 |

MH_000374

| MASTER BEDROOM: DOWN | | | | | |
|---|---|---|---|---|---|
| CP40006/6S | 1 | | Chiropractic 4000 King Set | 1038.00 | **1038.00** |
| AD-513-306R | 1 | | "Southbury" Panel King Bed Complete | 897.00 | **897.00** |
| AD-513-130 | 1 | | "Southbury" Dresser | 877.00 | **877.00** |
| AD-513-420 | 2 | | "Southbury" Nightstand | 427.00 | **854.00** |
| | | | | 0.00 | **0.00** |
| | | | | 0.00 | **0.00** |
| | | | **Total Master Bedroom:** | | **$3,666.00** |
| | | | | | |
| **GUEST BEDROOM #1:** | | | | | |
| CP40006/6M | 1 | | CP4000 King Mattress ONLY | 837.00 | **837.00** |
| UN-558260B | 1 | | "Biscayne" King Storage Bed CMPLT | 1297.00 | **1297.00** |
| UN-558040 | 1 | | "Curated" Gilmore Dresser | 867.00 | **867.00** |
| UN-558350 | 2 | | "Curated" Gilmore Night Stand | 497.00 | **994.00** |
| | | | | 0.00 | **0.00** |
| | | | | 0.00 | **0.00** |
| | | | **Total Bedroom:** | | **$3,995.00** |
| | | | | | |
| **UPSTAIRS LIVING AREA:** | | | | | |
| Q406TSL | 1 | | Qn Slpr - Tate Slate t/Marine Beige | 1315.00 | **1315.00** |
| SW121BGR | 1 | | Swivel Chair - Burke Grey | 689.00 | **689.00** |
| PR-SW121BGR | 1 | | Swivel Chair - Burke Grey | 344.50 | **344.50** |
| OC752MBE | 2 | | Woven Chairs - Marine Beige (GW) | 599.00 | **1198.00** |
| | | | Drift /Firm Lux | 0.00 | **0.00** |
| CP-CT752GW | 1 | | Coffee Table - Gray Wash Finish | 294.00 | **294.00** |
| CP-AT752GW | 2 | | Accent Table - Gray Wash Finish | 199.00 | **398.00** |
| CP-BU752GW | 1 | | Buffet - Gray Wash Finish | 597.00 | **597.00** |
| | | | | 0.00 | **0.00** |
| | | | | 0.00 | **0.00** |
| | | | | 0.00 | **0.00** |
| | | | **Total Bedroom:** | | **$4,835.50** |
| | | | | | |
| **BEDROOM 3:** | | | | | |
| CP40003/3SXL | 1 | | Chiropractic 4000 XLNG Twin Bed Set | 588.00 | **588.00** |
| CP40005/0S | 1 | | Chiropractic 4000 Queen Set | 828.00 | **828.00** |
| FB-B45753 | 2 | | "Fenton" Twin Headboard - Black Wal | 157.00 | **314.00** |
| FB-420009 | 1 | | Queen Frame for Xlong Length | 70.00 | **70.00** |
| FB-B41755 | 1 | | "Fenton" Queen Bed Complete | 399.00 | **399.00** |
| LB-249-BR30 | 1 | | "Bayside" 6 Drwr Dresser | 547.00 | **547.00** |
| LB-249-BR62 | 1 | | "Bayside" Leg Night Stand | 217.00 | **217.00** |
| | | | | 0.00 | **0.00** |
| | | | | 0.00 | **0.00** |
| | | | **Total Bedroom:** | | **$2,963.00** |
| | | | | | |
| **BEDROOM 4:** | | | | | |
| CP40004/6S | 2 | | Chiropractic 4000 Full Set | 718.00 | **1436.00** |
| LB-249-BR17 | 2 | | "Bayside" Panel Hbd - Full | 297.00 | **594.00** |
| HS-TF-R | 2 | | Heavy Duty Twn/Full Frame w/Rollers | 49.00 | **98.00** |
| LB-249-BR41 | 1 | | "Bayside" 5 Drwer Chest | 597.00 | **597.00** |
| LB-249-BR61 | 1 | | "Bayside" 3 Drwr Night Stand | 274.00 | **274.00** |
| | | | | 0.00 | **0.00** |
| | | | | 0.00 | **0.00** |
| | | | | 0.00 | **0.00** |
| | | | **Total Bedroom:** | | **$2,999.00** |

| *BEDROOM 5:* | | | | | |
|---|---|---|---|---|---|
| CP40006/6S | 1 | | Chiropractic 4000 King Set | 1038.00 | 1038.00 |
| BA-2794-H166 | 1 | | "Brentwood" Wood Panel HBD - King | 499.00 | 499.00 |
| HS-KG-R | 1 | | Heavy Duty King Frame w/ROLLERS | 67.00 | 67.00 |
| BA-2794-0237 | 1 | | "Brentwood" Dresser | 797.00 | 797.00 |
| BA-2794-0242 | 1 | | "Brentwood" Mirror | 150.00 | 150.00 |
| BA-2794-0271 | 1 | | "Brentwood" Nightstand | 277.00 | 277.00 |
| | | | | 0.00 | 0.00 |
| | | | **Total Bedroom:** | | **$2,828.00** |
| | | | | | |
| *BEDROOM 5:* | | | | | |
| CP40006/6S | 1 | | Chiropractic 4000 King Set | 1038.00 | 1038.00 |
| RV-59380 | 1 | | "Myra" King Louver Headbd - Wht | 469.00 | 469.00 |
| RV-59381 | 1 | | "Myra" Kg Louver Footboard - Wht | 244.00 | 244.00 |
| RV-59373 | 1 | | "Myra" Qn/Kg Bed Rails - Wht | 157.00 | 157.00 |
| RV-59562 | 1 | | "Myra" 9 Drawer Dresser - Wht/Nat | 757.00 | 757.00 |
| RV-59569 | 2 | | "Myra" 3 Drwr Nightstand - Wht/Nat | 317.00 | 634.00 |
| | | | | 0.00 | 0.00 |
| | | | **Total Bedroom:** | | **$3,299.00** |
| | | | | | |
| *MISC.* | | | | | |
| GUARDS/S | 2 | | Fabri-Coate Slpr or Sofa | 47.00 | 94.00 |
| GUARDLC | 8 | | Fabri-Coate Large Chair | 30.00 | 240.00 |
| | | | | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 |
| | | | | | $334.00 |
| **HOUSEWARES:** | | | | | |
| HSEWARES | 1 | | COMPLET HOUSEWARES PER ATTACHED | 3391.00 | $3,391.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | **Total Package** | | **$37,933.00** |
| | | | **Delivery/Setup** | | **$650.00** |
| | | | **SC Sales Tax 6%** | | **$2,314.98** |
| | | | **Grand Total:** | | **$40,897.98** |
| | | | | | |
| | | | **Deposit Received: 09/22/18** | | **$15,000.00** |
| | | | | | |
| | | | **Additional Deposit Due:** | | **$5,448.99** |
| | | | | | |
| | | | **Balance Due Upon Completion:** | | **$20,448.99** |
| | | | | | |
| *Balance is due in full upon completion and receipt of invoice* | | | | | |
| *18% APR will be applied to all past due accounts* | | | | | |
| | | | | | |
| | | | | | |
| **Accepted:** | | | | **Date:** | |

Housewares

| Kitchen: | | | | Bathrooms: | |
|---|---|---|---|---|---|
| 1 | Ice Bucket | | | 7 | Waste Baskets (1 @ Bath) |
| 1 | Cork Screw | | | 7 | Toilet Brush |
| 1 | Bottle Opener | | | 1 | Heavy Duty Plunger |
| 1 | Electric Can Opener | | | | |
| 1 | Electric Blender | | | | |
| 1 | Electric Mixer | | | **Bedroom 1:** | |
| 1 | Electric Toaster | | | 1 | King  Blanket |
| 1 | Electric Coffee Maker | | | 1 | King Mattress Cover |
| 1 | Electric Steam Iron | | | 2 | King  Pillows |
| 1 | Ironing Board | | | 2 | King Pillow Protectors |
| 1 | Bakeware Set: | | | 20 | Clothes Hangers |
| | *2 Cake Pans, 1 Cookie Sheet | | | 1 | Luggage Rack |
| | *1 Muffin Pan | | | | |
| 1 | Roasting Pan | | | | |
| 1 | Pizza Pan | | | **Bedroom 2:** | |
| 1 | Pizza Cutter | | | 1 | King  Blanket |
| 1 | Glass Bakeware Set | | | 1 | King Mattress Cover |
| 1 | Set Mixing Bowls (various sizes) | | | 2 | King  Pillows |
| 1 | Cutting Board | | | 2 | King Pillow Protectors |
| 1 | Colander | | | 20 | Clothes Hangers |
| 1 | Salt and Pepper Shaker | | | 1 | Luggage Rack |
| 1 | Kitchen Tool Set | | | | |
| 1 | *Vegetable Peeler | | | | |
| 1 | *Measuring Cup | | | **Bedroom 3:** | |
| 1 | *Set Measuring Spoons | | | 1 | Twin Blankets |
| 1 | *Manual Can Opener | | | 1 | Twin Mattress Covers  XL |
| 1 | Masher | | | 1 | Queen Blanket |
| 1 | Bag Clips | | | 1 | Queen Mattress Cover |
| 1 | Grater | | | 3 | Queen Pillows |
| 1 | Ice Cream Scoop | | | 3 | Queen Pillow Protectors |
| 1 | 24 Place Setting of Dishes | | | 10 | Clothes Hangers |
| 24 | *Coffee Cups | | | 1 | Luggage Rack |
| 2 | *Salad/Soup Bowls | | | | |
| 2 | *Serving Bowl & Platter | | | | |
| 1 | *Cream and Sugar Dispenser | | | **Bedroom 4:** | |
| 1 | 24 Place Setting of  Silverware | | | 2 | Full Blanket |
| 2 | Silverware Tray | | | 2 | Full Mattress Cover |
| 1 | 7 Pcs Cookware Set | | | 4 | Standard Pillows |
| 2 | Sets Glasses: Tea, Cktl (8)@ T16@ | | | 4 | Standard Pillow Protectors |
| 1 | Set of 12 Wine Glases 10.5 oz | | | 10 | Clothes Hangers |
| 2 | Set Plastic Glasses | | | 1 | Luggage Rack |
| 1 | Cutlery Set w/Steak Knives | | | | |
| 1 | Plastic 1 Gallon Pitcher | | | | |
| 1 | Tea Kettle | | | **Bedroom 5:** | |
| 1 | Salad Serving Set | | | 1 | King  Blanket |
| 1 | Set Plastic Storage Containers | | | 1 | King Mattress Cover |
| 1 | Paper Towel Holder | | | 2 | King  Pillows |
| 2 | Pot Holders | | | 2 | King Pillow Protectors |
| 1 | Oven Mitt | | | 20 | Clothes Hangers |
| 3 | Kitchen Towels | | | 1 | Luggage Rack |
| 1 | Kitchen Waste Basket | | | | |
| 1 | Broom | | | | |
| 1 | Dust Pan | | | **Bedroom 6:** | |
| 1 | Sponge Mop | | | 1 | King  Blanket |
| 1 | Plastic Bucket | | | 1 | King Mattress Cover |
| 1 | Door Matt | | | 2 | King  Pillows |
| 1 | Assorted Light Bulbs for Lamps | | | 2 | King Pillow Protectors |
| 1 | Flashlight | | | 20 | Clothes Hangers |
| 1 | Kitchen Fire Extinguisher | | | 1 | Luggage Rack |
| 1 | Dishwashing Detergent | | | | |
| | | | | | |
| | | | | | |
| | | | | **Misc. (Sleeper & Misc.)** | |
| | | | | 1 | Queen Blanket |
| | | | | 2 | Queen Pillows |
| | Complete Package Installed: | | | 2 | Queen Pillow Protectors |
| | $3,391.00 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **ELECTRONICS:** | |
| | | | | 6 | Clock Radios |
| | | | | 1 | Upright Vacuum Cleaner |

MH_000377

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:05:09 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 33 Firethorn Morgan rental |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Fwd: 33 Firethorn Morgan rental**
**Date:** August 4, 2019 at 2:24:50 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Re: 33 Firethorn Morgan rental**
**Date:** August 4, 2019 at 2:11:23 PM CDT
**To:** Aaron Falcone <aaron@vacationcompany.com>
**Cc:** Dru Brown <dru@vacationcompany.com>

Here are the South Carolina requirements:

If you are currently suffering from a mental disability such as depression, PTSD, panic attacks, etc. and receive a recommendation letter from a licensed mental health professional, your pet can become an Emotional Support Animal. The ESA letter must include;

- Licensed mental health professional's (LMHP) license type, number, the state, and date it was issued.
- LMHP's reasons for prescribing the ESA
- LMHP's signature
- The letter must be written on the LMHP's letterhead
- The letter is only valid for one year after the issued date

On Aug 4, 2019, at 10:22 AM, Aaron Falcone <aaron@vacationcompany.com> wrote:

Sent from my iPhone

Begin forwarded message:

MH_000378

**From:** <rhonda@vacationcompany.com>
**Date:** August 4, 2019 at 11:03:31 AM EDT
**To:** "Aaron" <aaron@vacationcompany.com>
**Subject: FW: 33 Firethorn Morgan rental**


*Rhonda Bolthouse*

**Property Manager**
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Local: 843.686.6100
Toll Free: 800.545.3303
Email: Rhonda@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"
<image003.png>
<image004.jpg>

---

**From:** Johnny Morgan <johnny@slbagby.com>
**Sent:** Sunday, August 4, 2019 10:47 AM
**To:** rhonda@vacationcompany.com
**Subject:** 33 Firethorn Morgan rental

We apologize for the miscommunication.
<20190804_104546.jpg>

MH_000379

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:08:10 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 33 Firethorn |
| **Attachments:** | IMG_1630.mp4 |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: 33 Firethorn**
**Date:** June 12, 2020 at 7:39:59 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Paul Hutchins <PosCashFlow@aol.com>
**Date:** June 12, 2020 at 7:24:06 AM CDT
**To:** Ben Klahr <ben@vacationcompany.com>
**Subject: 33 Firethorn**

Thanks, Ben:

Here is some content which shows which posts were used.

Begin forwarded message:

**From:** Paul Hutchins <PaulRHutchins@outlook.com>
**Date:** June 12, 2020 at 7:18:48 AM CDT
**To:** "poscashflow@aol.com" <poscashflow@aol.com>

MH_000380

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:09:52 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 33 Firethorn |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: 33 Firethorn**
**Date:** September 16, 2020 at 8:49:27 AM CDT
**To:** Ben Klahr <ben@vacationcompany.com>
**Cc:** Malcolm Hutchins <visioncareservice@gmail.com>

Hi Ben:

My brother (cc'ed here) will be arriving at the property this Saturday afternoon.  Please provide him with the access codes.  He will also need a little instruction on how to work everything.

Also, we will not need the cleaning service upon his departure on the 26th.

Thanks for your help.

On Sep 15, 2020, at 1:36 PM, Ben Klahr <ben@vacationcompany.com> wrote:

Paul,

To give you a little more background on the electrical issue, a few weeks ago the guests called several times that there was no power to any of the outlets in the garage.  Beau went over to the house and found a breaker tripped, reset it and all was good.  The guests called again later that same day for the same thing.  Beau went back by the house and could not get the breaker to reset.  We called Oceanside electric out and they found that there was an arc fault/ground fault breaker for that circuit.  Arc fault is not required in this application and is a much more sensitive breaker, so they installed just a ground fault breaker and it seemed to hold, or at least for a while.  The next day the  same thing happened and they ended up replacing that ground fault breaker with a regular breaker and putting the ground faults in the outlets instead of in the panel.  We have not had this happen since and the problem seems to be resolved.  This was also as you can see, not just replacing an outlet but there was a bit of troubleshooting and tracing going on, so it too a few hours.  I hope this explains the situation a little better, let me know if you have any questions.

## Ben Klahr
**Senior Property Manager**
The Vacation Company
42 New Orleans Road, Suite 101

MH_000381

Hilton Head Island, SC 29928
Office: 843.686.6100
Email: Ben@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"
<image002.png>

**From:** brooke@vacationcompany.com <brooke@vacationcompany.com>
**Sent:** Tuesday, September 15, 2020 1:35 PM
**To:** Ben Klahr <ben@vacationcompany.com>
**Subject:** FW: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)

I just review the statement and saw where Oceanside seemed to have charged in excess for labor. Not that we can control what Electricians charge, just saying.

*Brooke Walker*

**Accounting Services**
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: brooke@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"

**From:** Paul Hutchins <PaulRHutchins@outlook.com>
**Sent:** Tuesday, September 15, 2020 1:32 PM
**To:** Brooke@vacationcompany.com
**Subject:** Re: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)

Are you serious? That's the charge for replacing an outlet? I need to be aware of these kind of charges before they take place.

> On Sep 15, 2020, at 12:19 PM, "brooke@vacationcompany.com" <brooke@vacationcompany.com> wrote:
>
> Mr. Hutchins,
> If you are referring to the bottom portion of your statement where "Maintenance & Supplies" is listed as a line item, this is any charge throughout the year that would fall under this expense category. The bottom portion of the statement are your Year-To-Date figures but when reviewing your August owner statement, it seems the $303.46 is from the Oceanside Electric invoice billed on 08/31/2020 for replacing the GFCI outlet in the garage. Please let me know if you have any additional questions.

MH_000382

Kindest Regards,

*Brooke Walker*

**Accounting Services**
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: brooke@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"

---

**From:** Rent @VacationCompany <rent@vacationcompany.com>
**Sent:** Tuesday, September 15, 2020 12:59 PM
**To:** Ben Klahr <ben@vacationcompany.com>; Brooke Walker <brooke@vacationcompany.com>
**Subject:** Fwd: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)


---------- Forwarded message ---------
From: **Paul Hutchins** <PaulRHutchins@outlook.com>
Date: Tue, Sep 15, 2020 at 12:54 PM
Subject: Re: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)
To: Rent@vacationcompany.com <Rent@vacationcompany.com>


What is the maintenance and supplies charge for?

> On Sep 15, 2020, at 11:44 AM, The Vacation Company <noreply@escapia.com> wrote:
>
> Please find the attached correspondence.
> <TempHutchinsPaul-20200915-f66e6c58-7a51-47a0-98bb-94ef7ee59c37.pdf>

MH_000383

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:09:41 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 33 Firethorn |

Begin forwarded message:

**From:** Paul Hutchins <PaulRHutchins@outlook.com>
**Subject: Fwd: 33 Firethorn**
**Date:** June 26, 2020 at 11:40:41 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** "Rent @VacationCompany" <rent@vacationcompany.com>
**Date:** June 26, 2020 at 10:55:32 AM CDT
**To:** Paul Hutchins <PaulRHutchins@outlook.com>
**Subject: Re: 33 Firethorn**
**Reply-To:** rent@vacationcompany.com

Paul,
I have reserved the week for you Sept. 19th-26th at 33 Firethorn.
Best regards,
Elizabeth

On Fri, Jun 26, 2020 at 9:03 AM Paul Hutchins <paulrhutchins@outlook.com> wrote:

Please block off September 19th-26th for me.

Thanks.

Paul Hutchins
214-500-7575

MH_000384

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:07:22 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 33 Firethorn |

Begin forwarded message:

**From:** Paul Hutchins <PaulRHutchins@outlook.com>
**Subject: Fwd: 33 Firethorn**
**Date:** April 9, 2020 at 9:19:02 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** MaryKate Smith <marykate@vacationcompany.com>
**Date:** April 9, 2020 at 9:11:31 AM CDT
**To:** Paul Hutchins <PaulRHutchins@outlook.com>
**Subject: Re: 33 Firethorn**

Good Morning,

We intend to send an update to homeowners as soon as we have more information. As of now, there is a petition to the Town to shorten the 61 days. We are hoping to see the ordinance amended to a shorter time frame. The Town will be meeting in the next 48 to 72 hours. Once we have further clarification, we will be reaching out to all homeowners with an update.

I hope you have a good day!

*Mary Kate Smith*

The Vacation Company

42 New Orleans Road, Suite 101

Hilton Head Island, SC 29928

Office: 843.686.6100

Email: MaryKate@vacationcompany.com

Web: www.vacationcompany.com

MH_000385

"Experts in Vacation Rentals for Hilton Head Island.."

On Thu, Apr 9, 2020 at 9:04 AM Paul Hutchins <PaulRHutchins@outlook.com> wrote:

Thanks. An email announcing that to your customers would have negated my query.

Stay safe.

> On Apr 9, 2020, at 7:50 AM, MaryKate Smith <marykate@vacationcompany.com> wrote:
>
> Good Morning Paul,
>
> There is a maintenance block on your home due to an emergency ordinance put in place by the Town of Hilton Head. All short term rental accommodations cease any rentals after April 8th for 61 days or until the State of Emergency has been rescinded. Therefore, we have had to put maintenance hold on all properties. Any guests currently on the Island can extend their stay, but no new renters are allowed at this time. Please see the link below for the most up to date information on how COVID-19 is effecting Hilton Head Island.
>
> https://www.hiltonheadislandsc.gov/publicsafety/coronavirus/restrictions.cfm
>
> https://www.hiltonheadislandsc.gov/publicsafety/coronavirus/documents/ShortTermRentalOrdinance.pdf
>
> Nikki left the company about six months ago. If you have any additional questions, please let Mark or I know.
>
> I hope you and your family are staying safe during this time.
>
> *Mary Kate Smith*
>
> The Vacation Company
>
> 42 New Orleans Road, Suite 101
>
> Hilton Head Island, SC 29928
>
> Office: 843.686.6100

MH_000386

Email: MaryKate@vacationcompany.com

Web: www.vacationcompany.com

"Experts in Vacation Rentals for Hilton Head Island."

On Wed, Apr 8, 2020 at 6:08 PM Paul Hutchins
<paulrhutchins@outlook.com> wrote:
Hi Nikki:

Why is there a maintenance hold for the first 2 weeks of May?

> On Feb 28, 2019, at 9:24 AM, Nikki Read
> <nikki@vacationcompany.com> wrote:
>
> Paul,
>
> I have made the update in my notes.
>
> I do not foresee an issue with future bookings, it will do well. I will forward this e-mail to your property manager for more information.
>
> Thank you,
>
> Nikki read
>
> On Thu, Feb 28, 2019 at 10:17 AM Paul Hutchins
> <paulrhutchins@outlook.com> wrote:
> The house is almost completed with the furniture being delivered the 2nd week of March. I'm not seeing any additional bookings on the website.

--

*Nikki Read*

The Vacation Company

42 New Orleans Road, Suite 101

MH_000387

Hilton Head Island, SC 29928

Office: 843.686.6100

Email: Nikki@vactioncompany.com

Web: www.vacationcompany.com

"Experts in Vacation Rentals for Hilton Head Island"

<image001.jpg>

MH_000388



The page you are trying to access could not be found. Please try again or notify the administrator.

## HTTP Error 404.0 - Not Found

**The resource you are looking for has been removed, had its name changed, or is temporarily unavailable.**

---

**Most likely causes:**

- The directory or file specified does not exist on the Web server.
- The URL contains a typographical error.
- A custom filter or module, such as URLScan, restricts access to the file.

---

**Things you can try:**

- Create the content on the Web server.
- Review the browser URL.
- Create a tracing rule to track failed requests for this HTTP status code and see which module is calling SetStatus. For more information about creating a tracing rule for failed requests, click **here**.

---

**Detailed Error Information:**

| | | | |
|---|---|---|---|
| **Module** | IIS Web Core | **Requested URL** | https://www.hiltonheadislandsc.gov:443/publicsafety/coronavirus/documents/ShortTermRentalOrdinance.pdf |
| **Notification** | MapRequestHandler | **Physical Path** | C:\Web\HHISCgov\publicsafety\coronavirus\documents\ShortTermRentalOrdinance.pdf |
| **Handler** | StaticFile | **Logon Method** | Anonymous |
| **Error Code** | 0x80070002 | **Logon User** | Anonymous |

---

**More Information:**

This error means that the file or directory does not exist on the server. Create the file or directory and try the request again.

**View more information »**

MH_000390

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:04:14 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 33 Firethorn |
| **Attachments:** | 33 Firethorn.xlsx |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: 33 Firethorn**
**Date:** October 8, 2018 at 1:16:34 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

MH_000391

Paid to Date:

| | | |
|---|---|---|
| 6/27/2017 | Shore Line Design | $2,000.00 |
| 7/10/2017 | Coastal Surveying | $700.00 |
| 11/1/2017 | Shore Line Design | $3,500.00 |
| 12/20/2017 | Shore Line Design | $3,000.00 |
| 1/17/2018 | Key Engineering | $675.00 |
| 4/16/2018 | TD Bank | $744.90 |
| 4/17/2018 | Forest Beach Association | $850.00 |
| 4/17/2018 | Forest Beach Association | $3,500.00 |
| 4/18/2018 | Wells Fargo | $30.00 |
| 4/18/2018 | Palmetto Builders | $51,811.00 |
| 4/26/2018 | Coastal States Bank | $10,107.90 |
| 5/14/2018 | Shore Line Design | $957.50 |
| 5/23/2018 | Southern Consulting | $800.00 |
| 6/28/2018 | Wells Fargo | $30.00 |
| 6/28/2018 | Palmetto Builders | $50,000.00 |
| 8/3/2018 | Wells Fargo | $30.00 |
| 8/3/2018 | Palmetto Builders | $150,000.00 |
| 8/7/2018 | Carolina Heritage Insurance | $1,160.70 |
| 8/15/2018 | FEMA Flood Insurance | $505.00 |
| 8/15/2018 | Village Features | $800.00 |
| 9/19/2018 | Palmetto Builders | $100,000.00 |
| 9/21/2017 | Furniture Direct | $15,000.00 |
| | | $396,202.00 |

MH_000392

Architect
Survey
Architect
Architect
Engineering
Appraisal/Credit Fees
Architecture Review Board
Architecture Review Board Deposit
Wire Transfer Fee
Joey
Loan Closing Fees
Architect
Engineering
Wire Transfer Fee
Joey
Wire Transfer Fee
Joey
Excess Flood Insurance above 250K
Flood insurance to 250K
Elevation Drawing
Joey
Furniture

MH_000393

| | | |
|---|---|---:|
| 5/1/2018 | Estimated Building Cost | $975,000.00 |
| | | |
| 4/18/2018 | Palmetto Builders | $51,811.00 |
| 6/28/2018 | Palmetto Builders | $50,000.00 |
| 8/3/2018 | Palmetto Builders | $150,000.00 |
| 9/19/2018 | Palmetto Builders | $100,000.00 |
| | | |
| | | $351,811.00 |

| | |
|---|---:|
| Remaining Funding | $623,189.00 |
| Loan Funding | -$565,000.00 |
| | |
| Gap in Funding | $58,189.00 |
| Additional Furniture/Misc (estimated) | $30,000.00 |
| | |
| **Estimated Remaining Funding** | **$88,189.00** |

MH_000394

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:04:21 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 33 Firethorn |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: 33 Firethorn**
**Date:** October 8, 2018 at 4:40:45 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** <dru@vacationcompany.com>
**Subject: 33 Firethorn**
**Date:** October 8, 2018 at 1:48:33 PM CDT
**To:** "'Paul Hutchins'" <poscashflow@aol.com>

Paul:

Thanks for all those documents, that should be enough to get the property up and running. This week may be a little whacky with Michael out in the gulf causing trouble. My goal is to have it up in the next few days but we are unfortunately prepping properties again. Have a good day.

Kindest Regards,

## Dru Brown

**Director of Sales and Marketing**

The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Direct: 843.384.1061
Office: 843.686.6100
Email: Dru@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"



VACATION COMPANY
Hilton Head Luxury Homes & Villa Rentals

MH_000395

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:03:04 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: 34 N. Forest Beach Drive |
| **Attachments:** | 34 NFB Mass email with aerial photos.pdf |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: 34 N. Forest Beach Drive**
**Date:** September 23, 2016 at 11:12:06 AM CDT
**To:** hogs83@cox.net

Begin forwarded message:

**From:** "Shelby Stephens" <palmettoproperties@roadrunner.com>
**Subject: RE: 34 N. Forest Beach Drive**
**Date:** September 23, 2016 at 9:28:41 AM CDT
**To:** "'Paul Hutchins'" <poscashflow@aol.com>

Paul,

You never did say if you want to extend the listing. I am attaching a copy of the mass email I am sending out today.
Please let me know, it expires in 7 days.

Thanks,

Patti

*Patti Khoury*
*Office Manager*
*Palmetto Properties of HH*
*41 Crosswinds Drive*
*Hilton Head Island, SC 29926*
*palmettoproperties@roadrunner.com*
*843.785.3505*

**From:** Paul Hutchins [mailto:poscashflow@aol.com]
**Sent:** Thursday, September 22, 2016 11:33 AM
**To:** Shelby Stephens
**Subject:** Re: 34 N. Forest Beach Drive

Any response back from that guy who called Shelby about the lot?

MH_000396

On Sep 22, 2016, at 10:31 AM, Shelby Stephens <palmettoproperties@roadrunner.com> wrote:

Paul,

I sent you an email in regards to your listing expiring at the end of the month for 34 NFB Dr.  Do you want me to extend the listing another 6 months?

Just let me know!

Patti

**Patti Khoury**
**Office Manager**
**Palmetto Properties of HH**
**41 Crosswinds Drive**
**Hilton Head Island, SC 29926**
*palmettoproperties@roadrunner.com*
**843.785.3505**

MH_000397

# 34 N. FOREST BEACH DRIVE
## MLS #351088
## $459,000

**4TH ROW OCEAN LOT**
***

.18 ACRES PERFECT FOR A 4,500 SQ FT BEACH HOUSE WHICH COULD MAKE AS MUCH AS $140,000/YR IN GROSS RENTALS
***

ADJACENT LOT ALSO FOR SALE









**SHELBY STEPHENS**
**BROKER/OWNER**
**PALMETTO PROPERTIES**
**OF HILTON HEAD**
CELL: 843.422.3247
OFFICE: 843.785.3505
EMAIL: SHELBYFIED@ ROADRUNNER.COM





MH_000398

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:07:02 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: Capital Gains, LLC to Adam Ross |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Fwd: Capital Gains, LLC to Adam Ross**
**Date:** March 13, 2020 at 7:54:34 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Capital Gains, LLC to Adam Ross**
**Date:** March 13, 2020 at 7:46:05 PM CDT
**To:** Curtis Coltrane <curtis@coltraneandwilkins.com>

Hi Curtis:

I've given this issue some thought and I've decided to do the following:

1) Please prepare an invoice for your fees and costs in connection with this transaction and forward to the buyer's attorney.
2) Ask the buyer's attorney to pay your fees and costs from the EMD.
3) Return the remaining funds to the buyer.

Given the circumstances we find ourselves in today, I don't feel right about taking his escrow deposit.

Thanks for your help. Hopefully, we'll find another buyer or Adam will buy the property at a later date.

Paul
214-500-7575

MH_000399

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:06:46 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina |
| **Attachments:** | 2020 03 12 Coltrane to Olivetti.pdf |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina**
**Date:** March 12, 2020 at 9:27:46 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Curtis Coltrane <curtis@coltraneandwilkins.com>
**Date:** March 12, 2020 at 9:16:04 AM CDT
**To:** Paul Hutchins <PosCashFlow@aol.com>
**Subject: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina**

Paul:

The attached has gone to Catherine W. Olivetti.

Thank you.   I am,

Sincerely

Curtis L. Coltrane
COLTRANE & WILKINS, LLC

Mailing Address:
Post Office Box 6808
Hilton Head Island, SC  29938

Street Address:
2 Park Lane, Suite 200
Hilton Head Island, SC  29928

(843) 785-5551
(843) 785-5552 (Facsimile)
curtis@coltraneandwilkins.com

CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements
imposed by the IRS, we inform you that any US Federal Tax advice contained in

MH_000400

this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (I) avoiding penalties under the internal revenue code or (II) promoting, marketing or recommending to another party any transaction or matter addressed herein. This advice may not be forwarded (other than within the taxpayer to which it has been sent) without our express written consent.

PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachments) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

MH_000401

# COLTRANE & WILKINS, LLC
## ATTORNEYS AT LAW

POST OFFICE DRAWER 6808
HILTON HEAD ISLAND, SC 29938
(843) 785-5551
(843) 785-5552 (FAX)

Curtis L. Coltrane
E-Mail: curtis@coltraneandwilkins.com
Certified Circuit Court Mediator
Certified Circuit Court Arbitrator
Certified Federal Court Mediator

Curtis L. Coltrane*
John W. Wilkins
*Also Member Virginia Bar

March 12, 2020

Catherine W. Olivetti, Esq.
OLIVETTI, MCCRAY & WITHROW, LLC
1544 Fording Island Road
Hilton Head Island, SC 29926

Via Email to: cathy@omwlawfirm.com
Via Fax to (843) 341-9261
And Via Hand Delivery

RE:    Capital Gains, LLC to Ross
       32 North Forest Beach Drive, Hilton Head Island, South Carolina
       Our file RECAP-20-097

Dear Cathy:

As you are aware, this firm represents Capital Gains, LLC, in connection with the above-referenced transaction, and you represent Adam Ross. The Contract of Sale between the parties dated on or about February 24, 2020 (the "Contract") recite a closing date for the transaction of on or before March 6, 2020. At 4:14 A. M., on March 12, 2020, Adam Ross repudiated the Contract and stated that he would close. A copy of Adam Ross' written repudiation of his obligations under the contract is attached.

As you know, Capital Gains, LLC, is ready, willing and able to tender the necessary closing documents, and I hereby enclose and tender a copy of the executed deeds and sellers' affidavits.

Please allow this letter to serve as notification to Adam Ross, that he is default of his obligations in the February 24, 2020, Contract for the purchase and sale of 32 North Forest Beach Drive, Hilton Head Island, South Carolina. Adam Ross has 10 days to cure his default and close the transaction under the terms of Article 14 of the Contract.

MH_000402

Catherine W. Olivetti, Esq.
March 12, 2020
Page 2 of 2

 I thank you for your attention to this matter, and look forward to hearing from you soon. I am,

    Sincerely,

    COLTRANE & WILKINS, LLC

    Curtis L. Coltrane

CLC/asw
cc: Paul Hutchins

MH_000403

**From:** Adam Ross <adamrross99@gmail.com>
**Subject: 32 North Forest Beach Lot**
**Date:** March 12, 2020 at 4:13:34 AM CDT
**To:** Paul Hutchins

Paul - with the impact of the corona virus on my business here in Cincinnati, I cannot close on 32 North Forest Beach Drive at this time. If the panic that is overtaking the country subsides in the next few weeks i can re-evaluate. I am sorry about this but circumstances have changed significantly.

Adam Ross
513-460-5538

1

MH_000404

STATE OF SOUTH CAROLINA      )
                                )     CORRECTIVE RE-RECORDING
COUNTY OF BEAUFORT           )            AFFIDAVIT

PERSONALLY, appeared before me Curtis L. Coltrane, who, being duly sworn, deposes and says:

1.     The attached Deed from Paul Hutchins to Capital Gains, LLC, was recorded on February 27, 2020, in the Office of the Register of Deeds for Beaufort County, South Carolina, in Record Book 3840 at Page 2404 (the "Deed").

2.     There was a typographical error in the Deed, specifically in the Acknowledgment. The typographical error is the following text: "as member of Capital Gains, LLC".

3.     The typographical error has been corrected in the Deed.

4.     The undersigned, acting as attorney for The Town of Hilton Head Island, South Carolina, and as attorney for Paul Hutchins hereby re-records the Deed with the typographical error corrected by deleting the text: "as member of Capital Gains, LLC" from the acknowledgment.

COLTRANE & WILKINS, LLC

By: _____

Sworn to Before me on this 10th
Day of March, 2020.

_____
Notary Public for South Carolina
My Commission Expires: _____

AUDREY WANICH
Notary Public-State of South Carolina
My Commission Expires
April 09, 2029

Page 1 of 1

MH_000405

BEAUFORT COUNTY SC - ROD
BK 3840 Pgs 2404-2406
FILE NUM 2020010913
02/27/2020   01:53:20 PM
REC'D BY oevans RCPT# 965930
RECORDING FEES $15.00

STATE OF SOUTH CAROLINA )
                        )       **QUIT CLAIM DEED**
COUNTY OF BEAUFORT      )

KNOW ALL MEN BY THESE PRESENTS, that **PAUL R. HUTCHINS** ("Grantors"), in the State aforesaid and in consideration of the sum of **TEN AND NO/100 ($10.00) DOLLARS** and no other valuable consideration to them  in hand paid at and before the sealing of these presents by **CAPITAL GAINS, LLC, A SOUTH CAROLINA limited liability company** (collectively, "Grantees"), having an address of **990 WOODSTREAM DRIVE, PROSPER, TX  75078,** in the State aforesaid, the receipt whereof is hereby acknowledged, have  remised, released and forever quit-claimed, and by these presents do  remise, release, and forever quit-claim unto the said Grantee, in fee simple, its Successors and Assigns, the following property to wit:

ALL that certain piece, parcel or lot of land designated and depicted as "Lot 82 0.18 Acres" on that certain plat of record entitled "Deconsolidation Plat of Lot 82A into Lot 82 and Lot 85 North Forest Beach Drive, A Portion of Subdivision No. 1 Hilton Head Beach" prepared by Surveying Consultants, Inc. and dated March 20, 2006 and recorded in the Beaufort County Register of Deeds Office on May 24, 2006 in Plat Book 113 at Page 176.  For a more particular description as to the courses, metes, bounds and distances of said Lot 82, referenced is hereby made to the above described plat of record.

THIS CONVEYANCE is made subject to all other easement and restrictions of record and otherwise affecting the property.

This being a portion of the same property conveyed to the within Grantor by Eric C. Magnin, dated August 8, 2011 and recorded August 10, 2011 in the Office of the Register of Deeds for Beaufort County, South Carolina in Record Book 3076 at Page 2320.

1

MH_000406

TMS: #R550 015 00A 0710 0000 00

This Deed was prepared in the law office of Coltrane & Wilkins, LLC, Post Office Box 6808, Hilton Head Island, South Carolina, 29938, by Curtis L. Coltrane without benefit of a title examination.

TOGETHER with all and singular, the Rights, Members, Hereditaments and Appurtenances to the said Premises belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD, all and singular, the said Premises before mentioned unto the said Grantee, in fee simple, its Successors and Assigns, forever.

2

MH_000407

WITNESS Grantors' hand this _25th_ day of February, 2020.

SIGNED SEALED AND DELIVERED
IN THE PRESENCE OF

2) _Jessica Munseh_                                          _MHutchins_
Signature of 1st Witness (must be different than 2nd witness)     **By:     Paul R. Hutchins**

3 _K Smith_          _T. L. Phillips_
Signature of 2nd Witness (the Notary Public)

STATE OF TEXAS                              )

                                            )        UNIFORM ACKNOWLEDGMENT

COUNTY OF COLLIN                            )

I, the undersigned Notary Public do hereby certify that Paul R. Hutchins,
        appeared before me this day and acknowledged the due execution of the
foregoing instrument.

Witness my hand and seal this _25th_ day of February, 2020.

4) _T. L. Phillips_                    (SEAL)
Signature of Notary Public for Texas
My Commission expires: _June 21, 2020_

TERRI L. PHILLIPS
ID #129034490
My Commission Expires
June 21, 2020

** Instructions for Execution:        _All signatures should be in blue ink._
                                      _ALL blanks must be filled in._
                                      _Grantor signs at line(s) 1)_
                                      _Witness #1 signs at line 2)_
                                      _Notary Public signs at line 3)_
                                      _Notary Public signs at line 4) and affixes notary seal_

3

MH_000408

STATE OF SOUTH CAROLINA )
                        )       **GENERAL WARRANTY DEED**
COUNTY OF BEAUFORT      )

KNOW ALL MEN BY THESE PRESENTS, that **CAPITAL GAINS, LLC, a South Carolina limited liability company** ("Grantor") in the State aforesaid and in consideration of the sum of **FOUR HUNDRED FIFTY THOUSAND AND NO/100 ($450,000.00) DOLLARS** to it in hand paid at and before the sealing of these presents by **HILTON HEAD BUCKEYE RENTALS, LLC** ("Grantee), having an address of **7014 HARBOUR TOWN DRIVE, WEST CHESTER, OH 45069** in the State aforesaid, the receipt whereof is hereby acknowledged, subject to the easements, restrictions, and conditions set forth in the legal description below, has granted, bargained, sold and released, and by these Presents does grant, bargain, sell and release unto the said Grantee, in fee simple, its successors and assigns, forever the following property to wit:

**TMS# R550 015 00A 0710 0000 00**

ALL that certain piece, parcel or lot of land designated and depicted as "Lot 82 0.18 Acres" on that certain plat of record entitled "Deconsolidation Plat of Lot 82A into Lot 82 and Lot 85 North Forest Beach Drive, A Portion of Subdivision No. 1 Hilton Head Beach" prepared by Surveying Consultants, Inc. and dated March 20, 2006 and recorded in the Beaufort County Register of Deeds Office on May 24, 2006 in Plat Book 113 at Page 176. For a more particular description as to the courses, metes, bounds and distances of said Lot 82, referenced is hereby made to the above described plat of record.

THIS CONVEYANCE is made subject to all other easement and restrictions of record and otherwise affecting the property.

This being the same property conveyed to the within Grantor by Deed of Paul R. Hutchins dated February 25, 2020 and recorded February 27, 2020 in the Office of the Register of Deeds for Beaufort County, South Carolina in Record Book 3840 at Page 2404 and re-recorded _____ in the Office of the Register of Deed for Beaufort County, South Carolina in Record Book _____ at Page _____.

1

MH_000409

This Deed was prepared in the Law Office of Coltrane & Wilkins, LLC, Post Office Box 6808, Hilton Head Island, South Carolina, 29938 by Curtis L. Coltrane.

TOGETHER with all and singular, the Rights, Members, Hereditaments and Appurtenances to the said Premises belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD, all and singular, the said Premises before mentioned unto the said Grantee, in fee simple, it successors and assigns forever.

AND the said Grantor does hereby bind itself and its successors and assigns to warrant and forever defend, all and singular, the said Premises unto the said Grantee, the Grantee's successors and assigns, as herein above provided, against Grantor and Grantor's successors and assigns and against all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

2

MH_000410

WITNESS Grantor's Hand and Seal, this ___6th___ day of _MARCH_ , 2020

SIGNED SEALED AND DELIVERED
IN THE PRESENCE OF:

2) _____

**Signature of 1st Witness**

Capital Gains, LLC
a South Carolina limited liability company

3) _____

**Signature of 2nd Witness (the Notary Public)**
**\*\* see instructions below for execution**

_____ (SEAL)
By:    Paul R. Hutchins
Its:    Member

STATE OF __Texas__    )
                 )     ACKNOWLEDGMENT
COUNTY OF __Collin__ )

I, the undersigned Notary Public do hereby certify that Paul R. Hutchins, as member of Capital Gains, LLC, personally appeared before me this day and, in the presence of the two witnesses above named, acknowledged the due execution of the foregoing instrument.

Witness my hand and seal this __06__ day of March, 2020.

4) _____(SEAL)
Signature of Notary Public for State of: __Texas__
My Commission expires:__02/21/2021__
**(affix seal)**

MATT HOLCOM
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 02/21/2021
NOTARY ID 12897179-8

**\*\* Instructions for Execution:**    *All signatures should be in blue ink.*
                                    *ALL blanks must be filled in.*
                                    *Grantor signs at line(s) 1)*
                                    *Witness #1 signs at line 2)*
                                    *Notary Public signs at line 3)*
                                    *Notary Public signs at line 4) and affixes notary seal*

3

**SELLER'S AFFIDAVITS**

The undersigned Seller of the property located in Beaufort County, South Carolina, known as 32 North Forest Beach Drive (Lot #82 S/D 1), Hilton Head Island, SC 29928, makes the following three affidavits:

**I.     OWNER'S AFFIDAVIT**

The undersigned owner, or her authorized agent, after being duly sworn, says under oath the following:

1. That the undersigned currently owns and holds fee simple title to certain above described real property.

2. That no improvements or repairs have been made on or to the aforementioned property during the ninety-five (95) day period preceding the closing date, for which payment has not been made in full.

3. That there are no outstanding bills incurred (a) for labor and/or materials used in making improvements or repairs on or to said property, (b) for equipment, appliances, fixtures or accessories on or to said property, or (c) for architect's, surveyor's or engineer's services rendered on, to, for or with reference to said property.

4. That the undersigned is not aware of any disputes, pending actions or bankruptcy proceedings, executions or unrecorded judgments, leases, liens or encumbrances that affect title to the property.

5. That this Affidavit is executed with the knowledge that it will be relied upon by the Purchaser of the property, by the title insurer, and by the mortgage lender.

**II.     SELLER'S AFFIDAVIT, NONRESIDENT SELLER WITHHOLDING, SC Code Section 12-8-580.**

THIS IS AN AFFIDAVIT OF FACTS, WHETHER OR NOT THIS AFFIDAVIT IS SUFFICIENT TO RELIEVE THE BUYER OF THE RESPONSIBILITY TO WITHHOLD IS GOVERNED BY SC REVENUE ADVISORY BULLETIN #02-6. PLEASE READ THIS AFFIDAVIT CAREFULLY IN CONJUNCTION WITH THIS ADVISORY OPINION.

The undersigned on oath, being first duly sworn, hereby certifies as follows:

1. This affidavit is being given in connection with a sale of real estate pursuant to SC Revenue Advisory Bulletin #02-6.

4

MH_000412

2. I have attached to this affidavit a description of the real property and any tangible personal property being sold as part of this sale. The real property is located in the county of Beaufort and its tax map number(s) is portion of **TMS# R550 015 00A 0710 0000 00.**

3. The undersigned is the seller of the property described in the attached description.

4. The closing date of this sale is: _____ .

5. The Seller's names is :          Capital Gains, LLC
                                              c/o Paul R. Hutchins

6. The Seller's address:          990 Woodstream Drive
                                              Prosper, TX 75078-9205

7. The Seller's social security number or taxpayer identification numbers is:
          _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_

8. The undersigned acknowledges his obligation to file a South Carolina income tax return for the year of sale.

9. [√] **Resident.** The seller is a resident of South Carolina, as that term is defined in the South Carolina income tax laws (Code Section 12-6-30 et seq.).

10. [ ]   **Deemed Resident.** Pursuant to Code Section 12-8-580C and SC Revenue Advisory Bulletin #02-6, the seller is deemed to be a resident of South Carolina because:

1.   a. The seller is a corporation incorporated outside South Carolina, has its principal place of business in South Carolina, and does no business in its state of incorporation, <u>or</u>

b.       The seller (i) has been in business in South Carolina during the last two taxable years, including the year of sale, (ii) will continue substantially the same business in South Carolina after the sale, (iii) is not delinquent with respect to filing any South Carolina income tax returns, (iv) has filed at least one South Carolina income tax return, and (v) has a certificate of authority to do business in South Carolina or is registered to do business in South Carolina, <u>and</u>

2.       The seller agrees to report the sale on a timely filed South Carolina income tax return.

11.   [ ]     **Tax-Exempt Organizations.** The seller is an organization exempt from income taxes under Internal Revenue Code Section 501(a) or is an insurance company exempt from South Carolina taxes on income.

12.   [ ]     **Gain Amount.** The seller affirms pursuant to Code Section 12-8-580(B)

5

MH_000413

that the amount of gain required to be recognized on this transaction and on which buyer is to make the requisite withholding will not exceed $\underline{\$}$.

13.  [ ]  **Withholding Amount Equals Entire Net Proceeds.** If the withholding amount is limited to the entire net proceeds, any lien, mortgage or credit line advance which was made within one year prior to the closing was not made in contemplation of the sale. See Question and Answer 15 in SC Revenue Advisory Bulletin #02-6 for a discussion of loans made in contemplation of this sale.

14.  **Installment Sale.**

    [ ]  The seller will report this sale on the installment method for South Carolina income tax purposes, and has attached an amortization schedule correctly designating the principal and interest portion of the payments. If withholding is to be limited to the gain, the seller has entered the gain amount in item 12.

    [ ]  The seller elects out of the installment sale method for South Carolina purposes and will report the entire withholding in one payment. If withholding is to be limited to the gain, the seller has entered the gain amount in item 12.

15.  [ ]  **Principal Residence or Involuntary Conversion – Nonrecognition of Gain.** The sale of the property will not be subject to taxes because of Internal Revenue Code Section 121 (sale of a principal residence) or Internal Revenue Code Section 1033 (involuntary conversions.) If the seller fails to comply with Section 1033, the seller acknowledges an obligation to file an amended South Carolina income tax return for the year of the sale.

16.  **Like Kind of Exchange.**

    [ ]  In a simultaneous exchange, the entire gain is deferred under Internal Revenue Code Section 1031.

    [ ]  A gain will be partially recognized. Enter the gain amount in item 12.

    [ ]  The gain is intended to be deferred under Internal Revenue Code Section 1031 using a qualified intermediary and the steps required by SC Revenue Advisory Bulletin #02-6 have been completed.

17.  [ ]  **Employee Relocation.** The transaction involves the sale of an employee's property which is being sold by an employer or relocation company in connection with the employee's transfer. For income tax purposes the sale is treated as a sale by the employer or relocation company.

6

MH_000414

## III.     CERTIFICATION OF NON-FOREIGN STATUS

Section 1445 of the Internal Revenue Code provides that a transferee (buyer) of a U. S. real property interest must withhold tax if the transferor (seller) is a foreign person (defined as a nonresident alien individual, foreign corporation, foreign partnership, foreign trust, or foreign estate, but not a resident alien individual). To inform the transferee (buyer) that withholding of tax is required upon my disposition of a U. S. real property interest, I hereby certify the following:

(a) The Seller is not a foreign person for purposes of U. S. income taxation.

(b) The Seller's Tax ID number is:   see above

(c) The Seller's address is:     see above

I understand that this Certification may be disclosed to the Internal Revenue Service by the transferee and that any false statement I have made herein could be punished by fine, imprisonment, or both.

Under penalties of perjury, I declare that I have examined this Affidavit and, to the best of my knowledge and belief, it is true, correct and complete.

Capital Gains, LLC
a South Carolina limited liability company


By: Paul R. Hutchins
Its:   Member


Sworn to and subscribed before me
This ___06___ day of March, 2020

Notary Public For: _Paul R Hutchins_
My Commission expires: ___02/21/2021___

MATT HOLCOM
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 02/21/2021
NOTARY ID 12897179-8

7

**Transferor Affidavit**
**Tax Lien Inapplicable**
**SC Code Section 12-54-124**

The undersigned transferor hereby certifies as follows:

1. This affidavit is being given in connection with a transfer of property to assure the transferee that the Department will not assert that Code Section 12-54-124 placed a lien against the assets in the hands of the transferee, and if applicable, the Department will not refuse to issue a license and will not revoke a license based upon Code Section 12-54-124. This affidavit issued for purposes of Code Section 12-54-124 is valid for 30 days from the date signed.

   It is understood that this affidavit does not protect the transferee from a lien placed on the assets prior to the transfer by other statutory or judicial means, or relieve the transferor of its liabilities to pay all of its taxes or file all applicable returns, and that it does not protect the transferee from the Department refusing to issue a license, or revoking a license for any other reason. For example, the transferee is not protected from a lien existing on the property due to nonpayment of real property taxes.

2. The undersigned is the transferor of the assets described in the attached description.

3. The Transferor's name is: Capital Gains, LLC

4. The Transferor's address is: 990 Woodstream Drive, Prosper, TX 75078

5. The Transferor's taxpayer identification number is: 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

6. Date of Transfer:

I hereby certify the following concerning the transfer:

☐ The assets transferred are not business assets.

☑ Less than a majority of the business assets, based on fair market value, are being transferred in this and other related or planned transfers.

MH_000416

The undersigned authorizes the delivery and disclosure of this affidavit to the South Carolina Department of Revenue and acknowledges that any false statement contained herein is punishable by fine, imprisonment, or both. Recognizing that I am subject to the criminal penalties under Code Section 12-54-44(B)(6)(a)(i), I declare that I have examined this affidavit and to the best of my knowledge and belief, it is true, correct and complete.

CAPTIAL GAINS, LLC

Date: March 6, 2020

By: _____
Paul R. Hutchins

Its: _____

STATE OF ~~SOUTH CAROLINA~~ *Texas* MH )
)     **ACKNOWLEDGMENT**
COUNTY OF ~~BEAUFORT~~ *Collin* MH )

I, the undersigned Notary Public do certify that Paul R. Hutchins, Sole Member **of Capital Gains, LLC, a South Carolina LLC**, personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my official seal this the __06__ day of March, 2020.

_____
Notary Public for: *State of Texas*
My Commission Expires: *02/21/2021*

MATT HOLCOM
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 02/21/2021
NOTARY ID 12657179-8

**RESOLUTION OF**
**CAPITAL GAINS, LLC**
**a South Carolina limited liability company**

The undersigned does hereby certify that the following resolution was unanimously adopted by the members of Capital Gains, LLC ("the Company"):

RESOLVED, that Paul R. Hutchins is authorized and empowered to act on behalf of and to bind Capital Gains, LLC.

RESOLVED FURTHER, that the sale by the Company of real property located at 32 North Forest Beach Drive (Lot #82 S/D 1), Hilton Head Island, SC 29928 in the amount of FOUR HUNDRED FIFTY THOUSAND and NO/100 ($450,000.00) DOLLARS to Hilton Head Buckeye Rentals, LLC in accordance with a Contract of Sale dated February 24, 2020 is hereby approved.

NOW RESOLVED FURTHER, that member Paul R. Hutchins n is authorized and empowered to execute and deliver documents for and in the name of the Company that shall be fully binding upon the Company and to execute any and all instruments necessary to effect the sale transaction discussed above, and that such documents shall not require the affixation of any seal and shall not require further attestation.

This Resolution shall be in full force and effect from and upon the date of its adoption.

Adoption effective as of the 6TH day of March, 2020.

CAPITAL GAINS, LLC

By: _____
Paul R. Hutchins
Its:     Member

MH_000418

Entity Profile - Business Entities Online - S.C. Secretary of State

Page 1 of 1

**South Carolina Secretary of State**

# Business Entities Online
File, Search, and Retrieve Documents Electronically

# CAPITAL GAINS, LLC

## Corporate Information

**Entity Type:** Limited Liability Company

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

## Registered Agent

**Agent:** PAUL R HUTCHINS

**Address:** 59 OCEAN BREEZE
HILTON HEAD, South Carolina   29928

## Important Dates

**Effective Date** 05/28/2002

:

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

## Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Organization | 05/28/2002 |

For filing questions please contact us at **803-734-2158**

Copyright © 2020 State of South Carolina

https://businessfilings.sc.gov/BusinessFiling/Entity/Profile/bf4dc8dd-63b6-4137-9f33-f4eb...   3/10/2020

MH_000419

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:06:54 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina**
**Date:** March 12, 2020 at 1:25:23 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Curtis Coltrane <curtis@coltraneandwilkins.com>
**Date:** March 12, 2020 at 12:53:04 PM CDT
**To:** Paul Hutchins <PosCashFlow@aol.com>
**Subject: FW:  Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina**

Paul:

See below self-explanatory email from Catherine Olivetti.  I will keep you posted.

Thank you.   I am,

Sincerely

Curtis L. Coltrane
COLTRANE & WILKINS, LLC

Mailing Address:
Post Office Box 6808
Hilton Head Island, SC  29938

Street Address:
2 Park Lane, Suite 200
Hilton Head Island, SC  29928

(843) 785-5551
(843) 785-5552 (Facsimile)
curtis@coltraneandwilkins.com

CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any US Federal Tax advice contained in this communication (including any attachments) is not intended or written to be

MH_000420

used, and cannot be used, for the purpose of (I) avoiding penalties under the internal revenue code or (II) promoting, marketing or recommending to another party any transaction or matter addressed herein. This advice may not be forwarded (other than within the taxpayer to which it has been sent) without our express written consent.

PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachments) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

**From:** Cathy Olivetti <cathy@omwlawfirm.com>
**Sent:** Thursday, March 12, 2020 1:33 PM
**To:** Curtis Coltrane <curtis@coltraneandwilkins.com>
**Cc:** Allie Rohal <allie@omwlawfirm.com>; Denise Hinchliff <denise@omwlawfirm.com>
**Subject:** RE: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina

We have reached out to our client and suggested that if he knows for sure that he cannot close within 10 days, then he just needs to sign a release and forfeit the EMD. I suspect that his money may not have been moved over to cash soon enough......
I will let you know as soon as I know and we can put this one in the rear view mirror.
Thanks.
Cathy



Catherine West Olivetti, Esquire
Olivetti, McCray & Withrow, LLC
*Attorneys at Law*
1544 Fording Island Rd. (29926)
P.O. Box 7906
Hilton Head Island, South Carolina 29938
843-341-9260
843-341-9261 fax
www.omwlawfirm.com

**Wire Fraud is on the rise!  Do not accept alternative wire instructions from our office!  Always call to let us know when you are wiring funds to us!**

**Click here** to send me files securely

*Please think about the environment before you print this email*

MH_000421

**REAL ESTATE CLOSINGS:** Any and all funds needed for a real estate closing must be wired to our real estate trust account per the wire instructions that will be provided to you. We cannot accept certified or cashier's checks for real estate closings.

**NON-SOLICITATION:** This message and its contents is not intended nor should it be construed as a solicitation of representation. If this message is sent to a represented party, please disregard. Please note that no attorney-client relationship exists without a fully executed Contract of Representation.

**PRIVILEGED AND CONFIDENTIAL:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please delete it from your system without copying it and notify the sender by reply e-mail or by calling 843-341-9260 so that the address can be corrected. Thank-you.

**From:** Curtis Coltrane <curtis@coltraneandwilkins.com>
**Sent:** Thursday, March 12, 2020 10:09 AM
**To:** Cathy Olivetti <cathy@omwlawfirm.com>
**Subject:** Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina

Cathy:

Please disregard the previous email. It did not include a copy of the email sent by Mr. Ross.

Thank you.    I am,

Sincerely

Curtis L. Coltrane
COLTRANE & WILKINS, LLC

Mailing Address:
Post Office Box 6808
Hilton Head Island, SC  29938

Street Address:
2 Park Lane, Suite 200
Hilton Head Island, SC  29928

(843) 785-5551
(843) 785-5552 (Facsimile)
curtis@coltraneandwilkins.com

CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any US Federal Tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (I) avoiding penalties under the internal revenue code or (II) promoting, marketing or recommending to another party any transaction or matter addressed herein. This advice may not be forwarded (other than within the taxpayer to which it has been sent) without our express written consent.

PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any

MH_000422

attachments) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

MH_000423

**Message**

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:11:12 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: Did you watch |

Begin forwarded message:

**From:** Malcolm Hutchins <visioncareservice@gmail.com>
**Subject: Re: Did you watch**
**Date:** May 20, 2022 at 11:08:58 PM CDT
**To:** Paul Hutchins <PaulRHutchins@outlook.com>

You are not telling me news! Remember, I called you about the show. You seemed disinterested as you were occupied with golf tournament. I guess when vacation company puts out alert it has more impact for you.

Dr. Malcolm R. Hutchins

On May 20, 2022, at 8:40 PM, Paul Hutchins <PaulRHutchins@outlook.com> wrote:

Begin forwarded message:

**From:** The Vacation Company <rent@vacationcompany.com>
**Date:** May 20, 2022 at 1:48:13 PM CDT
**To:** Paul Hutchins <PaulRHutchins@outlook.com>
**Subject: Did you watch**
**Reply-To:** rent@vacationcompany.com

1-843-686-6100  •  Forward to Friends and Family  •  View Online

MH_000424



VACATI  N COMPANY
Hilton Head Luxury Homes & Villa Rentals

Hilton Head Rentals     Specials     Area Guide     About Us

Dear Homeowners,

As you may have heard already, the Today Show was live this morning from Sea Pines
This is incredible exposure for the island and something that benefits us as we market :
at a national level. Al Roker and the team gave viewers a tour of their oceanfront VRBC
which immediately helps viewers entertain the idea of booking a vacation home on the
also embarked on a Lowcountry fishing charter and spoke with volunteers about local e
protect sea turtles. This also goes in hand with what we want to achieve through our co
level services and local community involvement to protect sea turtles.

*Fun Fact: Craig Melvin has rented properties through The Vacation Company on numerous occassi*

All in all, this is a great showcase of everything Hilton Head has to offer, and we want tc
most out of this opportunity. As a next step in our marketing efforts, we plan on capitali:
level of exposure. This will help us bridge the gap between the show's viewers and our
homes. We will promote targeted content on social media to help viewers thinking abou
on America's #1 island to book with The Vacation Company.

If you did not get a chance to catch the segment this morning, click below to watch more!

MH_000425





Photo courtesy of The Today Show.



**Unsubscribe Instantly**

**The Vacation Company**
50 Palmetto Bay Rd
Hilton Head, SC 29928
Local Phone: 1-843-686-6100
Contact Us

f in ☺ 📺

Email Marketing Powered by △ bluetent

MH_000426

Message
_____

**From:**     Malcolm Hutchins [visioncareservice@gmail.com]
**Sent:**     7/31/2024 3:09:59 AM
**To:**       David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group
             (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5]
**Subject:**  Fwd: Electrical Issue

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Electrical Issue**
**Date:** September 22, 2020 at 9:24:09 PM CDT
**To:** Ben Klahr <ben@vacationcompany.com>
**Cc:** Malcolm Hutchins <visioncareservice@gmail.com>

Hi Ben:

My brother told me that the outlets in the garage continue to trip with no power. Apparently, the contractor did not solve the problem. I would normally call the builder to fix this as this is covered by warranty. Because I've already paid your contractor to fix this problem, please contact him for another visit. I assume this will be covered by his warranty and there will be no further charges.

Also, the TV nearest the spa downstairs is not responding to the remote. Please check this out and ensure that the appropriate labels are on the remote (it appears some of the labels have fallen off).

Thanks for your help.

On Sep 15, 2020, at 1:36 PM, Ben Klahr <ben@vacationcompany.com> wrote:

Paul,

To give you a little more background on the electrical issue, a few weeks ago the guests called several times that there was no power to any of the outlets in the garage. Beau went over to the house and found a breaker tripped, reset it and all was good. The guests called again later that same day for the same thing. Beau went back by the house and could not get the breaker to reset. We called Oceanside electric out and they found that there was an arc fault/ground fault breaker for that circuit. Arc fault is not required in this application and is a much more sensitive breaker, so they installed just a ground fault breaker and it seemed to hold, or at least for a while. The next day the same thing happened and they ended up replacing that ground fault breaker with a regular breaker and putting the ground faults in the outlets instead of in the panel. We have not had this happen since and the problem seems to be resolved. This was also as you can see, not just replacing an outlet but there was a bit of troubleshooting and tracing going on, so it too a few hours. I hope this explains the situation a little better, let me know if you have any questions.

MH_000427

## Ben Klahr
**Senior Property Manager**
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: Ben@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"
<image002.png>

**From:** brooke@vacationcompany.com <brooke@vacationcompany.com>
**Sent:** Tuesday, September 15, 2020 1:35 PM
**To:** Ben Klahr <ben@vacationcompany.com>
**Subject:** FW: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)

I just review the statement and saw where Oceanside seemed to have charged in excess for labor. Not that we can control what Electricians charge, just saying.

## Brooke Walker
**Accounting Services**
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: brooke@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"

**From:** Paul Hutchins <PaulRHutchins@outlook.com>
**Sent:** Tuesday, September 15, 2020 1:32 PM
**To:** Brooke@vacationcompany.com
**Subject:** Re: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)

Are you serious? That's the charge for replacing an outlet? I need to be aware of these kind of charges before they take place.

On Sep 15, 2020, at 12:19 PM, "brooke@vacationcompany.com" <brooke@vacationcompany.com> wrote:

Mr. Hutchins,
If you are referring to the bottom portion of your statement where "Maintenance & Supplies" is listed as a line item, this is any charge throughout the year that would fall under this

MH_000428

expense category. The bottom portion of the statement are your Year-To-Date figures but when reviewing your August owner statement, it seems the $303.46 is from the Oceanside Electric invoice billed on 08/31/2020 for replacing the GFCI outlet in the garage. Please let me know if you have any additional questions.

Kindest Regards,

*Brooke Walker*

**Accounting Services**
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: brooke@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"

---

**From:** Rent @VacationCompany <rent@vacationcompany.com>
**Sent:** Tuesday, September 15, 2020 12:59 PM
**To:** Ben Klahr <ben@vacationcompany.com>; Brooke Walker <brooke@vacationcompany.com>
**Subject:** Fwd: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)

---------- Forwarded message ---------
From: **Paul Hutchins** <PaulRHutchins@outlook.com>
Date: Tue, Sep 15, 2020 at 12:54 PM
Subject: Re: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)
To: Rent@vacationcompany.com <Rent@vacationcompany.com>

What is the maintenance and supplies charge for?

> On Sep 15, 2020, at 11:44 AM, The Vacation Company <noreply@escapia.com> wrote:
>
> Please find the attached correspondence.
> <TempHutchinsPaul-20200915-f66e6c58-7a51-47a0-98bb-94ef7ee59c37.pdf>

MH_000429

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:04:04 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: Firethorn |
| **Attachments:** | SHT 5 FRONT & REAR10.16.17.pdf; SHT 1 SITE10.16.17.pdf |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Firethorn**
**Date:** October 18, 2017 at 3:02:49 PM CDT
**To:** hogs83@cox.net

MH_000430



REAR ELEVATION

REAR ELEVATION

MH_000431



SITE PLAN

A TREE AND TOPOGRAPHIC LAND SURVEY
OF
LOT 52
FIRETHORN LANE
A PORTION OF
SUBDIVISION No.1
LAWTON BEACH

HILTON HEAD ISLAND, BEAUFORT COUNTY, SOUTH CAROLINA

PREPARED FOR:     PAUL HUTCHINS

HUTCHINS RESIDENCE

LOT 52 - FIRETHORN LANE
LAWTON BEACH
HILTON HEAD ISLAND, S.C.

MH_000432

Message
_____

**From:**       Malcolm Hutchins [visioncareservice@gmail.com]
**Sent:**       7/31/2024 3:03:35 AM
**To:**         David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5]
**Subject:**    Fwd: Floor plans form Mark Brummer
**Attachments:** SHT 2.pdf; SHT 3.pdf; SHT 4.pdf; SHT 6.pdf

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Floor plans form Mark Brummer**
**Date:** February 7, 2017 at 9:28:02 AM CST
**To:** hogs83@cox.net

Begin forwarded message:

**From:** Mark Brummer <mbrummer@roadrunner.com>
**Subject: Floor plans form Mark Brummer**
**Date:** January 27, 2017 at 12:40:12 AM CST
**To:** poscashflow@aol.com

Paul,
Here is an example that we expand on.

Regards,

Mark E. Brummer

President
Shore Line Design, Inc.
P.O. Box 22472
Hilton Head Island, S.C. 29925
(843)816-6022

MH_000433



MH_000434



MH_000435



MH_000436

FRONT ELEVATION

REAR ELEVATION





MH_000437

Message
_____

**From:**      Malcolm Hutchins [visioncareservice@gmail.com]
**Sent:**      7/31/2024 3:14:56 AM
**To:**        David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5]
**Subject:**   Fwd: Grill

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Fwd: Grill**
**Date:** September 13, 2022 at 11:34:51 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** <ben@vacationcompany.com>
**Subject: Grill**
**Date:** June 2, 2022 at 8:46:02 AM CDT
**To:** <paulrhutchins@outlook.com>

Paul,

      The heat deflectors and the burners on the grill need to be replaced.  They have rusted through and the burners have large cracks that just shoot fire.  We could not located a model number any where on the grill, is this something that you might have on file.  Otherwise we may need to remove the grill from the counter as that information could be on the back.  Let me know.

## Ben Klahr
### Director of Operations
The Vacation Company
50 Palmetto Bay Road
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: Ben@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"


VACATION COMPANY
Hilton Head Luxury Homes & Villa Rentals

MH_000438

Message
_____

**From:**      Malcolm Hutchins [visioncareservice@gmail.com]
**Sent:**      7/31/2024 3:06:36 AM
**To:**        David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5]
**Subject:**   Fwd: House on FB



Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: House on FB**
**Date:** March 5, 2020 at 3:07:35 PM CST
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

https://www.airbnb.com/rooms/41007659?source_impression_id=p3_1583442173_FId60fELcv
m7Ub8%2F

MH_000439

# 8 bed 8 bath in north forest beach

⤴ Share    ♡ Save







::: Show all photos

## Entire home in Hilton Head Island, South Carolina

16+ guests · 8 bedrooms · 14 beds · 9 baths

| Guest favorite | 4.83 ★★★★★ | 18 Reviews |
| --- | --- | --- |

 **Hosted by Adam**
Superhost · 5 years hosting

### Add dates for prices

| CHECK-IN | CHECKOUT |
| --- | --- |
| Add date | Add date |

**GUESTS**
1 guest ⌄

**Check availability**

🏳 Report this listing

🏆 **Top 10% of homes**
This home is highly ranked based on ratings, reviews, and reliability.

🚪 **Self check-in**
Check yourself in with the keypad.

 **Adam is a Superhost**
Superhosts are experienced, highly rated Hosts.

MH_000440

Brand New, 8 bedroom, 8 bathroom, huge outdoor space with private pool, sleeps 24. Designed for large groups. Less than 3 minute walk to the beach and 5 minute walk to Coligny.

**The space**
Built in 2020, this new 8 bedroom, 8 full bath, 2 half bath 4th row ocean...

Show more >

## Where you'll sleep



**Bedroom 1**
1 queen bed

**Bedroom 2**
1 king bed

## What this place offers

🌊 Beach access – Beachfront

🍴 Kitchen

📶 Wifi

🚗 Free parking on premises

🏊 Private outdoor pool - available all year, open 24 hours, heated

🛁 Private hot tub

🖥 75 inch HDTV with Apple TV

⬍ Elevator

◎ Free washer – In unit

◎ Free dryer – In unit

Show all 40 amenities

MH_000441

## Select check-in date

Add your travel dates for exact pricing

### August 2024

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### September 2024

| Su | Mo | Tu | We | Th |
|----|----|----|----|----|
| 1  | 2  | 3  | 4  | 5  |
| 8  | 9  | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 |    |    |    |





# 4.83

## Guest favorite

This home is in the **top 10%** of eligible listings
based on ratings, reviews, and reliability

| Overall rating | Cleanliness | Accuracy | Check-in | Communication | Location | Value |
|----------------|-------------|----------|----------|---------------|----------|-------|
| 5 ▬▬▬▬ | 5.0 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 |
| 4 ▬ | | | | | | |
| 3 ▬ | | | | | | |
| 2 ▪ | | | | | | |
| 1 ▬ | | | | | | |



**Lisa**
Livingston, New Jersey

★★★★★ · May 2024 · Stayed with kids

Unfortunately, I got sick right before this vacation and had to miss it, but my kids, grandkids, niece and nephew all were able to spend time at the house. They had a great time and told me I would have loved it! They mentioned it worked well as a share house with its many bathrooms. They loved the walkable location and being able to grab coffee at a local shop and...

**Show more**

8/2/24, 10:39 AM                8 bed 8 bath in north forest beach - Houses for Rent in Hilton Head Island, South Carolina, United States - Airbnb

 **Jennifer**
Ruskin, Florida

★★★★★ · **April 2024** · Group trip

This was a fantastic place for us!!! Lots to do and really great location. The home was beautiful and the space was comfortable. Adam was extremely friendly, as was Rena the property manager. This is absolutely a place we would return!!

Show more

 **Cindy**
London, Ohio

★★★★★ · **November 2022** · Group trip

Great communication. Everything was smooth. Caring people all through the process.

 **Stephen**
3 years on Airbnb

★★★★★ · **October 2022** · Group trip

Beautiful home and location in Hilton Head!
Owner was very helpful and prepared for our stay with four other couples!

 **Barbara**
6 years on Airbnb

★★★★★ · **September 2022** · Stayed with kids

Lovely house and well equipped! Easy 2 minute walk to the beach. Owner and property manager are great! Would definitely stay here again.

 **Anna**
Orlando, Florida

★★★★★ · **May 2022** · Stayed with kids

This is a rare gem - what you see in the photos is exactly what you get! The house is only a couple years old and very well maintained. Adam is a great host and checked in with us many times throughout the week. The property manager Rena is also helpful and friendly....

Show more

Show all 18 reviews

Learn how reviews work

## Where you'll be

Hilton Head Island, South Carolina, United States

https://www.airbnb.com/rooms/41007659?source_impression_id=p3_1583442173_FId60fELcvm7Ub8%2F                4/7

MH_000443



We verified that this listing's location is accurate. **Learn more**

## Neighborhood highlights

Beautiful neighborhood 3 minute walk to the beach

**Show more** >

## Meet your Host

MH_000444



## Adam is a Superhost

Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

## Host details

Response rate: 100%
Responds within an hour


**Message Host**

---

 To protect your payment, never transfer money or communicate outside of the Airbnb website or app.

## Things to know

**House rules**

Check-in after 4:00 PM

Checkout before 10:00 AM

No pets

**Show more  >**
**Safety & property**

Pool/hot tub without a gate or lock

Nearby lake, river, other body of water

Carbon monoxide alarm

**Show more  >**
**Cancellation policy**

Add your trip dates to get the cancellation details for this stay.

MH_000445

Add dates >

Airbnb  >  United States  >  South Carolina  >  Beaufort County  >  Hilton Head Island

## Explore other options in and around Hilton Head Island

**Savannah**
Vacation rentals

**Kiawah Island**
Vacation rentals

**Tybee Island**
Vacation rentals

**Jekyll Island**
Vacation rentals

**Folly Beach**
Vacation rentals

**St. Simons Island**
Vacation rentals

**Mount Pleasant**
Vacation rentals

**Atlanta**
Vacation rentals

**Kissimmee**
Vacation rentals

## Other types of stays on Airbnb

**Hilton Head Island vacation rentals**

**Hilton Head Island monthly stays**

**House vacation rentals in Hilton Head Island**

**Beach house vacation rentals in Hilton Head Island**

**Beachfront vacation rentals in Hilton Head Island**

**Beachfront vacation rentals in South Carolina**

**Beach house vacation rentals in South Carolina**

**House vacation rentals in South Carolina**

**House vacation rentals in United States**

**Support**

Help Center

AirCover

Anti-discrimination

Disability support

Cancellation options

Report neighborhood concern

MH_000446

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:05:02 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: House |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: House**
**Date:** November 15, 2018 at 9:09:13 PM CST
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

https://www.realtor.com/realestateandhomes-detail/6529-E-Autumns-Ridge-Dr_Fayetteville_AR_72701_M84823-31495#photo0

MH_000447





📷 1/30

What's your equity? (It's easy to find out

⬤ Off Market

**6** bed   **5.5+** bath   **8,456** sqft   **10** acre lot

6529 E Autumns Ridge Dr,                                          **View on Map** 📍
Fayetteville, AR 72701

🏠 **Single Family**          🔨 **2006**
   Property type                Year built

📈 **$1.3M in 2018**      — **$156**

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**        ✏️  ⬆️

( Owner View )          ( **Connect with agent** )

MH_000448

 Share this home

 Edit Facts

US Military & Veterans $100,000 Home Giveaway. See Off. Rules

## Interested in selling 6529 E Autumns Ridge Dr?

Estimated value*

# $1,673,000

*Estimation is calculated based on tax assessment records, recent sale prices of comparable properties, and other factors.

See your offers

## Compare agents with **Real**ChoiceTM Selling, find a trusted expert



**Chad and Bonnie Beebe**

Weichert, REAL...   #EB00081318

| 65 | 8 years |
|---|---|
| Sold | Experience |

View proposal

Featured ⓘ

**The Moldenhauer Group**

RE/MAX Associ...   #PB00015373

| 220 | 44 years | N/A - N/A |
|---|---|---|
| Sold | Experience | Price range |

View proposal

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**

Valid for **6529 E Autumns Ridge Dr** only. **Not yours? Sell a different property**

## 155.42%

More expensive than nearby properties ⓘ

## $358K

↑ Since last sold in 2018
ⓘ

## $1,795

Median rent for nearby properties ⓘ



## Get your home value updates

Claim your home and get an email whenever there's an update to your home value.

( I'm the owner, send me updates )

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**    ✏️  ⬆️

This one of a kind, custom built home was inspired by the architecture of beautiful residences alongside the Mississippi River in Natchez. This lovely 6+ bedroom home is situated on 10 stunning acres w/extraordinary views from every level in the home. Inviting porches and patios welcome all who visi...

Show more

## Property features

### Bedrooms

- Bedrooms: 6

### Other Rooms

- Total Rooms: 16
- Basement Features: Finished

Show more ∨




### Local Home Services

Advertisement

### Financial Services

US Military & Veterans $80,000 Home Giveaway. See Off. Rules

**ENTER NOW**

Presented By



**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**



| | |
|---|---|
| Collateral Analytics | $1,674,041 |
| CoreLogic® ⓘ | $1,587,281 |
| Quantarium | $1,820,624 |

## Hide chart summary ⌃

The following table summarizes the chart by comparing the earliest historic estimate, last year's estimate, and a forecasted projection to this month's current estimate for each valuation provider.

| Provider | Current estimate | Estimate for Aug 2023 | Change Since Aug 2023 |
|---|---|---|---|
| Collateral Analytics | $1,674,041 | $1,772,000 | -6% |
| CoreLogic® | $1,587,281 | $1,735,700 | -9% |
| Quantarium | $1,820,624 | $1,462,705 | +24% |

The estimate(s) shown, which come from one or more automated valuation model providers independent of Realtor.com®, represent information that may provide a helpful starting point for discussions with a real estate agent.

( Learn about RealEstateˢᴹ data )



## Find out how much home equity you can use

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**    ✎  ⬆

in your home could help. Connect with a lender to see if you qualify.

<u>Latest home equity rates</u>

<u>Advertising disclosure</u>

## ⌂ Similar Homes For Sale                                                     ∧

Comparison of 6529 E Autumns Ridge Dr, Fayetteville, AR 72701 with Nearby Homes:

  

### $2,495,000

**5** bed   **2** bath   **6,591** sqft

2645 N Miles View Rd
Fayetteville, AR 72701

### $975,000

**6** bed   **2** bath   **6,900** sqft

4850 E Mission Blvd
Fayetteville, AR 72703

### $2,895,0

**6** bed   **1** bath

531 N Sequoyah
Fayetteville, AR

### Interested in any of these homes?

Have a local agent show you around.    **Contact agent**

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**

MH_000453

##  Property history    ⌃

### Property price

| Date | Event | Price |
|---|---|---|
| 08/07/2018 | Sold | $940,000 |
| 08/02/2018 | Sold | $1,315,000 |
| 07/03/2018 | Price Changed | $1,695,000 |
| 06/28/2018 | Listing Removed | $1,750,000 |
| 05/31/2018 | Price Changed | $1,750,000 |
| 05/12/2018 | Listed | $1,750,000 |
| 05/10/2018 | Price Changed | $1,825,000 |

Show more ⌄

### Tax History

| Year | Taxes | Total assessment | | Land | | Additions |
|---|---|---|---|---|---|---|
| 2022 | $10,379 | $194,240 | = | $57,530 | + | $136,710 |
| 2021 | $9,955 | $186,110 | = | $57,530 | + | $128,580 |

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**

| 2010 | $0.500 | $170.050 | | $00.000 | | $107.050 |

MH_000454

| Year | Taxes | Total assessment | | Land | | Additions |
|------|-------|------------------|---|------|---|-----------|
| 2017 | $8,513 | $170,350 | = | $33,000 | + | $137,350 |
| 2016 | $8,513 | $170,350 | = | $33,000 | + | $137,350 |
| 2015 | $8,513 | $170,350 | = | $33,000 | + | $137,350 |

Show more ∨

The price and tax history data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain the most up-to-date information available.

## Home Inspiration ∧



### Veterans: Enter to Win!

U.S. Veterans and Active Military Members have a chance to win $80,000 towards a new home. Restrictions Apply.


Enter Now ⤴

Sponsored by  $80,000

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**

## ⬡ Schools                                                                    ⌃

| | Nearby Schools | Elementary | Middle | High | Private |

| Rating* | School name | Grades | Type | Students | Reviews | Distance |
|---|---|---|---|---|---|---|
| 8 | Vandergriff Elementary School | K – 4 | Public | 599 | ★★★★☆ 8 reviews | 2.9 mi |
| 8 | Mcnair Middle School | 5 – 6 | Public | 688 | ★★★★☆ 2 reviews | 3 mi |
| 7 | Woodland Junior High School | 7 – 8 | Public | 773 | ★★★★☆ 2 reviews | 5.2 mi |

\* School data provided by National Center for Education Statistics, Pitney Bowes, and GreatSchools Independent for reference only. GreatSchool Ratings compare a school's test performance to statewide results. To verify enrollment eligibility, contact the school or district directly.

## 📈 Neighborhood                                    Noise, Commute  ⌃

**Facts about 6529 E Autumns Ridge Dr**

🚗     Commute time: Add a commute

🔊 **Noise level: N/A** ⓘ
This home has a n/a noise level for the surrounding area

## Explore Schools, Safety, and Lifestyle around 6529 E Autumns Ridge Dr

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**     ✎   ⬆

MH_000456



▷ ›

## Check out other home values in Autumns Ridge Dr, Fayetteville, AR.

**$464,700**
Median listing price

**$655,000**
Median sales price

**53**
Median days on market

**$214**
Median price per sqft

### 6529 E Autumns Ridge Dr, Fayetteville, AR 72701

## Bridgeport

Median listing: $395,000

## White Rock

Median listing: $431,000

## Huntingdon

Median listing: N/A

Ask an agent

Popular searches in Fayetteville include: **Price reduced** , **New construction** , **Virtual tours** , **Retirement communities** , **New listings** , **Single story** , **Central air** , **Basement** , **Swimming pool** , **Waterfront** , **Ocean view** , **Lake view** , **Garage 1 or more** , **Garage 2 or more** , **Garage 3 or more** , **Rv or boat parking** , **Big lot** , **Big yard** , **Dog kennel** , **Dual master bedroom** , **Single family homes Fayetteville** , **Condos Fayetteville** , **Townhomes Fayetteville** , **Multi-family homes Fayetteville** , **Mfd/mobile homes Fayetteville** , **Farms Fayetteville** , **Lands Fayetteville** , **New constructions Fayetteville** , **Newest listings Fayetteville** , **Recently sold homes Fayetteville**

## 🏠 Nearby Home Values ⌄

| Address | RealEstate℠ data |
|---|---|
| This Home : 6529 E Autumns Ridge Dr | $1,673,000 |
| 2553 NW Rivercrest Rd, Fayetteville, AR 72701 | $760,400 |
| 2715 N Concord Ln, Fayetteville, AR 72703 | $600,300 |

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**     ✏️  ⬆️

| 6423 E Mission Blvd, Fayetteville, AR 72703 | $1,182,000 |

MH_000458

| Address | RealEstimate℠ data |
|---|---|
| 6371 E Mission Blvd, Fayetteville, AR 72703 | $974,700 |
| 2809 N Cedar Hill Dr, Fayetteville, AR 72703 | $926,100 |

See More ∨

## ⚵ Environmental risk ∧

### ☁ Flood Factor  Minimal    >

This property's flood risk is not changing.

### 🔥 Fire Factor  Major    >

This property's wildfire risk is increasing.

### 🌡 Heat Factor  Moderate    >

7 days above 105°F this year

### 🌬 Wind Factor  Minor    >

Minor risk of severe winds over next 30 years

### 🍃 Air Factor  Minimal    >

Risk of poor air quality is not changing

Provided by First Street Foundation ⓘ

## Connect with an agent

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**     ✎   ⬆

MH_000459

Email*

Phone*

Are you selling or buying?* ⌄

**Connect**

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and <u>others</u> about your inquiry and other home-related matters, but not as a condition of any purchase. <u>More...</u>

## Homes Around $1,673,000



🟢 For Sale

### $480,000

**3** bed   **2** bath   **1,830** sqft

2903 NW Shelton Rd
Fayetteville, AR 72703

## Recently Sold Homes Near 6529 E Autumns Ridge Dr

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**   ✏️

8/2/24, 10:40 AM                    6529 E Autumns Ridge Dr, Fayetteville, AR 72701 | realtor.com®





● Sold on June 21, 2024

**$1,912,800**

**5** bed   **4.5+** bath   **6,376** sqft

6828 NW Rivercrest Rd
Fayetteville, AR 72701

● Sold on March 11, 2024

**$900,000**

**5** bed   **4** bath   **4,255** sqft

2311 N Fox Trl
Fayetteville, AR 72703

● Sold on July 30,

**$670,000**

**3** bed   **3** bath   **3,C**

2447 N Fox Trl
Fayetteville, AR 7270

## Nearby Homes with Pools around 72701





● For Sale

**$1,295,000**

**4** bed   **4** bath   **4,714** sqft

2364 N Fox Trl
Fayetteville, AR 72703

● For Sale

**$2,495,000**

**5** bed   **4.5+** bath   **6,591** sqft

2645 N Miles View Rd
Fayetteville, AR 72701

● For Sale

**$1,499,900**

**5** bed   **3.5+** bath

3177 and 3179 N Doyr
Fayetteville, AR 7270

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**   ✎  ⬆

**Editor's Picks**

8/2/24, 10:40 AM                    6529 E Autumns Ridge Dr, Fayetteville, AR 72701 | realtor.com®

Trends                    Trends                    Celebrity Real Estate          Buy







The Most Cycling-          'My House Was Sold on the    Did Ben Affleck          7 A
Friendly Cities Across...  Courthouse Steps for $3.24... Just Buy a Los...        Wh



## Additional Information About 6529 E Autumns Ridge Dr, Fayetteville, AR 72701

See 6529 E Autumns Ridge Dr, Fayetteville, AR 72701, a single family home. View property details, similar homes, and the nearby school and neighborhood information. Use our heat map to find crime, amenities, and lifestyle data for 6529 E Autumns Ridge Dr.

The property-related information displayed on this page is obtained from public records and other sources.While such information is thought to be reliable, it is not guaranteed and should be independently verified. Properties labeled Not for Sale are classified as such either because we do not have a record of such properties currently being for sale or because we are not permitted, by contract, law, or otherwise, to designate such properties as currently for sale. For the most accurate and up to date status of this or any other property, please contact a REALTOR®.

### Nearby Cities

Springdale Homes for Sale

Rogers Homes for Sale

Bella Vista Homes for Sale

**6529 E Autumns Ridge Dr, Fayetteville, AR 72701**

72701 Homes for Sale

72704 Homes for Sale

72756 Homes for Sale

See More ∨

**Nearby Neighborhoods**

Mount Sequoyah South Homes for Sale

Bridgeport Homes for Sale

White Rock Homes for Sale

See More ∨



About us                 Careers                  Accessibility

Feedback                 Media room               Ad Choices

Advertise with us        Agent support            Privacy

Terms                    Home Made                Tech Blog

Agent Blog               Sitemap                  Do Not Sell or Share My
                                                  Personal Information

**Get the app**

© 1995-2024 National Association of REALTORS ® and Move, Inc. All rights reserved.

MH_000463