**Malcolm R. Hutchins vs. Paul R. Hutchins and Capital Gains, LLC, a South Carolina Limited Liability Company.**

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT A – part 3 of 3
# TEXT AND EMAIL EXCHANGES BETWEEN PLAINTIFF AND DEFENDANT PAUL. R. HUTCHINS, BATES STAMPED MH_000001-MH_000695

6529 E Autumns Ridge Dr, Fayetteville, AR 72701 | realtor.com®

MH_000464

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:03:43 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: House |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: House**
**Date:** February 7, 2017 at 9:49:35 AM CST
**To:** hogs83@cox.net

http://www.zillow.com/homedetails/15-Gannet-St-Hilton-Head-Island-SC-29928/68827822_zpid/

MH_000465

  **Zillow**®

<    7 ba | 4,651 sqft



1 of 25

15 Gannet St, Hilton Head, SC 29928

● **Off market**

Zestimate®: **$3,108,000**

Rent Zestimate®: **$16,229**

**Est. refi payment:** $17,796/mo

Ⓢ **Refinance your loan**

Home value     Owner tools     Home de     >

Zillow makes it simple to explore your cash-out refinance options.

**Start now**

Zillow Group Marketplace, Inc. NMLS #1303160

# Home value



Zestimate

# $3,108,000



Zestimate range

**$2.80M - $3.45M**



Last 30-day change

**- $63,655** (-2.0%)



Zestimate per sqft

**$668**

Zestimate history & details ∨

Estimated net proceeds

## $1,596,808

| Est. selling price | $ 3,108,000 |



| Est. remaining mortgage ⑦ | $ 1,258,789 |



Est. prep & repair costs ⓘ $6,000 ⌄

Est. closing costs ⓘ $246,404 ⌄

**Est. total selling costs (8%)** **$252,404**

All calculations are estimates and provided for informational purposes only. Actual amounts may vary.

# Comparable homes

These are recently sold homes with similar features to this home, such as bedrooms, bathrooms, location, and square footage.



**This home**

**$3,108,000**

● **Off Market**

**7** beds

**7** baths

**4651** sqft

**$668** / sqft

## Comparative value

Here's how this home's value estimate compares to similar homes nearby.



$2.30m        $3.10m        $3.90m

## Ways to sell your home

https://www.zillow.com/homedetails/15-Gannet-St-Hilton-Head-SC-29928/68827822_zpid/



### Work with an agent

Zillow Premier Agents are among the best in the business. We'll match you with a top seller's agent in your area.

**Find an agent**



### Sell it yourself

Reach the largest audience of shoppers with a free For Sale by Owner listing on Zillow.

**Create a listing**

## Owner options



### List your home for rent

**$16,229**/mo
Rent Zestimate®

Find your next renter with Zillow Rental Manager. Plus, with online applications, you can quickly screen prospective tenants – for free.

**Learn more**



### Refinance and save

**$17,796**/mo
Est. payment

Refinancing to a lower rate could help reduce your monthly payments and save thousands over the life of the loan.

**See today's rates**

MH_000470



**Get Home Insurance Informati**

Learn more about insurance and insurance providers in your area

**Get started**

## Overview

*Note: This property is not currently for sale or for rent on Zillow. The description and property data below may've been provided by a third party, the homeowner or public records.*

New This Year, 4th Row Beach Home. Superior construction and craftsmanship by Clark Design & Build. Finishes, trim & details exceed expectations. 7 Bedrooms, 6 1/2 Baths. Two Master Suites, generous sized bedrooms, abundant outdoor spaces. Open kitchen to great room, with inviting dining and gathering area, plus a 2nd floor family room or theatre room. Elevator! Private heated pool,with hot tub, lanai, 4 car garage, plus abundant storage and play areas. Paver drive and patios. Ocean views. Fully Designer furnished, equipped, rental ready and currently booked most of the summer.

## Facts and features                 Edit

🏢 **Type:**        SingleFamily

📅 **Year built:**   2016

🌡️ **Heating:**   Heat pump

❄️ **Cooling:**   No Data

🅿️ **Parking:**   Garage - Attached

📍 **Lot:**       7,997 sqft

## Interior

**Bedrooms & bathrooms**

Bedrooms: 7

⌄ **See more facts and features**

**Services availability**

 **Internet Available** ↗

## Price and tax history

## Price history

| Date | Event | Price |
|---|---|---|
| 8/17/2017 | Sold | $1,825,000 -1.4⁽<br>$392/sqft |

Source: Public Record  Report

| 7/7/2017 | **Pending sale** | $1,850,000 |
| | | $398/sqft |

Source: Charter I Realty & Marketing #356848 Report

| 7/5/2017 | **Price change** | $1,850,000 -1.9⁹ |
| | | $398/sqft |

Source: Charter I Realty & Marketing #356848 Report

| 6/21/2017 | **Price change** | $1,885,000 -0.5⁹ |
| | | $405/sqft |

Source: Charter I Realty & Marketing #356848 Report

| 4/13/2017 | **Listed for sale** | $1,895,000 |
| | | $407/sqft |

Source: Charter One Realty #356848 Report

⌄ **Show more**

## Public tax history

| Year | Property taxes | Tax assessment |
| --- | --- | --- |
| 2023 | $22,340 +9.9% | $92,250 +15% |
| 2022 | $20,319 -0.3% | $80,220 |
| 2021 | $20,378 | $80,220 |

∨ **Show more**

Find assessor info on the county website

# Neighborhood: Forest Beach

# Nearby homes



**$1,572,500**

**2** bd    |    **2** ba    |    **1.3k** sqft

17 Gannet St, Hilton Head, SC...

● Off Market

**$1,422**

**3** bd    |

13 Gann

● Off N

Neighborhood stats provided by third party data sources.

# Nearby schools in Hilton Head Island

## GreatSchools rating

 **Hilton Head Island Early Childhood Center**

Grades: PK-K  Distance: 4.7 mi

 **Hilton Head Island Middle School**

Grades: 6-8  Distance: 5.3 mi

 **Hilton Head Island High School**

Grades: 9-12  Distance: 5.2 mi

## About GreatSchools

The GreatSchools Summary Rating is based on several metrics.

**Show more**

South Carolina • Beaufort County • Hilton Head Island • 29928 • Forest Beach • **15 Gannet St**

# Nearby cities

Beaufort Real estate
Bluffton Real estate

Hilton Head Island Real estate
Parris Island Real estate
Port Royal Real estate
Saint Helena Island Real estate

**Show more**

About

Zestimates

Research

Careers

Careers - U.S. Privacy Notice

Careers - Mexico Privacy Notice

Help

Advertise

Fair Housing Guide

Advocacy

Terms of use

Privacy Portal

Cookie Preference

Blog

AI

Mobile Apps

Trulia

StreetEasy

HotPads

MH_000476

Out East

ShowingTime+

Do Not Sell or Share My Personal
Information                                    →

---

Zillow Group is committed to ensuring digital accessibility for
individuals with disabilities. We are continuously working to
improve the accessibility of our web experience for
everyone, and we welcome feedback and accommodation
requests. If you wish to report an issue or seek an
accommodation, please let us know.

Zillow, Inc. holds real estate brokerage licenses in multiple
states. Zillow (Canada), Inc. holds real estate brokerage
licenses in multiple provinces.
§ 442-H New York Standard Operating Procedures
§ New York Fair Housing Notice
TREC: Information about brokerage services, Consumer
protection notice
California DRE #1522444

## Contact Zillow, Inc. Brokerage

For listings in Canada, the trademarks REALTOR®,
REALTORS®, and the REALTOR® logo are controlled by The
Canadian Real Estate Association (CREA) and identify real
estate professionals who are members of CREA. The
trademarks MLS®, Multiple Listing Service® and the
associated logos are owned by CREA and identify the quality
of services provided by real estate professionals who are
members of CREA. Used under license.



Follow us:

MH_000477

© 2006-2024 Zillow

MH_000478














MH_000481







MH_000482







MH_000483







MH_000485















Street View

MH_000488

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:03:21 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: House |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: House**
**Date:** February 1, 2017 at 10:50:03 AM CST
**To:** hogs83@cox.net

http://www.destinationvacationhhi.com/vacation-rentals/6-sea-oak-lane#.WJIRPbGZOYU

MH_000489

(/)

📞 (tel:8437857774)    ✉ (https://www.destinationvacationhhi.com/contact-us)    ★ (/my-favorites/)

# 6 Sea Oak Lane

✉ Request Info (https://www.destinationvacationhhi.com/vacation-rental-inquiry?
inquiry_properties=347&url=https%3A//www.destinationvacationhhi.com/vacation-rentals/6-sea-oak-lane)
★ Add to Favorites (/my-favorites/)
🖨 Printer-Friendly Version (https://www.destinationvacationhhi.com/print/vacation-rentals/6-sea-oak-lane)    ＞ Share Listing





| Arrival * | Departure * |
|---|---|
|  |  |

Submit

## Featured Amenities

- **Oceanfront ~ S. Forest Beach**
- 6 Bedrooms, 6.5 Baths - Sleeps 16
- Historic Southern Architecture
- Oceanfront views from Screened Porch, 2nd Floor Balcony, Living Room, Dining Room, Kitchen, Master Suite
- Private Pool with Hot Tub (Hot tub heat included with rental. Pool heat available for an additional charge)
- Private Beach Path with hammock, swinging bench and built-in benches along the way
- Ping Pong table in garage
- Wireless High-speed internet access
- Full Size Washing Machine & Dryer
- Bedding: King, King, King, King, 2 Sets of Bunk Beds, 2 Queens

DESCRIPTION

**6 Sea Oak Lane ~ S. Forest Beach**

Designed with the architecture of a Southern, plantation-style home with dual entry stairway, multiple balconies, lush landscaping and oversized screened porch, 6 Sea Oak Lane is a beautiful Oceanfront retreat in the quiet neighborhoood of S. Forest Beach. This home features 6 bedrooms, 6.5 baths, bedding for 16 guests, private pool, hot tub and private beach path to one of the nicest stretches of Hilton Head beach along the Atlantic Ocean.

This beautiful home offers stunning oceanfront views from multiple locations, including the 2nd floor bedroom balconies and the fully furnished screened porch. The kitchen is updated with granite countertops, double ovens, 2 refrigerators and gas range, and the home offers multiple living and lounging areas for TV, games and reading.

MH_000490

The main level of the home features the kitchen, living and dining areas and fully furnished screened porch with dining table and chairs and separate living area. This level also features a master suite with TV, private bath and ocean view. The 2nd floor features 4 more bedrooms, including two King bedrooms with private baths on the ocean side of the home. Both of these bedrooms share an oceanfront balcony with spectacular views. A guest bedroom also has a King bed and full bath and the 4th guest bedroom on this level features 2 sets of bunk beds, TV and a full bath. Both of these bedrooms share a balcony on the front side of the house.

The 6th bedroom is featured on the ground level in a separate In Law suite with fully furnished living room, kitchen and full bath with stand-up shower. The bedroom features 2 queen beds and is perfect for a couple or small family.

6 Sea Oak Lane provides all of the amenities to make your vacation memorable, including oceanfront views, private pool (can be heated for additional charge), hot tub, wireless internet, TV's in all bedrooms and living areas and private beach path with hammock, swinging bench and built-in benches along the way to maximize your relaxation with the ocean as the perfect backdrop. A full-size ping pong table is also located in the garage for guest use.

Forest Beach is one of Hilton Headï¿½s original beach communities and home to Coligny Plaza, the Islandï¿½s ï¿½Downtownï¿½ with more than 100 specialty shops, grocery stores and outdoor cafï¿½s. Forest Beach is home to the Van Der Meer Racquet Club and Tennis Academy, bike trails, and miles of the Islandï¿½s most beautiful stretch of beach and coastline. Guests are also close to Hilton Head amenities including golf, marinas with watersports and Zip Line adventure tours.

Bedrooms:
Master Suite with King Bed and full bath ï¿½ Main Floor
Oceanfront King with full bath ï¿½ 2nd Floor
Oceanfront King with full bath ï¿½ 2nd Floor
Guest King with full bath - 2nd Floor
2 sets of Bunk Beds (Twin/Twin mattresses) with full bath ï¿½ 2nd Floor
In Law Suite with 2 Queens and full bath - Ground Level

INTERACTIVE 3D TOUR

AREA MAP

FLOOR PLANS

AVAILABILITY

REVIEWS



## CONTACT US

**Destination Vacation**
**Hilton Head Island**
7 Executive Park Road
Hilton Head Island, SC 29928

*Phone:* (843) 785-7774
*Fax:* (843) 785-7754

Email Us (/contact-us)

## QUICK LINKS

Home (/)
About Us (/property-management)
Owner Sign In (https://dvhhi.ownernetworks.com/)
Site Map (/sitemap)
Property Management Services (/property-management)



HILTON HEAD ISLAND

   

FIND PROPERTY BY NAME

- Choose -

© 2024 Destination Vacation Hilton Head Island All rights reserved.

Powered by rezFusion (http://www.myvrfusion.com). Built by Bluetent (http://www.bluetent.com)

MH_000491

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:05:53 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: In Re Pedestrian Easement for the benefit of Lot 54 (109 S. Forest Beach Drive ) across Lot 52 (33 Firethorn ) Lawton Beach |
| **Attachments:** | 46219B-Model.pdf; 52 Plat.pdf; Lot 49 Deed.pdf; Hutchins Rouse ltr 11-8-19.pdf |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Fwd: In Re Pedestrian Easement for the benefit of Lot 54 (109 S. Forest Beach Drive ) across Lot 52 (33 Firethorn ) Lawton Beach**
**Date:** November 8, 2019 at 10:19:43 AM CST
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Robert Deeb <rdeeb@ns-lawfirm.com>
**Subject: FW: In Re Pedestrian Easement for the benefit of Lot 54 (109 S. Forest Beach Drive ) across Lot 52 (33 Firethorn ) Lawton Beach**
**Date:** November 8, 2019 at 9:33:46 AM CST
**To:** jamesrouse25@aol.com
**Cc:** Paul Hutchins <PaulRHutchins@outlook.com>, "Saralyn O'Leary" <soleary@ns-lawfirm.com>

Mr. Rouse,

Please review the attached letter, surveys and deed. Let me know if you have any questions. Best regards,



Robert M. Deeb, Jr.
Attorney
rdeeb@ns-lawfirm.com

## Novit & Scarminach, p. a.

**The Jade Building Suite 400**
52 New Orleans Road
Hilton Head Island, SC 29928

(843) 785-5850 Ext 3013
(843) 785-2090 Fax

**Mailing**
Post Office Drawer 14
Hilton Head Island, SC 29938

www.ns-lawfirm.com

Please note all funds for closing must be wired to our Trust Account. We are happy to email or fax wiring instructions upon request. However, do not wire funds to us without first calling us to verify the accuracy of those wiring instructions. Thank you.

MH_000493

**From:** jamesrouse25@aol.com
**Subject: In Re Pedestrian Easement for the benefit of Lot 54 (109 S. Forest Beach Drive ) across Lot 52 (33 Firethorn ) Lawton Beach**
**Date:** October 7, 2019 at 11:29:40 AM CDT
**To:** paulrhutchins@outlook.com

Good Morning Mr. Hutchins: My name is James L. Rouse and I am an attorney. I represent the owners of lot 52. My client's have owned that property for a number of years and have utilized the pedestrian easement which goes across your property- with the recent construction of your home the builders and or landscape installers have blocked the easement with trees and shrubbery obstructing the easement. I do not know if you are aware of the easement but it is cited in your chain of title and deed. To be sure of its existence before contacting you I recently had my client's title searched to document its existence. I am attaching herewith a copy of that search. Mr. Hutchins the Law provides for a few remedies to enforce the rights of an easement holder none of which my client's want to exercise; (1)Self Help by simply going onto your property and removing the obstructions or (2) interjecting the Court's to issue an Order commanding you to remove the obstructions (note all of these remedies are at your expense). My clients in an effort to be neighborly have asked me to contact you to resolve this matter peacefully. Please contact me acknowledging the receipt of this correspondence. I can be reached for the next couple of days on my cell phone.

Licensed in Maryland, Virginia and Florida

James L. Rouse, Attorney
1537 Light Street
Baltimore, Maryland 21230
410-366-6664 (0ffice)
410-467-1894 (Fax)
443-831-9081 (Cell)

MH_000494



VICINITY MAP   NOT TO SCALE

REF. PLAT

10' UTILITY EASEMENT

LOT 54

S27°53'00"E    75.00

5' CMF    IPF

11' B.S.L.

5' INGRESS/EGRESS EASEMENT
D.B. 850, PG. 780

6' WOOD FENCE

LOT 50

S62°07'00"W

110.00

N62°07'00"E

GARBAGE BIN

LOT 53

(#33)
LOT 52
8,250 SF
0.189 ACRES

110.00 (TOT.)

10' B.S.L.

10' B.S.L.

20' B.S.L.

LOT 51

10' UTILITY EASEMENT    5'  5'

S. FOREST BEACH DR. R/W

75.00'    IPF

PP

ET   TV   CMF

N27°53'00"W    75.00

TP

EDGE OF ASPHALT

FIRETHORN LANE
50' R/W

REFERENCE PLAT:
  - PLAT BOOK 9, PAGE 44

A.P.N.  R551-015-00A-0025

NOTES :

1. THIS LOT IS LOCATED IN FLOOD ZONE "A7", B.F.E.=14'
   PER F.I.R.M. NO. 4502500013D, EFFECTIVE 9/29/86.
2. THIS SURVEY DOES NOT CONSTITUTE A TITLE SEARCH BY THE
   SURVEYOR. NO INVESTIGATIONS FOR EASEMENTS, ENCUMBRANCES,
   RESTRICTIVE COVENANTS, OWNERSHIP TITLE EVIDENCE, OR ANY
   OTHER FACTS HAVE BEEN MADE THAT AN ACCURATE AND CURRENT
   TITLE SEARCH MAY DISCLOSE.
3. THIS PLAT DOES NOT CERTIFY THE ABSENCE OR PRESENCE OF
   U.S. ARMY CORPS OF ENGINEERS JURISDICTIONAL WETLANDS.
4. THIS SURVEY IS INTENDED ONLY FOR WHOM IT WAS PREPARED AND
   IS NOT TRANSFERABLE TO ANYONE, INCLUDING WITHOUT LIMITATION,
   SUBSEQUENT OWNERS OF THIS PROPERTY.
5. THE CERTIFIER HAS NOT INVESTIGATED OR BEEN INSTRUCTED TO
   INVESTIGATE THE EXISTENCE OR NONEXISTENCE OF ANY OVERLAY
   DISTRICTS, SUCH AS; AIRPORT, MILITARY, NOISE, CRASH POTENTIAL
   OR ENVIRONMENTAL ISSUES.
6. THE PROPER AUTHORITIES SHAL BE CONTACTED PRIOR TO ANY
   AND ALL SITE IMPROVEMENTS.

LEGEND

| | |
|---|---|
| B.S.L. | BUILDING SETBACK LINE |
| CMF | OLD CONCRETE MONUMENT FOUND |
| ET | ELECTRIC TRANSFORMER |
| IPF | OLD IRON PIN FOUND |
| PP | POWER POLE |
| TP | TELEPHONE PEDESTAL |
| TV | CABLE TV PEDESTAL |

GRAPHIC SCALE

0    10    20    20

SCALE IN FEET

SOUTH CAROLINA
CERTIFICATE OF AUTHORIZATION

COASTAL
SURVEYING
COMPANY, INC.
No. C00637

SCALE: 1"=20'
DATE: 4/07/11
FIELD CK: LC
DRAWN BY: MT
OFFICE CK: EI
JOB No.: 46219

PREPARED FOR:

PAUL HUTCHINS

I HEREBY STATE THAT TO THE BEST OF MY KNOWLEDGE,
INFORMATION, AND BELIEF, THE SURVEY SHOWN HEREON
WAS MADE IN ACCORDANCE WITH THE REQUIREMENTS OF
THE MINIMUM STANDARDS MANUAL FOR THE PRACTICE OF
LAND SURVEYING IN SOUTH CAROLINA, AND MEETS OR
EXCEEDS THE REQUIREMENTS FOR A CLASS "A" SURVEY AS
SPECIFIED THEREIN; ALSO THERE ARE NO VISIBLE
ENCROACHMENTS OR PROJECTIONS OTHER THAN SHOWN.

MACK W. THOMAS III
S.C.P.L.S.    14531

A BOUNDARY PLAT OF

LOT 52

FIRETHORN LANE

A PORTION OF
LAWTON BEACH

SUBDIVISION NO. 1

HILTON HEAD ISLAND, BEAUFORT COUNTY
SOUTH CAROLINA

COASTAL
SURVEYING CO., INC.
49 RIVERWALK BOULEVARD
BUILDING 8
RIDGELAND, S.C. 29936
(843) 645-4446  FAX:(843) 645-2118

MH_000495



MH_000496

BEAUFORT COUNTY SC - ROD
BK 02793 PGS 2105-2108
FILE NUM 2008077244
12/22/2008 11:20:43 AM
REC'D BY S SMITH RCPT# 570850
RECORDING FEES 10.00

RECORDED
2009 Feb -26 09:54 AM

*Sharon P. Burris*

BEAUFORT COUNTY AUDITOR

ADD DMP Record   2/24/2009 03:24:37 PM
BEAUFORT COUNTY TAX MAP REFERENCE

| Dist | Map | SMap | Parcel | Block | Week |
|------|-----|------|--------|-------|------|
| R550 | 015 | 00A | 0031 | 0000 | 00 |

0804488P

| STATE OF SOUTH CAROLINA | ) | |
|---|---|---|
| | ) | TITLE TO REAL ESTATE |
| COUNTY OF BEAUFORT | ) | |

KNOW ALL PERSONS BY THESE PRESENTS, THAT THOMAS D. DANIEL, ELAINE B. DANIEL, WILLIAM R. STROUD, II and LEESA H. STROUD ("GRANTORS")in the State aforesaid for and in consideration of the sum of TEN Dollars and 00/100 DOLLARS ($10.00), to us in hand paid at and before the sealing of the presents by 11 SEA OAK LANE, LLC ("GRANTEE") of 100 Church St. Suite 702, Huntsville, AL 35801 in the State aforesaid for which the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents do grant, bargain, sell and release unto the said Grantee, its successors and assigns, the following described property:

ALL that certain piece, parcel or lot of land situate, lying and being on Hilton Head Island, in Beaufort County, South Carolina, and shown and designated as Lot No. 49 on plat of Lawton Beach Subdivision No. 1 recorded in Plat Book 9 at Page 44, Beaufort County Records. For a more detailed description as to the metes and bounds, courses and distances, reference is had to the aforementioned recorded plat.

AND ALSO, all that certain piece, parcel or lot of land situate, lying and being on Hilton Head Island, in Beaufort County, South Carolina, and shown and described as Parcel 49A, Lawton Beach Subdivision No. 1 recorded in

TMP: R550 015 00A 0031 0000

Book2793/Page2105

MH_000497

Plat Book 9 at Page 44, Beaufort County Records. Said property is conveyed subject to the restriction that parcel 49A may be used only for purposes of providing a walkway to the beach from Lot 49 Lawton Beach Subdivision.

This property is conveyed by the Grantor and accepted by the Grantees subject to all applicable covenants, conditions, restrictions, easements, affirmative obligations, etc., as recorded in the Office of the Register of Deeds for Beaufort County, South Carolina.

This being the same property conveyed to the within Grantor by Deed of 11 Sea Oak Lane, LLC, recorded on ___12-22-08___ ,2008 in the Office of the Register of Deeds for Beaufort County, South Carolina in Record Book __2793__ at Page _2165_ .

THE within Deed was prepared in the law offices of Laurich & Wiseman, P.A., Post Office Drawer 6868, Hilton Head Island, SC 29938.

**TOGETHER** with all and singular, the rights, members, hereditaments and appurtenances to the said premises belonging, or in anywise incident or appertaining thereto.

**TO HAVE AND TO HOLD,** all and singular, the said premises before mentioned unto the said Grantee, its successors and assigns. Subject, however, to the rights, conditions and restrictions that constitute covenants running with the land, all as set forth herein.

**AND,** Grantors do hereby bind themselves and their heirs, assigns, personal representative and administrators, to warrant and forever defend, all and singular, the said premises unto the said Grantee, its successors and assigns, against them and their heirs and assigns, and all persons whomsoever now and hereafter lawfully claiming, or to claim the same or any part thereof.

2

Book2793/Page2106

MH_000498

WITNESS my Hand(s) and Seals, this 12th day of November , 2008

**SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF**

2 _Morganfnanci_
1st witness sign here

_____
2nd witness/notary sign here

/ _____
William R. Stroud, II

/ _____
Leesa H. Stroud

STATE OF  Alabama        )
                          )        ACKNOWLEDGMENT
3 a  COUNTY OF Madison    )


I, the undersigned Notary Public do certify that, **William R. Stroud, II and Leesa H. Stroud** personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my official seal this the 12th day of November, 2008.

Notary Public for
My Commission Expires: 9/03/12
(SEAL)

3

MH_000499

WITNESS my Hand(s) and Seal(s) this ___10th___ day of November, 2008.

**SIGNED, SEALED AND DELIVERED**
**IN THE PRESENCE OF**

_____
1st witness sign here

_____
Thomas D. Daniel

_____
2nd witness/notary sign here

_____
Elaine B. Daniel

STATE OF Georgia    )
                    )    ACKNOWLEDGMENT
COUNTY OF Gwinnett  )

     I, the undersigned, Notary Public, do certify that, **Thomas D. Daniel and Elaine B. Daniel** personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

     Witness my official seal this the ___10th___ day of November, 2008.

_____
Notary Public for
My Commission Expires: 9/12/2012
(SEAL)

M:\Kiera\Deeds\Completed Deeds\Daniel and Stroud to 11 Sea Oak.wpd

MH_000500

**NOVIT &
SCARMINACH, P. A.**

*Attorneys at Law*

CHARLES A. SCARMINACH*
DANIEL A. SAXON
CATHERINE A. SCARMINACH**
ROBERT M. DEEB, Jr.

**OF COUNSEL**
ELIZABETH B. MAYO+
HERBERT L. NOVIT

**HILTON HEAD ISLAND:**
THE JADE BUILDING, SUITE 400
52 NEW ORLEANS ROAD
POST OFFICE DRAWER 14
HILTON HEAD ISLAND, SC 29938
(843) 785-5850
FAX: (843) 785-2090

ALSO MEMBER NEW YORK BAR*
ALSO MEMBER OHIO BAR+
ALSO MEMBER TENNESSEE BAR**

ROBERT M. DEEB, JR.
EMAIL: RDEEB@NS-LAWFIRM.COM

November 8, 2019

**VIA EMAIL AND MAIL:**

James L. Rouse, Esq.
1537 Light Street
Baltimore, MD 21230

Re:  Your Client 109 South Forest Beach Drive, LLC

Dear Mr. Rouse,

My client Paul Hutchins forwarded a copy of your October 7, 2019 email to me for review.  I note you are not licensed to practice law in South Carolina.  Regardless, your client does not have an access easement along the side of Mr. Hutchins' property to access Firethorn Lane.  Your client's property has an access easement leading from the center of the rear boundary line extending southeasterly through the common boundary line of lots 50 and 49 to Sea Oak Lane.  Attached is a copy of the original subdivision plat for South Forest Beach.  You will see that your client's property has easements on three sides, and the easement extending from the rear of the property is the access easement.

The eastern side of Mr. Hutchins' property is adjacent to your client's property.  That is the rear side of Mr. Hutchins' property. Attached is an accurate survey of the easement you refer to in your email.  I've attached a deed in the chain of lot 49, behind your client's property, which refers to the correct access easement as lot 49A.  At any rate, your client has no access easement rights through the southern boundary of my client's property.  Additionally, "self-help" is not a legal remedy available to your client if there was such an access easement.  Any trespass upon the southerly portion of Mr. Hutchins' property will be treated as an unlawful trespass.  Any removal of Mr. Hutchins' landscaping will be treated as conversion.  Please contact me with any questions.

Very Truly Yours,
**NOVIT & SCARMINACH, P.A.**

Robert M. Deeb, Jr.

1

MH_000501

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:06:27 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: Jeep |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Jeep**
**Date:** February 26, 2020 at 7:32:53 AM CST
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

https://www.autotrader.com/cars-for-sale/vehicledetails.xhtml?listingId=538393644&LNX=PSEMAILLEAD

MH_000502

Autotrader 🅰

💲    Sign In ⊙

## All New, Used, and Certified Vehicles for Sale in Atlanta, GA 📍 **30301**

| Search by Make, Model or Keyword | 🔍 |

AWD/4WD (38,792)     Rear Wheel Drive (14,979)     Front Wheel Drive (26,882)     2001 and o

⇄ Filter                          💲 My Wallet          Sort By: Relevance ⌄

⚠ **We're sorry, the vehicle you were looking for is no longer available.**
Here are vehicles you may be interested in.

Sponsored

### You might like these vehicles from Southern Auto Imports

**Used 1997 Ford Ranger Splash**                                    $4,5 ♡

**Southern Auto Imports** ⬈

🎖 KBB.com Dealer Rating    ⭐ **4.4**

20.35 mi. away

(470) 474-1124

Get Directions | Confirm Availability



Quality Vehicles for Low Price

View vehicles ⌄

## 80,694 Results

Sponsored

♡

MH_000503

Used 2020 RAM 1500 Rebel

40,704 miles

$42,799    GREAT PRICE

Est. Finance Payment
$720/mo.
See payment details

**Confirm Availability**    ...

Sponsored

MH_000504

Certified 2021 BMW X3 sDrive30i

11,782 miles

⊘ BMW Certified

$34,993

See estimated payment

Sponsored



MH_000505



**New 2023 Dodge Charger Scat Pack**

8 miles

**$44,986**  MSRP $53,820

See Pricing Details

Est. Finance Payment
$729/mo.
See payment details

Reduced Price    360°

## Used 2020 Ford Escape SE Sport

**20,361 miles**

🔷 Hybrid

# $21,692 🏅 GREAT PRICE

Est. Finance Payment
**$371/mo.**
See payment details

Hennessy of Southlake
6.88 mi. away · (470) 747-7393
**Online Paperwork · Delivery** 🚚

| **Confirm Availability** | ... |



Reduced Price   360°

## Used 2024 Buick Enclave Essence

**3,385 miles**

## $39,993 ⊘ GREAT PRICE

Est. Finance Payment
$677/mo.
See payment details

Hennessy of Southlake
6.88 mi. away  ·  (470) 747-7393
**Online Paperwork**  ·  **Delivery** 🚚

| Confirm Availability | ··· |



**Newly Listed**  360°

### Used 2018 BMW 530i xDrive

**38,922 miles**

## $24,900 ⊘ GREAT PRICE

Est. Finance Payment
$425/mo.
See payment details

Hennessy Jaguar Land Rover Buckhead

MH_000508

13.15 mi. away  ·  (470) 747-7350
**Online Paperwork**

| Confirm Availability | ... |

## Find your vehicle faster **and within budget.** ⓘ

Kelley Blue Book® | 💲 **My Wallet**



| CREDIT & TERM | BUDGET |
|:---:|:---:|
| **Very Good** ✎ | Set a budget |
| DOWN PAYMENT | TRADE-IN VALUE |
| **20%** ✎ | Add a vehicle |

Advertisement



Recommended





## Consider New at Comparable Prices

### New 2024 Ford F250 XLT

0 miles

**$70,510** See Pricing Details

Akins Ford
44.39 mi. away  ·  (678) 929-9075

**Confirm Availability**  ···

Newly Listed   360°

## Used 2021 BMW 530i

**29,174 miles**

## $32,900   GREAT PRICE

Est. Finance Payment
$557/mo.
See payment details

Hennessy Jaguar Land Rover Buckhead
13.15 mi. away  ·  (470) 747-7350
**Online Paperwork**

**Confirm Availability**        ...



**Reduced Price**   360°

## Used 2018 Lexus RX 350 AWD

**53,318 miles**

## $28,750  GREAT PRICE

Est. Finance Payment
$462/mo.
See payment details

Mercedes-Benz of Atlanta South
8.24 mi. away  ·  (470) 740-6807
**Online Paperwork**

**Confirm Availability**        ...



Reduced Price   360°

## Used 2021 Hyundai Palisade Calligraphy

**20,434 miles**

## $38,500  GREAT PRICE

Est. Finance Payment
$614/mo.
See payment details

Mercedes-Benz of Atlanta South
8.24 mi. away  ·  (470) 740-6807
**Online Paperwork**

| Confirm Availability | ··· |
| --- | --- |



**Reduced Price**   360°

**Used 2017 Mercedes-Benz C 63 AMG S**

**37,790 miles**

## $48,950   GREAT PRICE

Est. Finance Payment
$786/mo.
See payment details

Mercedes-Benz of Atlanta South
8.24 mi. away  ·  (470) 740-6807
**Online Paperwork**

**Confirm Availability**     ...



**Newly Listed**

### Certified 2023 Nissan Frontier PRO-4X

**7,718 miles**

⊘ Nissan Certified

## $36,776  GREAT PRICE

Est. Finance Payment
**$614/mo.**
See payment details

Mike Rezi Nissan Atlanta
13.81 mi. away  ·  (678) 536-4982
**Online Paperwork**

**Confirm Availability**     ...

Advertisement

MH_000514

**Newly Listed**  360°

### Used 2018 Tesla Model 3 Long Range

**29,759 miles**

⚡ Electric

## $27,938   GREAT PRICE

Hennessy Ford Lincoln Atlanta
18.37 mi. away  ·  (678) 871-8757
**Online Paperwork**

| Confirm Availability | ... |

360°

## Used 2023 Buick Envision Preferred

**4,505 miles**

## $25,995 GREAT PRICE

Est. Finance Payment
$441/mo.
See payment details

Hennessy of Southlake
6.88 mi. away · (470) 747-7393
**Online Paperwork** · **Delivery** 🚚

**Confirm Availability** ···



**Find Cars by Budget**

MH_000516

Save time during your search by setting an affordable budget.

Max Payment
$600

per month

Set My Budget



### Used 2021 Nissan Frontier SV

23,493 miles

## $26,994  GREAT PRICE

Est. Finance Payment
$458/mo.
See payment details

MH_000517

Hennessy of Southlake

6.88 mi. away  ·  (470) 747-7393

**Online Paperwork**  ·  **Delivery** 

| Confirm Availability | ... |
|---|---|



**Reduced Price** · 360°

## Used 2018 GMC Yukon SLT

**84,976 miles**

## $30,793 **GREAT PRICE**

Est. Finance Payment
$525/mo.
See payment details

Hennessy of Southlake
6.88 mi. away · (470) 747-7393
**Online Paperwork · Delivery**

**Confirm Availability**      ...

**Reduced Price** · 360°

## Used 2017 GMC Yukon Denali

**68,286 miles**

**$33,993**  GOOD PRICE

Est. Finance Payment
$579/mo.
See payment details

Hennessy of Southlake
6.88 mi. away  ·  (470) 747-7393
**Online Paperwork**  ·  **Delivery** 🚚

| **Confirm Availability** | ... |

Advertisement



## Used 2023 Buick Envision Essence

**3,381 miles**

**$34,992**   **GREAT PRICE**

Est. Finance Payment
**$592/mo.**
See payment details

Hennessy of Southlake
6.88 mi. away  ·  (470) 747-7393
**Online Paperwork  ·  Delivery** 🚚

**Confirm Availability**    ···





## Used 2024 Buick Enclave Essence

**2,784 miles**

## $41,592   GREAT PRICE

Est. Finance Payment
**$704/mo.**
See payment details

Hennessy of Southlake
6.88 mi. away  ·  (470) 747-7393
**Online Paperwork**  ·  **Delivery** 🚚

**Confirm Availability**          ···

Reduced Price    360°



## Used 2024 Buick Enclave Premium

**4,479 miles**

**$45,593**   GOOD PRICE

Est. Finance Payment
$771/mo.
See payment details

Hennessy of Southlake
6.88 mi. away  ·  (470) 747-7393
**Online Paperwork  ·  Delivery** 🚚

**Confirm Availability**          ...

**Newly Listed**   360°



## Used 2016 Mercedes-Benz S 550 4MATIC Sedan

**73,130 miles**

# $29,990   GREAT PRICE

Est. Finance Payment
**$512/mo.**
See payment details

Hennessy Lexus of Atlanta
18.94 mi. away  ·  (470) 632-2797
**Online Paperwork**

**Confirm Availability**                    **...**

Reduced Price    360°

## Used 2018 Jaguar XF Premium

44,042 miles

## $20,400   GREAT PRICE

Est. Finance Payment
$349/mo.
See payment details

Hennessy Jaguar Land Rover Buckhead
13.15 mi. away  ·  (470) 747-7350
**Online Paperwork**

| Confirm Availability | ... |



Reduced Price   360°

## Certified 2018 Land Rover Discovery HSE

45,463 miles

MH_000525

## $23,900  GREAT PRICE

Est. Finance Payment
$408/mo.
See payment details

Hennessy Jaguar Land Rover Buckhead
13.15 mi. away  ·  (470) 747-7350
**Online Paperwork**

**Confirm Availability**     ...



Newly Listed   360°

### Used 2015 Land Rover Range Rover Supercharged

**67,731 miles**

## $26,900  GOOD PRICE

Est. Finance Payment
$459/mo.
See payment details

Hennessy Jaguar Land Rover Buckhead
13.15 mi. away  ·  (470) 747-7350
**Online Paperwork**

**Confirm Availability**   ...



**Certified 2020 Land Rover Discovery Sport S**

5,710 miles

**$28,400**  **GREAT PRICE**

Est. Finance Payment
$485/mo.
See payment details

Hennessy Jaguar Land Rover Buckhead
13.15 mi. away  ·  (470) 747-7350
**Online Paperwork**

**Confirm Availability**     ...

**Reduced Price**     360°

## Certified 2020 Jaguar F-PACE Portfolio

**25,256 miles**

## $32,900  GREAT PRICE

Est. Finance Payment
$561/mo.
See payment details

Hennessy Jaguar Land Rover Buckhead
13.15 mi. away  •  (470) 747-7350
**Online Paperwork**

**Confirm Availability**     ...

**Reduced Price**     360°



8/2/24, 11:36 AM                            All New, Used, and Certified Vehicles for Sale Near Me in Atlanta, GA - Autotrader

### Certified 2023 Land Rover Discovery Sport SE

**9,965 miles**

## $34,900   GREAT PRICE

Est. Finance Payment
$591/mo.
See payment details

Hennessy Jaguar Land Rover Buckhead
13.15 mi. away  ·  (470) 747-7350
**Online Paperwork**

**Confirm Availability**     ...



Reduced Price   360°



### Certified 2023 Land Rover Discovery Sport SE

**8,811 miles**

## $34,900  GREAT PRICE

Est. Finance Payment
$591/mo.
See payment details

Hennessy Jaguar Land Rover Buckhead
13.15 mi. away  ·  (470) 747-7350
**Online Paperwork**

**Confirm Availability**     ...

Reduced Price   360°

MH_000530



**Certified 2021 Jaguar F-PACE R-Dynamic S**

**25,408 miles**

**$43,400** GREAT PRICE

Est. Finance Payment
**$734/mo.**
See payment details

Hennessy Jaguar Land Rover Buckhead
13.15 mi. away  ·  (470) 747-7350
**Online Paperwork**

| Confirm Availability | ... |

Advertisement

## Find Cars for Sale by Make

Ford For Sale
530252 for sale starting at $500

Chevrolet For Sale
392545 for sale starting at $250

Jeep For Sale
245553 for sale starting at $300

View All Makes ⌄

MH_000531

All New, Used, and Certified Vehicles for Sale Near Me in Atlanta, GA - Autotrader

## Find Cars for Sale by City in GA

Cars For Sale in Marietta

85395 for sale

Cars For Sale in Lawrenceville

85072 for sale

Cars For Sale in Atlanta

84492 for sale

Cars For Sale in Alpharetta

84162 for sale

Cars For Sale in Gainesville

68874 for sale

Cars For Sale in Athens

36717 for sale

Cars For Sale in Macon

8677 for sale

Cars For Sale in Savannah

6791 for sale

Cars For Sale in Columbus

3807 for sale

Cars For Sale in Valdosta

3362 for sale

Cars For Sale in Augusta

3206 for sale



**Shop for a Car**        +

**Car Research**        +

**About Us**        +

MH_000532

All New, Used, and Certified Vehicles for Sale Near Me in Atlanta, GA - Autotrader



**Autotrader Affiliates**                                                                 **+**

**Follow**

By using this service, you accept the terms of our Visitor Agreement.   Privacy Statement.     Accessibility Statement.

©2024 Autotrader, Inc. All Rights Reserved. "Autotrader" is a registered trademark of TPI Holdings, Inc. used under exclusive license.

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:03:13 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: Mass email |
| **Attachments:** | 34 N. Forest Beach Mass Email Price Reduction.pdf |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Mass email**
**Date:** January 12, 2017 at 4:10:43 PM CST
**To:** hogs83@cox.net

Begin forwarded message:

**From:** "Shelby Stephens" <palmettoproperties@roadrunner.com>
**Date:** January 12, 2017 at 2:39:33 PM CST
**To:** <poscashflow@aol.com>
**Subject: Mass email**

Paul,

Here is the mass email I sent to all the Hilton Head realtors announcing the price reduction. I will send a new one out again next week.

Patti



## 34 N. Forest Beach Dr
# 4TH ROW OCEAN LOT
## LEAST EXPENSIVE OCEANSIDE LOT IN N. FOREST BEACH

.18 acres...Perfect for a 4,500 sq ft beach house with the gross rental potential of
$150K to $160K!

# REDUCED TO
# $394,500
## MLS #351088



**Shelby Stephens**
Broker/Owner
**PALMETTO PROPERTIES OF HH**

Email: Shelbyfied@roadrunner.com
Cell:  843.422.3247
Office: 843.785.3505



palmetto properties
of hilton head

MH_000535

Message
_____

From:       Malcolm Hutchins [visioncareservice@gmail.com]
Sent:       7/31/2024 3:12:29 AM
To:         David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group
            (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5]
Subject:    Fwd: Sea Pines Pass


Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Sea Pines Pass**
**Date:** September 1, 2022 at 6:11:07 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>


Begin forwarded message:

**From:** Security Administration <securityadmin@csaseapines.com>
**Subject: RE: Decal Request Service 2022 Request from Paul Hutchins Island Resident Decal
(Pelican Pass)**
**Date:** June 3, 2022 at 7:57:08 AM CDT
**To:** "poscashflow@aol.com" <poscashflow@aol.com>

Good morning,

Your decal request that you submitted (see below) has exceeded the 90-day hold time
and has been cancelled.

If you wish to resubmit another application, please visit our website
at www.SeaPinesLiving.com/request.
If you do not wish to resubmit, no further action is required by you.

Please contact me if you have any questions.

Thank you,



Brian Ortiz
Security Administrative Assistant
Sea Pines Community Services Associates, Inc.
175 Greenwood Drive
Hilton Head Island, SC 29928
(o) 843-671-7847
(f) 843-671-7172

www.SeaPinesLiving.com

MH_000536

www.Facebook.com/SeaPinesLiving

*Confidentiality Notice:*

*This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Security Administration
**Sent:** Tuesday, May 31, 2022 8:24 AM
**To:** poscashflow@aol.com
**Subject:** RE: Decal Request Service 2022 Request from Paul Hutchins Island Resident Decal (Pelican Pass)

Good morning,

This email is to notify you that your Sea Pines vehicle decal request (see below) has exceeded our 90-day hold period and is now subject to cancelation at our discretion.

If you still would like to purchase this decal, <u>please contact me as soon as possible to avoid your application being canceled.</u>

Once the application is canceled, it cannot be reopened and you will need to reapply. *If you no longer need the decal, kindly let me know by reply to this email.*

Thank you,



Brian Ortiz
Security Administrative Assistant
Sea Pines Community Services Associates, Inc.
175 Greenwood Drive
Hilton Head Island, SC 29928
(o) 843-671-7847
(f) 843-671-7172

www.SeaPinesLiving.com
www.Facebook.com/SeaPinesLiving

*Confidentiality Notice:*

*This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Paul Hutchins <seapinesinfo@gmail.com>
**Sent:** Monday, January 17, 2022 12:25 PM
**To:** Security Administration <securityadmin@csaseapines.com>; Stephanie Fera <sfera@csaseapines.com>; Sea Pines CSA <info@csaseapines.com>

**Subject:** Decal Request Service 2022 Request from Paul Hutchins Island Resident Decal (Pelican Pass)

| Name |
| --- |
| Paul Hutchins |

| Date |
| --- |
| 01/17/2022 |

| Type of Application |
| --- |
| Renewal |

| Decal Type |
| --- |
| Island Resident Decal (Pelican Pass) |

| Temporary Vehicle Registration |
| --- |
| No |

| Hilton Head Island Address |
| --- |
| 3 Firethorn Way<br>Hilton Head, South Carolina 29928<br>United States<br>Map It |

| Email |
| --- |
| poscashflow@aol.com |

| Phone |
| --- |
| (214) 500-7575 |

**Vehicle**

| Year | Make | Model | Color | Plate | State |
| --- | --- | --- | --- | --- | --- |
| 2016 | Lexus | RX-350 | Gold | MGD5983 | Texas |

**Are you applying for more than one vehicle decal?**

No

**Registration**

- IMG_2293.jpg

**Please read the below Decal Rules and Regulations and check the box to agree:**

- I agree to the Sea Pines CSA Decal Rules and Regulations stated below and understand that Sea Pines Security suspend or revoke any decal(s) due to the failure of the person issued the decal(s) to honor or abide by Sea Pine policies, procedures, rules or regulations.

{Sea Pines CSA Decal Rules and Regulations}

Begin forwarded message:

**From:** Security Administration <securityadmin@csaseapines.com>
**Subject: RE: Decal Request Service 2022 Request from Paul Hutchins Island Resident Decal (Pelican Pass)**
**Date:** May 31, 2022 at 7:24:00 AM CDT
**To:** "poscashflow@aol.com" <poscashflow@aol.com>

Good morning,

MH_000538

This email is to notify you that your Sea Pines vehicle decal request (see below) has exceeded our 90-day hold period and is now subject to cancelation at our discretion.

If you still would like to purchase this decal, <u>please contact me as soon as possible to avoid your application being canceled.</u>

Once the application is canceled, it cannot be reopened and you will need to reapply. *If you no longer need the decal, kindly let me know by reply to this email.*

Thank you,



Brian Ortiz
Security Administrative Assistant
Sea Pines Community Services Associates, Inc.
175 Greenwood Drive
Hilton Head Island, SC 29928
(o) 843-671-7847
(f) 843-671-7172

www.SeaPinesLiving.com
www.Facebook.com/SeaPinesLiving

*Confidentiality Notice:*

*This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.*

---

**From:** Paul Hutchins <seapinesinfo@gmail.com>
**Sent:** Monday, January 17, 2022 12:25 PM
**To:** Security Administration <securityadmin@csaseapines.com>; Stephanie Fera <sfera@csaseapines.com>; Sea Pines CSA <info@csaseapines.com>
**Subject:** Decal Request Service 2022 Request from Paul Hutchins Island Resident Decal (Pelican Pass)

| Name |
| --- |
| Paul Hutchins |
| **Date** |
| 01/17/2022 |
| **Type of Application** |
| Renewal |
| **Decal Type** |
| Island Resident Decal (Pelican Pass) |
| **Temporary Vehicle Registration** |

No

**Hilton Head Island Address**

3 Firethorn Way
Hilton Head, South Carolina 29928
United States
Map It

**Email**

poscashflow@aol.com

**Phone**

(214) 500-7575

**Vehicle**

| Year | Make | Model | Color | Plate | State |
|------|------|-------|-------|-------|-------|
| 2016 | Lexus | RX-350 | Gold | MGD5983 | Texas |

**Are you applying for more than one vehicle decal?**

No

**Registration**

- IMG_2293.jpg

**Please read the below Decal Rules and Regulations and check the box to agree:**

- I agree to the Sea Pines CSA Decal Rules and Regulations stated below and understand that Sea Pines Security suspend or revoke any decal(s) due to the failure of the person issued the decal(s) to honor or abide by Sea Pine policies, procedures, rules or regulations.

{Sea Pines CSA Decal Rules and Regulations}

MH_000540

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:03:55 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: Shelby: 15 Gannet |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Shelby: 15 Gannet**
**Date:** June 7, 2017 at 4:44:49 PM CDT
**To:** hogs83@cox.net

Begin forwarded message:

**From:** "Shelby Stephens" <shelbyfied@roadrunner.com>
**Subject: Shelby: 15 Gannet**
**Date:** June 7, 2017 at 10:07:48 AM EDT
**To:** "'Paul Hutchins'" <poscashflow@aol.com>
**Cc:** <pattianne@roadrunner.com>, "'joie chase'" <joiechase@gmail.com>

Paul, here are some photos I took from the listing of 15 Gannet.  I have listed some of the
Features that you could pass along to Mark:

15 Gannet ideas:

**Elevation features:**

Combination of Board-on-board vertical, horizontal siding, accent of shake
shingles (hardiplank)
Tabby columns and base
Shutters
4 light windows NOT RED
Fencing around pool : combination of tabby columns and horizontal boarding
Railings combination of aluminum and wood
Louvers for hydrostatic venting
Inground pool is to front side where sun will hit in morning
Pavers OR COOL DECK (whichever is less expensive) around pool

**Interior ideas:**

MH_000541

Great room effect open to kitchen
Large one-level Island divides kitchen from family room
If possible, 2 masters on ground floor, baths do not have to be large
4 bedrooms upstairs with small central gathering space
2 bedrooms to be combined later for media room for owners so not a load
bearing wall between them





D. Shelby Stephens
Broker/Owner
Life Member, Distinguished Sales Award
Palmetto Properties of Hilton Head
41 Crosswinds Drive
Hilton Head, SC  29926-2216
843-422-3247 mobile
843-785-3505 office
866-342-3332 toll free
866-737-7897 efax
www.palmetto-properties.com
shelbyfied@roadrunner.com

---

**From:** Paul Hutchins [mailto:poscashflow@aol.com]
**Sent:** Wednesday, June 07, 2017 8:54 AM
**To:** Shelby Stephens
**Subject:** Re: Screen shot of plat 33 firethorn

Thanks....

On Jun 7, 2017, at 8:27 AM, shelbyfied@roadrunner.com wrote:


Sent from my Verizon 4G LTE Smartphone

<IMAG1618.jpg>

MH_000542





MH_000543

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:07:13 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: Thank you |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Thank you**
**Date:** April 5, 2020 at 2:11:37 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Adam Ross <adamrross99@gmail.com>
**Date:** April 5, 2020 at 2:01:53 PM CDT
**To:** Paul Hutchins <PosCashFlow@aol.com>
**Subject: Thank you**

Paul - thank you so much for returning the earnest money to me on 32 NFB. I did receive the wire on Friday. I was really moved by your understanding and generosity during these unprecedented times. I will never forget your gesture of kindness and i am glad to have you as a neighbor in Hilton Head. I look forward to both of us continuing to prosper in this wonderful place.

I hope you and your family are doing well and staying safe.

Thanks again Paul.

Adam Ross
513-460-5538

MH_000544

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:11:27 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: Video |
| **Attachments:** | 20220824054956.mp4 |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Video**
**Date:** August 24, 2022 at 7:35:07 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Date:** August 24, 2022 at 5:55:54 AM MDT
**To:** Ben Klahr <ben@vacationcompany.com>
**Subject: Video**

MH_000545

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:12:10 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: Video |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Video**
**Date:** August 24, 2022 at 9:32:16 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** tiffany@vacationcompany.com
**Date:** August 24, 2022 at 8:22:50 AM MDT
**To:** Paul Hutchins <poscashflow@aol.com>
**Cc:** Bob Hawkins <bob@vacationcompany.com>, Ben Klahr <ben@vacationcompany.com>, Ryan Kaufmann <ryan@vacationcompany.com>
**Subject: RE: Video**

Paul,

Per our phone call today I will make sure that Ryan personally inspects the house this Saturday after the current tenants depart to check for any possible interior damage to the home or grounds. Ryan, please take photos of the interior and specifically any damages noted.

If you could forward the quote to me from your landscaper once, you receive it I can then bill the guest for the damages.

## Tiffany Woollacott
## Broker In Charge



MH_000546


Hilton Head Luxury Homes & Villa Rentals

  

✉ tiffany@vacationcompany.com

✆ 843-686-6100

📍 50 Palmetto Bay Rd, Hilton Head Island, SC 29928

🔗 **vacationcompany.com**

---

**From:** Ben Klahr <ben@vacationcompany.com>
**Sent:** Wednesday, August 24, 2022 8:20 AM
**To:** Woollacott Tiffany <tiffany@vacationcompany.com>
**Subject:** Fwd: Video

Here is the video of firethorn removing the landscape barrier.

Ben Klahr
**Director of Operations**
The Vacation Company
50 Palmetto Bay Road
Hilton Head Island, SC 29928
Direct: 843.415.5845
Office: 843.686.6100
Email: Ben@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"

Begin forwarded message:

> **From:** Paul Hutchins <poscashflow@aol.com>
> **Date:** August 24, 2022 at 7:58:19 AM EDT
> **To:** Ben Klahr <Ben@vacationcompany.com>
> **Subject: Video**

MH_000547

Message

| | |
|---|---|
| From: | Malcolm Hutchins [visioncareservice@gmail.com] |
| Sent: | 7/31/2024 3:06:19 AM |
| To: | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| Subject: | Fwd: Wells Fargo checks deposited into your account have been returned |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Wells Fargo checks deposited into your account have been returned**
**Date:** December 27, 2019 at 9:39:31 PM CST
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Wells Fargo Online <alerts@notify.wellsfargo.com>
**Date:** December 27, 2019 at 9:06:27 PM CST
**To:** poscashflow@aol.com
**Subject: Wells Fargo checks deposited into your account have been returned**

**WELLS FARGO**

# Checks deposited into your Wells Fargo account have been returned

The following deposited checks have been returned unpaid. As a result, we have deducted the following amount $50012.  from your account PMA Checking.

| Date | Reason | Check number | Amount | Returned deposited item fee |
|---|---|---|---|---|
| 12/27/2019 | NSF-Insuf Funds | 0000003961 | $50000.00 | $12.00 |

**Total returned deposited item fee(s)** $12.00

We are sending you a paper copy of these checks via U.S. mail, which includes the front and back image of the returned check(s) for your reference.

For the most current balance and more account details, as well as access to deposited check images, sign on and go to t account.

If you have questions, please call us at 1-800-869-3557, 24 hours a day, 7 days a week, or contact us by secure email.

MH_000548

Thank you for banking with Wells Fargo. We appreciate your business.

Wells Fargo Online Customer Service

**wellsfargo.com** | Security Center

**Please do not reply to this automated email.** Sign on to send a secure email.

To modify or cancel your alerts, sign on to Manage Alerts.

2e055-854-ab30-fff5561c8-a2658bb2_5e06b98d_7098-27e

MH_000549

Message

| | |
|---|---|
| **From:** | Malcolm Hutchins [visioncareservice@gmail.com] |
| **Sent:** | 7/31/2024 3:05:18 AM |
| **To:** | David J. Parrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8838f74ae8e045c78e4424c1c26fe1d3-cfd367c0-f5] |
| **Subject:** | Fwd: |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Date:** August 4, 2019 at 2:30:23 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>



## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:15 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: Grill |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Fwd: Grill**
**Date:** September 13, 2022 at 11:34:51 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** <ben@vacationcompany.com>
**Subject: Grill**
**Date:** June 2, 2022 at 8:46:02 AM CDT
**To:** <paulrhutchins@outlook.com>

Paul,

The heat deflectors and the burners on the grill need to be replaced. They have rusted through and the burners have large cracks that just shoot fire. We could not located a model number any where on the grill, is this something that you might have on file. Otherwise we may need to remove the grill from the counter as that information could be on the back. Let me know.

## Ben Klahr
### Director of Operations
The Vacation Company
50 Palmetto Bay Road
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: Ben@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"



1

MH_000551

## David J. Parrish

**From:**          Malcolm Hutchins <visioncareservice@gmail.com>
**Sent:**          Tuesday, July 30, 2024 11:11 PM
**To:**            David J. Parrish
**Subject:**       Fwd: Video
**Attachments:**   20220824054956.mp4

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Video**
**Date:** August 24, 2022 at 7:35:07 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Date:** August 24, 2022 at 5:55:54 AM MDT
**To:** Ben Klahr <ben@vacationcompany.com>
**Subject: Video**

1

MH_000552

**David J. Parrish**

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:14 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: 3 Firethorn Way |

Begin forwarded message:

**From:** Malcolm Hutchins <visioncareservice@gmail.com>
**Subject: Re: 3 Firethorn Way**
**Date:** September 11, 2022 at 8:35:47 PM CDT
**To:** Paul Hutchins <paulrhutchins@outlook.com>

Sounds good.

> On Sep 11, 2022, at 9:25 PM, Paul Hutchins <paulrhutchins@outlook.com> wrote:
>
> Hi Pete:
>
> My brother, Rick Hutchins, is at our property this week and has discovered a number of items that have been overlooked and are in need of attention:
>
> 1. There are a number of blinds in the house that have pulls that are broken. This needs to be repaired this week.
> 2. There is loosened trim around the fireplace which poses a tripping danger or could cause someone to cut their feet. This needs to be repaired this week.
> 3. There are a number of doors/windows that are not cleaned.
> 4. There is sand in the outside shower that needs to be cleaned.
> 5: There are a number of places where touch-up paint is needed including the outside stair lights. This should be scheduled within the next 2 weeks.
> 6. Door stops need to be repaired/replaced before holes are punched in the doors. This needs to be repaired this week.
> 7. The grill outside is in a state of disrepair, is dirty, rusty, needs to be cleaned and is not functional. The grill is dangerous to operate. This is particularly disturbing as Vacation Company purchased and charged me for replacement parts (see my June statement for the charges) for the repair. Apparently, the repair never got made.
> 8. The prior guests parked in the landscape next to the driveway and ran over one of the landscape lights. I have sent several notices with pictures to the office about these tenants parking in the landscape. This light is no longer working and needs to be repaired/replaced at the tenant's cost.

1

MH_000553

My brother and I are extremely disappointed that we have to address these issues. Your cleaning people and those inspecting the property have performed miserably. Please contact my brother at the property and address these issues tomorrow.

Thanks,

Paul Hutchins

<IMG_3192.jpeg>

MH_000554

## David J. Parrish

| | |
|---|---|
| From: | Malcolm Hutchins <visioncareservice@gmail.com> |
| Sent: | Tuesday, July 30, 2024 11:12 PM |
| To: | David J. Parrish |
| Subject: | Fwd: Sea Pines Pass |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Sea Pines Pass**
**Date:** September 1, 2022 at 6:11:07 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Security Administration <securityadmin@csaseapines.com>
**Subject: RE: Decal Request Service 2022 Request from Paul Hutchins Island Resident Decal (Pelican Pass)**
**Date:** June 3, 2022 at 7:57:08 AM CDT
**To:** "poscashflow@aol.com" <poscashflow@aol.com>

Good morning,

Your decal request that you submitted (see below) has exceeded the 90-day hold time and has been cancelled.

If you wish to resubmit another application, please visit our website at www.SeaPinesLiving.com/request.
If you do not wish to resubmit, no further action is required by you.

Please contact me if you have any questions.

Thank you,



Brian Ortiz
Security Administrative Assistant
Sea Pines Community Services Associates, Inc.
175 Greenwood Drive
Hilton Head Island, SC 29928
(o) 843-671-7847

1

MH_000555

(f)  843-671-7172

www.SeaPinesLiving.com
www.Facebook.com/SeaPinesLiving

Confidentiality Notice:

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Security Administration
**Sent:** Tuesday, May 31, 2022 8:24 AM
**To:** poscashflow@aol.com
**Subject:** RE: Decal Request Service 2022 Request from Paul Hutchins Island Resident Decal (Pelican Pass)

Good morning,

This email is to notify you that your Sea Pines vehicle decal request (see below) has exceeded our 90-day hold period and is now subject to cancelation at our discretion.

If you still would like to purchase this decal, please contact me as soon as possible to avoid your application being canceled.

Once the application is canceled, it cannot be reopened and you will need to reapply. *If you no longer need the decal, kindly let me know by reply to this email.*

Thank you,



**Sea Pines**
COMMUNITY SERVICES ASSOCIATES

Brian Ortiz
Security Administrative Assistant
Sea Pines Community Services Associates, Inc.
175 Greenwood Drive
Hilton Head Island, SC 29928
(o) 843-671-7847
(f)  843-671-7172

www.SeaPinesLiving.com
www.Facebook.com/SeaPinesLiving

Confidentiality Notice:

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

2

MH_000556

**From:** Paul Hutchins <seapinesinfo@gmail.com>
**Sent:** Monday, January 17, 2022 12:25 PM
**To:** Security Administration <securityadmin@csaseapines.com>; Stephanie Fera <sfera@csaseapines.com>; Sea Pines CSA <info@csaseapines.com>
**Subject:** Decal Request Service 2022 Request from Paul Hutchins Island Resident Decal (Pelican Pass)

## Name

Paul Hutchins

## Date

01/17/2022

## Type of Application

Renewal

## Decal Type

Island Resident Decal (Pelican Pass)

## Temporary Vehicle Registration

No

## Hilton Head Island Address

3 Firethorn Way
Hilton Head, South Carolina 29928
United States
Map It

## Email

poscashflow@aol.com

## Phone

(214) 500-7575

## Vehicle

| Year | Make | Model | Color | Plate | State |
|------|------|-------|-------|-------|-------|
| 2016 | Lexus | RX-350 | Gold | MGD5983 | Texas |

## Are you applying for more than one vehicle decal?

No

## Registration

- IMG_2293.jpg

## Please read the below Decal Rules and Regulations and check the box to agree:

- I agree to the Sea Pines CSA Decal Rules and Regulations stated below and understand that Sea Pines Secu suspend or revoke any decal(s) due to the failure of the person issued the decal(s) to honor or abide by Sea P policies, procedures, rules or regulations.

{Sea Pines CSA Decal Rules and Regulations}

Begin forwarded message:

3

MH_000557

**From:** Security Administration <securityadmin@csaseapines.com>
**Subject: RE: Decal Request Service 2022 Request from Paul Hutchins Island Resident Decal (Pelican Pass)**
**Date:** May 31, 2022 at 7:24:00 AM CDT
**To:** "poscashflow@aol.com" <poscashflow@aol.com>

Good morning,

This email is to notify you that your Sea Pines vehicle decal request (see below) has exceeded our 90-day hold period and is now subject to cancelation at our discretion.

If you still would like to purchase this decal, please contact me as soon as possible to avoid your application being canceled.

Once the application is canceled, it cannot be reopened and you will need to reapply. *If you no longer need the decal, kindly let me know by reply to this email.*

Thank you,



Brian Ortiz
Security Administrative Assistant
Sea Pines Community Services Associates, Inc.
175 Greenwood Drive
Hilton Head Island, SC 29928
(o) 843-671-7847
(f)  843-671-7172

www.SeaPinesLiving.com
www.Facebook.com/SeaPinesLiving

*Confidentiality Notice:*

*This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Paul Hutchins <seapinesinfo@gmail.com>
**Sent:** Monday, January 17, 2022 12:25 PM
**To:** Security Administration <securityadmin@csaseapines.com>; Stephanie Fera <sfera@csaseapines.com>; Sea Pines CSA <info@csaseapines.com>
**Subject:** Decal Request Service 2022 Request from Paul Hutchins Island Resident Decal (Pelican Pass)

**Name**

Paul Hutchins

**Date**

MH_000558

01/17/2022

**Type of Application**

Renewal

**Decal Type**

Island Resident Decal (Pelican Pass)

**Temporary Vehicle Registration**

No

**Hilton Head Island Address**

3 Firethorn Way
Hilton Head, South Carolina 29928
United States
Map It

**Email**

poscashflow@aol.com

**Phone**

(214) 500-7575

**Vehicle**

| Year | Make | Model | Color | Plate | State |
|------|------|-------|-------|-------|-------|
| 2016 | Lexus | RX-350 | Gold | MGD5983 | Texas |

**Are you applying for more than one vehicle decal?**

No

**Registration**

- IMG_2293.jpg

**Please read the below Decal Rules and Regulations and check the box to agree:**

- I agree to the Sea Pines CSA Decal Rules and Regulations stated below and understand that Sea Pines Secu suspend or revoke any decal(s) due to the failure of the person issued the decal(s) to honor or abide by Sea P policies, procedures, rules or regulations.

{Sea Pines CSA Decal Rules and Regulations}

5

MH_000559

## David J. Parrish

**From:**      Malcolm Hutchins <visioncareservice@gmail.com>
**Sent:**      Tuesday, July 30, 2024 11:12 PM
**To:**        David J. Parrish
**Subject:**   Fwd: Video

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Video**
**Date:** August 24, 2022 at 9:32:16 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

> **From:** tiffany@vacationcompany.com
> **Date:** August 24, 2022 at 8:22:50 AM MDT
> **To:** Paul Hutchins <poscashflow@aol.com>
> **Cc:** Bob Hawkins <bob@vacationcompany.com>, Ben Klahr <ben@vacationcompany.com>, Ryan Kaufmann <ryan@vacationcompany.com>
> **Subject: RE: Video**

Paul,

Per our phone call today I will make sure that Ryan personally inspects the house this Saturday after the current tenants depart to check for any possible interior damage to the home or grounds.   Ryan, please take photos of the interior and specifically any damages noted.

If you could forward the quote to me from your landscaper once, you receive it I can then bill the guest for the damages.

## Tiffany Woollacott
## Broker In Charge

1

MH_000560



  tiffany@vacationcompany.com

843-686-6100

50 Palmetto Bay Rd, Hilton Head Island, SC 29928

 vacationcompany.com

**From:** Ben Klahr <ben@vacationcompany.com>
**Sent:** Wednesday, August 24, 2022 8:20 AM
**To:** Woollacott Tiffany <tiffany@vacationcompany.com>
**Subject:** Fwd: Video

Here is the video of firethorn removing the landscape barrier.

Ben Klahr
**Director of Operations**
The Vacation Company
50 Palmetto Bay Road
Hilton Head Island, SC 29928
Direct: 843.415.5845
Office: 843.686.6100
Email: Ben@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"

Begin forwarded message:

> **From:** Paul Hutchins <poscashflow@aol.com>
> **Date:** August 24, 2022 at 7:58:19 AM EDT
> **To:** Ben Klahr <Ben@vacationcompany.com>
> **Subject:** Video

2

MH_000561

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:08 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: 33 Firethorn |
| **Attachments:** | IMG_1630.mp4 |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: 33 Firethorn**
**Date:** June 12, 2020 at 7:39:59 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

> **From:** Paul Hutchins <PosCashFlow@aol.com>
> **Date:** June 12, 2020 at 7:24:06 AM CDT
> **To:** Ben Klahr <ben@vacationcompany.com>
> **Subject: 33 Firethorn**
>
> Thanks, Ben:
>
> Here is some content which shows which posts were used.

> > Begin forwarded message:
> >
> > **From:** Paul Hutchins <PaulRHutchins@outlook.com>
> > **Date:** June 12, 2020 at 7:18:48 AM CDT
> > **To:** "poscashflow@aol.com" <poscashflow@aol.com>

1

MH_000562

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:10 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: Electrical Issue |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Electrical Issue**
**Date:** September 22, 2020 at 9:24:09 PM CDT
**To:** Ben Klahr <ben@vacationcompany.com>
**Cc:** Malcolm Hutchins <visioncareservice@gmail.com>

Hi Ben:

My brother told me that the outlets in the garage continue to trip with no power. Apparently, the contractor did not solve the problem. I would normally call the builder to fix this as this is covered by warranty. Because I've already paid your contractor to fix this problem, please contact him for another visit. I assume this will be covered by his warranty and there will be no further charges.

Also, the TV nearest the spa downstairs is not responding to the remote. Please check this out and ensure that the appropriate labels are on the remote (it appears some of the labels have fallen off).

Thanks for your help.

On Sep 15, 2020, at 1:36 PM, Ben Klahr <ben@vacationcompany.com> wrote:

Paul,

To give you a little more background on the electrical issue, a few weeks ago the guests called several times that there was no power to any of the outlets in the garage. Beau went over to the house and found a breaker tripped, reset it and all was good. The guests called again later that same day for the same thing. Beau went back by the house and could not get the breaker to reset. We called Oceanside electric out and they found that there was an arc fault/ground fault breaker for that circuit. Arc fault is not required in this application and is a much more sensitive breaker, so they installed just a ground fault breaker and it seemed to hold, or at least for a while. The next day the same thing happened and they ended up replacing that ground fault breaker with a regular breaker and putting the ground faults in the outlets instead of in the panel. We have not had this happen since and the problem seems to be resolved. This was also as you can see, not just replacing an outlet but there was a bit of

1

MH_000563

troubleshooting and tracing going on, so it too a few hours.  I hope this explains the situation a little better, let me know if you have any questions.


Ben Klahr

Senior Property Manager
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: Ben@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"
<image002.png>


From: brooke@vacationcompany.com <brooke@vacationcompany.com>
Sent: Tuesday, September 15, 2020 1:35 PM
To: Ben Klahr <ben@vacationcompany.com>
Subject: FW: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)

I just review the statement and saw where Oceanside seemed to have charged in excess for labor. Not that we can control what Electricians charge, just saying.


Brooke Walker

Accounting Services
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: brooke@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"


From: Paul Hutchins <PaulRHutchins@outlook.com>
Sent: Tuesday, September 15, 2020 1:32 PM
To: Brooke@vacationcompany.com
Subject: Re: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)

Are you serious?  That's the charge for replacing an outlet? I need to be aware of these kind of charges before they take place.


On Sep 15, 2020, at 12:19 PM, "brooke@vacationcompany.com" <brooke@vacationcompany.com> wrote:


Mr. Hutchins,

2

MH_000564

If you are referring to the bottom portion of your statement where "Maintenance & Supplies" is listed as a line item, this is any charge throughout the year that would fall under this expense category. The bottom portion of the statement are your Year-To-Date figures but when reviewing your August owner statement, it seems the $303.46 is from the Oceanside Electric invoice billed on 08/31/2020 for replacing the GFCI outlet in the garage. Please let me know if you have any additional questions.

Kindest Regards,

*Brooke Walker*

**Accounting Services**
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: **brooke@vacationcompany.com**
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"

**From:** Rent @VacationCompany <rent@vacationcompany.com>
**Sent:** Tuesday, September 15, 2020 12:59 PM
**To:** Ben Klahr <ben@vacationcompany.com>; Brooke Walker <brooke@vacationcompany.com>
**Subject:** Fwd: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)

---------- Forwarded message ---------
From: **Paul Hutchins** <PaulRHutchins@outlook.com>
Date: Tue, Sep 15, 2020 at 12:54 PM
Subject: Re: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)
To: Rent@vacationcompany.com <Rent@vacationcompany.com>

What is the maintenance and supplies charge for?

> On Sep 15, 2020, at 11:44 AM, The Vacation Company <noreply@escapia.com> wrote:
>
> Please find the attached correspondence.
> <TempHutchinsPaul-20200915-f66e6c58-7a51-47a0-98bb-94ef7ee59c37.pdf>

3

MH_000565

**David J. Parrish**

| | |
|---|---|
| From: | Malcolm Hutchins <visioncareservice@gmail.com> |
| Sent: | Tuesday, July 30, 2024 11:10 PM |
| To: | David J. Parrish |
| Subject: | Fwd: 33 Firethorn |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: 33 Firethorn**
**Date:** September 16, 2020 at 8:49:27 AM CDT
**To:** Ben Klahr <ben@vacationcompany.com>
**Cc:** Malcolm Hutchins <visioncareservice@gmail.com>

Hi Ben:

My brother (cc'ed here) will be arriving at the property this Saturday afternoon. Please provide him with the access codes. He will also need a little instruction on how to work everything.

Also, we will not need the cleaning service upon his departure on the 26th.

Thanks for your help.

On Sep 15, 2020, at 1:36 PM, Ben Klahr <ben@vacationcompany.com> wrote:

Paul,

To give you a little more background on the electrical issue, a few weeks ago the guests called several times that there was no power to any of the outlets in the garage. Beau went over to the house and found a breaker tripped, reset it and all was good. The guests called again later that same day for the same thing. Beau went back by the house and could not get the breaker to reset. We called Oceanside electric out and they found that there was an arc fault/ground fault breaker for that circuit. Arc fault is not required in this application and is a much more sensitive breaker, so they installed just a ground fault breaker and it seemed to hold, or at least for a while. The next day the same thing happened and they ended up replacing that ground fault breaker with a regular breaker and putting the ground faults in the outlets instead of in the panel. We have not had this happen since and the problem seems to be resolved. This was also as you can see, not just replacing an outlet but there was a bit of troubleshooting and tracing going on, so it too a few hours. I hope this explains the situation a little better, let me know if you have any questions.

Ben Klahr

1

MH_000566

Senior Property Manager
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: Ben@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"
<image002.png>

**From:** brooke@vacationcompany.com <brooke@vacationcompany.com>
**Sent:** Tuesday, September 15, 2020 1:35 PM
**To:** Ben Klahr <ben@vacationcompany.com>
**Subject:** FW: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)

I just review the statement and saw where Oceanside seemed to have charged in excess for labor. Not that we can control what Electricians charge, just saying.

*Brooke Walker*

**Accounting Services**
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: brooke@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"

**From:** Paul Hutchins <PaulRHutchins@outlook.com>
**Sent:** Tuesday, September 15, 2020 1:32 PM
**To:** Brooke@vacationcompany.com
**Subject:** Re: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)

Are you serious? That's the charge for replacing an outlet? I need to be aware of these kind of charges before they take place.

> On Sep 15, 2020, at 12:19 PM, "brooke@vacationcompany.com" <brooke@vacationcompany.com> wrote:
>
> Mr. Hutchins,
> If you are referring to the bottom portion of your statement where "Maintenance & Supplies" is listed as a line item, this is any charge throughout the year that would fall under this expense category. The bottom portion of the statement are your Year-To-Date figures but when reviewing your August

2

MH_000567

owner statement, it seems the $303.46 is from the Oceanside Electric invoice billed on 08/31/2020 for replacing the GFCI outlet in the garage. Please let me know if you have any additional questions.

Kindest Regards,

*Brooke Walker*

**Accounting Services**
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Office: 843.686.6100
Email: brooke@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"

**From:** Rent @VacationCompany <rent@vacationcompany.com>
**Sent:** Tuesday, September 15, 2020 12:59 PM
**To:** Ben Klahr <ben@vacationcompany.com>; Brooke Walker <brooke@vacationcompany.com>
**Subject:** Fwd: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)

---------- Forwarded message ---------
From: **Paul Hutchins** <PaulRHutchins@outlook.com>
Date: Tue, Sep 15, 2020 at 12:54 PM
Subject: Re: Property 0033F - Owner Statement (08/01/2020 - 08/31/2020)
To: Rent@vacationcompany.com <Rent@vacationcompany.com>

What is the maintenance and supplies charge for?

> On Sep 15, 2020, at 11:44 AM, The Vacation Company <noreply@escapia.com> wrote:
>
> Please find the attached correspondence.
> <TempHutchinsPaul-20200915-f66e6c58-7a51-47a0-98bb-94ef7ee59c37.pdf>

3

MH_000568

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:10 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: 33 Firethorn |

Begin forwarded message:

**From:** Paul Hutchins <PaulRHutchins@outlook.com>
**Subject: Fwd: 33 Firethorn**
**Date:** June 26, 2020 at 11:40:41 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

> **From:** "Rent @VacationCompany" <rent@vacationcompany.com>
> **Date:** June 26, 2020 at 10:55:32 AM CDT
> **To:** Paul Hutchins <PaulRHutchins@outlook.com>
> **Subject: Re:  33 Firethorn**
> **Reply-To:** rent@vacationcompany.com
>
> Paul,
> I have reserved the week for you Sept. 19th-26th at 33 Firethorn.
> Best regards,
> Elizabeth
>
> On Fri, Jun 26, 2020 at 9:03 AM Paul Hutchins <paulrhutchins@outlook.com> wrote:
>> Please block off September 19th-26th for me.
>>
>> Thanks.
>>
>> Paul Hutchins
>> 214-500-7575

1

MH_000569

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:06 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: In Re Pedestrian Easement for the benefit of Lot 54 (109 S. Forest Beach Drive ) across Lot 52 (33 Firethorn ) Lawton Beach |
| **Attachments:** | 46219B-Model.pdf; 52 Plat.pdf; Lot 49 Deed.pdf; Hutchins Rouse ltr 11-8-19.pdf |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Fwd: In Re Pedestrian Easement for the benefit of Lot 54 (109 S. Forest Beach Drive ) across Lot 52 (33 Firethorn ) Lawton Beach**
**Date:** November 8, 2019 at 10:19:43 AM CST
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Robert Deeb <rdeeb@ns-lawfirm.com>
**Subject: FW: In Re Pedestrian Easement for the benefit of Lot 54 (109 S. Forest Beach Drive ) across Lot 52 (33 Firethorn ) Lawton Beach**
**Date:** November 8, 2019 at 9:33:46 AM CST
**To:** jamesrouse25@aol.com
**Cc:** Paul Hutchins <PaulRHutchins@outlook.com>, "Saralyn O'Leary" <soleary@ns-lawfirm.com>

Mr. Rouse,

Please review the attached letter, surveys and deed. Let me know if you have any questions. Best regards,

1

MH_000570



NOVIT & SCARMINACH
ATTORNEYS AT LAW

Robert M. Deeb, Jr.
Attorney
rdeeb@ns-lawfirm.com

Novit & Scarminach, p. a.
**The Jade Building Suite 400**
52 New Orleans Road
Hilton Head Island, SC 29928
(843) 785-5850 Ext 3013
(843) 785-2090 Fax
**Mailing**
Post Office Drawer 14
Hilton Head Island, SC 29938
www.ns-lawfirm.com

Please note all funds for closing must be wired to our Trust
Account. We are happy to email or fax wiring instructions upon
request. However, do not wire funds to us without first calling us to
verify the accuracy of those wiring instructions. Thank you.

2

MH_000571

**From:** jamesrouse25@aol.com
**Subject: In Re Pedestrian Easement for the benefit of Lot 54 (109 S. Forest Beach Drive ) across Lot 52 (33 Firethorn ) Lawton Beach**
**Date:** October 7, 2019 at 11:29:40 AM CDT
**To:** paulrhutchins@outlook.com

Good Morning Mr. Hutchins: My name is James L. Rouse and I am an attorney. I represent the owners of lot 52. My client's have owned that property for a number of years and have utilized the pedestrian easement which goes across your property- with the recent construction of your home the builders and or landscape installers have blocked the easement with trees and shrubbery obstructing the easement. I do not know if you are aware of the easement but it is cited in your chain of title and deed. To be sure of its existence before contacting you I recently had my client's title searched to document its existence. I am attaching herewith a copy of that search. Mr. Hutchins the Law provides for a few remedies to enforce the rights of an easement holder none of which my client's want to exercise; (1)Self Help by simply going onto your property and removing the obstructions or (2) interjecting the Court's to issue an Order commanding you to remove the obstructions (note all of these remedies are at your expense). My clients in an effort to be neighborly have asked me to contact you to resolve this matter peacefully. Please contact me acknowledging the receipt of this correspondence. I can be reached for the next couple of days on my cell phone.


Licensed in Maryland, Virginia and Florida

James L. Rouse, Attorney
1537 Light Street
Baltimore, Maryland 21230
410-366-6664 (0ffice)
410-467-1894 (Fax)
443-831-9081 (Cell)

3

MH_000572

**NOVIT &
SCARMINACH, P. A.**

*Attorneys at Law*

CHARLES A. SCARMINACH*
DANIEL A. SAXON
CATHERINE A. SCARMINACH**
ROBERT M. DEEB, Jr.

OF COUNSEL
ELIZABETH B. MAYO+
HERBERT L. NOVIT

**HILTON HEAD ISLAND:**
THE JADE BUILDING, SUITE 400
52 NEW ORLEANS ROAD
POST OFFICE DRAWER 14
HILTON HEAD ISLAND, SC 29938
(843) 785-5850
FAX: (843) 785-2090

ALSO MEMBER NEW YORK BAR*
ALSO MEMBER OHIO BAR+
ALSO MEMBER TENNESSEE BAR**

ROBERT M. DEEB, JR.
EMAIL: RDEEB@NS-LAWFIRM.COM

November 8, 2019

**VIA EMAIL AND MAIL:**

James L. Rouse, Esq.
1537 Light Street
Baltimore, MD 21230

Re:  Your Client 109 South Forest Beach Drive, LLC

Dear Mr. Rouse,

My client Paul Hutchins forwarded a copy of your October 7, 2019 email to me for review.  I note you are not licensed to practice law in South Carolina.  Regardless, your client does not have an access easement along the side of Mr. Hutchins' property to access Firethorn Lane.  Your client's property has an access easement leading from the center of the rear boundary line extending southeasterly through the common boundary line of lots 50 and 49 to Sea Oak Lane.  Attached is a copy of the original subdivision plat for South Forest Beach.  You will see that your client's property has easements on three sides, and the easement extending from the rear of the property is the access easement.

The eastern side of Mr. Hutchins' property is adjacent to your client's property.  That is the rear side of Mr. Hutchins' property. Attached is an accurate survey of the easement you refer to in your email.  I've attached a deed in the chain of lot 49, behind your client's property, which refers to the correct access easement as lot 49A.  At any rate, your client has no access easement rights through the southern boundary of my client's property.  Additionally, "self-help" is not a legal remedy available to your client if there was such an access easement.  Any trespass upon the southerly portion of Mr. Hutchins' property will be treated as an unlawful trespass.  Any removal of Mr. Hutchins' landscaping will be treated as conversion.  Please contact me with any questions.

Very Truly Yours,
**NOVIT & SCARMINACH, P.A.**

Robert M. Deeb, Jr.

1

MH_000573



MH_000574





BEAUFORT COUNTY SC - ROD
BK 02793 PGS 2105-2108
FILE NUM 2008077244
12/22/2008 11:20:43 AM
REC'D BY S SMITH RCPT# 570850
RECORDING FEES 10.00

RECORDED
2009 Feb -26 09.54 AM

*Sharon Q. Burnie*

BEAUFORT COUNTY AUDITOR

ADD DMP Record 2/24/2009 03:24:37 PM
BEAUFORT  COUNTY  TAX  MAP  REFERENCE

| Dist | Map | SMap | Parcel | Block | Week |
|------|-----|------|--------|-------|------|
| R550 | 015 | 00A | 0031 | 0000 | 00 |

0804486P

| STATE OF SOUTH CAROLINA | ) | |
|---|---|---|
| | ) | **TITLE TO REAL ESTATE** |
| **COUNTY OF BEAUFORT** | ) | |

KNOW ALL PERSONS BY THESE PRESENTS, THAT THOMAS D. DANIEL, ELAINE B. DANIEL, WILLIAM R. STROUD, II and LEESA H. STROUD ("GRANTORS")in the State aforesaid for and in consideration of the sum of TEN Dollars and 00/100 DOLLARS ($10.00), to us in hand paid at and before the sealing of the presents by 11 SEA OAK LANE, LLC ("GRANTEE") of 100 Church St. Suite 702, Huntsville, AL 35801 in the State aforesaid for which the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents do grant, bargain, sell and release unto the said Grantee, its successors and assigns, the following described property:

ALL that certain piece, parcel or lot of land situate, lying and being on Hilton Head Island, in Beaufort County, South Carolina, and shown and designated as Lot No. 49 on plat of Lawton Beach Subdivision No. 1 recorded in Plat Book 9 at Page 44, Beaufort County Records. For a more detailed description as to the metes and bounds, courses and distances, reference is had to the aforementioned recorded plat.

AND ALSO, all that certain piece, parcel or lot of land situate, lying and being on Hilton Head Island, in Beaufort County, South Carolina, and shown and described as Parcel 49A, Lawton Beach Subdivision No. 1 recorded in

TMP: R550 015 00A 0031 0000

Book2793/Page2105

MH_000576

Plat Book 9 at Page 44, Beaufort County Records. Said property is conveyed subject to the restriction that parcel 49A may be used only for purposes of providing a walkway to the beach from Lot 49 Lawton Beach Subdivision.

This property is conveyed by the Grantor and accepted by the Grantees subject to all applicable covenants, conditions, restrictions, easements, affirmative obligations, etc., as recorded in the Office of the Register of Deeds for Beaufort County, South Carolina.

This being the same property conveyed to the within Grantor by Deed of 11 Sea Oak Lane, LLC, recorded on    12-22-08   ,2008 in the Office of the Register of Deeds for Beaufort County, South Carolina in Record Book  2793  at Page 2165 .

THE within Deed was prepared in the law offices of Laurich & Wiseman, P.A., Post Office Drawer 6868, Hilton Head Island, SC 29938.

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances to the said premises belonging, or in anywise incident or appertaining thereto.

TO HAVE AND TO HOLD, all and singular, the said premises before mentioned unto the said Grantee, its successors and assigns. Subject, however, to the rights, conditions and restrictions that constitute covenants running with the land, all as set forth herein.

AND, Grantors do hereby bind themselves and their heirs, assigns, personal representative and administrators, to warrant and forever defend, all and singular, the said premises unto the said Grantee, its successors and assigns, against them and their heirs and assigns, and all persons whomsoever now and hereafter lawfully claiming, or to claim the same or any part thereof.

2

Book2793/Page2106

MH_000577

WITNESS my Hand(s) and Seals, this 12th day of November , 2008

**SIGNED, SEALED AND DELIVERED**
**IN THE PRESENCE OF**

_____
1st witness sign here

_____
2nd witness/notary sign here

_____
William R. Stroud, II

_____
Leesa H. Stroud


STATE OF Alabama      )
                      )          ACKNOWLEDGMENT
COUNTY OF Madison     )


I, the undersigned Notary Public do certify that, **William R. Stroud, II and Leesa H. Stroud** personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my official seal this the 12 day of November, 2008.

Notary Public for
My Commission Expires: 9/03/12
(SEAL)

3

Book2793/Page2107

MH_000578

WITNESS my Hand(s) and Seal(s) this ___10th___ day of November, 2008.

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF

_____
1st witness sign here

_____
Thomas D. Daniel

_____
2nd witness/notary sign here

_____
Elaine B. Daniel

STATE OF Georgia )
                 )    ACKNOWLEDGMENT
COUNTY OF Gwinnett )

I, the undersigned, Notary Public, do certify that, **Thomas D. Daniel and Elaine B. Daniel** personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my official seal this the ___10th___ day of November, 2008.

_____
Notary Public for
My Commission Expires: 9/12/2012
(SEAL)

M:\Kiera\Deeds\Completed Deeds\Daniel and Stroud to 11 Sea Oak.wpd

Book2793/Page2108

MH_000579

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:07 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: 33 Firethorn |

Begin forwarded message:

**From:** Paul Hutchins <PaulRHutchins@outlook.com>
**Subject: Fwd: 33 Firethorn**
**Date:** April 9, 2020 at 9:19:02 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** MaryKate Smith <marykate@vacationcompany.com>
**Date:** April 9, 2020 at 9:11:31 AM CDT
**To:** Paul Hutchins <PaulRHutchins@outlook.com>
**Subject: Re:  33 Firethorn**

Good Morning,

We intend to send an update to homeowners as soon as we have more information. As of now, there is a petition to the Town to shorten the 61 days. We are hoping to see the ordinance amended to a shorter time frame. The Town will be meeting in the next 48 to 72 hours. Once we have further clarification, we will be reaching out to all homeowners with an update.

I hope you have a good day!

*Mary Kate Smith*

The Vacation Company

42 New Orleans Road, Suite 101

Hilton Head Island, SC 29928

Office: 843.686.6100

1

MH_000580

Email: MaryKate@vacationcompany.com

Web: www.vacationcompany.com

"Experts in Vacation Rentals for Hilton Head Island.."

On Thu, Apr 9, 2020 at 9:04 AM Paul Hutchins <PaulRHutchins@outlook.com> wrote:

Thanks. An email announcing that to your customers would have negated my query.

Stay safe.

> On Apr 9, 2020, at 7:50 AM, MaryKate Smith <marykate@vacationcompany.com> wrote:
>
> Good Morning Paul,
>
> There is a maintenance block on your home due to an emergency ordinance put in place by the Town of Hilton Head. All short term rental accommodations cease any rentals after April 8th for 61 days or until the State of Emergency has been rescinded. Therefore, we have had to put maintenance hold on all properties. Any guests currently on the Island can extend their stay, but no new renters are allowed at this time. Please see the link below for the most up to date information on how COVID-19 is effecting Hilton Head Island.
>
> https://www.hiltonheadislandsc.gov/publicsafety/coronavirus/restrictions.cfm
>
> https://www.hiltonheadislandsc.gov/publicsafety/coronavirus/documents/ShortTermRentalOrdinance.pdf
>
> Nikki left the company about six months ago. If you have any additional questions, please let Mark or I know.
>
> I hope you and your family are staying safe during this time.
>
> Mary Kate Smith
>
> The Vacation Company
>
> 42 New Orleans Road, Suite 101

2

MH_000581

Hilton Head Island, SC 29928

Office: 843.686.6100

Email: MaryKate@vacationcompany.com

Web: www.vacationcompany.com

"Experts in Vacation Rentals for Hilton Head Island."

On Wed, Apr 8, 2020 at 6:08 PM Paul Hutchins <paulrhutchins@outlook.com> wrote:
 Hi Nikki:

Why is there a maintenance hold for the first 2 weeks of May?

On Feb 28, 2019, at 9:24 AM, Nikki Read <nikki@vacationcompany.com> wrote:

Paul,

I have made the update in my notes.

I do not foresee an issue with future bookings, it will do well. I will forward this e-mail to your property manager for more information.

Thank you,

Nikki read

On Thu, Feb 28, 2019 at 10:17 AM Paul Hutchins <paulrhutchins@outlook.com> wrote:
 The house is almost completed with the furniture being delivered the 2nd week of March.  I'm not seeing any additional bookings on the website.

--

Nikki Read

3

MH_000582

The Vacation Company

42 New Orleans Road, Suite 101

Hilton Head Island, SC 29928

Office: 843.686.6100

Email: Nikki@vactioncompany.com

Web: www.vacationcompany.com

"Experts in Vacation Rentals for Hilton Head Island"

<image001.jpg>

4

MH_000583

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:08 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: 32 North Forest Beach Drive - Purchase agreement |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: 32 North Forest Beach Drive - Purchase agreement**
**Date:** June 2, 2020 at 10:49:08 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

> **From:** Adam Ross <adamrross99@gmail.com>
> **Date:** June 2, 2020 at 9:56:27 PM CDT
> **To:** Paul Hutchins <PosCashFlow@aol.com>, joe@teamzmortgage.com
> **Subject: 32 North Forest Beach Drive - Purchase agreement**
>
> hi Paul - Joe Zamoiski (copied here) is going to be the purchaser of the lot at 32 North Forest Beach in Hilton Head. Cash deal at $450,000, closing as soon as practical.
>
> I will call Cathy Olivetti's office in the morning to get an updated agreement sent to both of you guys for signature and get the process rolling.
>
> Thanks Paul.
>
> Adam Ross
> 513-460-5538

1

MH_000584

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:07 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina |
| **Attachments:** | 2020 03 12 Coltrane to Olivetti.pdf |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina**
**Date:** March 12, 2020 at 9:27:46 AM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Curtis Coltrane <curtis@coltraneandwilkins.com>
**Date:** March 12, 2020 at 9:16:04 AM CDT
**To:** Paul Hutchins <PosCashFlow@aol.com>
**Subject: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina**

Paul:

The attached has gone to Catherine W. Olivetti.

Thank you.    I am,

Sincerely

Curtis L. Coltrane
COLTRANE & WILKINS, LLC

Mailing Address:
Post Office Box 6808
Hilton Head Island, SC  29938

Street Address:
2 Park Lane, Suite 200
Hilton Head Island, SC  29928

(843) 785-5551
(843) 785-5552 (Facsimile)

1

MH_000585

curtis@coltraneandwilkins.com

CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any US Federal Tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (I) avoiding penalties under the internal revenue code or (II) promoting, marketing or recommending to another party any transaction or matter addressed herein. This advice may not be forwarded (other than within the taxpayer to which it has been sent) without our express written consent.

PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachments) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

MH_000586

# COLTRANE & WILKINS, LLC
## ATTORNEYS AT LAW

POST OFFICE DRAWER 6808
HILTON HEAD ISLAND, SC 29938
(843) 785-5551
(843) 785-5552 (FAX)

Curtis L. Coltrane
E-Mail: curtis@coltraneandwilkins.com
Certified Circuit Court Mediator
Certified Circuit Court Arbitrator
Certified Federal Court Mediator

Curtis L. Coltrane*
John W. Wilkins
*Also Member Virginia Bar

March 12, 2020

Catherine W. Olivetti, Esq.
OLIVETTI, MCCRAY & WITHROW, LLC
1544 Fording Island Road
Hilton Head Island, SC 29926

Via Email to: cathy@omwlawfirm.com
Via Fax to (843) 341-9261
And Via Hand Delivery

RE:     Capital Gains, LLC to Ross
        32 North Forest Beach Drive, Hilton Head Island, South Carolina
        Our file RECAP-20-097

Dear Cathy:

As you are aware, this firm represents Capital Gains, LLC, in connection with the above-referenced transaction, and you represent Adam Ross. The Contract of Sale between the parties dated on or about February 24, 2020 (the "Contract") recite a closing date for the transaction of on or before March 6, 2020. At 4:14 A. M., on March 12, 2020, Adam Ross repudiated the Contract and stated that he would close. A copy of Adam Ross' written repudiation of his obligations under the contract is attached.

As you know, Capital Gains, LLC, is ready, willing and able to tender the necessary closing documents, and I hereby enclose and tender a copy of the executed deeds and sellers' affidavits.

Please allow this letter to serve as notification to Adam Ross, that he is default of his obligations in the February 24, 2020, Contract for the purchase and sale of 32 North Forest Beach Drive, Hilton Head Island, South Carolina. Adam Ross has 10 days to cure his default and close the transaction under the terms of Article 14 of the Contract.

MH_000587

Catherine W. Olivetti, Esq.
March 12, 2020
Page 2 of 2

I thank you for your attention to this matter, and look forward to hearing from you soon. I am,

Sincerely,

COLTRANE & WILKINS, LLC

Curtis L. Coltrane

CLC/asw
cc:     Paul Hutchins

MH_000588

**From:** Adam Ross <adamrross99@gmail.com>
**Subject: 32 North Forest Beach Lot**
**Date:** March 12, 2020 at 4:13:34 AM CDT
**To:** Paul Hutchins

Paul - with the impact of the corona virus on my business here in Cincinnati, I cannot close on 32 North Forest Beach Drive at this time. If the panic that is overtaking the country subsides in the next few weeks i can re-evaluate.  I am sorry about this but circumstances have changed significantly.

Adam Ross
513-460-5538

1

MH_000589

STATE OF SOUTH CAROLINA          )
                                 )    CORRECTIVE RE-RECORDING
COUNTY OF BEAUFORT               )         AFFIDAVIT

PERSONALLY, appeared before me Curtis L. Coltrane, who, being duly sworn, deposes and says:

1.    The attached Deed from Paul Hutchins to Capital Gains, LLC, was recorded on February 27, 2020, in the Office of the Register of Deeds for Beaufort County, South Carolina, in Record Book 3840 at Page 2404 (the "Deed").

2.    There was a typographical error in the Deed, specifically in the Acknowledgment. The typographical error is the following text: "as member of Capital Gains, LLC".

3.    The typographical error has been corrected in the Deed.

4.    The undersigned, acting as attorney for The Town of Hilton Head Island, South Carolina, and as attorney for Paul Hutchins hereby re-records the Deed with the typographical error corrected by deleting the text: "as member of Capital Gains, LLC" from the acknowledgment.

COLTRANE & WILKINS, LLC

By: _____

Sworn to Before me on this 10th
Day of March, 2020.

_____
Notary Public for South Carolina
My Commission Expires: _____

AUDREY WANICH
Notary Public-State of South Carolina
My Commission Expires
April 09, 2028

Page 1 of 1

MH_000590

3 OC
15
Coltrane
7697

BEAUFORT COUNTY SC - ROD
BK 3840 Pgs 2404-2406
FILE NUM 2020010913
02/27/2020    01:53:20 PM
REC'D BY oevans RCPT# 965930
RECORDING FEES $15.00

| STATE OF SOUTH CAROLINA | ) | |
|---|---|---|
| | ) | **QUIT CLAIM DEED** |
| **COUNTY OF BEAUFORT** | ) | |

KNOW ALL MEN BY THESE PRESENTS, that **PAUL R. HUTCHINS** ("Grantors"), in the State aforesaid and in consideration of the sum of **TEN AND NO/100 ($10.00) DOLLARS** and no other valuable consideration to them in hand paid at and before the sealing of these presents by **CAPITAL GAINS, LLC, A SOUTH CAROLINA limited liability company** (collectively, "Grantees"), having an address of **990 WOODSTREAM DRIVE, PROSPER, TX 75078,** in the State aforesaid, the receipt whereof is hereby acknowledged, have remised, released and forever quit-claimed, and by these presents do remise, release, and forever quit-claim unto the said Grantee, in fee simple, its Successors and Assigns, the following property to wit:

ALL that certain piece, parcel or lot of land designated and depicted as "Lot 82 0.18 Acres" on that certain plat of record entitled "Deconsolidation Plat of Lot 82A into Lot 82 and Lot 85 North Forest Beach Drive, A Portion of Subdivision No. 1 Hilton Head Beach" prepared by Surveying Consultants, Inc. and dated March 20, 2006 and recorded in the Beaufort County Register of Deeds Office on May 24, 2006 in Plat Book 113 at Page 176. For a more particular description as to the courses, metes, bounds and distances of said Lot 82, referenced is hereby made to the above described plat of record.

THIS CONVEYANCE is made subject to all other easement and restrictions of record and otherwise affecting the property.

This being a portion of the same property conveyed to the within Grantor by Eric C. Magnin, dated August 8, 2011 and recorded August 10, 2011 in the Office of the Register of Deeds for Beaufort County, South Carolina in Record Book 3076 at Page 2320.

1

MH_000591

TMS: #R550 015 00A 0710 0000 00

This Deed was prepared in the law office of Coltrane & Wilkins, LLC, Post Office Box 6808, Hilton Head Island, South Carolina, 29938, by Curtis L. Coltrane without benefit of a title examination.

TOGETHER with all and singular, the Rights, Members, Hereditaments and Appurtenances to the said Premises belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD, all and singular, the said Premises before mentioned unto the said Grantee, in fee simple, its Successors and Assigns, forever.

2

MH_000592

WITNESS Grantors' hand this __25th__ day of February, 2020.

SIGNED SEALED AND DELIVERED
IN THE PRESENCE OF

2) _Jessica Mursch_

Signature of 1st Witness (must be different than 2nd witness)

3 _L Smith_ _L. L. Phillips_

Signature of 2nd Witness (the Notary Public)



By:   **Paul R. Hutchins**

STATE OF TEXAS             )

                               )     UNIFORM ACKNOWLEDGMENT

COUNTY OF COLLIN        )

I, the undersigned Notary Public do hereby certify that Paul R. Hutchins, appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and seal this 25th day of February, 2020.

4) _L. L. Phillips_ _____ (SEAL)

Signature of Notary Public for Texas

My Commission expires: _June 21, 2020_

> NOTARY PUBLIC
> STATE OF TEXAS
> TERRI L. PHILLIPS
> ID #129034490
> My Commission Expires
> June 21, 2020

** Instructions for Execution:    *All signatures should be in blue ink.*
                                     *ALL blanks must be filled in.*
                                     *Grantor signs at line(s) 1)*
                                     *Witness #1 signs at line 2)*
                                     *Notary Public signs at line 3)*
                                     *Notary Public signs at line 4) and affixes notary seal*

3

STATE OF SOUTH CAROLINA )
                               )        **GENERAL WARRANTY DEED**

COUNTY OF BEAUFORT       )

      KNOW ALL MEN BY THESE PRESENTS, that **CAPITAL GAINS, LLC, a South Carolina limited liability company** ("Grantor") in the State aforesaid and in consideration of the sum of **FOUR HUNDRED FIFTY THOUSAND AND NO/100 ($450,000.00) DOLLARS** to it in hand paid at and before the sealing of these presents by **HILTON HEAD BUCKEYE RENTALS, LLC** ("Grantee), having an address of **7014 HARBOUR TOWN DRIVE, WEST CHESTER, OH 45069** in the State aforesaid, the receipt whereof is hereby acknowledged, subject to the easements, restrictions, and conditions set forth in the legal description below, has granted, bargained, sold and released, and by these Presents does grant, bargain, sell and release unto the said Grantee, in fee simple, its successors and assigns, forever the following property to wit:

      **TMS# R550 015 00A 0710 0000 00**

      ALL that certain piece, parcel or lot of land designated and depicted as "Lot 82 0.18 Acres" on that certain plat of record entitled "Deconsolidation Plat of Lot 82A into Lot 82 and Lot 85 North Forest Beach Drive, A Portion of Subdivision No. 1 Hilton Head Beach" prepared by Surveying Consultants, Inc. and dated March 20, 2006 and recorded in the Beaufort County Register of Deeds Office on May 24, 2006 in Plat Book 113 at Page 176. For a more particular description as to the courses, metes, bounds and distances of said Lot 82, referenced is hereby made to the above described plat of record.

      THIS CONVEYANCE is made subject to all other easement and restrictions of record and otherwise affecting the property.

      This being the same property conveyed to the within Grantor by Deed of Paul R. Hutchins dated February 25, 2020 and recorded February 27, 2020 in the Office of the Register of Deeds for Beaufort County, South Carolina in Record Book 3840 at Page 2404 and re-recorded _____ in the Office of the Register of Deed for Beaufort County, South Carolina in Record Book _____ at Page _____.

1

MH_000594

This Deed was prepared in the Law Office of Coltrane & Wilkins, LLC, Post Office Box 6808, Hilton Head Island, South Carolina, 29938 by Curtis L. Coltrane.

TOGETHER with all and singular, the Rights, Members, Hereditaments and Appurtenances to the said Premises belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD, all and singular, the said Premises before mentioned unto the said Grantee, in fee simple, it successors and assigns forever.

AND the said Grantor does hereby bind itself and its successors and assigns to warrant and forever defend, all and singular, the said Premises unto the said Grantee, the Grantee's successors and assigns, as herein above provided, against Grantor and Grantor's successors and assigns and against all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

2

WITNESS Grantor's Hand and Seal, this ___6th___ day of __MARCH___, 2020

SIGNED SEALED AND DELIVERED
IN THE PRESENCE OF:

2) _____

_Signature of 1st Witness_

Capital Gains, LLC
a South Carolina limited liability company

3) _____

_Signature of 2nd Witness (the Notary Public)_
_** see instructions below for execution_

_____ (SEAL)
By:     Paul R. Hutchins
Its:     Member

STATE OF __Texas__     )
                                      )     ACKNOWLEDGMENT
COUNTY OF __Collin__     )

I, the undersigned Notary Public do hereby certify that Paul R. Hutchins, as member of Capital Gains, LLC, personally appeared before me this day and, in the presence of the two witnesses above named, acknowledged the due execution of the foregoing instrument.

Witness my hand and seal this __06__ day of March, 2020.

4) _____ (SEAL)
Signature of Notary Public for State of: __Texas__
My Commission expires: __02/21/2021__
(affix seal)

MATT HOLCOM
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 02/21/2021
NOTARY IB 12697179-8

** _Instructions for Execution:_     _All signatures should be in blue ink._
     _ALL blanks must be filled in._
     _Grantor signs at line(s) 1)_
     _Witness #1 signs at line 2)_
     _Notary Public signs at line 3)_
     _Notary Public signs at line 4) and affixes notary seal_

3

MH_000596

**SELLER'S AFFIDAVITS**

The undersigned Seller of the property located in Beaufort County, South Carolina, known as 32 North Forest Beach Drive (Lot #82 S/D 1), Hilton Head Island, SC 29928, makes the following three affidavits:

**I.     OWNER'S AFFIDAVIT**

The undersigned owner, or her authorized agent, after being duly sworn, says under oath the following:

1.  That the undersigned currently owns and holds fee simple title to certain above described real property.

2.  That no improvements or repairs have been made on or to the aforementioned property during the ninety-five (95) day period preceding the closing date, for which payment has not been made in full.

3.  That there are no outstanding bills incurred (a) for labor and/or materials used in making improvements or repairs on or to said property, (b) for equipment, appliances, fixtures or accessories on or to said property, or (c) for architect's, surveyor's or engineer's services rendered on, to, for or with reference to said property.

4.  That the undersigned is not aware of any disputes, pending actions or bankruptcy proceedings, executions or unrecorded judgments, leases, liens or encumbrances that affect title to the property.

5.  That this Affidavit is executed with the knowledge that it will be relied upon by the Purchaser of the property, by the title insurer, and by the mortgage lender.

**II.     SELLER'S AFFIDAVIT, NONRESIDENT SELLER WITHHOLDING, SC Code Section 12-8-580.**

THIS IS AN AFFIDAVIT OF FACTS, WHETHER OR NOT THIS AFFIDAVIT IS SUFFICIENT TO RELIEVE THE BUYER OF THE RESPONSIBILITY TO WITHHOLD IS GOVERNED BY SC REVENUE ADVISORY BULLETIN #02-6.  PLEASE READ THIS AFFIDAVIT CAREFULLY IN CONJUNCTION WITH THIS ADVISORY OPINION.

The undersigned on oath, being first duly sworn, hereby certifies as follows:

1.     This affidavit is being given in connection with a sale of real estate pursuant to SC Revenue Advisory Bulletin #02-6.

4

MH_000597

2.    I have attached to this affidavit a description of the real property and any tangible personal property being sold as part of this sale. The real property is located in the county of Beaufort and its tax map number(s) is portion of **TMS# R550 015 00A 0710 0000 00.**

3.    The undersigned is the seller of the property described in the attached description.

4.    The closing date of this sale is: _____.

5.    The Seller's names is :        Capital Gains, LLC
                                      c/o Paul R. Hutchins

6.    The Seller's address:          990 Woodstream Drive
                                      Prosper, TX 75078-9205

7.    The Seller's social security number or taxpayer identification numbers is:
      _____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_____

8.    The undersigned acknowledges his obligation to file a South Carolina income tax return for the year of sale.

9.    [✓] **Resident.** The seller is a resident of South Carolina, as that term is defined in the South Carolina income tax laws (Code Section 12-6-30 et seq.).

10.   [ ]    **Deemed Resident.** Pursuant to Code Section 12-8-580C and SC Revenue Advisory Bulletin #02-6, the seller is deemed to be a resident of South Carolina because:

1.    a. The seller is a corporation incorporated outside South Carolina, has its principal place of business in South Carolina, and does no business in its state of incorporation, <u>or</u>

b.    The seller (i) has been in business in South Carolina during the last two taxable years, including the year of sale, (ii) will continue substantially the same business in South Carolina after the sale, (iii) is not delinquent with respect to filing any South Carolina income tax returns, (iv) has filed at least one South Carolina income tax return, and (v) has a certificate of authority to do business in South Carolina or is registered to do business in South Carolina, <u>and</u>

2.    The seller agrees to report the sale on a timely filed South Carolina income tax return.

11.   [ ]    **Tax-Exempt Organizations.** The seller is an organization exempt from income taxes under Internal Revenue Code Section 501(a) or is an insurance company exempt from South Carolina taxes on income.

12.   [ ]    **Gain Amount.** The seller affirms pursuant to Code Section 12-8-580(B)

5

MH_000598

that the amount of gain required to be recognized on this transaction and on which buyer is to make the requisite withholding will not exceed $.

13.    [ ]    **Withholding Amount Equals Entire Net Proceeds.** If the withholding amount is limited to the entire net proceeds, any lien, mortgage or credit line advance which was made within one year prior to the closing was not made in contemplation of the sale. See Question and Answer 15 in SC Revenue Advisory Bulletin #02-6 for a discussion of loans made in contemplation of this sale.

14.        **Installment Sale.**

[ ]    The seller will report this sale on the installment method for South Carolina income tax purposes, and has attached an amortization schedule correctly designating the principal and interest portion of the payments. If withholding is to be limited to the gain, the seller has entered the gain amount in item 12.

[ ]    The seller elects out of the installment sale method for South Carolina purposes and will report the entire withholding in one payment. If withholding is to be limited to the gain, the seller has entered the gain amount in item 12.

15.    [ ]    **Principal Residence or Involuntary Conversion – Nonrecognition of Gain.** The sale of the property will not be subject to taxes because of Internal Revenue Code Section 121 (sale of a principal residence) or Internal Revenue Code Section 1033 (involuntary conversions.) If the seller fails to comply with Section 1033, the seller acknowledges an obligation to file an amended South Carolina income tax return for the year of the sale.

16.        **Like Kind of Exchange.**

[ ]    In a simultaneous exchange, the entire gain is deferred under Internal Revenue Code Section 1031.

[ ]    A gain will be partially recognized. Enter the gain amount in item 12.

[ ]    The gain is intended to be deferred under Internal Revenue Code Section 1031 using a qualified intermediary and the steps required by SC Revenue Advisory Bulletin #02-6 have been completed.

17.    [ ]    **Employee Relocation.** The transaction involves the sale of an employee's property which is being sold by an employer or relocation company in connection with the employee's transfer. For income tax purposes the sale is treated as a sale by the employer or relocation company.

6

MH_000599

## III.    CERTIFICATION OF NON-FOREIGN STATUS

Section 1445 of the Internal Revenue Code provides that a transferee (buyer) of a U. S. real property interest must withhold tax if the transferor (seller) is a foreign person (defined as a nonresident alien individual, foreign corporation, foreign partnership, foreign trust, or foreign estate, but not a resident alien individual). To inform the transferee (buyer) that withholding of tax is required upon my disposition of a U. S. real property interest, I hereby certify the following:

(a) The Seller is not a foreign person for purposes of U. S. income taxation.

(b) The Seller's Tax ID number is:   see above

(c) The Seller's address is:     see above

I understand that this Certification may be disclosed to the Internal Revenue Service by the transferee and that any false statement I have made herein could be punished by fine, imprisonment, or both.

Under penalties of perjury, I declare that I have examined this Affidavit and, to the best of my knowledge and belief, it is true, correct and complete.

**Capital Gains, LLC**
**a South Carolina limited liability company**

_____
By: **Paul S. Hutchins**
Its:   **Member**

Sworn to and subscribed before me
This ___06___ day of March, 2020

Notary Public For: _Paul R Hutchins_
My Commission expires: __02/21/2021__

MATT HOLCOM
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 02/21/2021
NOTARY ID 12867179-8

7

MH_000600

**Transferor Affidavit**
**Tax Lien Inapplicable**
**SC Code Section 12-54-124**

The undersigned transferor hereby certifies as follows:

1.  This affidavit is being given in connection with a transfer of property to assure the transferee that the Department will not assert that Code Section 12-54-124 placed a lien against the assets in the hands of the transferee, and if applicable, the Department will not refuse to issue a license and will not revoke a license based upon Code Section 12-54-124. This affidavit issued for purposes of Code Section 12-54-124 is valid for 30 days from the date signed.

    It is understood that this affidavit does not protect the transferee from a lien placed on the assets prior to the transfer by other statutory or judicial means, or relieve the transferor of its liabilities to pay all of its taxes or file all applicable returns, and that it does not protect the transferee from the Department refusing to issue a license, or revoking a license for any other reason. For example, the transferee is not protected from a lien existing on the property due to nonpayment of real property taxes.

2.  The undersigned is the transferor of the assets described in the attached description.

3.  The Transferor's name is: Capital Gains, LLC

4.  The Transferor's address is: 990 Woodstream Drive, Prosper, TX 75078

5.  The Transferor's taxpayer identification number is: 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

6.  Date of Transfer:

I hereby certify the following concerning the transfer:

☐ The assets transferred are not business assets.

☑ Less than a majority of the business assets, based on fair market value, are being transferred in this and other related or planned transfers.

MH_000601

The undersigned authorizes the delivery and disclosure of this affidavit to the South Carolina Department of Revenue and acknowledges that any false statement contained herein is punishable by fine, imprisonment, or both.  Recognizing that I am subject to the criminal penalties under Code Section 12-54-44(B)(6)(a)(i), I declare that I have examined this affidavit and to the best of my knowledge and belief, it is true, correct and complete.

CAPTIAL GAINS, LLC

Date: March 6, 2020

By: _Mhutchu_

Paul R. Hutchins

Its: _____

STATE OF ~~SOUTH CAROLINA~~ Texas MH

COUNTY OF ~~BEAUFORT~~ Collin MH

ACKNOWLEDGMENT

I, the undersigned Notary Public do certify that Paul R. Hutchins, Sole Member **of Capital Gains, LLC, a South Carolina LLC**, personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my official seal this the _06_ day of March, 2020.

_____

Notary Public for: State of Texas

My Commission Expires: 02/21/2021

MATT HOLCOM
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 02/21/2021
NOTARY ID 12667179-8

MH_000602

## RESOLUTION OF
## CAPITAL GAINS, LLC
### a South Carolina limited liability company

The undersigned does hereby certify that the following resolution was unanimously adopted by the members of Capital Gains, LLC ("the Company"):

RESOLVED, that Paul R. Hutchins is authorized and empowered to act on behalf of and to bind Capital Gains, LLC.

RESOLVED FURTHER, that the sale by the Company of real property located at 32 North Forest Beach Drive (Lot #82 S/D 1), Hilton Head Island, SC 29928 in the amount of FOUR HUNDRED FIFTY THOUSAND and NO/100 ($450,000.00) DOLLARS to Hilton Head Buckeye Rentals, LLC in accordance with a Contract of Sale dated February 24, 2020 is hereby approved.

NOW RESOLVED FURTHER, that member Paul R. Hutchins n is authorized and empowered to execute and deliver documents for and in the name of the Company that shall be fully binding upon the Company and to execute any and all instruments necessary to effect the sale transaction discussed above, and that such documents shall not require the affixation of any seal and shall not require further attestation.

This Resolution shall be in full force and effect from and upon the date of its adoption.

Adoption effective as of the __6TH__ day of March, 2020.

CAPITAL GAINS, LLC

By: _____
     Paul R. Hutchins
Its:    Member

MH_000603

Entity Profile - Business Entities Online - S.C. Secretary of State                    Page 1 of 1

## South Carolina Secretary of State

# Business Entities Online

File, Search, and Retrieve Documents Electronically

---

# CAPITAL GAINS, LLC

### Corporate Information

**Entity Type:** Limited Liability Company

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

### Important Dates

**Effective Date** 05/28/2002
:

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

### Registered Agent

**Agent:** PAUL R HUTCHINS

**Address:** 59 OCEAN BREEZE
HILTON HEAD, South Carolina  29928

### Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Organization | 05/28/2002 |

For filing questions please contact us at **803-734-2158**

Copyright © 2020 State of South Carolina

https://businessfilings.sc.gov/BusinessFiling/Entity/Profile/bf4dc8dd-63b6-4137-9f33-f4eb...   3/10/2020

MH_000604

**David J. Parrish**

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:07 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: Thank you |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Thank you**
**Date:** April 5, 2020 at 2:11:37 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

> **From:** Adam Ross <adamrross99@gmail.com>
> **Date:** April 5, 2020 at 2:01:53 PM CDT
> **To:** Paul Hutchins <PosCashFlow@aol.com>
> **Subject: Thank you**
>
> Paul - thank you so much for returning the earnest money to me on 32 NFB. I did receive the wire on Friday. I was really moved by your understanding and generosity during these unprecedented times. I will never forget your gesture of kindness and i am glad to have you as a neighbor in Hilton Head. I look forward to both of us continuing to prosper in this wonderful place.
>
> I hope you and your family are doing well and staying safe.
>
> Thanks again Paul.
>
> Adam Ross
> 513-460-5538

1

MH_000605

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:07 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: Capital Gains, LLC to Adam Ross |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Fwd: Capital Gains, LLC to Adam Ross**
**Date:** March 13, 2020 at 7:54:34 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Capital Gains, LLC to Adam Ross**
**Date:** March 13, 2020 at 7:46:05 PM CDT
**To:** Curtis Coltrane <curtis@coltraneandwilkins.com>

Hi Curtis:

I've given this issue some thought and I've decided to do the following:

1)  Please prepare an invoice for your fees and costs in connection with this transaction and forward to the buyer's attorney.
2)  Ask the buyer's attorney to pay your fees and costs from the EMD.
3)  Return the remaining funds to the buyer.

Given the circumstances we find ourselves in today, I don't feel right about taking his escrow deposit.

Thanks for your help.  Hopefully, we'll find another buyer or Adam will buy the property at a later date.

Paul
214-500-7575

1

MH_000606

**David J. Parrish**

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:07 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina**
**Date:** March 12, 2020 at 1:25:23 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Curtis Coltrane <curtis@coltraneandwilkins.com>
**Date:** March 12, 2020 at 12:53:04 PM CDT
**To:** Paul Hutchins <PosCashFlow@aol.com>
**Subject: FW:  Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina**

Paul:

See below self-explanatory email from Catherine Olivetti.  I will keep you posted.

Thank you.   I am,

Sincerely

Curtis L. Coltrane
COLTRANE & WILKINS, LLC

Mailing Address:
Post Office Box 6808
Hilton Head Island, SC  29938

Street Address:
2 Park Lane, Suite 200
Hilton Head Island, SC  29928

(843) 785-5551
(843) 785-5552 (Facsimile)
curtis@coltraneandwilkins.com

1

MH_000607

CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any US Federal Tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (I) avoiding penalties under the internal revenue code or (II) promoting, marketing or recommending to another party any transaction or matter addressed herein. This advice may not be forwarded (other than within the taxpayer to which it has been sent) without our express written consent.

PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachments) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

**From:** Cathy Olivetti <cathy@omwlawfirm.com>
**Sent:** Thursday, March 12, 2020 1:33 PM
**To:** Curtis Coltrane <curtis@coltraneandwilkins.com>
**Cc:** Allie Rohal <allie@omwlawfirm.com>; Denise Hinchliff <denise@omwlawfirm.com>
**Subject:** RE: Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina

We have reached out to our client and suggested that if he knows for sure that he cannot close within 10 days, then he just needs to sign a release and forfeit the EMD. I suspect that his money may not have been moved over to cash soon enough......
I will let you know as soon as I know and we can put this one in the rear view mirror.
Thanks.
Cathy



Catherine West Olivetti, Esquire
Olivetti, McCray & Withrow, LLC
Attorneys at Law
1544 Fording Island Rd. (29926)
P.O. Box 7906
Hilton Head Island, South Carolina 29938
843-341-9260
843-341-9261 fax
www.omwlawfirm.com

Wire Fraud is on the rise! Do not accept alternative wire instructions from our office! Always call to let us know when you are wiring funds to us!

2

Click here to send me files securely

*Please think about the environment before you print this email*

REAL ESTATE CLOSINGS: Any and all funds needed for a real estate closing must be wired to our real estate trust account per the wire instructions that will be provided to you. We cannot accept certified or cashier's checks for real estate closings.

NON-SOLICITATION: This message and its contents is not intended nor should it be construed as a solicitation of representation. If this message is sent to a represented party, please disregard. Please note that no attorney-client relationship exists without a fully executed Contract of Representation.

PRIVILEGED AND CONFIDENTIAL: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please delete it from your system without copying it and notify the sender by reply e-mail or by calling 843-341-9260 so that the address can be corrected. Thank-you.

**From:** Curtis Coltrane <curtis@coltraneandwilkins.com>
**Sent:** Thursday, March 12, 2020 10:09 AM
**To:** Cathy Olivetti <cathy@omwlawfirm.com>
**Subject:** Capital Gains, LLC to Ross - 32 North Forest Beach Drive, Hilton Head Island, South Carolina

Cathy:

Please disregard the previous email. It did not include a copy of the email sent by Mr. Ross.

Thank you.   I am,

Sincerely

Curtis L. Coltrane
COLTRANE & WILKINS, LLC

Mailing Address:
Post Office Box 6808
Hilton Head Island, SC  29938

Street Address:
2 Park Lane, Suite 200
Hilton Head Island, SC  29928

(843) 785-5551
(843) 785-5552 (Facsimile)
curtis@coltraneandwilkins.com

CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any US Federal Tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (I) avoiding penalties under the internal revenue code or (II) promoting, marketing or recommending to another

3

MH_000609

party any transaction or matter addressed herein. This advice may not be forwarded (other than within the taxpayer to which it has been sent) without our express written consent.

PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachments) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

MH_000610

## David J. Parrish

**From:** Malcolm Hutchins <visioncareservice@gmail.com>
**Sent:** Tuesday, July 30, 2024 11:07 PM
**To:** David J. Parrish
**Subject:** Fwd: House on FB

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: House on FB**
**Date:** March 5, 2020 at 3:07:35 PM CST
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

https://www.airbnb.com/rooms/41007659?source_impression_id=p3_1583442173_Fld60fELcv
m7Ub8%2F

MH_000611

**David J. Parrish**

| | |
|---|---|
| From: | Malcolm Hutchins <visioncareservice@gmail.com> |
| Sent: | Tuesday, July 30, 2024 11:06 PM |
| To: | David J. Parrish |
| Subject: | Fwd: Jeep |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Jeep**
**Date:** February 26, 2020 at 7:32:53 AM CST
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

https://www.autotrader.com/cars-for-sale/vehicledetails.xhtml?listingId=538393644&LNX=PSEMAILLEAD

1

MH_000612



MH_000613



**New 2025 Audi Q7 3.0T Premium Plus**

7 miles

**$69,355** MSRP $75,655

See Pricing Details

See estimated payment

Audi North Atlanta
28.64 mi. away  ·  (470) 509-4255

Check Availability        ...

Sponsored

Recent Price Drop

MH_000614

## Used 2022 BMW 330i Sedan

28,904 miles

### $27,988  GREAT PRICE

See estimated payment

BMW of Gwinnett Place
26.53 mi. away  ·  (470) 223-0723

Check Availability

Sponsored



## Used 2023 Audi SQ8 Prestige

3,793 miles

### $87,995  GREAT PRICE

See estimated payment

MH_000615

11/15/24, 4:53 PM    All New, Used, and Certified Vehicles for Sale Near Me in Atlanta, GA - Autotrader



Porsche Atlanta Northwest
18.2 mi. away  •  (470) 996-2277

Check Availability    ...

$ **My Wallet** by Kelley Blue Book®

## Find Your Vehicle Faster
### and Within Budget

Monthly Payment
$600

Credit Score
Very Good (700-739)

Down Payment
$7,685

Trade-In Value
$0

Get My Kelley Blue Book® Car Value

# $38,424

Budget based on 6.4% APR at 60 mos.  ✐ Update Settings

Search Available Vehicles

Newly Listed    360°    ♡

MH_000616

11/15/24, 4:53 PM                All New, Used, and Certified Vehicles for Sale Near Me in Atlanta, GA - Autotrader

## Used 2020 GMC Yukon XL SLT

54,437 miles

**$36,591** 🏅 GREAT PRICE

See estimated payment



Hennessy of Southlake
6.88 mi. away  ·  (470) 747-7393
**Online Paperwork**

Check Availability                                         ...

Recent Price Drop    360                                                          ♡

Recently Reduced



## Used 2022 Jeep Wrangler Sport

3,335 miles

MH_000617



**$31,595** 🏅 GREAT PRICE

See estimated payment

Hennessy of Southlake
6.88 mi. away  ·  (470) 747-7393
**Online Paperwork**

Check Availability  ...

Advertisement

MH_000618

## David J. Parrish

**From:** Malcolm Hutchins <visioncareservice@gmail.com>
**Sent:** Tuesday, July 30, 2024 11:04 PM
**To:** David J. Parrish
**Subject:** Fwd: Floor plans form Mark Brummer
**Attachments:** SHT 2.pdf; SHT 3.pdf; SHT 4.pdf; SHT 6.pdf

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Floor plans form Mark Brummer**
**Date:** February 7, 2017 at 9:28:02 AM CST
**To:** hogs83@cox.net

Begin forwarded message:

**From:** Mark Brummer <mbrummer@roadrunner.com>
**Subject: Floor plans form Mark Brummer**
**Date:** January 27, 2017 at 12:40:12 AM CST
**To:** poscashflow@aol.com

Paul,
Here is an example that we expand on.

Regards,

Mark E. Brummer

President
Shore Line Design, Inc.
P.O. Box 22472
Hilton Head Island, S.C. 29925
(843)816-6022

1

MH_000619



GARAGE PLAN

FIRST FLOOR PLAN

MH_000621

FRONT ELEVATION

REAR ELEVATION

HOMA RESIDENCE

MH_000622





MH_000623

**David J. Parrish**

| | |
|---|---|
| From: | Malcolm Hutchins <visioncareservice@gmail.com> |
| Sent: | Tuesday, July 30, 2024 11:06 PM |
| To: | David J. Parrish |
| Subject: | Fwd: Wells Fargo checks deposited into your account have been returned |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Wells Fargo checks deposited into your account have been returned**
**Date:** December 27, 2019 at 9:39:31 PM CST
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Wells Fargo Online <alerts@notify.wellsfargo.com>
**Date:** December 27, 2019 at 9:06:27 PM CST
**To:** poscashflow@aol.com
**Subject: Wells Fargo checks deposited into your account have been returned**

## WELLS FARGO

## Checks deposited into your Wells Fargo account have been returned

The following deposited checks have been returned unpaid. As a result, we have deducted the following amount $50012.00 from your account PMA Checking.

| Date | Reason | Check number | Amount | Returned deposited item fee |
|---|---|---|---|---|
| 12/27/2019 | NSF-Insuf Funds | 0000003961 | $50000.00 | $12.00 |

**Total returned deposited item fee(s)** $12.00

1

MH_000624

We are sending you a paper copy of these checks via U.S. mail, which includes the front and back image of the returned check(s) for your reference.

For the most current balance and more account details, as well as access to deposited check images, sign on and go to this account.

If you have questions, please call us at 1-800-869-3557, 24 hours a day, 7 days a week, or contact us by secure email.

Thank you for banking with Wells Fargo. We appreciate your business.

Wells Fargo Online Customer Service

wellsfargo.com | Security Center

**Please do not reply to this automated email.** Sign on to send a secure email.

To modify or cancel your alerts, sign on to Manage Alerts.

2e055-854-ab30-fff5561c8-a2658bb2_5e06b98d_7098-27e

MH_000625

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:06 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: 32 N Forest Beach |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: 32 N Forest Beach**
**Date:** November 17, 2019 at 9:31:32 AM CST
**To:** "hogs83@cox.net" <hogs83@cox.net>, Malcolm Hutchins <visioncareservice@gmail.com>

https://www.trulia.com/property/3100877759-32-N-Forest-Beach-Dr-Hilton-Head-Island-SC-29928?cid=eml%7Ctrs%7Ccon_rlt_sharepropfriend_fr%7Ccon_rlt_sharepropfriend_fr&eurl=www.trulia.com%2Fproperty%2F3100877759-32-N-Forest-Beach-Dr-Hilton-Head-Island-SC-29928

1

MH_000626

Media    Map    Street View    Schools    Shop & Eat                    🚫 Hide    ⬆ Share    ♡ Save    ✕

MH_000627

×



MH_000628



MH_000629



MH_000630

11/15/24, 4:55 PM                    32 N Forest Beach Dr, Hilton Head Island, SC 29928 | Trulia



MH_000631



MH_000632

❮ Hilton Head Island                    trulia                    ☰

OFF MARKET                                        ⊘ Hide    ⬆ Share    ♡ Save

## 32 N Forest Beach Dr

Hilton Head Island, SC 29928  Forest Beach

◣ 4,353 sqft

## Homes for Sale Near 32 N Forest Beach Dr






**$330,000**
133 Arrow Rd #331,
Hilton Head Island, SC 29928

**$229,000**
133 Arrow Rd #298,
Hilton Head Island, SC 29928

**$199,000**
133 Arrow Rd #327,
Hilton Head Island, SC 29928

**$249,000**
133 Arrow Rd #240,
Hilton Head Island, SC 29928

## Local Information

Map      Schools      Shop & Eat



🚗 -- mins to Commute Destination

## Description

MH_000633

11/15/24, 4:55 PM                          32 N Forest Beach Dr, Hilton Head Island, SC 29928 | Trulia

‹ Hilton Head Island                              **trulia**                                              ≡

Priced aggressively…4th row ocean lot with abundance of tropical foliage and palm trees is perfect for a beach house of up to 4500 sq.ft. Situated in the perfect spot to showcase a beach house in this upscale neighborhood. It is not unusual for this location to make as much as $150,000/yr in rental income. Short bike ride to all that Coligny shopping and dining has to offer in downtown Hilton Head.

A great price for a 4th row ocean lot in this eclectic and fun neighborhood. Steps to the most beautiful beach on Hilton Head and a short bike ride to all that the Coligny shopping and dining area has to offer in downtown Hilton Head! Here is your opportunity to buy a piece of land on the edge of this great continent that was valued around $1M a few years ago! Get your foot in the neighborhood before the proposed renovation of the Coligny town center is commenced.

## Home Highlights

| | | |
|---|---|---|
| ⓟ | Parking | No Info |
| 🏠 | Outdoor | No Info |
| 🌡 | A/C | Heating only |
| ▦ | HOA | None |
| ◤ | Price/Sqft | No Info |

## Home Details for 32 N Forest Beach Dr

⊨ **Interior Features**

**Heating & Cooling**

• Heating: Heat Pump                                    • Heating Fuel: Heat Pump

**Levels, Entrance, & Accessibility**

• Stories: 2

**Interior Details**

See All

• ADT **Don't miss a great deal**

## Price History for 32 N Forest Beach Dr

| Date | Price | Event | Source | |
|---|---|---|---|---|
| 08/28/2017 | $599,000 | ListingRemoved | Agent Provided | |
| 11/13/2012 | $599,000 | Listed For Sale | Agent Provided | |
| 08/10/2011 | $350,000 | Sold | N/A | ⌄ |
| 03/17/2006 | $1,850,000 | Sold | N/A | ⌄ |
| 11/02/2005 | $540,000 | Sold | N/A | ⌄ |

## Property Taxes and Assessment

| | |
|---|---|
| Year | 2023 |
| Tax | $25,471 |

https://www.trulia.com/home/32-n-forest-beach-dr-hilton-head-island-sc-29928-80982164?cid=eml%7Ctrs%7Ccon_rlt_sharepropfriend_fr%7Ccon_rlt_…     2/6

MH_000634

‹ Hilton Head Island     trulia     ☰

Home facts updated by county records

## Price Trends
For homes in 29928

⌷ **$769,139**
Median home value

Price trends provided by third party data sources.

## Comparable Sales for 32 N Forest Beach Dr

Sponsored by Simplisafe     **SimpliSafe** Home Security

Home facts updated by county records

## Neighborhood Overview

MH_000635

11/15/24, 4:55 PM                    32 N Forest Beach Dr, Hilton Head Island, SC 29928 | Trulia

‹ Hilton Head Island                        **trulia**                                    ≡

Neighborhood stats provided by third party data sources.

**LGBTQ Local Legal Protections**

See All

**Additional Cost**

**HOME SECURITY**

**The Smart way to protect your home**
New home? Here's how to protect it from break-ins around the clock.

Visit Website

**MOVING AND STORAGE**

**Moving Long Distance?**
Plan Your Move with United Van Lines - America's #1 Mover®.

Get Quote.

**Homes for Rent Near 32 N Forest Beach Dr**

   

MH_000636

11/15/24, 4:55 PM    32 N Forest Beach Dr, Hilton Head Island, SC 29928 | Trulia

‹ Hilton Head Island    **trulia**    ≡

1 Ocean Ln #3422,    4 N Forest Beach Dr #222,    36 Deallyon Ave #102,    3 Shelter Cove Ln #7453,
Hilton Head Island, SC 29928    Hilton Head Island, SC 29928    Hilton Head Island, SC 29928    Hilton Head Island, SC 29928

## Off Market Homes Near 32 N Forest Beach Dr






**$1,795,000**
11 Knightsbridge Ln,
Hilton Head Island, SC 29928

**$840,000**
🛏 3bd 🛁 4ba 📐 1,780 sqft
1 Stoney Creek Rd #248,
Hilton Head Island, SC 29928

**$940,000**
🛏 3bd 🛁 2ba 📐 1,819 sqft
40 Planters Wood Dr #2511,
Hilton Head Island, SC 29928

**$2,479,000**
🛏 4bd 🛁 5ba 📐 3,455 sqft...
27 Wicklow Dr,
Hilton Head Island, SC 29928

32 N Forest Beach Dr, Hilton Head Island, SC 29928 is a 4,353 sqft lot/land built in 2021. 32 N Forest Beach Dr is located in Forest Beach, Hilton Head Island. This property is not currently available for sale. 32 N Forest Beach Dr was last sold on Aug 10, 2011 for $350,000.

Sold  ›  SC  ›  Hilton Head Island  ›  29928  ›  32 N Forest Beach Dr

### Nearby Real Estate

Townhomes for Sale Near Me
Condos for Sale Near Me
Houses for Sale Near Me
**See All**

### Nearby Zip Codes

31401 Homes for Sale
29938 Homes for Sale
29926 Homes for Sale

MH_000637

‹ Hilton Head Island                    trulia                                ☰

Shelter Cove
Palmetto Dunes
Windmill Harbour
See All

## 29928 Property Types

Mobile/Manufactured Homes
Single Family Homes
Condos
See All

## Real Estate Guides

Newest Rentals in Hilton Head Island, SC
Newest Homes for Sale in South Carolina
Newest Rentals in South Carolina
See All

Commute times provided by **INRIX** and Transitland. Commute times are based on typical traffic conditions, not actual traffic, and will not include activities such as a crash or construction in the commute time calculation.

Trulia is a registered Trademark of Zillow, Inc. Zillow, Inc. holds real estate brokerage licenses in all 50 states and D.C. and Zillow (Canada) Inc. holds real estate brokerage licenses in multiple provinces.
§ 442-H New York Standard Operating Procedures
New York Fair Housing Notice
TREC: Information about brokerage services, Consumer protection notice
California DRE #1522444
Contact Zillow, Inc Brokerage

Trulia Corporate   About Zillow Group   Fair Housing Guide   Careers   Newsroom   Investor Relations   Advertising Terms   Privacy   Terms of Use   Listings Quality Policy
Subscription Terms   Help   Privacy Portal   Cookie Preference   Do Not Sell or Share My Personal Information →

Zillow Group is committed to ensuring digital accessibility for individuals with disabilities. We are continuously working to improve the accessibility of our web experience for everyone, and we welcome feedback and accommodation requests. If you wish to report an issue or seek an accommodation, please let us know.

Copyright © 2024 Trulia, LLC. All rights reserved. Equal Housing Opportunity. Have a Question? Visit our Help Center to find the answer.

MH_000638

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:03 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: 34 N. Forest Beach Drive |
| **Attachments:** | 34 NFB Mass email with aerial photos.pdf |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: 34 N. Forest Beach Drive**
**Date:** September 23, 2016 at 11:12:06 AM CDT
**To:** hogs83@cox.net

Begin forwarded message:

**From:** "Shelby Stephens" <palmettoproperties@roadrunner.com>
**Subject: RE: 34 N. Forest Beach Drive**
**Date:** September 23, 2016 at 9:28:41 AM CDT
**To:** "'Paul Hutchins'" <poscashflow@aol.com>

Paul,

You never did say if you want to extend the listing. I am attaching a copy of the mass email I am sending out today.
Please let me know, it expires in 7 days.

Thanks,

Patti

*Patti Khoury*
*Office Manager*
*Palmetto Properties of HH*
*41 Crosswinds Drive*
*Hilton Head Island, SC 29926*
*palmettoproperties@roadrunner.com*
*843.785.3505*

**From:** Paul Hutchins [mailto:poscashflow@aol.com]
**Sent:** Thursday, September 22, 2016 11:33 AM

1

MH_000639

**To:** Shelby Stephens
**Subject:** Re: 34 N. Forest Beach Drive

Any response back from that guy who called Shelby about the lot?

> On Sep 22, 2016, at 10:31 AM, Shelby Stephens
> <palmettoproperties@roadrunner.com> wrote:
>
> Paul,
>
> I sent you an email in regards to your listing expiring at the end of the
> month for 34 NFB Dr.  Do you want me to extend the listing another 6
> months?
>
> Just let me know!
>
> Patti
>
> *Patti Khoury*
> *Office Manager*
> *Palmetto Properties of HH*
> *41 Crosswinds Drive*
> *Hilton Head Island, SC 29926*
> *palmettoproperties@roadrunner.com*
> *843.785.3505*

2

MH_000640

# 34 N. FOREST BEACH DRIVE
## MLS #351088
## $459,000

**4TH ROW OCEAN LOT**

***

**.18 ACRES PERFECT FOR A 4,500 SQ FT BEACH HOUSE WHICH COULD MAKE AS MUCH AS $140,000/YR IN GROSS RENTALS**

***

**ADJACENT LOT ALSO FOR SALE**







**SHELBY STEPHENS**
**BROKER/OWNER**
**PALMETTO PROPERTIES**
**OF HILTON HEAD**
CELL: 843.422.3247
OFFICE: 843.785.3505
EMAIL: SHELBYFIED@ ROADRUNNER.COM





MH_000641

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:05 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: 33 Firethorn - |

Begin forwarded message:

**From:** Paul Hutchins <PaulRHutchins@outlook.com>
**Subject: Fwd: 33 Firethorn -**
**Date:** August 5, 2019 at 5:52:27 PM CDT
**To:** "visioncareservice@gmail.com" <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Mark Kombrink <mark@vacationcompany.com>
**Date:** August 5, 2019 at 5:46:40 PM CDT
**To:** Paul Hutchins <paulrhutchins@outlook.com>
**Cc:** Beth <beth@vacationcompany.com>, Tiffany Woollacott <tiffany@vacationcompany.com>, Bob <bob@vacationcompany.com>, Rhonda Bolthouse <rhonda@vacationcompany.com>, Aaron Falcone <aaron@vacationcompany.com>
**Subject: Re: 33 Firethorn -**

Sorry everyone, this was stuck in my outbox and it just went out when I reconnected to wifi. Sounds like we are all settled on this. Aaron and I will follow up on items on our end and close the loop Saturday.

Mark

On Aug 5, 2019, at 5:07 PM, Mark Kombrink <mark@vacationcompany.com> wrote:

Paul -

Per our discussion, we will no longer be engaging the guest regarding an ESA letter. However, we will collect a $300 non-refundable pet deposit and perform a deep/seasonal clean at no expense to you. Aaron and I will personally inspect every inch of

1

your home for evidence of any damage on Saturday and provide a detailed list, if necessary, of any pet related damage to the home that the guest will be financially responsible for. Furthermore, this is not the type of guest we want to work with in the future, so they will be added to our list of guests who are no longer allowed to book with Vacation Company.

Thank you for your patience and cooperation as we move past this unfortunate chain of events.

Mark

2

MH_000643

**David J. Parrish**

| | |
|---|---|
| From: | Malcolm Hutchins <visioncareservice@gmail.com> |
| Sent: | Tuesday, July 30, 2024 11:05 PM |
| To: | David J. Parrish |
| Subject: | Fwd: |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Date:** August 4, 2019 at 2:30:23 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

1

MH_000644



# Emotional Support Animal B

This certificate con

## Bear

has been properly

with the ESAR

## Johnny Mo

as an Emotional Sup

as of August 4,

### ESA's Are Protected Under the Fed

In the US, two federal laws grant rights to owners of Emotional Support Anin and the Fair Housing Act (FHA) call for modification of "no pets" policies for disabled persons to be accompanied on flights by an ESA. The FHA and Sec rights of people who have emotional disabilities. This means that since landlords must make a reasonable effort to provide ho The FHA does not require the tenant to provide proof of tr

MH_000645

**David J. Parrish**

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:05 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: 33 Firethorn Morgan rental |

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Fwd: 33 Firethorn Morgan rental**
**Date:** August 4, 2019 at 2:24:50 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** Paul Hutchins <paulrhutchins@outlook.com>
**Subject: Re: 33 Firethorn Morgan rental**
**Date:** August 4, 2019 at 2:11:23 PM CDT
**To:** Aaron Falcone <aaron@vacationcompany.com>
**Cc:** Dru Brown <dru@vacationcompany.com>

Here are the South Carolina requirements:

If you are currently suffering from a mental disability such
as depression, PTSD, panic attacks, etc. and receive a recommendation letter from
a licensed mental health professional, your pet can become an Emotional Support
Animal. The ESA letter must include;

- Licensed mental health professional's (LMHP) license type, number, the
  state, and date it was issued.
- LMHP's reasons for prescribing the ESA
- LMHP's signature
- The letter must be written on the LMHP's letterhead
- The letter is only valid for one year after the issued date

On Aug 4, 2019, at 10:22 AM, Aaron Falcone
<aaron@vacationcompany.com> wrote:

1

MH_000646

Sent from my iPhone

Begin forwarded message:

**From:** <rhonda@vacationcompany.com>
**Date:** August 4, 2019 at 11:03:31 AM EDT
**To:** "Aaron" <aaron@vacationcompany.com>
**Subject: FW: 33 Firethorn Morgan rental**

*Rhonda Bolthouse*

**Property Manager**
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Local: 843.686.6100
Toll Free: 800.545.3303
Email: Rhonda@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"
<image003.png>
<image004.jpg>

**From:** Johnny Morgan <johnny@slbagby.com>
**Sent:** Sunday, August 4, 2019 10:47 AM
**To:** rhonda@vacationcompany.com
**Subject:** 33 Firethorn Morgan rental

We apologize for the miscommunication.
<20190804_104546.jpg>

2

MH_000647

**David J. Parrish**

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:05 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: House |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: House**
**Date:** November 15, 2018 at 9:09:13 PM CST
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

https://www.realtor.com/realestateandhomes-detail/6529-E-Autumns-Ridge-Dr_Fayetteville_AR_72701_M84823-31495#photo0

1

MH_000648

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:04 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: Firethorn |
| **Attachments:** | SHT 5 FRONT & REAR10.16.17.pdf; SHT 1 SITE10.16.17.pdf |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Firethorn**
**Date:** October 18, 2017 at 3:02:49 PM CDT
**To:** hogs83@cox.net

1

MH_000649

 

REAR ELEVATION

REAR ELEVATION



MH_000651

**David J. Parrish**

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:04 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: 33 Firethorn |
| **Attachments:** | 33 Firethorn.xlsx |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: 33 Firethorn**
**Date:** October 8, 2018 at 1:16:34 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

1

MH_000652

| | | |
|---|---|---|
| 5/1/2018 | Estimated Building Cost | $975,000.00 |
| | | |
| 4/18/2018 | Palmetto Builders | $51,811.00 |
| 6/28/2018 | Palmetto Builders | $50,000.00 |
| 8/3/2018 | Palmetto Builders | $150,000.00 |
| 9/19/2018 | Palmetto Builders | $100,000.00 |
| | | |
| | | $351,811.00 |
| | | |
| | Remaining Funding | $623,189.00 |
| | Loan Funding | -$565,000.00 |
| | | |
| | Gap in Funding | $58,189.00 |
| | Additional Furniture/Misc (estimated) | $30,000.00 |
| | | |
| | **Estimated Remaining Funding** | **$88,189.00** |

MH_000653

Paid to Date:


   6/27/2017 Shore Line Design
   7/10/2017 Coastal Surveying
  11/1/2017 Shore Line Design
12/20/2017 Shore Line Design
   1/17/2018 Key Engineering
   4/16/2018 TD Bank
   4/17/2018 Forest Beach Association
   4/17/2018 Forest Beach Association
   4/18/2018 Wells Fargo
   4/18/2018 Palmetto Builders
   4/26/2018 Coastal States Bank
   5/14/2018 Shore Line Design
   5/23/2018 Southern Consulting
   6/28/2018 Wells Fargo
   6/28/2018 Palmetto Builders
    8/3/2018 Wells Fargo
    8/3/2018 Palmetto Builders
    8/7/2018 Carolina Heritage Insurance
   8/15/2018 FEMA Flood Insurance
   8/15/2018 Village Features
   9/19/2018 Palmetto Builders
   9/21/2017 Furniture Direct

MH_000654

$2,000.00 Architect
$700.00 Survey
$3,500.00 Architect
$3,000.00 Architect
$675.00 Engineering
$744.90 Appraisal/Credit Fees
$850.00 Architecture Review Board
$3,500.00 Architecture Review Board Deposit
$30.00 Wire Transfer Fee
$51,811.00 Joey
$10,107.90 Loan Closing Fees
$957.50 Architect
$800.00 Engineering
$30.00 Wire Transfer Fee
$50,000.00 Joey
$30.00 Wire Transfer Fee
$150,000.00 Joey
$1,160.70 Excess Flood Insurance above 250K
$505.00 Flood insurance to 250K
$800.00 Elevation Drawing
$100,000.00 Joey
$15,000.00 Furniture


$396,202.00

MH_000655

**David J. Parrish**

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:05 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: 33 Firethorn Follow Up |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: 33 Firethorn Follow Up**
**Date:** October 27, 2018 at 6:20:39 PM CDT
**To:** visioncareservice@gmail.com

Begin forwarded message:

> **From:** <dru@vacationcompany.com>
> **Date:** October 27, 2018 at 1:25:44 PM CDT
> **To:** "'Paul Hutchins'" <poscashflow@aol.com>
> **Subject: RE: 33 Firethorn Follow Up**
>
> Paul:
> Sorry for the delay, here is the link. Let me know if you have any questions.
>
> https://www.vacationcompany.com/hilton-head-rentals/33-firethorn
>
> Kindest Regards,
>
> Dru Brown
> Director of Sales and Marketing
> The Vacation Company
> 42 New Orleans Road, Suite 101
> Hilton Head Island, SC 29928
> Direct: 843.384.1061
> Office: 843.686.6100
> Email: Dru@vacationcompany.com
> Web: www.vacationcompany.com
> "Experts in Vacation Rentals for Hilton Head Island"
>
> VACATI●NCOMPANY
> Hilton Head Luxury Homes & Villa Rentals
>
> **From:** Paul Hutchins <poscashflow@aol.com>
> **Sent:** Wednesday, October 24, 2018 6:12 PM
> **To:** dru@vacationcompany.com

1

MH_000656

Cc: Beth Henzler <beth@vacationcompany.com>
Subject: Re: 33 Firethorn Follow Up

Do you have a link to the listing?

On Oct 11, 2018, at 2:50 PM, <dru@vacationcompany.com>
<dru@vacationcompany.com> wrote:

Paul:
If we could ask a few other questions that would help us in your listing:

- First floor porch, covered or screened?
- Lower porch by pool, screened? Will it have any other amenities like ping pong?
- Elevator – is there one for the home?

Kindest Regards,

Dru Brown
Director of Sales and Marketing
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Direct: 843.384.1061
Office: 843.686.6100
Email: Dru@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"
<image001.png>

2

MH_000657

**David J. Parrish**

From:      Malcolm Hutchins <visioncareservice@gmail.com>
Sent:      Tuesday, July 30, 2024 11:04 PM
To:        David J. Parrish
Subject:   Fwd: 33 Firethorn

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: 33 Firethorn**
**Date:** October 8, 2018 at 4:40:45 PM CDT
**To:** Malcolm Hutchins <visioncareservice@gmail.com>

Begin forwarded message:

**From:** <dru@vacationcompany.com>
**Subject: 33 Firethorn**
**Date:** October 8, 2018 at 1:48:33 PM CDT
**To:** "'Paul Hutchins'" <poscashflow@aol.com>

Paul:
Thanks for all those documents, that should be enough to get the property up and running. This week may be a little whacky with Michael out in the gulf causing trouble. My goal is to have it up in the next few days but we are unfortunately prepping properties again. Have a good day.

Kindest Regards,

Dru Brown
Director of Sales and Marketing
The Vacation Company
42 New Orleans Road, Suite 101
Hilton Head Island, SC 29928
Direct: 843.384.1061
Office: 843.686.6100
Email: Dru@vacationcompany.com
Web: www.vacationcompany.com
"Experts in Vacation Rentals for Hilton Head Island"



VACATI☻N COMPANY
Hilton Head Luxury Homes & Villa Rentals

1

MH_000658

**David J. Parrish**

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:03 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: Mass email |
| **Attachments:** | 34 N. Forest Beach Mass Email Price Reduction.pdf |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Mass email**
**Date:** January 12, 2017 at 4:10:43 PM CST
**To:** hogs83@cox.net

Begin forwarded message:

> **From:** "Shelby Stephens" <palmettoproperties@roadrunner.com>
> **Date:** January 12, 2017 at 2:39:33 PM CST
> **To:** <poscashflow@aol.com>
> **Subject: Mass email**
>
> Paul,
>
> Here is the mass email I sent to all the Hilton Head realtors announcing the price reduction. I will send a new one out again next week.
>
> Patti

1

MH_000659

## 34 N. Forest Beach Dr
# 4TH ROW OCEAN LOT
**LEAST EXPENSIVE OCEANSIDE LOT IN N. FOREST BEACH**

.18 acres...Perfect for a 4,500 sq ft beach house with the gross rental potential of $150K to $160K!

## REDUCED TO
# $394,500
### MLS #351088





**Shelby Stephens**
Broker/Owner
**PALMETTO PROPERTIES OF HH**

Email: Shelbyfied@roadrunner.com
Cell: 843.422.3247
Office: 843.785.3505






palmetto properties
of hilton head



## 34 N. Forest Beach Dr
# 4TH ROW OCEAN LOT
**LEAST EXPENSIVE OCEANSIDE LOT IN N. FOREST BEACH**
.18 acres...Perfect for a 4,500 sq ft beach house with the gross rental potential of $150K to $160K!
## REDUCED TO
## $394,500
MLS #351088



**Shelby Stephens**
Broker/Owner
**PALMETTO PROPERTIES OF HH**

Email: Shelbyfied@roadrunner.com
Cell:  843.422.3247
Office: 843.785.3505



palmetto properties
of hilton head

MH_000661

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:04 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: Shelby: 15 Gannet |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: Fwd: Shelby: 15 Gannet**
**Date:** June 7, 2017 at 4:44:49 PM CDT
**To:** hogs83@cox.net

Begin forwarded message:

**From:** "Shelby Stephens" <shelbyfied@roadrunner.com>
**Subject: Shelby: 15 Gannet**
**Date:** June 7, 2017 at 10:07:48 AM EDT
**To:** "'Paul Hutchins'" <poscashflow@aol.com>
**Cc:** <pattianne@roadrunner.com>, "'joie chase'" <joiechase@gmail.com>

Paul, here are some photos I took from the listing of 15 Gannet. I have listed some of the
Features that you could pass along to Mark:

15 Gannet ideas:

Elevation features:

Combination of Board-on-board vertical, horizontal siding, accent of shake
shingles (hardiplank)
Tabby columns and base
Shutters
4 light windows NOT RED
Fencing around pool : combination of tabby columns and horizontal boarding
Railings combination of aluminum and wood
Louvers for hydrostatic venting
Inground pool is to front side where sun will hit in morning
Pavers OR COOL DECK (whichever is less expensive) around pool

1

MH_000662

Interior ideas:

Great room effect open to kitchen

Large one-level Island divides kitchen from family room

If possible, 2 masters on ground floor, baths do not have to be large

4 bedrooms upstairs with small central gathering space

2 bedrooms to be combined later for media room for owners so not a load bearing wall between them





D. Shelby Stephens
Broker/Owner
Life Member, Distinguished Sales Award
Palmetto Properties of Hilton Head
41 Crosswinds Drive
Hilton Head, SC  29926-2216
843-422-3247 mobile
843-785-3505 office
866-342-3332 toll free
866-737-7897 efax
www.palmetto-properties.com
shelbyfied@roadrunner.com

**From:** Paul Hutchins [mailto:poscashflow@aol.com]
**Sent:** Wednesday, June 07, 2017 8:54 AM
**To:** Shelby Stephens
**Subject:** Re: Screen shot of plat 33 firethorn

Thanks....

On Jun 7, 2017, at 8:27 AM, shelbyfied@roadrunner.com wrote:

2

MH_000663

Sent from my Verizon 4G LTE Smartphone

<IMAG1618.jpg>







3

MH_000664







MH_000665

**David J. Parrish**

| | |
|---|---|
| From: | Malcolm Hutchins <visioncareservice@gmail.com> |
| Sent: | Tuesday, July 30, 2024 11:04 PM |
| To: | David J. Parrish |
| Subject: | Fwd: House |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: House**
**Date:** February 7, 2017 at 9:49:35 AM CST
**To:** hogs83@cox.net

http://www.zillow.com/homedetails/15-Gannet-St-Hilton-Head-Island-SC-29928/68827822_zpid/

1

MH_000666

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Tuesday, July 30, 2024 11:03 PM |
| **To:** | David J. Parrish |
| **Subject:** | Fwd: House |

Begin forwarded message:

**From:** Paul Hutchins <poscashflow@aol.com>
**Subject: House**
**Date:** February 1, 2017 at 10:50:03 AM CST
**To:** hogs83@cox.net

http://www.destinationvacationhhi.com/vacation-rentals/6-sea-oak-lane#.WJIRPbGZOYU

1

MH_000667



BEAUFORT COUNTY TREASURER
PO DRAWER 487
BEAUFORT, SC 29901-0487
**ELECTRONIC SERVICE REQUESTED**
www.BeaufortCountyTreasurer.com


14505582 8706-PTN 1658 2 11 2



**CAPITAL GAINS LLC**
990 WOODSTREAM DR
PROSPER TX 75078-9205

# 2023 BEAUFORT COUNTY PROPERTY TAX BILL

Have a question about...

**Real property or mobile homes?**
Call 843-255-2400 or Assessor@bcgov.net

**Business property, Personal property, Homestead or Military exemption?**
Call 843-255-2500 or BeaufortCountyAuditor@bcgov.net

**Your payment?**
Call 843-341-8404 or www.BeaufortCountyTreasurer.com

| Property ID (PIN) | Alternate ID (AIN) |
|---|---|
| R550 015 00A 0025 0000 | 00404164 |

| Description | Property Class Code |
|---|---|
| 3 FIRETHORN WAY, LOT 52 LAWTON BEACH S/D NO 1 | ResImp SingleFamily |

| Acres | Assessment Ratio | Tax Authority Group |
|---|---|---|
| 0.00 | 6.00% | 550-SOUTH ISLAND PSD |

### Values And Prior Year Information

| | |
|---|---|
| Appraised Value | 2,219,800 |
| Capped Value | 1,067,602 |
| Homestead Exemption Value | 0 |
| Other Exemption Value | 0 |
| Taxable Value | 64,060 |
| Prior Year Tax/Fees | 14,193.74 |

### Where Your Tax Dollars Go

The tax amount for each fund listed in the description below is calculated by multiplying the taxable value by the millage rate. This does not apply to "fee" amounts.

| Description | Millage | Taxable Value | Tax/Fee |
|---|---|---|---|
| COUNTY OPERATIONS | 0.05170 | 64,060 | 3,311.89 |
| COUNTY DEBT | 0.00340 | 64,060 | 217.80 |
| RURAL & CRITICAL LANDS | 0.00440 | 64,060 | 281.86 |
| SCHOOL - OPERATIONS | 0.12180 | 64,060 | 7,802.51 |
| SCHOOL - DEBT | 0.03630 | 64,060 | 2,325.38 |
| TOWN OF HILTON HEAD | 0.02140 | 64,060 | 1,370.88 |
| HH POLICE FEE | | | 134.00 |
| Stormwater COUNTY FEE | | | 7.88 |
| Stormwater MUNICIPAL/DISTRICT FEE | | | 150.00 |
| TOTALS | 0.23900 | 64,060 | 15,602.20 |

### How Your Taxes Are Calculated

| | |
|---|---|
| Taxable Value | 64,060 |
| x Millage Rate | 0.23900 |
| Tax Amount | 15,310.32 |
| - School Tax Credit (Primary Residence Only) | 0.00 |
| + Fees | 291.88 |
| + Prior Unpaid Taxes/Fees/Penalties | 0.00 |
| - Installment Payments | 0.00 |

**TOTAL AMOUNT DUE:** **$15,602.20**

**DUE BY:** **January 16, 2024**

Pay with **no extra fee** when paying by check!
Online: www.myBeaufortCounty.com
Phone: 888-970-0624

Scan to Pay ⟶

---

# 2023 BEAUFORT COUNTY PROPERTY TAX BILL

| Tax Year | AIN | RevObjID | Property ID (PIN) | Property Address | Total Amount Due |
|---|---|---|---|---|---|
| 2023 | 00404164 | 0000404164 | R550 015 00A 0025 0000 | 3 FIRETHORN WAY, HILTON HEAD ISLAND | $15,602.20 |

Owner as of January 1, 2023  CAPITAL GAINS LLC

Include on your check your Phone Number, RevObjID and make payable to Beaufort County Treasurer.

PAYABLE NOW THRU 01/16/2024          $15,602.20
THEN PENALTIES APPLY...

| IF RECEIVED AFTER | 01/16/2024 | (3%) | $16,070.27 |
|---|---|---|---|
| IF RECEIVED AFTER | 02/01/2024 | (10%) | $17,162.42 |
| IF RECEIVED AFTER | 03/18/2024 | (15%) | $17,942.53 |
| IF RECEIVED AFTER | 03/31/2024 | ($250) | $18,192.53 |
| IF RECEIVED AFTER | 09/04/2024 | ($150) | $18,342.53 |

Beaufort County RPA
PO BOX 105176
ATLANTA GA 30348-5176

CAPITAL GAINS LLC
990 WOODSTREAM DR
PROSPER TX 75078-9205

0000404164000156022000160702700017162420001794253 00741

## GENERAL QUESTIONS

For general questions, please call (843) 255-2000.

## BILL INFORMATION

This tax bill may be processed electronically.

If your check is dishonored or returned for any reason, we will electronically debit your account for the amount of the check plus a processing fee of $30.00. This may also result in additional fees being incurred from your bank.

**If your mobile home ownership changes or you move your mobile home, please contact Building Codes at (843) 255-2065.**

For Stormwater Utility Fee questions, please contact Stormwater Administration at (843) 255-2805 or stormwater@bcgov.net. Stormwater rate information can be found at www.beaufortcountysc.gov/stormwater.

## GLOSSARY OF TERMS

**PROPERTY CLASS CODE:** The type (use) of a property subject to appraisal, assessment, and taxation.

**APPRAISED VALUE:** The value determined by the Assessor's and Auditor's Office before any modifiers or exemptions are applied. It is the most probable price that the property would sell for in an open market between a willing buyer and seller.

**CAPPED VALUE:** The value upon which modifiers or exemptions are applied and the limit to which a real property's taxable value can increase. This amount may be the same as a property's appraised value.

**TAXABLE VALUE:** The value upon which the millage is applied.

**HOMESTEAD EXEMPTION VALUE:** A deduction of $50,000 from a property's capped value for qualified individuals.

**ASSESSMENT RATIO:** The percentage (4%, 5%, 6%, or 10.5%) applied to determine the taxable value of a property that is subject to taxation.

**MILLAGE RATE:** The tax rate applied to the taxable value of a property. It is the total amount of mills levied in order to meet the budget of a school district, county, city or other political subdivision.

**SCHOOL TAX CREDIT:** That portion of the millage rate for school operations which is exempted for primary residences assessed at 4%, this does not include taxes levied for school debt.

## RESIDENT EXEMPTION FRAUD

An individual claiming the legal resident (4%) exemption on a property in which he or she is not primarily residing is not entitled to the exemption and may be subject to a significant penalty.

## HILTON HEAD ISLAND POLICE SERVICE FEE

The "Hilton Head Island Police Service Fee" (HHPF) is a fee applied to all improved Town of Hilton Head Island properties. Waving of the fee is not permitted. You may appeal the fee amount based on the property's classification and the structure total square footage.

For more information, please visit www.beaufortcountysc.gov, or you can speak with a Police Fee representative at (843) 255-2440.

## ASSESSOR'S OFFICE

Telephone: (843) 255-2400          Email:   assessor@bcgov.net
                                   Fax:     (843) 255-9404

· Appraises and revalues all real property · Keeps records for all real property, including descriptions, ownership, sales and location · Annually certifies the appraised and assessed valuations · Administers 4% Primary Resident, Agricultural Use, and other applications · Updates and maintains tax maps

## AUDITOR'S OFFICE

Telephone: (843) 255-2500          Email: BeaufortCountyAuditor@bcgov.net

Generates and adjusts tax rolls for real property, personal property, motor vehicles, and watercraft. Processes homestead applications and military exemptions. Military Exemptions are applied and approved in the Auditor's Office for personal property.

Homestead Exemption Program: Available to primary homeowners over age 65 or 100% disabled. Initial application to County Auditor is required to be filed between the dates of January 1st of the current year and January 15th of the following year.

Businesses: All businesses are required to file a return with the SC Department of Revenue on all furniture, fixtures, and equipment used in the business. If no return has been filed, this bill may represent an estimate.

A taxpayer may object to a personal property value prior to the first due date on the front of this bill by contacting the County Auditor in writing; appealing does not extend the due date.

## TREASURER'S OFFICE

Telephone:      (843) 341-8404      Website: www.BeaufortCountyTreasurer.com

· Collects and distributes current and delinquent taxes · Applies and removes delinquency fees · Monitors and manages the delinquency process · Distributes tax collections to municipalities · Processes and issues tax refunds · Receives and processes change of address requests

## DELINQUENCY TIMELINE

The Treasurer's Office utilizes multiple methods to pursue the collection of delinquent taxes, including, but not limited to: auction of property, withholding of South Carolina Income Tax refunds, and pursuit through a third-party collections agency. Information about the delinquency timelines may be found at www.BeaufortCountyTreasurer.com.

## SOLID WASTE ENTERPRISE FUND

The Solid Waste Enterprise Fund was established July 1, 2021 and pays for the County's waste collection and recycling centers, recycling events, and fees related to the disposal of residential household waste. Additionally, this fund is also responsible for future Capital Projects involving the handling of residential waste.
For more information on recycling and waste, please contact (843) 255-2823.

You can change your mailing address online at
www.BeaufortCountyTreasurer.com
or in-person at any Treasurer's Office location.

MH_000669



BEAUFORT COUNTY TREASURER
PO DRAWER 487
BEAUFORT, SC 29901-0487
**ELECTRONIC SERVICE REQUESTED**
www.BeaufortCountyTreasurer.com

## 2023 BEAUFORT COUNTY
## RENTAL PROPERTY TAX BILL

**OUR RECORDS INDICATE THIS IS A RENTAL PROPERTY.**

14505582 8706-PTN 1658 1 11 2



CAPITAL GAINS LLC
990 WOODSTREAM DR
PROSPER TX 75078-9205

**If this property IS NOT rented...**
Sign and return the coupon below or
email BeaufortCountyAuditor@bcgov.net

**If this property IS rented...**
Return the coupon below with a check made payable to
Beaufort County Treasurer, include your name, address
and the RevObjId or visit mybeaufortcounty.com

| Property ID (PIN) | Alternate ID (AIN) |
|---|---|
| RENTR210049780 | 227898764 |

| Description | Property Class Code |
|---|---|
| 3 FIRETHORN WAY, LOT 52 LAWTON BEACH S/D NO 1 | 014 Rental Residential |

| Acres | Assessment Ratio | Tax Authority Group |
|---|---|---|
| 0.00 | 10.50% | 550-SOUTH ISLAND PSD |

| Values And Prior Year Information | |
|---|---|
| Appraised Value | 7,500 |
| Capped Value | 7,500 |
| Homestead Exemption Value | 0 |
| Other Exemption Value | 0 |
| Taxable Value | 790 |
| Prior Year Tax/Fees | 277.28 |

### Where Your Tax Dollars Go

The tax amount for each fund listed in the description below is calculated by multiplying the taxable value by the millage rate. This does not apply to "fee" amounts.

| Description | Millage | Taxable Value | Tax/Fee |
|---|---|---|---|
| COUNTY OPERATIONS | 0.05170 | 790 | 40.86 |
| COUNTY DEBT | 0.00340 | 790 | 2.69 |
| RURAL & CRITICAL LANDS | 0.00440 | 790 | 3.48 |
| SCHOOL - OPERATIONS | 0.12180 | 790 | 96.22 |
| SCHOOL - DEBT | 0.03630 | 790 | 28.68 |
| TOWN OF HILTON HEAD | 0.02140 | 790 | 16.91 |
| TOTALS | 0.23900 | 790 | 188.84 |

### How Your Taxes Are Calculated

| | |
|---|---|
| Taxable Value | 790 |
| +10% Failure to List Penalty | 0 |
| | 790 |
| x Millage Rate | 0.23900 |
| Tax Amount | 188.84 |
| +25% Penalty for a False Return | 0.00 |
| - School Tax Credit (Primary Residence Only) | 0.00 |
| + Fees | 0.00 |
| + Prior Unpaid Taxes/Fees/Penalties | 0.00 |
| - Installment Payments | 0.00 |

**TOTAL AMOUNT DUE:** **$188.84**

**DUE BY:** **January 16, 2024**

**Pay with no extra fee when paying by check!**
Online: www.myBeaufortCounty.com
Phone: 888-970-0624

Scan to Pay

---

## 2023 BEAUFORT COUNTY RENTAL PROPERTY TAX BILL

| Tax Year | AIN | RevObjID | Property ID (PIN) | Property Address | Total Amount Due |
|---|---|---|---|---|---|
| 2023 | 227898764 | 0227898764 | RENTR210049780 | 3 FIRETHORN WAY, HILTON HEAD ISLAND | $188.84 |

Owner as of January 1, 2023  CAPITAL GAINS LLC

| | | | |
|---|---|---|---|
| PAYABLE NOW THRU 01/16/2024 | | | $188.84 |
| THEN PENALTIES APPLY... | | | |
| IF RECEIVED AFTER | 01/16/2024 | (3%) | $194.51 |
| IF RECEIVED AFTER | 02/01/2024 | (10%) | $207.72 |
| IF RECEIVED AFTER | 03/18/2024 | (15%) | $217.17 |
| IF RECEIVED AFTER | 03/31/2024 | ($250) | $467.17 |
| IF RECEIVED AFTER | 09/04/2024 | ($150) | $617.17 |

I affirm that I am an agent and/or owner of this property and further affirm this property was not rented during the tax year indicated above.

_____     _____
Signature                          Date

CAPITAL GAINS LLC
990 WOODSTREAM DR
PROSPER TX 75078-9205

Beaufort County RPA
PO BOX 105176
ATLANTA GA 30348-5176

0227898764000000188840000019451000002077200000217170 0741

MH_000670

## GENERAL QUESTIONS

For general questions, please call (843) 255-2000.

## BILL INFORMATION

This tax bill may be processed electronically.

If your check is dishonored or returned for any reason, we will electronically debit your account for the amount of the check plus a processing fee of $30.00. This may also result in additional fees being incurred from your bank.

**If your mobile home ownership changes or you move your mobile home, please contact Building Codes at (843) 255-2065.**

For Stormwater Utility Fee questions, please contact Stormwater Administration at (843) 255-2805 or stormwater@bcgov.net. Stormwater rate information can be found at www.beaufortcountysc.gov/stormwater.

## GLOSSARY OF TERMS

**PROPERTY CLASS CODE:** The type (use) of a property subject to appraisal, assessment, and taxation.

**APPRAISED VALUE:** The value determined by the Assessor's and Auditor's Office before any modifiers or exemptions are applied. It is the most probable price that the property would sell for in an open market between a willing buyer and seller.

**CAPPED VALUE:** The value upon which modifiers or exemptions are applied and the limit to which a real property's taxable value can increase. This amount may be the same as a property's appraised value.

**TAXABLE VALUE:** The value upon which the millage is applied.

**HOMESTEAD EXEMPTION VALUE:** A deduction of $50,000 from a property's capped value for qualified individuals.

**ASSESSMENT RATIO:** The percentage (4%, 5%, 6%, or 10.5%) applied to determine the taxable value of a property that is subject to taxation.

**MILLAGE RATE:** The tax rate applied to the taxable value of a property. It is the total amount of mills levied in order to meet the budget of a school district, county, city or other political subdivision.

**SCHOOL TAX CREDIT:** That portion of the millage rate for school operations which is exempted for primary residences assessed at 4%, this does not include taxes levied for school debt.

## RESIDENT EXEMPTION FRAUD

An individual claiming the legal resident (4%) exemption on a property in which he or she is not primarily residing is not entitled to the exemption and may be subject to a significant penalty.

## HILTON HEAD ISLAND POLICE SERVICE FEE

The "Hilton Head Island Police Service Fee" (HHPF) is a fee applied to all improved Town of Hilton Head Island properties. Waving of the fee is not permitted. You may appeal the fee amount based on the property's classification and the structure total square footage.

For more information, please visit www.beaufortcountysc.gov, or you can speak with a Police Fee representative at (843) 255-2440.

## ASSESSOR'S OFFICE

Telephone: (843) 255-2400          Email:  assessor@bcgov.net
                                   Fax:    (843) 255-9404

• Appraises and revalues all real property • Keeps records for all real property, including descriptions, ownership, sales and location • Annually certifies the appraised and assessed valuations • Administers 4% Primary Resident, Agricultural Use, and other applications • Updates and maintains tax maps

## AUDITOR'S OFFICE

Telephone:  (843) 255-2500          Email: BeaufortCountyAuditor@bcgov.net

Generates and adjusts tax rolls for real property, personal property, motor vehicles, and watercraft. Processes homestead applications and military exemptions. Military Exemptions are applied and approved in the Auditor's Office for personal property.

Homestead Exemption Program: Available to primary homeowners over age 65 or 100% disabled. Initial application to County Auditor is required to be filed between the dates of January 1st of the current year and January 15th of the following year.

Businesses: All businesses are required to file a return with the SC Department of Revenue on all furniture, fixtures, and equipment used in the business. If no return has been filed, this bill may represent an estimate.

A taxpayer may object to a personal property value prior to the first due date on the front of this bill by contacting the County Auditor in writing; appealing does not extend the due date.

## TREASURER'S OFFICE

Telephone:     (843) 341-8404       Website: www.BeaufortCountyTreasurer.com

• Collects and distributes current and delinquent taxes • Applies and removes delinquency fees • Monitors and manages the delinquency process • Distributes tax collections to municipalities • Processes and issues tax refunds • Receives and processes change of address requests

## DELINQUENCY TIMELINE

The Treasurer's Office utilizes multiple methods to pursue the collection of delinquent taxes, including, but not limited to: auction of property, withholding of South Carolina Income Tax refunds, and pursuit through a third-party collections agency. Information about the delinquency timelines may be found at www.BeaufortCountyTreasurer.com.

## SOLID WASTE ENTERPRISE FUND

The Solid Waste Enterprise Fund was established July 1, 2021 and pays for the County's waste collection and recycling centers, recycling events, and fees related to the disposal of residential household waste. Additionally, this fund is also responsible for future Capital Projects involving the handling of residential waste.
For more information on recycling and waste, please contact (843)-255-2823.

You can change your mailing address online at
www.BeaufortCountyTreasurer.com
or in-person at any Treasurer's Office location.

MH_000671

South Carolina Secretary of State

# Business Entities Online
File, Search, and Retrieve Documents Electronically

## CAPITAL GAINS, LLC

### Corporate Information

**Entity Id:** 00076883

**Entity Type:** Limited Liability Company

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

### Important Dates

**Effective Date:** 05/28/2002

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

### Registered Agent

**Agent:** PAUL R HUTCHINS

**Address:** 59 OCEAN BREEZE
HILTON HEAD, South Carolina   29928

### Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Organization | 05/28/2002 |

For filing questions please contact us at **803-734-2158**

Copyright © 2024 State of South Carolina

MH_000672

RECORDED
2018 May -08 04:38 PM
BEAUFORT COUNTY AUDITOR

BEAUFORT COUNTY SC - ROD
BK 3662 Pgs 3320-3322
FILE NUM 2018021876
04/27/2018  03:57:03 PM
REC'D BY sherrellw RCPT# 888524
RECORDING FEES $10.00

N&S/RMD/lat/#25874-1
Prepared by:
Robert M. Deeb, Jr., Esquire
Novit & Scarminach, P.A.
Post Office Drawer 14
Hilton Head Island, SC 29938

ADD DMP Record  5/3/2018 04:09:16 PM
BEAUFORT COUNTY TAX MAP REFERENCE

| Dist | Map | SMap | Parcel | Block | Week |
|------|-----|------|--------|-------|------|
| R550 | 015 | 00A | 0025 | 0000 | 00 |

STATE OF SOUTH CAROLINA    )
                            )        **WARRANTY DEED**
COUNTY OF BEAUFORT          )

KNOW ALL MEN BY THESE PRESENTS, THAT, **CAPITAL GAINS, LLC, A SOUTH CAROLINA LIMITED LIABILITY COMPANY** (hereinafter the "Grantor"), in the State aforesaid, for and in consideration of the sum of **Ten and 00/100 Dollars ($10.00)**, and no other consideration unto me in hand paid at and before the sealing of these presents by **PAUL R. HUTCHINS and CYNTHIA L. HUTCHINS** (hereinafter the "Grantee"), of **990 Woodstream Drive, Prosper, TX 75078**, in the State aforesaid, the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents do grant, bargain, sell and release, subject to the easements, restrictions, reservations and conditions set forth in the legal description below, unto the said **PAUL R. HUTCHINS and CYNTHIA L. HUTCHINS,** as joint tenants with rights of survivorship and not as tenants in common, their heirs and assigns forever, the following described property:

ALL that certain piece, parcel or tract of land situate, lying and being on Hilton Head Island in Beaufort County, and being shown and designated as Lot No. Fifty-Two (52) on a plat of Lawton Beach Subdivision No. 1, recorded in the Office of the Register of Deeds for Beaufort County, South Carolina in Plat Book 9 at Page 44

SAID Lot No. 52 is more particularly described as being bounded northeasterly by a portion of Lot 54, southerly by Lot 51, and a portion of Lot 50 of said subdivision, southwesterly by Firethorn Lane with a depth of 110 feet.

Tax Map Reference No.: **R550-015-00A-0025-0000**

MH_000673

over and across the eastern five feet (5') of said Lot 52 for the benefit of Lot 54, as conveyed in a Deed from Frank Edwin Wilson, Jr., Harriet Aline Wilson Lee, Sara K. Liniger and Richard B.W. Liniger to Gregory M. Alford and Shannon M. Alford recorded in the Office of the Register of Deeds for Beaufort County, South Carolina in Record Book 850 at Page 780.

THIS conveyance is made subject to all easements and restrictions of record and otherwise affecting the property as recorded in the Office of the Register of Deeds for Beaufort County, South Carolina.

This being the same property conveyed to the within Grantor by Deed of Paul R. Hutchins, dated April 7, 2011 and recorded in the Office of the Register of Deeds for Beaufort County, South Carolina on April 13, 2011, in Book 3051 at Page 1555.

This Deed was prepared in the Law Offices of Novit & Scarminach, P.A., Post Office Drawer 14, Hilton Head Island, South Carolina 29938, by Robert M. Deeb, Jr., Esquire.

TOGETHER with all and singular, the Rights, Members, Hereditaments and Appurtenances to the said Premises belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD, all and singular the premises before mentioned unto the said **PAUL R. HUTCHINS and CYNTHIA L. HUTCHINS,** as joint tenants with the rights of survivorship and not as tenants in common, their heirs and assigns, forever, in fee simple, together with every contingent remainder and right of reversion.

AND Grantor does hereby bind Grantor, her heirs and assigns, to warrant and forever defend, all and singular, the said Premises unto the said Grantees, their heirs and assigns, against Grantor, her heirs and assigns, and all persons whomsoever lawfully claiming or to claim the same, or any part thereof.

MH_000674

IN WITNESS WHEREOF, the Grantor has caused these presents to be executed this 23rd day of April, 2018.

**WITNESSES:**

_____
Witness #1

_____
Notary Public

**CAPITAL GAINS, LLC, A SOUTH CAROLINA LIMITED LIABILITY COMPANY**

By:_____ {L.S.}
Paul R. Hutchins, Manager

STATE OF TEXAS                    )
                                  )     ACKNOWLEDGMENT
COUNTY OF _Collin_                )

I HEREBY CERTIFY, that on this 23RD day of APRIL, 2018, before me, the undersigned Notary Public of the State and County aforesaid, personally appeared **Paul R. Hutchins, Manager of Capital Gains, LLC, a South Carolina limited liability company,** known to me (or satisfactorily proven) to be the person whose name is subscribed to the within Deed, who acknowledged the due execution of the foregoing Deed.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year last above mentioned.

_____ SEAL
Notary Public for TEXAS
My Commission Expires: 04/26/2022

JERRY L WHITE
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 04/26/2022
NOTARY ID 12567219-1

MH_000675

ADD DMP Record  3/27/2014 09:34:37 AM
BEAUFORT COUNTY TAX MAP REFERENCE

| Dist | Map | SMap | Parcel | Block | Week |
|------|-----|------|--------|-------|------|
| R550 | 015 | 00A | 0025 | 0000 | 00 |



BEAUFORT COUNTY SC - ROD
BK 3310 Pgs 2729-2731
FILE NUM 2014013410
03/24/2014  01:20:21 PM
REC'D BY rwebb RCPT‡ 738407
RECORDING FEES $10.00

*This instrument prepared by
McNair Law Firm PA (RMD)
PO Drawer 3
Hilton Head Island, SC 29938-0003
843-785-2171*

RECORDED
2014 Mar -27 03.56 PM

*Sharon G. Burns*
BEAUFORT COUNTY AUDITOR

STATE OF SOUTH CAROLINA     )
                           )
COUNTY OF BEAUFORT         )

**TITLE TO REAL ESTATE**

KNOW ALL PERSONS BY THESE PRESENTS, PAUL R. HUTCHINS ("GRANTOR") in the State aforesaid, in consideration of membership interests in the Grantee paid to the within Grantor at and before the sealing of these presents by **CAPITAL GAINS, LLC**, a South Carolina limited liability company ("GRANTEE"), having an address of 990 Wood Stream Drive, Prosper, TX 75078, has granted, bargained, sold and released, subject, however, to the covenants, restrictions, and easements set forth below, and by these presents does grant, bargain, sell and release unto the said Grantee, its successors and assigns, forever, the following described property:

> ALL that certain piece, parcel or tract of land situate, lying and being on Hilton Head Island in Beaufort County, and being shown and designated as Lot No. Fifty-Two (52) on a plat of Lawton Beach Subdivision No. 1, recorded in the RMC Office for Beaufort County, South Carolina in Plat Book 9 at page 44.

> SAID Lot No. 52 is more particularly described as being bounded northeasterly by a portion of Lot 54, southeasterly by Lot 51 and a portion of Lot 50 of said subdivision, southwesterly by Firethorn Lane, and South Forest Beach Drive, and being rectangular in shape fronting 75 feet on Firethorn Lane with a depth of 110 feet.

> SAID Lot No. 52 is hereby conveyed subject to a perpetual, alienable, non-exclusive easement and right of way for pedestrian ingress and egress on, over and across the eastern five feet (5') of said Lot 52 for the benefit of Lot 54, as conveyed in a Deed from Frank Edwin Wilson, Jr., Harriet Aline Wilson Lee, Sara K. Liniger and Richard B.W. Liniger to Gregory M. Alford and Shannon M. Alford recorded in the Office of the Register of Deeds for Beaufort County, South Carolina in Record Book 850 at Page 780.

> THIS CONVEYANCE is made subject to all restrictions, setback lines, roadways, easements, zoning ordinances and rights-of-way, if any, affecting the above-described property, including matters shown on recorded plats.

HILTONHEAD 844255v1 054333-00006

MH_000676

This being the same property conveyed to Paul R. Hutchins by deed recorded in the Beaufort County Register of Deeds Office on April 13, 2011 in Official Record Book 3051 at Page 1555.

TMS No.: R551 015 00A 0025 0000

TOGETHER with all and singular, the Rights, Members, Hereditament and Appurtenances to the said Premises belonging, or in anywise incident or appertaining thereto.

TO HAVE AND TO HOLD, all and singular, the said Premises before mentioned unto the said Grantee, its successors and assigns, forever.

AND the undersigned does hereby bind himself and his successors and assigns, to warrant and forever defend, all and singular, the said premises unto the said Grantee, its successors, assigns, personal representatives and administrators, against himself, his heirs, successors and assigns and against all others claiming the same or any part thereof.

WITNESS our hands and seals, this __3RD__ day of __MARCH__, 2014.

WITNESSES:                                    GRANTOR:

_Carol Hutchins_                              _Mhutchins_
_David A Cook_                                Paul R. Hutchins


STATE OF     TEXAS            )
                             )        ACKNOWLEDGMENT
COUNTY OF    COLLIN          )

I, the undersigned Notary Public, do certify that **Paul R. Hutchins** personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my official seal this the __3RD__ day of __MARCH__, 2014.

_Jerry L White_

Notary Public for __TEXAS__
My Commission Expires:
__04-26-2014__

JERRY L WHITE
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-26-201

STATE OF SOUTH CAROLINA        )          **BEAUFORT COUNTY ROD**
                                           )          **AFFIDAVIT OF TRUE CONSIDERATION AND**
COUNTY OF BEAUFORT             )          **CLAIM FOR EXEMPTION FROM RECORDING FEES**

PERSONALLY appeared before me the undersigned, who is duly sworn, deposed, and says that the following is a true and correct statement concerning the CONSIDERATION for the conveyance set forth below, and concerning any EXEMPTION claimed by the Filer under the laws of the State of South Carolina, the Town of Hilton Head, or as otherwise provided by law.

GRANTOR NAME:              Paul R. Hutchins

GRANTEE NAME:              Capital Gains, LLC

GRANTEE MAILING ADDRESS:   990 Wood Stream Drive, Prosper, TX 75078

DATE OF CONVEYANCE:        March 3    , 2014

TRUE CONSIDERATION:        $ 0.00

TAX DISTRICT/MAP/PARCEL NO.: **R551 015 00A 0025 0000**
(NOTE: This information <u>must</u> appear on any Deed, and any Plat, whether attached or filed separately.)

STATE RECORDING FEE EXEMPTION – 12-24-40, sub-par #(12)
(Per S.C. Code Sect. 12-24-40. Note Subparagraph No.)

TOWN OF HILTON HEAD ISLAND TRANSFER FEE EXEMPTION Paragraph # (4)
(Per Town Ordinance 90-26, et seq. Note Subparagraph No.)

OTHER EXEMPTION – Please Cite Federal, State or other Code as applicable, and describe Exemption below:


_____
Paul R. Hutchins, Grantor


SWORN TO BEFORE ME,
this 3RD day of MARCH    , 2014.
_____
Notary Public for TEXAS
My Commission Expires: 04-26-2014

JERRY L WHITE
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-26-2014

HILTONHEAD 844706v1 054333-00006

MH_000678

RECORDED
2020 Mar -24 01:06 PM

BEAUFORT COUNTY AUDITOR

3, OE
/15
Coltraue
7698

BEAUFORT COUNTY SC - ROD
BK 3840 Pgs 2401-2403
FILE NUM 2020010912
02/27/2020  01:52:37 PM
REC'D BY oevans RCPT# 965929
RECORDING FEES $15.00

ADD DMP Record  3/6/2020 08:39:24 AM
BEAUFORT  COUNTY  TAX  MAP  REFERENCE

| Dist | Map | SMap | Parcel | Block | W( |
|------|-----|------|--------|-------|------|
| R550 | 015 | 00A | 0025 | 0000 | 0( |

| STATE OF SOUTH CAROLINA | ) | |
|---|---|---|
| | ) | **QUIT CLAIM DEED** |
| COUNTY OF BEAUFORT | ) | |

KNOW ALL MEN BY THESE PRESENTS, that **PAUL R. HUTCHINS and CYNTHIA L. HUTCHINS** ("Grantors"), in the State aforesaid and in consideration of the sum of **TEN AND NO/100 ($10.00) DOLLARS** and no other valuable consideration to him in hand paid at and before the sealing of these presents by **CAPITAL GAINS, LLC, A SOUTH CAROLINA limited liability company** (collectively, "Grantees"), having an address of **990 WOODSTREAM DRIVE, PROSPER, TX 75078,** in the State aforesaid, the receipt whereof is hereby acknowledged, have remised, released and forever quit-claimed, and by these presents do remise, release, and forever quit-claim unto the said Grantee, in fee simple, its Successors and Assigns, the following property to wit:

ALL that certain piece, parcel or tract of land situate, lying and being on Hilton Head Island in Beaufort County, and being shown and designated as Lot No. Fifty-Two (52) on a plat of Lawton Beach Subdivision No. 1, recorded in the Office of the Register of Deeds for Beaufort County, South Carolina in Plat Book 9 at Page 44.

SAID Lot No. 52 is more particularly described as being bounded northeasterly by a portion of Lot 54, southerly by Lot 51, and a portion of Lot 50 of said subdivision, southwesterly by Firethorn Lane with a depth of 110 feet.

SAID Lot No. 52 is hereby conveyed subject to a perpetual, alienable, non-exclusive easement and right of way for pedestrian ingress and egress on, over and across the eastern five fee (5') of said Lot 52 for the benefit of Lot 54, as conveyed n a Deed from Frank Edwin Wilson, Jr. , Harriet Aline Wilson Lee, Sara K. Liniger and Richard B. W. Liniger to Gregory M. Alford and Shannon M. Alford recorded in the Office of the Register of Deeds for Beaufort County, South Carolina in Record Book 850 at Page 780.

1

MH_000679

This being a portion of the same property conveyed to the within Grantor by Deed of Capital Gains, LLC, a South Carolina limited liability company dated April 23, 2018 and recorded April 27, 2018 in the Office of the Register of Deeds for Beaufort County, South Carolina in Record Book 3662 at Page 3320.

TMS: #R550 015 00A 0025 0000

This Deed was prepared in the law office of Coltrane & Wilkins, LLC, Post Office Box 6808, Hilton Head Island, South Carolina, 29938, by Curtis L. Coltrane without benefit of a title examination.

TOGETHER with all and singular, the Rights, Members, Hereditaments and Appurtenances to the said Premises belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD, all and singular, the said Premises before mentioned unto the said Grantee, in fee simple, its Successors and Assigns, forever.

2

MH_000680

WITNESS Grantors' hand this __25__ day of February, 2020.

SIGNED SEALED AND DELIVERED
IN THE PRESENCE OF

2) _Jessica Unseh_

Signature of 1ˢᵗ Witness (must be different than 2ⁿᵈ witness)

3 _K. Smith_     _T. L. Phillips_

Signature of 2ⁿᵈ Witness (the Notary Public)

_M. Hutchins_
**Paul R. Hutchins**

_Cynthia L. Hutchins_
**Cynthia L. Hutchins**

STATE OF TEXAS                    )
                                 )     UNIFORM ACKNOWLEDGMENT
COUNTY OF COLLIN                  )

I, the undersigned Notary Public do hereby certify that Paul R. Hutchins and Cynthia L. Hutchins appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and seal this __25ᵗʰ__ day of February, 2020.

4)_____T. L. Phillips_____(SEAL)
Signature of Notary Public for ___Texas___
My Commission expires: _June 21, 2020_

TERRI L. PHILLIPS
ID #129034490
My Commission Expires
June 21, 2020

** *Instructions for Execution:*          *All signatures should be in blue ink.*
                                         *ALL blanks must be filled in.*
                                         *Grantor signs at line(s) 1)*
                                         *Witness #1 signs at line 2)*
                                         *Notary Public signs at line 3)*
                                         *Notary Public signs at line 4) and affixes notary seal*

3

South Carolina Secretary of State

# Business Entities Online

File, Search, and Retrieve Documents Electronically

---

## CAPITAL GAINS, LLC

### Corporate Information

**Entity Id:** 00076883

**Entity Type:** Limited Liability Company

**Status:** Good Standing

**Domestic/Foreign:** Domestic

**Incorporated State:** South Carolina

### Important Dates

**Effective Date:** 05/28/2002

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

### Registered Agent

**Agent:** PAUL R HUTCHINS

**Address:** 59 OCEAN BREEZE
HILTON HEAD, South Carolina   29928

---

## Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Organization | 05/28/2002 |

---

For filing questions please contact us at **803-734-2158**

Copyright © 2023 State of South Carolina

MH_000682

12/11/23, 12:05 PM                          Beaufort County, South Carolina

Search by Street Address...                                page 1 of 1

**Search by**

Property ID (PIN)

**Street Address**

Print View

Alternate ID (AIN)

Legal Description

Sales

Owner Name

**Functions**

County Home

Welcome

**Real Property**

Personal Property

Vehicle Tax

Help

Feedback

County Login

| Parcel ID | Address | Owner Name |
|---|---|---|
| R550 015 00A 0025 0000 | 3 FIRETHORN WAY, HILTON HEAD ISLAND | CAPITAL GAINS LLC |
| R550 018 000 0055 0000 | 3 FIRETHORN LA, Hilton Head Island | WELLS PATRICIA R |

*Search performed on 12/11/2023 12:00:07 PM ES*
*with  = STARTSWITH*
*and Address = 3 FIRETHORN*
*and SortBy = PARCELID ASC*

https://sc-beaufort-county.governmax.com/svc/                                        1/1

MH_000683

3 OE
15
Coltrane
7697

CHANGE DMP Record  3/5/2020 04:03:40 PM
BEAUFORT COUNTY TAX MAP REFERENCE
-------------------------------------------------
Dist    Map    SMap    Parcel    Block    Week
-------------------------------------------------
R550   015    00A    0710    0000    00

BEAUFORT COUNTY SC - ROD
BK 3840 Pgs 2404-2406
FILE NUM 2020010913
02/27/2020   01:53:20 PM
REC'D BY oevans RCPT# 965930
RECORDING FEES $15.00

RECORDED
2020 Mar -24 01:06 PM

Bedum

BEAUFORT COUNTY AUDITOR

STATE OF SOUTH CAROLINA  )
                         )        **QUIT CLAIM DEED**
COUNTY OF BEAUFORT       )

KNOW ALL MEN BY THESE PRESENTS, that **PAUL R. HUTCHINS** ("Grantors"), in the State aforesaid and in consideration of the sum of **TEN AND NO/100 ($10.00) DOLLARS** and no other valuable consideration to them  in hand paid at and before the sealing of these presents by **CAPITAL GAINS, LLC, A SOUTH CAROLINA limited liability company** (collectively, "Grantees"), having an address of **990 WOODSTREAM DRIVE, PROSPER, TX  75078,** in the State aforesaid, the receipt whereof is hereby acknowledged, have  remised, released and forever quit-claimed, and by these presents do  remise, release, and forever quit-claim unto the said Grantee, in fee simple, its Successors and Assigns, the following property to wit:

> ALL that certain piece, parcel or lot of land designated and depicted as "Lot 82 0.18 Acres" on that certain plat of record entitled "Deconsolidation Plat of Lot 82A into Lot 82 and Lot 85 North Forest Beach Drive, A Portion of Subdivision No. 1 Hilton Head Beach" prepared by Surveying Consultants, Inc. and dated March 20, 2006 and recorded in the Beaufort County Register of Deeds Office on May 24, 2006 in Plat Book 113 at Page 176. For a more particular description as to the courses, metes, bounds and distances of said Lot 82, referenced is hereby made to the above described plat of record.
>
> THIS CONVEYANCE is made subject to all other easement and restrictions of record and otherwise affecting the property.
>
> This being a portion of the same property conveyed to the within Grantor by Eric C. Magnin, dated August 8, 2011 and recorded August 10, 2011 in the Office of the Register of Deeds for Beaufort County, South Carolina in Record Book 3076 at Page 2320.

1

MH_000684

TMS: #R550 015 00A 0710 0000 00

This Deed was prepared in the law office of Coltrane & Wilkins, LLC, Post Office Box 6808, Hilton Head Island, South Carolina, 29938, by Curtis L. Coltrane without benefit of a title examination.

TOGETHER with all and singular, the Rights, Members, Hereditaments and Appurtenances to the said Premises belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD, all and singular, the said Premises before mentioned unto the said Grantee, in fee simple, its Successors and Assigns, forever.

2

MH_000685

WITNESS Grantors' hand this **25th** day of February, 2020.

SIGNED SEALED AND DELIVERED
IN THE PRESENCE OF

2) *Jessica Munsch*
Signature of 1st Witness (must be different than 2nd witness)

3 *K Smith    L. Phillips*
Signature of 2nd Witness (the Notary Public)



**By:    Paul R. Hutchins**

STATE OF TEXAS                    )
                                  )    UNIFORM ACKNOWLEDGMENT
COUNTY OF COLLIN                  )

I, the undersigned Notary Public do hereby certify that Paul R. Hutchins, as member of Capital Gains, LLC appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and seal this **25th** day of February, 2020.

4) *L. Phillips*                    (SEAL)
Signature of Notary Public for Texas
My Commission expires: *June 21, 2020*

> NOTARY PUBLIC STATE OF TEXAS
> TERRI L. PHILLIPS
> ID #129034490
> My Commission Expires
> June 21, 2020

** *Instructions for Execution:*        *All signatures should be in blue ink.*
                                        *ALL blanks must be filled in.*
                                        *Grantor signs at line(s) 1)*
                                        *Witness #1 signs at line 2)*
                                        *Notary Public signs at line 3)*
                                        *Notary Public signs at line 4) and affixes notary seal*

3

MH_000686

## Personal Financial Statement

**Simmons First**

As of June 10, 2016

| INDIVIDUAL 1 | | IF STATEMENT IS JOINT PLEASE COMPLETE THE FOLLOWING: INDIVIDUAL 2 | |
|---|---|---|---|
| Name: | Malcolm R Hutchins | Name: | Sandra Hutchins |
| Address: | | Address: | |
| City: | | City: | |
| Home Phone: | | Home Phone: | |
| Social Security Number: | | Social Security Number: | |
| Date of Birth: | | Date of Birth: | |
| Current Employer: | Vision Care Service   Yrs. 22 | Current Employer: | Vision Care Service   Yrs. 10 |
| Position or Occupation: | Optometrist | Position or Occupation: | Office manager |

NOTE: If there is a joint party to this financial statement who is either borrowing or guaranteeing the credit under consideration, the columns titled "Solely Owned-Individual 2" and "Solely Liable-Individual 2" must be completed.

| ASSETS | | SOLELY OWNED INDIVIDUAL 1 | SOLELY OWNED INDIVIDUAL 2 | JOINTLY OWNED | TOTAL |
|---|---|---|---|---|---|
| Cash | (Schedule A) | | | 228,000 | 228,000 |
| Cash Value Life Insurance | (Schedule B) | | | | |
| Government & Readily Marketable Securities | (Schedule C) | | | | |
| Notes & Accounts Receivable | (Schedule D) | | | 20,000 | 20,000 |
| Non-marketable Securities | (Schedule E) | | | | |
| Personal Residence(s) | (Schedule F) | | | 445,000 | 445,000 |
| Other Real Estate | (Schedule F) | | | 1,150,000 | 1,150,000 |
| Automobiles | | | | 48,000 | 48,000 |
| Other Personal Property | | | | 50,000 | 50,000 |
| IRAs, 401K & Other Qualified Plans | | | | 78,000 | 78,000 |
| Other Assets | | | | 950,000 | 950,000 |
| TOTAL ASSETS | | | | $2,969,000 | $2,969,000 |

| LIABILITIES & NET WORTH | | SOLELY LIABLE INDIVIDUAL 1 | SOLELY LIABLE INDIVIDUAL 2 | JOINTLY LIABLE | TOTAL |
|---|---|---|---|---|---|
| Notes Payable to Banks - Secured | (Schedule G) | | | 237,000 | 237,000 |
| Notes Payable to Banks - Unsecured | (Schedule G) | | | | |
| Notes Payable to Others - Secured | (Schedule G) | | | | |
| Notes Payable to Others - Unsecured | (Schedule G) | | | | |
| Margin Accounts | | | | | |
| Accounts Payable (Include Credit Cards) | | | | 6,500 | 6,500 |
| Real Estate Mortgages Payable | (Schedule F) | | | | |
| Taxes Payable | | | | | |
| Loans on Life Insurance Policies | (Schedule B) | | | | |
| Other Liabilities | | | | | |
| TOTAL LIABILITIES | | | | $243,500 | $243,500 |
| NET WORTH (TOTAL ASSETS minus TOTAL LIABILITIES) | | | | $2,725,500 | $2,725,500 |

| CONTINGENT LIABILITIES | INDIVIDUAL 1 | INDIVIDUAL 2 | JOINT | TOTAL |
|---|---|---|---|---|
| As Guarantor or Endorser | 50,000 | | | 50,000 |
| On Leases or Contracts | | | | |
| Tax Claims or Disputes | | | | |
| Letters of Credit | | | | |
| Future Capital Contributions | | | | |
| Other | | | | |
| TOTAL CONTINGENT LIABILITIES | $50,000 | | | $50,000 |

NOTE: Contingent Liabilities Schedule must be completed, if none, then write "None" on the schedule.

| SOURCES OF CASH INCOME (ANNUAL) | | | MONTHLY EXPENDITURES | | | |
|---|---|---|---|---|---|---|
| For the Year Ended: | INDIVIDUAL 1 | INDIVIDUAL 2 | | INDIVIDUAL 1 | INDIVIDUAL 2 | JOINT |
| Wages and Salaries | 114,000 | | Mortgage/Rent | | | |
| Bonuses, Commission, Etc. | | | All Other Debt Service | | | |
| Interest and Dividends | | | Income Taxes | | | |
| Rental Income (Net of Cash Expense) | | | Insurance | | | |
| Partnership Draws, Distributions | | | Alimony | | | |
| Other* | | | Child Support | | | |
| | | | Other | | | |
| TOTAL CASH INCOME | $114,000 | | TOTAL EXPENSES | | | |

*Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for obtaining credit.

Have you drawn a will?  ☐ Yes  ☑ No     Executor: _____

Are you a defendant in any suits or legal actions?  ☐ Yes  ☑ No
If yes, describe: _____

Have you ever filed a petition in bankruptcy or has one been filed individually against you?  ☐ Yes  ☑ No

Are you an executive officer, director, or principal shareholder of a bank?  ☐ Yes  ☑ No   Bank: _____

INDICATE OWNERSHIP/LIABILITY BY CHECKING THE APPROPRIATE BOX IN EACH SCHEDULE.     Revised 1/1/06

MH_000687

## SCHEDULE A - CASH

| NAME & LOCATION OF INSTITUTION | ACCT. TYPE & NO. | BALANCE | OWNED BY | | | PLEDGED | |
|---|---|---|---|---|---|---|---|
| Simmons | | 15,000 | ☐ 1 | ☐ 2 | ☑ 3 | ☐ Yes | ☐ No |
| First Security | checking | 110,000 | ☐ 1 | ☑ 2 | ☐ 3 | ☐ Yes | ☐ No |
| Arvest | Checking | 103,000 | ☐ 1 | ☐ 2 | ☑ 3 | ☐ Yes | ☐ No |
| | | | ☐ 1 | ☐ 2 | ☐ 3 | ☐ Yes | ☐ No |

## SCHEDULE B - LIFE INSURANCE [ NOTE: "O" in the "OWNED BY" column represents Other (e.g., Employer or Trust)]

| INSURANCE COMPANY | $ | OWNED BY | | | | | BENEFICIARY | FACE VALUE | CASH VALUE | POLICY LOANS | AMOUNT PLEDGED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ☐ 1 | ☐ 2 | ☐ 3 | ☐ O | | | | | | |
| | | ☐ 1 | ☐ 2 | ☐ 3 | ☐ O | | | | | | |
| | | ☐ 1 | ☐ 2 | ☐ 3 | ☐ O | | | | | | |

## SCHEDULE C - GOVERNMENT & READILY MARKETABLE SECURITIES

| FACE VALUE / NO. OF SHARES | | OWNED BY | | | | DESCRIPTION | COST | CURRENT MARKET PRICE | AMOUNT PLEDGED |
|---|---|---|---|---|---|---|---|---|---|
| Vision Care Service Clinics | ☑ 1 | | ☐ 2 | | ☐ 3 | | | 950,000 | |
| | ☐ 1 | | ☐ 2 | | ☐ 3 | | | | |
| Td Ameritrade | ☑ 1 | | ☐ 2 | | ☐ 3 | | | 48,000 | |
| Charles Schwab | ☑ 1 | | ☐ 2 | | ☐ 3 | | | 30,000 | |
| | ☐ 1 | | ☐ 2 | | ☐ 3 | | | | |

## SCHEDULE D - NOTES & ACCOUNTS RECEIVABLE

| PAYMENTS DUE FROM | ORIGINAL BALANCE | CURRENT BALANCE | FREQUENCY OF PAYMENTS | PAYMENT AMOUNT | COLLATERAL |
|---|---|---|---|---|---|
| Blue Cross Blue Shield/aetna | | 20,000 | | | |
| | | | | | |

## SCHEDULE E - NON-MARKETABLE SECURITIES

| NUMBER OF SHARES OWNED | % OF TOTAL SHARES | OWNED BY | | | | DESCRIPTION | VALUE | AMOUNT PLEDGED |
|---|---|---|---|---|---|---|---|---|
| | | ☐ 1 | | ☐ 2 | ☐ 3 | | | |
| | | ☐ 1 | | ☐ 2 | ☐ 3 | | | |
| | | ☐ 1 | | ☐ 2 | ☐ 3 | | | |
| | | ☐ 1 | | ☐ 2 | ☐ 3 | | | |
| | | ☐ 1 | | ☐ 2 | ☐ 3 | | | |
| | | ☐ 1 | | ☐ 2 | ☐ 3 | | | |

## SCHEDULE F - REAL ESTATE (If partially owned, give total property information, not your share.)

| DESCRIPTION | OWNED BY | | | | OWNERSHIP % | DATE ACQUIRED | COST | VALUE | MORTGAGE BALANCE | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| Personal Residence | ☐ 1 | ☐ 2 | ☑ 3 | | 100% | 07/01/14 | 445,000 | 445,000 | 237,000 | 1,219 |
| 3603 Mountainview B'ville | ☐ 1 | ☐ 2 | ☐ 3 | | | | | | | |
| Hilton Head Condo/3 lots | ☐ 1 | ☐ 2 | ☑ 3 | | 50% | 06/30/08 | 800,000 | 2,000,000 | 100,000 | |
| South Carolina | ☐ 1 | ☐ 2 | ☐ 3 | | | | | | | |
| | ☐ 1 | ☐ 2 | ☐ 3 | | | | | | | |
| | ☐ 1 | ☐ 2 | ☐ 3 | | | | | | | |
| | ☐ 1 | ☐ 2 | ☐ 3 | | | | | | | |

\* See attached for additional information.

## SCHEDULE G - NOTES PAYABLE (Exclude debt reported in Schedule F.)

| NAME OF NOTE HOLDER | OBLIGOR | | | | TYPE OF LOAN | TOTAL LINE COMMITMENT | OUTSTANDING BALANCE | MONTHLY PAYMENT | COLLATERAL |
|---|---|---|---|---|---|---|---|---|---|
| | ☐ 1 | ☐ 2 | ☐ 3 | | | | | | |
| | ☐ 1 | ☐ 2 | ☐ 3 | | | | | | |
| | ☐ 1 | ☐ 2 | ☐ 3 | | | | | | |
| | ☐ 1 | ☐ 2 | ☐ 3 | | | | | | |
| | ☐ 1 | ☐ 2 | ☐ 3 | | | | | | |
| | ☐ 1 | ☐ 2 | ☐ 3 | | | | | | |

The foregoing financial statement has been carefully read by the undersigned (referred to herein as "you or "your", whether one or more) and is given to Simmons First for the purpose of obtaining credit from time to time in whatever form. You hereby certify that the foregoing financial statement is a true, correct and complete representation of your financial condition; accurately reflects your financial condition and affairs as of the date hereof and for the period(s) stated; and accurately reflects all liabilities, direct or contingent, as or until you specifically notify Simmons First in writing of changes therein. Simmons First is authorized to: verify any information submitted by you or on your behalf, obtain further information concerning you; check your credit and employment history; obtain consumer reports or other credit reports on you.

Signed and agreed upon the __10__ day of __June, 2016__

Individual 1

Individual 2

Revised 1/1/06

MH_000688

## David J. Parrish

| | |
|---|---|
| **From:** | Malcolm Hutchins <visioncareservice@gmail.com> |
| **Sent:** | Sunday, February 23, 2025 8:48 PM |
| **To:** | Malcolm Hutchins; David J. Parrish |
| **Subject:** | Fwd: 3 Firethorn Way |

Begin forwarded message:

**From:** <tiffany@vacationcompany.com>
**Subject: RE: 3 Firethorn Way**
**Date:** September 12, 2022 at 7:20:39 AM CDT
**To:** "'Paul Hutchins'" <paulrhutchins@outlook.com>, <pete@vacationcompany.com>
**Cc:** "'Malcolm Hutchins'" <visioncareservice@gmail.com>, "'Ryan Kaufmann'" <ryan@vacationcompany.com>, "'Ben Klahr'" <ben@vacationcompany.com>, "'Gregg Joss'" <gregg@vacationcompany.com>, "'Beau Kitty'" <beau@vacationcompany.com>

Paul

Let me review with the Sea Pines/South Forest Beach team this am the list and I will have one of them get back to you so that we can address these issues. Can one of the property managers meet your brother at the house today to do a walk through?

## Tiffany Woollacott
## Broker In Charge



✉ tiffany@vacationcompany.com
✆ 843-686-6100
◉ 50 Palmetto Bay Rd, Hilton Head Island,

1

MH_000689

SC 29928

      

vacationcompany.com

From: Paul Hutchins <paulrhutchins@outlook.com>
Sent: Sunday, September 11, 2022 9:25 PM
To: pete@vacationcompany.com
Cc: Tiffany Woollacott <tiffany@vacationcompany.com>; Malcolm Hutchins <visioncareservice@gmail.com>
Subject: 3 Firethorn Way

Hi Pete:

My brother, Rick Hutchins, is at our property this week and has discovered a number of items that have been overlooked and are in need of attention:

1.  There are a number of blinds in the house that have pulls that are broken. This needs to be repaired this week.
2.  There is loosened trim around the fireplace which poses a tripping danger or could cause someone to cut their feet.  This needs to be repaired this week.
3.  There are a number of doors/windows that are not cleaned.
4.  There is sand in the outside shower that needs to be cleaned.
5:  There are a number of places where touch-up paint is needed including the outside stair lights.  This should be scheduled within the next 2 weeks.
6.  Door stops need to be repaired/replaced before holes are punched in the doors. This needs to be repaired this week.
7.  The grill outside is in a state of disrepair, is dirty, rusty, needs to be cleaned and is not functional.  The grill is dangerous to operate.  This is particularly disturbing as Vacation Company purchased and charged me for replacement parts (see my June statement for the charges) for the repair.  Apparently, the repair never got made.
8.  The prior guests parked in the landscape next to the driveway and ran over one of the landscape lights.  I have sent several notices with pictures to the office about these tenants parking in the landscape. This light is no longer working and needs to be repaired/replaced at the tenant's cost.

My brother and I are extremely disappointed that we have to address these issues.  Your cleaning people and those inspecting the property have performed miserably.  Please contact my brother at the property and address these issues tomorrow.

Thanks,

Paul Hutchins

MH_000690



MH_000691

Malcolm R. Hutchins, O.D., P.A.
Vision Care Service
5111 Rogers Ave Ste 54
Fort Smith, AR 72903-3033
479-452-1496

2742

2-11  20 19     81-87/829

Pay to the Order of  Paul Hutchins     $ 4300.34

Four Thousand Three Hundred 34/     Dollars

Arvest Bank
5000 Rogers Ave.
Fort Smith, AR 72903

For

⑈002742⑈ ⑆082900872⑆ 0011525257⑈



Malcolm R. Hutchins, O.D., P.A.
dba Vision Care Service
5111 Rogers Ave., Suite 54
Fort Smith, AR 72903
479-452-1496

2414

81-87/829

DATE 12-30-17

PAY TO THE ORDER OF  Paul Hutchins     $ 10,000 00

Ten Thousand Dollars     DOLLARS

Arvest Bank
5000 Rogers Ave.
Fort Smith, AR 72903

FOR

⑈0024114⑈ ⑆082900872⑆ 0011525257⑈



Malcolm R. Hutchins, O.D., P.A.
dba Vision Care Service
5111 Rogers Ave., Suite 54
Fort Smith, AR 72903
479-452-1496

2490

81-87/829

DATE 4-16-18

PAY TO THE ORDER OF  Paul Hutchins     $ 11,430 00

Eleven Thousand four Hundred thirty—     DOLLARS

Arvest Bank
5000 Rogers Ave.
Fort Smith, AR 72903

FOR

⑈002490⑈ ⑆082900872⑆ 0011525257⑈

MH_000692



David J. Parrish
Shareholder | Construction
P: (843) 720-1771
DParrish@maynardnexsen.com

205 King Street Suite 400
Charleston, South Carolina 29401

 MAYNARDNEXSEN

**From:** Malcolm Hutchins <visioncareservice@gmail.com>
**Sent:** Thursday, March 6, 2025 11:33 AM
**To:** David J. Parrish <DParrish@maynardnexsen.com>
**Subject:** Fwd: Archived Statements, Malcolm "Rick" Hutchins


Dr. Malcolm R. Hutchins


Begin forwarded message:

> **From:** Brooklyn French <bfrench@arvest.com>
> **Date:** March 6, 2025 at 9:36:31 AM CST
> **To:** Malcolm Hutchins <visioncareservice@gmail.com>
> **Subject: Re: Archived Statements, Malcolm "Rick" Hutchins**
>
>
> Good Morning!
>
> I don't really have a letter that I can prove to you that I am doing the best of my ability to retrieve these for you. I can tell you as soon as I got in this morning they told me that they no longer keep any images longer than 7 years. So at this point the docs that you have are the only ones we will be able to retrieve. So I am sorry for the time it has taken me to get that answer. I ended up going up the chain to get that information. Again I want to apologize for the time it has taken me. If you have any other questions please let me know.
>
> Thank you,
>
> Brooklyn French
>
>
>
> On Wed, Mar 5, 2025 at 1:17 PM Malcolm Hutchins <visioncareservice@gmail.com> wrote:
>
> Information Security REMINDER: This is an **EXTERNAL EMAIL**. Stop and think before **RESPONDING** or **CLICKING** a link or **OPENING** attachments.
>
> Dr. Malcolm R. Hutchins

2

MH_000694

Begin forwarded message:

> **From:** Malcolm Hutchins <visioncareservice@gmail.com>
> **Date:** March 5, 2025 at 1:14:27 PM CST
> **To:** bfrench@arvest, "David J. Parrish" <DParrish@maynardnexsen.com>
> **Subject: Archived Statements, Malcolm "Rick" Hutchins**
>
> Good afternoon! I appreciate your help in trying to retrieve my older bank statements and transactions. It seems the process has become a bit protracted and complicated due to the bank having changed archiving systems. While I understand the delay, I am working within a bit of a timeframe. Would you please provide a letter to me stating that reasonable efforts are being made to retrieve the requested documents? I truly appreciate you and all you do to help me. You may have the letter sent directly to my email. Also, please ask the research department to continue with their best efforts to produce these archived documents to me. Thank you.
>
> Best Regards,
>
> Dr. Malcolm R. Hutchins

--

**Brooklyn French**

Assistant Branch Manager / Central

NMLS 2270096

4570 Central Ave

Hot Springs Arkansas 71913

501-321-8331

bfrench@arvest.com

---

**The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential or privileged material. Any review, distribution, or**

3

MH_000695