**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| MALCOLM R. HUTCHINS,<br><br>Plaintiff,<br><br>v.<br><br>PAUL R. HUTCHINS and CAPITAL GAINS, LLC, a South Carolina Limited Liability Company,<br><br>Defendants. | Civil Action No. 9:24-cv-01174-MGB<br><br><br>**CONSENT MOTION**<br>**FOR EXTENSION  OF TIME** |

Plaintiff Malcolm R. Hutchins, ("Malcolm") Defendant Paul R. Hutchins ("Paul") and Capital Gains, LLC, a South Carolina Limited Liability Company ("Capital Gains") (collectively "Defendants"), by and through their undersigned counsel, hereby respectfully moves the Court for an extension of time to file to extend the discovery deadlines and related deadlines.

In support of this Motion, the Parties state as follows:

1. The requested amendment is necessitated by the need to schedule and conduct depositions of the Parties following mediation, which the Parties agree are integral to the determination of key issues in this case. The Parties have and will continue to work in good faith to have all depositions completed as soon as possible.

2. An extension of the Amended Scheduling Order is necessary to accommodate the scheduling and preparation for the depositions in advance of the existing deadlines in the case.

1

3. The deadlines were previously extended as part of the Parties' previously filed Amended Consent Scheduling Order (ECF No. 21) in October 2024.

4. The current deadlines and the Parties' proposed new deadlines are as follows:

| Event | Current deadline | New (Proposed) Deadline |
|---|---|---|
| Affidavits | January 21, 2025 | October 1, 2026 |
| Discovery | May 9, 2025 | October 1, 2026 |
| All Other Motions | June 10, 2025 | October 1, 2026 |
| Jury Selection and Trial | July 1, 2025 | November 15, 2026 |

5. The purpose of this Motion is not to cause delay and is made in good faith.

In accordance with Local Civil Rule 7.04 and 7.05, no supporting memorandum is filed herewith because a full explanation of the motion is contained in this motion and a memorandum would serve no useful purpose.

For these reasons, the Parties respectfully request the Court to extend the deadlines in the current Consent Amended Scheduling Order and enter the proposed Consent Second Amended Scheduling Order.

2

WE SO MOVE:

s/David J. Parrish
David J. Parrish (Fed ID #6261)
MAYNARD NEXSEN PC
205 King Street
Suite 400
Charleston, SC 29401
Telephone: (843) 720-1771
Email: dparrish@maynardnexsen.com

*Attorney for Plaintiff*

May__, 2026
Charleston, SC

WE SO CONSENT:

s/R. Nicholas Felix
R. Nicholas Felix (Fed ID #06672)
Anna W. Mobley (Fed ID #14166)
BUTLER SNOW, LLP
25 Calhoun St., Suite 250
Charleston, SC  29401
Telephone:  843/277-3700
Facsimile:   843/277-3701
E-Mail:  nick.felix@butlersnow.com
E-Mail: anna.mobley@butlersnow.com

*Attorneys for Defendants PAUL R. HUTCHINS and CAPITAL GAINS, LLC, a South Carolina Limited Liability Company*

100850007.v1

3